**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN

*See "Instructions for Service of Process by U.S. Marshal"*

| | |
|---|---|
| PLAINTIFF<br>MARK CHRISTIANS | COURT CASE NUMBER<br>CIV 20-4083 |
| DEFENDANT<br>KEVIN TRIEWEILER, SITE MANAGER, SUMMIT FOOD | TYPE OF PROCESS<br>SUMMONS AND COMPLAINT |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
KEVIN TRIEWEILER, SITE MANAGER, SUMMIT FOOD SERVICE
ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
500 EAST 52ND STREET NORTH, SIOUX FALLS, SD 57104

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

MARK CHRISTIANS #35285
SOUTH DAKOTA STATE PENITENTIARY
1600 NORTH DRIVE
SIOUX FALLS, SD 57117

| | |
|---|---|
| Number of process to be served with this Form 285 | 1 |
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

RECEIVED U.S. MARSHAL SIOUX FALLS 2021 JAN 11 PM 4:1

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE ***(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):***

Fold Fold

605. 335. 0825

| Signature of Attorney other Originator requesting service on behalf of: | | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| [signature] | ☒ PLAINTIFF<br>☐ DEFENDANT | N/A | 1/3/2021 |

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No. 73 | No. 73 | [signature] | 1/11/21 |

I hereby certify and return that I ☐ have personally served , ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual , company, corporation, etc., at the address shown above on the on the individual , company, corporation, etc. shown at the address inserted below.

☑ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| | |
|---|---|
| Name and title of individual served *(if not shown above)* | ☐ A person of suitable age and discretion then residing in defendant's usual place of abode |
| Address *(complete only different than shown above)* | Date: 1-14-21 Time: 1430 ☐ am ☑ pm<br>Signature of U.S. Marshal or Deputy |

| Service Fee | Total Mileage Charges including *endeavors)* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| 65 | | | 65 | | |

REMARKS: No longer works there
/Deputy [signature]

**DISTRIBUTE TO:**
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 11/13

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of South Dakota

MARK CHRISTIANS
*Plaintiff(s)*

v.

YOUNG ET AL
*Defendant(s)*

Civil Action No. CIV20-4083

2021 JAN 11 PM 1:41
RECEIVED
U.S. MARSHAL
SIOUX FALLS, SD

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* KEVIN TRIEWEILER
500 EAST 52ND STREET NORTH
SIOUX FALLS, SD 57104

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: MARK CHRISTIANS #35285
SOUTH DAKOTA STATE PENITENTIARY
1600 NORTH DRIVE
SIOUX FALLS, SD 57117

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

UNITED STATES DISTRICT COURT ★ DISTRICT OF SOUTH DAKOTA ★

*CLERK OF COURT*

Matthew Thelen
*Signature of Clerk or Deputy Clerk*

Date: 1/11/2021

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

**PROOF OF SERVICE**

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* Kevin Triewei ler
was received by me on *(date)* ______ .

❒ I personally served the summons on the individual at *(place)* ______ on *(date)* ______ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ______ , a person of suitable age and discretion who resides there, on *(date)* ______ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* ______ , who is designated by law to accept service of process on behalf of *(name of organization)* ______ on *(date)* ______ ; or

☒ I returned the summons unexecuted because No longer works there

❒ Other *(specify)*:

My fees are $ 65 for travel and $ —— for services, for a total of $ 65 ~~0.00~~ .

I declare under penalty of perjury that this information is true.

Date: 1-14-21

[signature]
*Server's signature*

Robert Kelly DCSM
*Printed name and title*

*Server's address*

Additional information regarding attempted service, etc: