UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | |
|---|---|
| MARK CHRISTIANS,<br><br>Plaintiff,<br><br>vs.<br><br>DARRIN YOUNG, et. al.<br><br>Defendants. | 4:20-CV-04083-LLP<br><br>MOTION TO ADD/REMOVE DEFENDANTS NAMES FROM COMPLAINT |

This motion is to ask for permission to remove the name Denny Kaemingk from the First amended complaint and replace it with Mike Leidholt. Denny Kaemingk is the retired Secretary of Corrections and Mike Leidholt is the current Secretary of Corrections for South Dakota and was inadvertently switched in the complaint.

Dated this 15TH day of JANUARY, 2021

Submitted by,

Mark A. Christians #35285
SDSP-Jameson Annex
PO Box 5911
Sioux Falls, SD 57117-5911