1

4:20-cv-04083-LLP

This is a letter to inform administration of the issues with summit that brought us to the decision to hold this peaceful protest of our food service contractor. This is not a protest of staff or administration. In fact we hope by raising awarness of our discontent that administration will ~~enforce this agreement with summit~~ take the nessarry steps to hold Summit accountable for it flagrant violations of the agreements made in the Request for proposal and food service contract.

We are not asking for anything that we are not suppose'd to be getting. We are asking for administration to step up and enforce this tax payer funded contract.

I will now list the items on both the contract and the request for proposal that are not being followed. It should be noted that in the contract section "VI. Addendum" states "The request for proposal and the response by the Contractor are incorporated in to this Agreement by addendum to address other issues not specifically referenced in this Agreement." Therefore, every thing listed below is supposed to be being done.

Starting with the Actual food service contract: 1425

sec III. Contractors Responsibilities C.1. standards and grades 4275

to be frank, none of these food grades are being met.

a. Meat - USDA No 1 or choice. we dont get any kind of beef. Ever.
b. Seafood - U.S. Grade A, certified. we dont get any kind of seafood. Ever.
C. Poultry - U.S. Grade A. Any chicken we are served is Mechanically separated chicken which the USDA grades as "~~B or lower~~" [Cant grade – due to it being so far under the standards req. to grade pol.]. The chicken patties, sausage patties, "burger" patties, and meatloaf patties we are served are All mechanically separated chicken and Shoold not be survod here.
d. Eggs - U.S. Grade A medium size. We haven't been served eggs from the shell in five years. We used to recive fried eggs, hard boiled eggs, and french toast made with eggs every week. The fact that it specifically says "Medium size" means the size egg in a shell that we are supposed to be served, not the instant-precooked thing they give us now.
e. Pure Ground beef. USDA utility or better, not to exceed 18% to 22% fat We are not ever served any ground beef. Ever.
f. fresh fruits, vegetables - USDA Grade A or B. Once a month we get an apple.
g. Canned fruits, vegetables, juices USDA Grade A or B. Once a Year we get an ear of corn and a cucumber salad - other than that and the apple, all we get is canned.

It should be noted that the language used in ~~III.C.1.5~~ Contracts are Very firm legally speaking. ie. (Grade minimum for food items shall be as follows.) (In addition to the above, all other food products must be top quality. No substitutes will be allowed to be utilized in recipes.) words like must and shall are legally binding.

III D. 5. Menu Planning

a. "... The menus must have a sufficient number and quantity of food items to fill each tray cavity. The Contractor shall ensure the menus are structured in such a way, to provide the inmates with adequate portions and a full tray." Once or twice a week there is open tray cavities and about a year and a half ago Summit got rid of all of their trays and replaced them with trays that are smaller in width ~~lenght~~ length and depth. The bowls ju iot smaller too.

g. "The menu shall be planned with institutional tested products and reciepes for inmate acceptability. A variety of food flavors, textures, temperatures, and appearances shall be used. The Contractor shall monitor inmate satisfaction through a survey or comment card at a minimum of once each four-week menu cycle at each facility. The Contractor shall provide to the state all inmate meal service comments, complaints and surveys." One instance of inmate unacceptability is that 6 times a month we get the same liquid "meat" — served as the main course — called 3 different things. Taco Joe, Pizza Joe, Sloppy Joe. At no time Ever has Summit or CBM had inmates fill out a survey or comment card. Maybe if we ever had, we wouldn't be where we are today.



II.D.11. → [redacted]. Quality Assurance. "The Contractor shall address all complaints from inmates, and will ensure quality products and services are being provided. If the facility has an existing process for complaint resolution and/or quality control, the Contractor shall work within that process to resolve complaints and/or quality issues." We've been begging Summit and CBM for years — and things have only gotten worse.

4

III.R. Food Service Training for Inmates: "The Contractor shall present a plan to train inmates in the proper handling and preparation of food to the Director of Prison Operations for review and approval. This program will be implemented in all facilities covered under this Agreement. The program shall be designed in accordance with FDA 2005 and South Dakota Food Code or their successors. The program shall be implemented prior to the end of the first quarter of operation of this agreement. Program shall include certificates to inmates of successful completion of each component of the program."

I shouldn't have to explain why being properly trained in preparation and handling of food is important. It is essential to the health of inmates and the quality of our food. Food service certification is a fantastic way to fill a years long gap in someones resumé and may make the difference between obtaining gainful employment after incarceration, or being reincarcerated.

Section 2.47.8. of the request for proposal "The Department of Corrections requires milk to be served at two meals (Breakfast and lunch) each day. The price per meal should reflect this milk requirement". Under this it says Summit has read, agrees and will comply. Summit does not fulfill this requirement. We respectfully request that The DoC follow through on this requirement, as well as all of the others that Summit ~~is are~~ is? violating. Due to the efforts of PeaceKeepers who live in your facilities, we ask that you take action to underscore the concept that the only acceptable way to bring about change is nonviolently.

→

is pen
ucks

If nothing does change, our families, who already have copies of this letter, will release them to the media in a further attempt to get the Doc to uphold this taxpayer funded contract.