Mark Christians - #35285
SDSP-Jameson Annex
PO Box 5911
Sioux Falls, SD 57117

4:20-cv-04083-LLP

January 15, 2021

United States District Court
Office of the Clerk
400 S. Phillips Ave., Room 128
Sioux Falls, SD 57104

Dear Clerk,

I have enclosed a motion to add and remove a name from the First Amended Complaint. If this is not the appropriate method please let me know how I would need to change that particular name.

Also enclosed is a copy of a letter that was submitted to Darrin Young to be received as more evidence.

If the name change is approved I will need additional copies of two different forms: a summons form and a USM-285 form to serve Mike Leidholt.

Sincerely,

Mark A. Christians

MARK CHRISTIANS #35285
DEPARTMENT OF CORRECTIONS
STATE PENITENTIARY
P.O. Box 5911
Sioux Falls, SD 57117-5911
*Address Service Requested*

SIOUX FALLS SD 570
3 FEB 2021 PM 2 L

NEOPOST
02/02/2021
US POSTAGE
$000.71⁰
FIRST-CLASS MAIL
ZIP 57104
041M11461503

UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
400 S. PHILLIPS AVE., ROOM 128
SIOUX FALLS, SD 57104

57104-685128

X-RAYED BY
SOUTH DAKOTA
DOC