# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No: 21-2458
_____

Mark Christians

Plaintiff - Appellant

v.

Marlin Sejnoha, Jr., Summit President & CEO; Naomi McLaughlin, Summit Director of Marketing; Jeff Green, Summit Business Development Director; Shane Sejnoha, Summit VP of Operations

Defendants - Appellees

Jarred Anderson; Assistant Food Service Directors; Justin Barthel, Director of Dietary Summit; Kelly Buchholz, CBM/Summit Food Services Worker MDSP; Nancy Christensen, Unit Manager MDSP; Jessica Cook, Associate Warden SDSP/Jameson; Dietary Assistants; Directors of Operations; District Managers; Deb Eilers, Unit Coordinator MDSP; Derek Ekeren, Unit Coordinator Jameson; Brent Fluke, Warden MDSP; Food Service Directors; Food Service Workers; Cody Hanson, Unit Manager Jameson; Seth Hughes, Unit Manager Jameson; Mike Liedholt, South Dakota Secretary of Corrections; Lt. Maddox, Lieutenant MDSP; Craig Mousel, Property Officer, SDSP; Troy Ponto, Deputy Warden SDSP; Alex Reyes, Associate Warden MDSP; Rebecca Schieffer, Associate Warden MDSP; Julie Stevens, Case Manager MDSP; Laurie Stratman, Unit Coordinator MDSP; Pamela Thomas, Executive Chef, Summit Corrections; Kevin Trierweiler, Site Manager Jameson; John Trieweiler, Summit District Manager; Unnamed Summit Licensed Dietitian(s); Darin Young, Chief Warden SDDOC prisons; all parties in their individual and official capacities

Defendants

_____

Appeal from U.S. District Court for the District of South Dakota - Southern
(4:20-cv-04083-LLP)
_____

**JUDGMENT**

Before SHEPHERD, ERICKSON, and KOBES, Circuit Judges.

The court has carefully reviewed the original file of the United States District Court and orders that this appeal be dismissed for lack of jurisdiction.

July 13, 2021

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
      /s/ Michael E. Gans