MARK CHRISTIANS - #35285
JAMESON ANNEX (SDSP)
1600 N. DRIVE, P.O BOX 5911
SIOUX FALLS, SD 57117

UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | |
|---|---|
| MARK CHRISTIANS, PLAINTIFF, | 4:20-CV-04083-LLP |
| VS. | CIVIL RIGHTS COMPLAINT BY A PRISONER |
| DARIN YOUNG; TROY PONTO - DEPUTY WARDEN SDSP; JESSICA COOK - ASSOCIATE WARDEN SDSP/JAMESON; BRENT FLUKE - WARDEN MDSP; REBECCA SCHIEFFER - ASSOCIATE WARDEN MDSP; ALEX REYES - ASSOCIATE WARDEN MDSP; CODY HANSON - UNIT MANAGER JAMESON; SETH HUGHES - UNIT MANAGER JAMESON; DEREK EKEREN - UNIT MANAGER JAMESON; NANCY CHRISTENSEN - UNIT MANAGER MDSP; LIEUTENANT MADDOX - MDSP; DEB EILERS - UNIT COORDINATOR MDSP; LAURIE STRATMAN - UNIT COORDINATOR MDSP; JULIE STEVENS - CASE MANAGER MDSP; JARED ANDERSON - SUMMIT SITE MANAGER MDSP; KELLY - SUMMIT FOOD SERVICE WORKER MDSP; MARLIN C. SEJONHA JR. - SUMMIT PRESIDENT AND CEO; JUSTIN BARTHEL SUMMIT DIRECTOR OF DIETARY; SHANE SEJONHA - SUMMIT VP OF OPERATIONS; JOHN TRIERWEILER - SUMMIT DISTRICT MANAGER; KEVIN TRIERWEILER - SITE MANAGER JAMESON; PAMELA THOMAS - | TRIAL BY JURY DEMANDED<br><br>SECOND AMENDED COMPLAINT |

EXECUTIVE CHEF SUMMIT CORRECTIONS; NAOMI MCLAUGHLIN - SUMMIT DIRECTOR OF MARKETING; JEFF GREEN - SUMMIT BUSINESS DEVELOPMENT DIRECTOR; UNNAMED SUMMIT LICENSED DIETITIAN(S); JESSICA DIETICIAN SUMMIT; UNNAMED SUMMIT DIETARY ASSISTANT(S); UNNAMED DIRECTOR(S) OF OPERATIONS; UNNAMED SUMMIT DISTRICT MANAGERS; UNNAMED SUMMIT FOOD SERVICE DIRECTORS; UNNAMED SUMMIT ASSISTANT FOOD SERVICE DIRECTOR(S); UNNAMED SUMMIT FOOD SERVICE WORKER(S); CRAIG MOUSEL - PROPERTY OFFICER SDSP; SOUTH DAKOTA SECRETARY OF CORRECTIONS; MIKE LEIDHOLT; DR. MARY CARPENTER - MEDICAL DIRECTOR FOR CORRECTION HEALTH; DR. SHAMIN SULTANA - SDDOC PROVIDER; AMBER GITCHEL - MEDICAL SCHEDULING; RACHEL DEPREE - MEDICAL SUPERVISOR JAMESON; DR. KARISSA ZIMMER - SDDOC PROVIDER; PECHOUS - UNIT COORDINATOR JAMESON; GENIE BIRCH - PROGRAM MANAGER JAMESON; JAMESON C.O.'S GREASMAN, DAWN ALUMBAUGH, BARNETCHE, MARJAMA, WINTERS, PADILLA, MULLINS, HULSCHER - CORRECTIONAL OFFICERS JAMESON ANNEX; DRISKIE - FORMER DEPUTY WARDEN SDSP; LIEUTENANT BECKER - JAMESON ANNEX; LIEUTENANT HETTIG - JAMESON ANNEX; LIEUTENANT SORENSON - JAMESON ANNEX; FORMER LIEUTENANT PERRET - JAMESON ANNEX; BETH - SUMMIT SUPERVISOR

JAMESON ANNEX; SUMMIT FOOD SEVICE - A CORPORATION PROVIDING FOOD SERVICE FOR SOUTH DAKOTA STATE PRISON INMATES; SUED IN THEIR INDIVIDUAL AND OFFICIAL CAPACITIES,

DEFENDANTS.

## I. JURISDICTION AND VENUE

1. THIS IS A CIVIL ACTION AUTHORIZED BY 42 U.S.C SECTION 1983 TO REDRESS THE DEPRIVATION, UNDER COLOR OF STATE LAW, OF RIGHTS

SECURED BY THE CONSTITUTION OF THE UNITED STATES. THE COURT HAS JURISDICTION UNDER 28 U.S.C SECTION 1331 AND 1343 (a)(3). PLAINTIFF CHRISTIANS SEEKS DECLARATORY RELIEF PURSUANT TO 28 U.S.C. SECTION 2201 AND 2202. PLAINTIFF CHRISTIANS' CLAIMS FOR INJUNCTIVE RELIEF ARE AUTHORIZED BY 28 U.S.C. SECTION 2284 AND RULE 65 OF THE FEDERAL RULES OF CIVIL PROCEDURE.

2. THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF SOUTH DAKOTA IS AN APPROPRIATE VENUE UNDER 28 U.S.C. SECTION 1391 (b)(2) BECAUSE IT IS WHERE THE EVENTS GIVING RISE TO THIS CLAIM OCCURRED.

## II. PLAINTIFF(S)

3. PLAINTIFF, MARK CHRISTIANS #35285 IS AND WAS AT ALL TIMES MENTIONED HEREIN A PRISONER OF THE STATE OF SOUTH DAKOTA IN THE CUSTODY OF THE SOUTH DAKOTA DEPARTMENT OF CORRECTIONS (SDDOC). HE IS CURRENTLY CONFINED IN JAMESON ANNEX (JAMESON) IN SIOUX FALLS SOUTH DAKOTA.

## III. DEFENDANTS

4. DEFENDANT, DARIN YOUNG (WARDEN YOUNG) AT ALL TIMES RELEVANT TO THIS ACTION WAS ~~AND IS~~ EMPLOYED AS CHIEF WARDEN OF THE SDDOC. HE ~~IS~~ WAS LEGALLY RESPONSIBLE FOR THE OPERATION OF SOUTH DAKOTA STATE PRISONS, INCLUDING SDSP, JAMESON ANNEX AND MIKE DURFEE STATE PRISON (MDSP), AND FOR THE WELFARE OF ALL THE INMATES IN THOSE PRISONS.

5. DEFENDANT, TROY PONTO (DW PONTO), IS A DEPUTY WARDEN OF THE SDDOC WHO AT ALL TIMES MENTIONED HELD THE RANK OF ASSOCIATE WARDEN, NOW DEPUTY WARDEN AND IS ASSIGNED TO SDSP.

6. DEFENDANT, JESSICA COOK (AW COOK), IS AN ASSOCIATE WARDEN OF THE SDDOC WHO AT ALL TIMES MENTIONED HELD THE RANK OF ASSOCIATE WARDEN AND IS ASSIGNED TO SDSP/JAMESON.

7. DEFENDANT, WARDEN BRENT FLUKE (FLUKE) IS A WARDEN OF THE SDDOC WHO AT ALL TIMES MENTIONED HELD THE RANK OF WARDEN AND IS ASSIGNED TO MDSP.

8. DEFENDANT, REBECCA SCHIEFFER (AW SCHIEFFER) IS AN ASSOCIATE WARDEN OF THE SDDOC WHO AT ALL TIMES MENTIONED HELD THE RANK OF ASSOCIATE WARDEN AND IS ASSIGNED TO MDSP.

9. DEFENDANT, ALEX REYES (AW REYES) IS AN ASSOCIATE WARDEN OF THE SDDOC WHO AT ALL TIMES MENTIONED HELD THE RANK OF ASSOCIATE WARDEN AND IS ASSIGNED TO MDSP.

10. DEFENDANT, CODY HANSON (UM HANSON) IS A UNIT MANAGER OF THE SDDOC WHO AT ALL TIMES MENTIONED HELD THE RANK OF UNIT MANAGER AND WAS ASSIGNED TO JAMESON.

11. DEFENDANT, SETH HUGHES (UM HUGHES) IS A UNIT MANAGER OF THE SDDOC WHO AT ALL TIMES MENTIONED HELD THE RANK OF UNIT MANAGER AND WAS ASSIGNED TO JAMESON.

12. DEFENDANT, NANCY CHRISTENSEN (UM NANCY) IS A UNIT MANAGER OF THE SDDOC WHO AT ALL TIMES MENTIONED HELD THE RANK OF UNIT MANAGER AND IS ASSIGNED TO MDSP.

13. DEFENDANT, LIEUTENANT MADDOX (MADDOX) IS A LIEUTENANT OF THE SDDOC WHO AT ALL TIMES MENTIONED HELD THE RANK OF LIEUTENANT AND IS ASSIGNED TO MDSP.

14. DEFENDANT, D. EKEREN (UC EKEREN) IS A UNIT COORDINATOR OF THE SDDOC WHO AT ALL TIMES MENTIONED HELD THE RANK OF UNIT COORDINATOR AND WAS ASSIGNED TO JAMESON.

15. DEFENDANT, DEB EILERS (UC EILERS) IS A UNIT COORDINATOR OF THE SDDOC WHO AT ALL TIMES MENTIONED HELD THE RANK OF UNIT COORDINATOR AND IS ASSIGNED TO MDSP.

16 DEFENDANT, LAURIE STRATMAN, (UC STRATMAN) IS A UNIT COORDINATOR OF THE SDDOC WHO AT ALL TIMES MENTIONED HELD THE RANK OF UNIT COORDINATOR AND IS ASSIGNED TO MDSP.

17. DEFENDANT, JULIE STEVENS (STEVENS) IS A CASE MANAGER OF THE SDDOC WHO AT ALL TIMES MENTIONED HELD THE RANK OF CASE MANAGER AND IS ASSIGNED TO MDSP.

18. DEFENDANT, JARED (LAST NAME UNKNOWN) IS A SITE MANAGER OF CBM/SUMMIT FOOD SERVICES (SUMMIT) WHO AT ALL TIMES MENTIONED WORKED AT MDSP.

19. DEFENDANT, KELLY (LAST NAME UNKNOWN) IS A FOOD SERVICES WORKER OF SUMMIT WHO AT ALL TIMES MENTIONED WORKED AT MDSP.

20. DEFENDANT, MARLIN C. SEJNOHA, JR. (MARLIN), IS THE PRESIDENT AND CEO OF SUMMIT WHO AT ALL TIMES OVER SEES ALL ASPECTS OF PERFORMANCE TO ENSURE SATISFACTION. MARLIN PROVIDES A HANDS ON APPROACH.

21. DEFENDANT, JUSTIN BARTHEL (BARTHEL), IS THE SUMMIT DIRECTOR OF DIETARY WHO OVERSEES REGISTERED DIETICIANS AND SUPPORTS ALL CORRECTION ACCOUNTS. HE IS AVAILABLE TO ASSIST IN DIET AND MENU PLANNING FOR HEALTH, NUTRITION, AND REGULATION COMPLIANCE.

22. DEFENDANT, SHANE SEJNOHA (SHANE) IS THE SUMMIT VP OF OPERATIONS WHO IS RESPONSIBLE FOR DRIVING OPERATIONAL PERFORMANCE AND SETTING STANDARDS.

23. KEVIN TRIERWEILER (K. TRIERWEILER) WAS THE SUMMIT SITE MANAGER AT JAMESON.

24. DEFENDANT, JOHN TRIERWEILER (J. TRIERWEILER) IS THE SUMMIT DISTRICT MANAGER WHO WORKS CLOSELY ON A DAILY BASIS WITH ONSITE TEAMS.

25. DEFENDANT, PAMELA THOMAS (THOMAS) IS THE SUMMIT EXECUTIVE CHEF FOR CORRECTIONS WHO PROVIDES SUPPORT IN FOOD PRODUCTION, SAFETY AND SANITATION. SHE ASSIST WITH THE MENU PROCESS AND INGREDIENT SELECTION.

26. DEFENDANT, NAOMI MCLAUGHLIN (MCLAUGHLIN), IS THE SUMMIT DIRECTOR OF MARKETING WHO OVERSEES STANDARDS AND PROCESSES. S/HE WORKS WITH CORRECTIONS UNIT LEADERS AND MANAGERS TO ESTABLISH BEST PRACTICES.

27. DEFENDANT, JEFF GREEN (GREEN) IS THE SUMMIT BUSINESS DEVELOPEMENT DIRECTOR WHO BRINGS FOCUS TO MEAL QUALITY.

28. DEFENDANTS, UNNAMED LICENSED DIETICIAN(S); UNNAMED DIETARY ASSISTANT(S); UNNAMED DIRECTOR(S) OF OPERATIONS; UNNAMED ASSISTANT FOOD SERVICE DIRECTOR(S); AND UNNAMED FOOD SERVICE WORKERS EMPLOYED BY SUMMIT WHO ARE RESPONSIBLE FOR MENU PLANNING, IMPLEMETATION AND SERVICE OF FOOD TO CHRISTIANS.

29. DEFENDANT, SHARON REIMANN, MAILROOM OFFICER AT SDSP WHO IS RESPONSIBLE FOR DISTRIBUTING AND SCANNING INCOMING AND OUT-GOING MAIL FOR CONTRABAND.

30. DEFENDANT CRAIG MOUSEL, PROPERTY OFFICER AT SDSP WHO IS RESPONSIBLE FOR DISTRIBUTING AND SEARCHING INCOMING PROPERTY FOR CONTRABAND.

31. DEFENDANT, DENNY KAEMINGK, SOUTH DAKOTA SECRETARY OF CORRECTIONS WHO IS RESPONSIBLE FOR THE PRISON POLICIES AND IMPLIMENTATION.

32. DEFENDANT, DR. MARY CARPENTER, MEDICAL DIRECTOR FOR CORRECTION HEALTH WHO IS RESPONSIBLE FOR APPROVING SURGIES AND MEDICAL PROCEDURES AT THE PRISONS.

32. (A) DEFENDANT, PECHOUS IS A UNIT COORDINATOR FOR THE SDDOC WHO AT ALL TIMES MENTIONED HELD THE RANK OF UNIT COORDINATOR AND IS CURRENTLY ASSIGNED TO JAMESON ANNEX,

32. (B) DEFENDANT, GENIE BIRCH IS A PROGRAM MANAGER AT JAMESON FOR THE SDDOC WHO AT ALL TIMES MENTIONED HELD THE RANK OF PROGRAM MANAGER.

32. (C) DEFENDANTS C.O.'S GREASMAN, DAWN ALUMBAUGH, BARNETCHE, MARTAMA, WINTERS, PADILLA, MULLINS AND HULSCHER ARE CORRECTIONAL OFFICERS FOR THE SDDOC WHO AT ALL TIMES HELD THAT RANK WHEN MENTIONED.

32. (D) DEFENDANT, DRISKIE WAS A FORMER DEPUTY WARDEN WHO AT ALL TIMES MENTIONED HELD THE RANK OF DEPUTY WARDEN.

32. (E) DEFENDANT, LIEUTENANT BECKER WAS A LIEUTENANT FOR THE SD DOC WHO AT ALL TIMES MENTIONED HELD THAT RANK.

32. (F) DEFENDANT, LIEUTENANT HETTIG IS A LIEUTENANT FOR THE SDDOC WHO AT ALL TIME MENTIONED HELD THAT RANK.

32. (G) DEFENDANT, LIEUTENANT SORENSON IS A LIEUTENANT FOR THE SDDOC WHO AT ALL TIMES MENTIONED HELD THAT RANK.

32. (H) DEFENDANT, LIEUTENANT PERRET WAS A LIEUTENANT FOR THE SDDOC WHO AT ALL TIMES MENTIONED HELD THAT RANK

32. (I) DEFENDANT, BETH WAS A SUMMIT SUPERVISOR AT JAMESON WHO AT ALL TIMES MENTIONED HELD THE POSITION AS SUPERVISOR.

32. (J) DEFENDANT, SUMMIT FOOD SERVICE IS A CORPORATION WHICH IS TO PROVIDE A NUTRITIONAL DIET FOR INMATES OF THE SDDOC WHO AT ALL TIMES MENTIONED WAS TO PROVIDE SUCH SERVICE.

32. (K) EACH DEFENDANT IS SUED INDIVIDUALLY AND IN HIS, HER OR ITS OFFICIAL CAPACITY. AT ALL TIMES MENTIONED IN THE COMPLAINT EACH DEFENDANT ACTED UNDER THE COLOR OF STATE LAW.

[illegible]

[illegible]

33. DEFENDANT, AMBER GITCHEL, MEDICAL SCHEDULING, WHO IS RESPONSIBLE FOR SCHEDULING APPOINTMENTS FOR INMATE SURGERIES AND MEDICAL PROCEDURES.

32. DEFENDANT, RACHEL DEPREE, MEDICAL SUPERVISOR, JAMESON WHO IS RESPONSIBLE FOR ALL ACTIONS OF HER EMPLOYEES AND SCHEDULING TIMELY APPOINTMENTS AND SPECIALIST VISITS OUTSIDE PRISON.

33. DEFENDANT, DR. KARRISSA ZIMMER, SDDOC PROVIDER, RESPONSIBLE FOR CARE AND HEALTH OF INMATES.

34. DEFENDANT, DR. SULTANA (FIRST NAME UNKNOWN), SDDOC PROVIDER WHO IS RESPONSIBLE FOR CARE AND HEALTH OF INMATES.

35. EACH DEFENDANT IS SUED INDIVIDUALLY AND IN HIS OR HER OFFICIAL CAPACITY. AT ALL TIMES MENTIONED IN THE COMPLAINT EACH DEFENDANT ACTED UNDER THE COLOR OF STATE LAW.

## IV. STATEMENT OF FACTS

## COUNT ONE

36. IN MARCH OF 2017, CHRISTIANS WEIGHED 310 POUNDS. HIS WEIGHT WAS RECORDED ON 3/08/2017 AT 307 POUNDS. ON 3/21/2018 HIS WEIGHT WAS RECORDED AT 254 POUNDS, SHOWING A NEARLY 60 POUND WEIGHT LOSS AND ON 8/13/2018 SHOWED ANOTHER OVER 30 POUND WEIGHT LOSS. HIS TOTAL WEIGHT LOSS FOR 2017 TO 2018 WAS OVER 90 POUNDS. OVER THE COURSE OF THE MONTHLY WEIGHT CHECKS, CHRISTIANS' LOSS OF WEIGHT WAS TWO TO FOUR TIMES THE RECOMMENDED AMOUNT TO SAFELY LOSE WEIGHT.

37. RAPID WEIGHT LOSS IN THESE AMOUNTS RELEASE DANGEROUS CHEMICALS CALL ORGANOCHLORINES THAT CAN CAUSE CANCER AND GENETIC DAMAGE. LOSING ALOT OF WEIGHT IN A SHORT TIME CAN BE DANGEROUS BECAUSE THE FAT CELLS RELEASE THESE DANGEROUS CHEMICALS ALL AT ONCE, WHICH CAN DEPRESS THE IMMUNE SYSTEM AND THYROID FUNCTION. IT HAS BEEN SHOWN THAT LOSING WEIGHT QUICKLY, INCREASES RISK OF HEART DISEASE, STROKE, HIGH BLOOD PRESSURE AND DIABETES.

38. CHRISTIANS' WEIGHT LOSS WAS DUE TO A PROLONGED CALORIC DEFICIT AND INADEQUATE NUTRITION FROM HIS INCARCERATION IN THE SDDOC PRISON SYSTEM. PROLONGED CALORIC DEFICITS RESULT IN INCREASED CORTISOL LEVELS THAT CAN LEAD TO A LITANY OF HEALTH AND MENTAL CONCERNS.

39. INCREASED CORTISOL LEVELS DISRUPT SLEEP PATTERNS, INCREASES IRRITABILITY RESULTING IN MORE HOSTILITY, INCREASED BLOOD PRESSURE, TENSION, MUSCLE WEAKNESS, INCREASED THIRST, FREQUENT URINATION, CHANGE IN MOOD, RAPID WEIGHT GAIN IN THE FACE AND ABDOMEN, AND OSTEOPOROSIS AMONGST OTHER SERIOUS HEALTH CONCERNS.

40. CHRISTIANS' DIET IS AND WAS APPROXIMATELY 1750 CALORIES PER DAY. THIS IS CALCULATED USING THE UNITED STATES DEPARTMENT OF AGRICULTURE'S (USDA) NUTRITIVE VALUE OF FOODS, BASED ON THE FOOD ITEMS AND SERVING SIZES HE IS SERVED. THAT TOTAL IS APPROXIMATELY 1300 CALORIES SHORT OF HIS RECOMMENDED TOTAL CALORIES OF 3000 PER DAY, ACCORDING TO THE DIETARY GUIDLINES FOR AMERICANS 2015-2020 8TH EDITION. THE MENUS CREATED BY SUMMIT'S DIETICIAN ARE TO BE BASED ON THE NATIONAL STANDARDS BUT CLEARLY HAVE FALLEN SEVERELY SHORT, MEETING ONLY ABOUT

60% OF CHRISTIANS CALORIES NEEDED FOR HEALTHY BODY FUNCTION.

41. CHRISTIANS' MAIN PORTIONS OF CALORIES COME FROM HIGH GLYCEMIC CARBOHYDRATES. THE OVERALL CARBOHYDRATES IN HIS DIET REACH OVER 70% OF THE TOTAL MACRONUTRIENTS. HIGH CARBOHYDRATE DIETS CAN DIRECTLY OR INDIRECTLY PROMOTE FAT STORAGE. DIETS LOWER IN CARBOHYDRATES CAUSE ONLY A SMALL AMOUNT OF FAT STORAGE BECAUSE THE BODY USES THE FATS AS FUEL RATHER THAN STORING IT. STUDIES SHOW WHY HIGH CARBOHYDRATE DIETS CAN BE RESPONSIBLE FOR PROMOTING OBESITY AND CAUSING INSULIN PROBLEMS LIKE INSULIN RESISTANCE.

42. INSULIN RESISTANCE MAY CAUSE HIGH BLOOD PRESSURE, EXCESS INSULIN PRODUCTION, INCREASED BLOOD CLOTTING SPEED, HIGH BLOOD FATS, LOWER GOOD CHOLESTEROL (HDL) AND ABDOMINAL FAT DEPOSITION. THOSE CONDITIONS PROMOTE HEART DISEASE AND OBESITY. HIGH GLYCEMIC FOODS CAUSE RAPID INCREASES IN BLOOD SUGAR. LOW GLYCEMIC CARBS ENTER THE SYSTEM MORE SLOWLY BECAUSE THEY CONTAIN MORE FIBER AND FATS. PEOPLE WHO EAT MEALS HIGH IN SIMPLE SUGAR (HIGH GLYCEMIC CARBS) HAVE HIGHER RISKS OF COLON AND BREAST CANCER. HIGH FIBER DIETS ARE ASSOCIATED WITH A LOWER RISK OF INSULIN RESISTANCE AND DIABETES.

43. THE ABOVE STATEMENTS OF FACT RELATE TO CHRISTIANS' MEDICAL SICK CALL FOR SEVERAL AILMENTS, INCLUDING EXCESSIVE WEIGHT LOSS, LOSS OF MUSCLE AND STRENGTH, FAINTING SPELLS, DEHYDRATION, FREQUENT BOWEL MOVEMENTS, FREQUENT URINATION AND DIARRHEA. REPORTED JANUARY 4, 2018.

44. ON MARCH 9, 2018 CHRISTIANS VISITED MEDICAL SICK CALL FOR SEVERAL AILMENTS, INCLUDING EXCESSIVE URINATION, LOSS OF STRENGTH

AND MUSCLE DENSITY, CONSTANT DIZZY, LIGHT HEADED TINGLING SENSATIONS, AND EXCESSIVE BOWEL MOVEMENTS.

45. ON DECEMBER 3, 2018 CHRISTIANS SUBMITS KITE TO MEDICAL ABOUT LACK OF RESPONSE FROM CBM KITCHEN AND DIETARY, ASKING MEDICAL FOR INFORMATION ON HIS DIET PLAN. THIS REQUEST WAS REJECTED AND CHRISTIANS WAS TOLD TO CONTACT CBM.

46. PRIOR TO THE DECEMBER 3rd KITE SENT TO MEDICAL, CHRISTIANS HAD A CONVERSATION WITH AN UNKNOWN SERGEANT WHO STATED MEDICAL WAS BEST SOURCE OF INFORMATION HE WAS LOOKING FOR.

47. IN OCTOBER AND NOVEMBER OF 2018, CHRISTIANS SENT FOUR SEPERATE KITES TO ~~UM NANCY DURING~~ CBM KITCHEN AND CBM DIETARY FOR A COPY /PLAN OF HIS NEW DIET, GLUTEN FREE. HE SENT MULTIPLE KITES TO UM NANCY DURING THAT TIME FRAME. CHRISTIANS RECEIVED NO RESPONSES FROM ANY OF THOSE PARTIES.

48. DECEMBER 13, 2018 CHRISTIANS MET WITH UM NANCY AT APPROXIMATELY 7:30AM AND ASKED HER WHY SHE HASN'T ANSWERED HIS KITES ABOUT ASSISTANCE OBTAINING HIS DIET PLAN. SHE STATED TO CHRISTIANS TO SEND HER ANOTHER KITE WITH WHAT HE NEEDED.

49. ON DECEMBER 14, 2018 CHRISTIANS SENT A KITE TO UM NANCY ASKING FOR HIS DIET INFORMATION FOR GLUTEN FREE DIET. HE RECEIVED NO REPLY

50. ON DECEMBER 26, 2018, CHRISTIANS SUBMITTED AN INFORMAL RESOLUTION REQUEST (IRR) REFERENCE # 26788 REGARDING PORTION SIZES.

THIS GRIEVANCE INVOLVED KELLY, JARED, A LIEUTENANT SPULAK AND LIEUTENANT NIXON. THE RESPONSE GIVEN BY UC EILERS SAID THE POULTRY WAS SERVED WITH A 3OZ. UTENSIL. SHE DID NOT CONSIDER STATEMENTS FROM LT. SPULAK OOR LT. NIXON WHICH WOULD HAVE VERIFIED THE LIGHT PORTION, NOR DID SHE CONSIDER THE UTENSIL USED MAY NOT HAVE BEEN FILLED OR COMPLETLY EMPTIED.

51. ON DECEMBER 27TH 2018, CHRISTIANS SUBMITTED IRR REFERENCE #26789 REGARDING CONFORMITY OF SPECIAL AND REGULAR DIETS AND LACK OF KITE RESPONSE FROM CBM. THE RESPONSE FROM UC EILERS DID NOT ADDRESS THE COMPLAINT OR ANSWER THE REQUESTED ACTION.

52. ON JANUARY 2, 2019, CHRISTIANS VISITED MEDICAL SICK CALL FOR SEVERAL AILMENTS, INCLUDING SLEEPLESSNESS, INSOMNIA, DIZZY SPELLS AND EXTREME LOSS OF STRENGTH, MUSCLE AND MUSCLE DENSITY, FREQUENT URINATION AND DIARRHEA WITH FREQUENT BOWEL MOVEMENTS. HE SPOKE TO P.A. KARISSA ZIMMER WHO ADVISED HIM SHE CANNOT HELP WITH DIET AND TOLD CHRISTIANS TO TALK WITH UNIT STAFF. NURSE ASSISTANT SAID SHE WOULD EMAIL MISTY (MDSP MEDICAL SUPERVISOR) AND GET BACK TO HIM. THE NURSE ASSISTANT NEVER RESPONDED BACK. NEITHER ZIMMER NOR NURSE WOULD PUT INTO WRITING. IN ORDER TO PREVENT RUN-AROUND

53. CHRISTIANS SUFFERED AND IS SUFFERING FROM SEVERE FATIGUE, MUSCLE AND STRENGTH LOSS, DEVELOPMENT OF MENTAL ANGUISH AND DISABILITIES, INSOMNIA, EXCESSIVE WEIGHT LOSS AND GAIN AMONGST OTHER AILMENTS. THIS PERIOD ALSO INCLUDES INCREASED HDL LEVELS (BAD CHOLESTEROL), DECREASED LDL LEVELS (GOOD CHOLESTEROL), TRIGLYCERIDES AT ABNORMAL HIGH LEVELS, A

NON ALCOHOL RELATED FATTY LIVER, AND ELEVATED LIVER ENZYMES. CHRISTIANS ALSO DEVELOPED H. PYLORI DUE TO SANITATION CONDITIONS AND LACK OF TRAING OF INMATE WORKER IN KITCHEN.

54. CHRISTIANS NEWLY DEVELOPED CHOLESTEROL ISSUES CAUSES HIM CHEST PAIN AND WILL LEAD TO HEARTATTACK AND STROKE. THIS WAS DEVELOPED BY HIS POOR PRISON DIET AND LACK OF GOOD FIBER CONTENT. DIETS WITH INCREASED FIBER LOWER CHOLESTEROL NATURALLY. CHRISTIANS IS NOW RELIANT ON MEDICATION TO CONTROL HIS CHOLESTERIL, WHICH WAS INEFFECTIVE UNTIL DRASTICALLY INCREASED. MEDICAL STAFF ALSO PRESCRIBED A FIBER SUPPLEMENT TO BE TAKEN DAILY. THESE TREATMENTS AND EXPENSES COULD HAVE BEEN PREVENTED WITH A PROPER DIET AND NUTRITION. IT SHOULD BE NOTED, WHEN ALLOWED, CHRISTIANS EXERCISES DAILY.

55. TO COMBAT HIS MEDICAL DILEMMAS DIRECTLY RELATED TO HIS DIET AS SHOWN, CHRISTIANS BEGAN THE GRIEVANCE AND APPEALS PROCESS. CHRISTIANS SHOWS SDDOC ADMINISTRATION AND STAFFS DELIBERATE INDIFFERENCE TO HIS DIETARY ISSUES. HE SHOWS SUMMIT'S UNWILLINGNESS TO CORRECT THEIR OWN ERRORS AND CONTRACT VIOLATIONS RESULTING IN PERMENANT DAMAGE TO CHRISTIANS' BODY AND VITAL ORGANS OVER THE COURSE OF HIS PRESENT AND FUTURE LIFE. CHRISTIANS BECAME SUBJECT TO THESE CONDITIONS AT THE WHIM OF A TOTALITARIAN ADMINISTRATIVE REGIME THAT SHOW THE CARE LITTLE ABOUT INMATES' LIVES. IS A LITTLE HUMAN DECENCY TOO MUCH TO ASK? WITH THEIR WANTONNESS, DEFENDANTS SHOW LITTLE CONCERN ABOUT HOW PRISONERS REMAIN PART OF SOCIETY AND THUS, WHAT SOCIETY DOES TO ITS INCARCERATED, IT DOES TO ITSELF.

56. ON JANUARY 18, 2019 CHRISTIANS SUBMITTED IRR REF #27010 REGARDING STATE STANDARDS WHICH WAS DENIED BY UC EILERS FOR REQUESTING MULTIPLE ACTIONS TO SATISFY THE COMPLAINT. CHRISTIANS REQUESTED NUTRITION FACTS AND DIET PLAN. THERE IS NO REJECTIONS OF THIS TYPE MENTIONED BY SDDOC POLICY 1.3.E.2-ADMINISTRATIVE REMEDY FOR INMATES. IN FACT, THE VERBIAGE USED IN THE POLICY REFERS TO "REQUEST(S)" IN PLURAL WHEN REFERRING TO RESOLUTION. THIS SHOWS UC EILERS DELIBERATELY NOT ADDRESSING THE ISSUE. ON THE SAME DAY IRR REF # 27011 WAS SUBMITTED BY CHRISTIANS REGARDING STANDARDS AND WAS REJECTED FOR THE SAME REASONING.

57. ON JANUARY 18, 2019 CHRISTIANS SPOKE WITH UC EILERS AT APPROXIMATELY 11:45 AM TO OBTAIN ADDITIONAL GRIEVANCES. SHE TOLD CHRISTIANS TO TRY AND SETTLE INFORMALLY BEFORE FILING GRIEVANCES. SHE TOLD HIM TO CONTACT MEDICAL PROVIDER BUT WOULD NOT PUT INTO WRITING. CHRISTIANS EXPLAINED ALL HIS INFORMAL EFFORTS THUS FAR TO RESOLVE THE ISSUES.

58. ON FEBRUARY 4, 2019 CHRISTIANS SUBMITTED IRR REF #27149 SHOWING A DAILY CALORIE SHORTAGE AND IMBALANCED MICRONUTRIENT COUNT. THE REQUEST WAS FOR THE NATIONAL ACADEMY OF SCIENCES INSTITUTE OF MEDICINE, FOOD, AND NUTRITION BOARD'S RECOMMENDED DAILY ALLOWANCES (RDA). THIS WAS TO SHOW PROOF OF MEAL SHORTAGES, BUT WAS DENIED BY UC EILERS SHOWING HER INDIFFERENCE IN ASSISTING CHRISTIANS RESOLVE HIS COMPLAINT.

59. ON FEBRUARY 4, 2019 CHRISTIANS SUBMITTED IRR REF #27150 SHOWING A DAILY CALORIE SHORTAGE AND IMBALANCED MACRO-

NUTRIENT COUNT. THE REQUEST WAS FOR THE NATIONAL ACADEMY OF SCIENCES INSTITUTE OF MEDICINE, FOOD, AND NUTRITION BOARD'S DIETARY REFERENCE INTAKE (DRI). THIS WAS DENIED BY UC EILERS WITH AN INAPPLICABLE REPLY.

60. ON FEBRUARY 13, 2019 AN IRR WAS SUBMITTED TO UC EILERS BY CHRISTIANS REQUESTING CBM DIET PLAN. THIS WAS SUBMITTED AS A SEPERATE REQUEST IN RESPONSE TO THE REJECTION IN IRR #27010.

61. ON FEBRUARY 13, 2019 AN IRR WAS SUBMITTED TO UC EILERS BY CHRISTIANS REQUESTING NUTRIENT FACTS. THIS WAS SUBMITTED AS A SEPERATE REQUEST IN RESPONSE TO THE REJECTION IN IRR #27011. NO RESPONSES WERE GIVEN TO THESE IRRS.

62. ON FEBRUARY 13, 2019 AN IRR WAS SUBMITTED TO UC EILERS BY CHRISTIANS REQUESTING HIS DIETICIAN'S DIET PLAN. THIS IRR RECEIVED NO RESPONSE.

63. ON FEBRUARY 13, 2019 AN IRR WAS SUBMITTED TO UC EILERS BY CHRISTIANS REQUESTING INFORMATION ON HOW TO GAIN A COPY OF HIS INDIVIDUAL DIET, DUE TO BEING GIVEN THE RUN-AROUND. THIS IRR RECEIVED NO RESPONSE.

64. ON FEBRUARY 21, 2019 CHRISTIANS VISITED MEDICAL SICK CALL FOR SEVERAL AILMENTS INCLUDING INCREASED DIZZINESS AND LIGHT HEADED SPELLS, CONTINUED LOSS OF MUSCLE MASS, DENSITY, AND HARDNESS, ERECTION ISSUES, CONSTANT URINATION, LACK OF CONCENTRATION AND MENTAL FOCUS AND FEELING FATIGUED AND TIRED. HE INQUIRED ABOUT A POSSIBLE INCREASE IN CALORIES AND PROTEIN INTAKE. THIS WAS DENIED BY MEDICAL STAFF.

65. ON FEBRUARY 28, 2019 CHRISTIANS SUBMITTED IRR REF # 27376 STATING THE STEPS HE HAD TAKEN TO OBTAIN HIS DIET MENU, RDA, DRI, AND BASIC NUTRITION FACTS, INCLUDING MACRONUTRIENTS. HE AGAIN REQUESTED THOSE MATERIALS. THIS IRR WAS DENIED BY UC EILERS FOR REASON OF IT HAD BEEN PREVIOUSLY ADDRESSED IN IRR #27149. CHRISTIANS DISAGREES FOR REASON IT WAS NOT ADDRESSED BUT RATHER DENIED AS WELL. SUBSEQUENTLY, ON MARCH 15, 2019 CHRISTIANS SUBMITTED A REQUEST FOR ADMINISTRATIVE REMEDY (AR) REF # 27376. THE AR WAS REJECTED BY ASSOCIATE AW SCHIEFFER FOR REASON THAT IT HAD BEEN PREVIOUSLY ADDRESSED, ALTHOUGH IT WAS NEVER ADDRESSED AT THE IRR LEVEL. FURTHER, AW SCHIEFFER HAD NEVER BEEN INTRODUCED TO THESE ISSUES BEFORE BY CHRISTIANS AND HAD NEVER GIVEN A PRIOR RESPONSE. THIS WAS CHRISTIANS' FIRST ATTEMPT AT THE AR LEVEL RENDERING AW SCHIEFFER'S ANSWER A DELIBERATE INACTION. CHRISTIANS WAS LEFT WONDERING WHAT THE PURPOSE OF THE AR PROCESS WAS IF ANSWERS WERE ONLY REPEATED AT THIS SECOND STEP.

66. IN THE MONTHS OF JANUARY AND FEBRUARY OF 2019, UM NANCY STATED SHE EMAILED MISTY IN MEDICAL OF CHRISTIANS' ISSUES. ALTHOUGH MISTY HAD SEEMED TO REPLY IMMEDIATELY, CHRISTIANS WAS NOT INFORMED OF AN ANSWER UNTIL APRIL, 2019. AT THAT POINT HE WAS INFORMED THE INFORMATION HE WAS SEEKING WAS THE PROPRIETARY INFORMATION OF CBM FOOD SERVICES.

67. ON APRIL 1, 2019 CHRISTIANS SUBMITTED IRR REF #27624 STATED THE TOTAL DAILY CALORIES OF 1800 HE HAD BEEN RECEIVING COMPARED TO THE 2700 THAT WAS BEING CLAIMED TO BE SERVED BY CBM. THIS INCLUDED IMBALANCED MACRO NUTRIENT FIGURES, AND REQUESTED REASONING WHY. UC EILERS RESPONSE DID NOT

ANSWER THE REQUEST MADE BY CHRISTIANS BUT WAS RATHER ILLUSIVE.

68. ON APRIL 4, 2019 CHRISTIANS VISITED MEDICAL SICK CALL FOR SEVERAL AILMENTS INCLUDING INCREASED DIZZINESS, BOWEL MOVEMENTS AND DIARRHEA, RAPIDLY DECLINING STRENGTH, CONTINUED LOS OF MUSCLE MASS, DENSITY AND HARDNESS, ERECTION ISSUES AND EXTREME FATIGUE. HE ALSO ASKED FOR A CURRENT DIET PLAN HE WAS ISSUED BY MEDICAL AND MENTIONED A GAIN IN BELLY FAT IN THE LAST 60-90 DAYS. CHRISTIANS BROUGHT ISSUE TO SLEEPLESSNESS AND INSOMNIA BY ASKING FOR MELATONIN OR MAGNESIUM SUPPLEMENTS.

69. ON APRIL 4, 2019 CHRISTIANS SUBMITTED IRR REF #27695 SHOWING A TOTAL DAILY CALORIE COUNT OF 1810. AN INADEQUATE MACRONUTRIENT COUNT WAS ALSO LISTED. THE GOAL OF THIS GRIEVANCE WAS TO OBTAIN MACRONUTRIENT INFORMATION FOR A HEALTHY DOCTOR/DIETICIAN RECOMMENDED DIET. THE SPECIFIC REQUEST HAS NEVER BEEN ASKED BEFORE/PRIOR. THE RESPONSE FROM UC EILERS DENIED THE ACTION OF RESOLUTION FOR REASON OF "ISSUE HAS ALREADY BEEN ADDRESSED." CHRISTIANS DISAGREED AND SUBSEQUENTLY ON APRIL 18, 2019 HE SUBMITTED AR REF #27695. AW SCHIEFFER GIVES THE SAME REJECTION AS UC EILERS DID AND THE SAME REJECTION USED BY SCHIEFFER IN PRIOR AR #27376. THE REJECTION WAS DUE TO "ISSUE HAS BEEN PREVIOUSLY ADDRESSED" LEAVING CHRISTIANS TO SPECULATE HOW THIS ISSUE HAD EVER BEEN ADDRESSED BY ANYONE, YET ALONE AW SCHIEFFER HERSELF. IT SHOWS HOW SCHIEFFER DELIBERATELY DOES NOT INTEND TO ADDRESS THE FOOD ISSUES.

70. ON APRIL 4, 2019 CHRISTIANS SUBMITTED IRR REF #27696 SHOWING A TOTAL DAILY CALORIE COUNT OF 1810. AN INADEQUATE MACRO-NUTRIENT BREAKDOWN WAS ALSO LISTED. THE GOAL OF THIS GRIEVANCE WAS TO OBTAIN THE TOTAL CALORIES OF CHRISTIANS APPROVED INDIVIDUALIZED DIET. UC EILERS AGAIN REFUSES TO ADDRESS THE REQUESTED ACTION SHOWING HER INDIFFERENCE TO CHRISTIANS' CONCERNS. IN HER RESPONSE, SHE DENIES THE REQUEST DUE TO "ISSUE ADDRESSED IN (IRR REF #) 27150" CHRISTIANS DISAGREES AND STATES IN #27150 HE REQUESTED OFFICIAL DRI'S OF WHICH WAS ALSO DENIED.

71. ON APRIL 15, 2019 CHRISTIANS SUBMITTED IRR REF #27759 SHOWING A DAILY CALORIE COUNT OF APPROXIMATELY 1600 WITH NO FRUITS OR VEGETABLES SERVED FOR THE ENTIRE DAY. THE REQUEST OF INQUIRY WAS MISINTERPRETED AND THE ISSUE NOT UNDERSTOOD DUE TO UC EILERS VIOLATING SDDOC POLICY 1.3.E.2 - ADMINISTRATIVE REMEDY FOR INMATES - BY NOT CONDUCTING AN INFORMAL MEETING WITH CHRISTIANS TO DISCUSS AND UNDERSTAND THE ISSUE. UC EILERS HAS FAILED TO EVER CALL CHRISTIANS IN FOR A MEETING. EILERS WAS WELL AWARE OF THE ISSUE OF A SHORTAGE OF CALORIES DUE TO PRIOR GRIEVANCES. SUBSEQUENTLY ON APRIL 18, 2019 AR #27759 WAS SUBMITTED BY CHRISTIANS AND REJECTED BY AW SCHIEFFER FOR THE SAME REASON AS HER PRIOR REJECTIONS OF "ISSUE HAS BEEN PREVIOUSLY ADDRESSED." THIS BEING ANOTHER NEW ISSUE TO THE AR LEVEL, CHRISTIANS IS UNSURE WHY SCHIEFFER DELIBERATELY REFUSES TO GIVE ANY ANSWER TO THE IRR OR AR AS IF SHE IS SIMPLY INDIFFERENT TO CHRISTIANS' NUTRITION.

72. ON APRIL 15, 2019 AT APPROXIMATELY 12:30 AM, CHRISTIANS STOPPED INTO UM NANCY'S OFFICE ABOUT THE GRIEVANCE PROCESS. SHE

STATED TO KEEP THINGS SIMPLE AND ASK FOR ONLY TOTAL CALORIES. CHRISTIANS ADVISED HER OF HIS GRIEVANCES AND SHOWED HER #27695 AND #27696 THAT HER SUGGESTION WAS ALREADY DONE. UM NANCY STATED SHE WOULD LOOK INTO IT AND REPLY TO CHRISTIANS. NO REPLY OR EXPLANATION WAS EVER RECEIVED BY CHRISTIANS.

73. ON APRIL 16, 2019 CHRISTIANS SUBMITTED IRR REF #27795 ABOUT OVERALL INADEQUATE CALORIES AND MACRONUTRIENTS FOR A SPECIFIC MEAL BASED ON NATIONAL ACADEMY OF SCIENCES INSTITUTE OF MEDICINE, FOOD AND NUTRITION BOARDS RDA AND DRI WHICH THE AMERICAN CORRECTIONAL ASSOCIATION BASES THEIR DIET INFORMATION. CHRISTIANS' RESOLUTION WAS TO GAIN KNOWLEDGE ON WHY STANDARDS ARE NOT BEING MET. UC EILERS QUOTED AN OFFICIAL RESPONSE FOR CBM STATING ALL MEALS SERVED ARE APPROVED BY A LICENSED DIETICIAN AND MEET NUTRITIONAL REQUIREMENTS. EILERS DELIBERATELY DOES NO INDEPENDANT INVESTIGATION OF THESE FACTS LISTED. ON APRIL 26, 2019 CHRISTIANS FILED SUBSEQUENT AR REF #27795 TO GAIN THE SAME KNOWLEDGE REQUESTED IN THE ORIGINAL IRR (WHICH WAS GIVEN AN ANSWER OF INDIFFERENCE.) AW SCHIEFFER DECIDES NOT TO INVESTIGATE THE COMPLAINT BUT RATHER IGNORES THE COMPLAINT OR GAINING UNDERSTANDING OF THE ISSUE BY REJECTING THE AR. SCHIEFFER'S REASONING WAS "MORE THAN ONE ISSUED WAS ADDRESSED." CHRISTIANS DISAGREES. THE ISSUE REMAINS OF CALORIC DEFICITS.

74. ON APRIL 18, 2019 CHRISTIANS MET WITH UM NANCY TO DISCUSS AN AR AND SHE INFORMED HIM THERE WAS NO STATE DIETICIAN BY WAY OF AW REYES. CHRISTIANS DISAGREED AND STATED A MDSP LIEUTENANT HAD INFORMED HIM THIS FACTUAL INFORMATION WAS IN

THE STATES CONTRACT.

75. ON JUNE 30, 2019 CHRISTIANS SUBMITTED IRR REF#28611 TO UC STRATMAN ABOUT CALORIE DEFICIT OF THE 2400 STANDARD SET BY CBM DUE TO REDUCED CALORIE JELLY ON TRAYS. UC STRATMAN REPLIED "ISSUE HAS ALREADY BEEN ADDRESSED," THOUGH SHE LISTS NO REF#'S OF WHERE IT WAS ADDRESSED.

76. ON JULY 3, 2019 CHRISTIANS SUBMITTED IRR REF #28706 ASKING WHY HIS MEALS ARE BEING ALTERED ON A DAILY BASIS SINCE A LICENSED DIETICIAN HAS DESIGNED THE MENU. UC STRATMAN REPLIED "FOOD SERVICE SUPERVISOR IS BEING CONTACTED."

77. ON JULY 3, 2019 CHRISTIANS SUBMITTER IRR REF #28708 INQUIRING ABOUT MILK TYPES AND WHAT WAS SERVED TO HIM. UC STRATMAN REPLIED "FOOD SERVICE SUPERVISOR IS BEING CONTACTED." CHRISTIANS FILED SUBSEQUENT AR #28708 CLAIMING CALORIE AND MACRO-NUTRIENT DEFICIENCIES OF WEEKLY REQUIREMENTS AND THE RESULT OF IRR #28708. CHRISTIANS SHOWED EVIDENCE OF A CBM MENU USED IN THE KITCHEN; FLUKE CLAIMS THE MILK SERVED WAS CORRECT. HE DID NOT ADDRESS THE ISSUE OF CALORIE OR MACRONUTRIENT DEFICIENCY.

78. ON APRIL 16, 2019 DURING A MEETING WITH UM NANCY, CHRISTIANS GAVE HER A KITE ASKING FOR A COPY OF HIS SPECIAL DIET. CHRISTIANS STATED ALL REGULAR DIET MENUS ARE POSTED. UM NANCY'S REPLY WAS "CBM DOES NOT PROVIDE SPECIAL DIET MENUS."

79. ON THE DATES OF APRIL 27, MAY 12 AND MAY 27, 2019 CHRISTIANS SENT FIVE KITES TO AW SCHAEFFER REGAURDING

DIETICIAN, SPECIAL AND REGULAR DIET MENUS, HEADS OF STATE WHO DECIDE ON FOOD PROVIDER AND WHY SHE REJECTED AR'S #27376, 27695 AND 27759 THE FIFTH AND LAST KITE WAS SENT MAY 27 LOOKING FOR ANY RESPONSE TO THE PRIOR KITES SENT. NO KITES WERE ANSWERED.

80. IN RESPONSE TO A JUNE MEETING WITH UC STRATMAN- CHRISTIANS RECEIVED A NOTE FROM HER STATING AW SCHIEFFER WAS BEHIND BUT WILL GET TO HIS KITES. NONE OF THE KITES DATED APRIL 27, MAY 12 AND MAY 27 RECEIVED A REPLY.

81. ON JULY 2, 2019 CHRISTIANS SENT SEPERATE KITES TO FLUKE AND AW REYES INVOLVING HIS DIET AND MENU ISSUES. A MEETING WAS SET UP WITHIN THE HOUR FOR THE FOLLOWING MORNING. THE MEETING WAS ULTIMATELY POSTPONED TO JULY 12, 2019. IT SHOULD BE NOTED AW REYES NEITHER REPLIED OR MADE AN APPEARANCE AT THE SCHEDULED MEETING.

82. ON JULY 12, 2019 CHRISTIANS ATTENDED A MEETING IN UC STRATMAN'S OFFICE WITH HERSELF, FLUKE, AW SCHIEFFER, UM NANCY AND STEVENS. AHEAD OF THE MEETING CHRISTIANS INQUIRED IF HE COULD HAVE A FELLOW INMATE SIT IN AS WITNESS TO SOME OF THE ISSUES THAT WOULD BE DISCUSSED. GARY HAMEN, DEREK BOE, AND CHRISTOPHER FISHER WERE SOME OF THE INMATES CHRISTIANS SUGGESTED. HE WAS INFORMED BY UM NANCY NO INMATES WOULD BE ALLOWED BEYOND CHRISTIANS HIMSELF. DURING THE COURSE OF THE MEETING CHRISTIANS WAS PREPARED TO SHOW PORTIONS ACTUALLY RECEIVED VERSUS PORTIONS LISTED ON THE MENU. THIS WAS MET WITH LAUGHTER WHEN CHRISTIANS LAID OUT HIS CRUDE MEASURING

DEVICES. HE WAS NOT ALLOWED TO SHOW THE DIFFERENCES IN PORTION SIZE. THE MEETING REVOLVED AROUND AW SCHIEFFERS OPINIONS. CHRISTIANS' ISSUES WERE CLEARLY IGNORED AS NOTHING HAS BEEN DONE ABOUT THE INADEQUATE CALORIES AND VASTLY UNBALANCED MACRONUTRIENTS.

83. ON JULY 17, 2019 CHRISTIANS PLACED KITE LOOKING FOR PROTEIN INFORMATION AND WAS ADVISED BY AW SCHIEFFER PER FLUKE TO ATTEND SICK CALL. MEDICAL ADVISED TO KEEP CHECKING WITH UNIT STAFF.

84. ON JULY 17, 2019 CHRISTIANS PLACED A KITE TO UC STRATMAN IN REGARDS TO GAINING ACCESS TO A NUTRIENT ANALYSIS REPORT FOR HIS DIET. AW SCHIEFFER REPLIED PER FLUKE "DOC DOES NOT HAVE ACCESS TO THIS." ON JULY 19, 2019 CHRISTIANS SUBMITTED A KITE REFERENCING THE NUTRIENT ANALYSIS REPORT AND ASKED THE FOLLOWING QUESTIONS: "HOW CAN MEDICAL STAFF AT MDSP HAVE ACCESS AND NOT DOC?"; "HOW CAN DOC NOT HAVE ACCESS, YET APPROVE THE DIET MEETS ACCEPTABLE NATIONAL AND STATE STANDARDS?" AND "WILL YOU DIRECT ME TO WHO CAN ANSWER MY QUESTIONS OF WHO MIGHT HAVE ACCESS TO THAT INFORMATION?" NO REPLY WAS GIVEN TO THIS. SUBSEQUENTLY ON AUGUST 8, 2019 A FOLLOW-UP KITE WAS SENT BY CHRISTIANS TO OBTAIN AN ANSWER TO HIS JULY 19TH KITE. FLUKE CHANGED HIS OPINION STATING "THE DOC DOES NOT PROVIDE THIS (NUTRIENT ANALYSIS REPORT) TO INMATES."

85. ON JULY 19, 2019 CHRISTIANS SUBMITTED IRR REF #28806 IN REGARDS TO THE JULY 12TH MEETING. IN THE MEETING AW SCHIEFFER CLAIMED AN INMATE MAY BE SERVED 1200 CALORIES ONE DAY, AS LONG

AS IT IS MADE UP WITH 3600 CALORIES LATER IN THE WEEK. AW SCHIEFFER ALSO CLAIMED A MEAL MAYBE AS LOW AS 400 CALORIES OR LESS AS LONG AS THE DAILY MEALS TOTAL 2400 CALORIES. IN UC STRATMAN'S RESPONSE AW SCHIEFFER DENIED STATING ANY MEAL COULD BE 400 CALORIES.

86. ON JULY 19, 2019 CHRISTIANS SUBMITTED AR REF #28706 IN APPEAL TO THE MATCHING IRR ON JULY 3rd WHICH NEVER RECEIVED AN ACTUAL ANSWER. IN THE AR, CHRISTIANS EXPANDS ON THE ALTERED MENUS, STATING A WEEKLY CALORIC DEFICIT OF 3500-5000 CALORIES. CHRISTIANS REQUEST REMAINED THE SAME AS IRR #28706 IN THAT HE WANTED TO KNOW WHY HIS MEALS WERE BEING ALTERED. THIS WAS REJECTED BY AW REYES FOR REASON "...MAY ONLY ADDRESS ONE GRIEVANCE PER REQUEST. CHRISTIANS DISAGREES BY SHOWING HE ONLY STATED ONE GRIEVANCE AND REQUESTED RESOLUTION. AW REYES IS COMPLETELY IN-DIFFERENT TO THE SERIOUS NATURE OF DEPRIVING CHRISTIANS OF NECESSARY AND ADEQUATE NUTRITION PROTECTED BY THE CONSTITUTION.

87. ON JULY 23, 2019 CHRISTIANS PLACED A KITE LOOKING FOR INFORMATION ON CBM/SUMMIT PROPRIETOR INFORMATION ON THEIR MENUS. UC STRATMAN'S REPLY WAS TO CONTACT CBM/SUMMIT. ANOTHER KITE ASKING FOR CONTACT INFORMATION OF CHILD AND ADULT NUTRITION SERVICES IN PIERRE, SD. UC STRATMAN DENIED THIS REQUEST.

88. ON JULY 28, 2019 CHRISTIANS PLACED A KITE INQUIRING ABOUT POLICY 1.5.C.2 - INMATE WELLNESS - AND THE CONFORMITY ISSUE BETWEEN SPECIAL DIETS AND FOOD SERVED OTHER INMATES. THE RESPONSE FROM UC STRATMAN WAS "THIS HAS BEEN EXPLAINED TO YOU." CHRISTIANS DISAGREED AND ON AUGUST 7, 2019 HE SUBMITTED IRR REF #28933 REFERENCING THE JULY 28TH KITE. CHRISTIANS ASKS

FOR AN EXPLANATION OF WHAT SUPPOSEDLY WAS ALREADY EXPLAINED TO HIM. UC STRATMAN'S ANSWER WAS "PREVIOUSLY ADDRESSED AT MEETING." CHRISTIANS DISAGREES. NOTHING DISCUSSED AT THE JULY 12 TH MEETING RAISED QUESTION TO INMATE WELLNESS POLICY NOR WERE ANY EXPLANATIONS GIVEN.

89. ON JULY 28, 2019 CHRISTIANS PLACED EIGHT KITES SEEKING INFORMATION ON THE INDEPENDENT STATE NUTRITIONAL AND FOOD CONSULTING SERVICE, DOCUMENTED ANNUAL DIETARY ALLOWANCES, CONTACT INFORMATION FOR THE ACLU, POLICY 1.5.C.2, AMERICAN CORRECTIONAL ASSOCIATION POLICIES 4-4328, 4-4316, 4-4317 AND 4-4318 AND THE REQUIRED DOCUMENT NOTIFICATIONS OF MENU/DIET CHANGES AND SUBSTITUTIONS. ALL REQUESTS WERE DENIED BY UC STRATMAN NOR WOULD SHE ASSIST ME IN WHERE I COULD OBTAIN THE INFORMATION.

90. ON JULY 29, 2019 CHRISTIANS SUBMITTED IRR #28883 ASKING FOR DIETICIAN'S NAME AS REFERRED TO IN IRR #26289, 27149, 27150 AND 27795. THIS WAS REJECTED BY UC STRATMAN DUE TO REFUSAL TO GIVE PERSONAL INFORMATION.

91. ON JULY 29, 2019 CHRISTIANS SUBMITTED IRR'S #28908 AND 28909 ASKING FOR SOUTH DAKOTA CHILD AND ADULT NUTRITION SERVICES AND THE SDDOC FOOD PROVIDER'S CONTACT INFORMATION. STRATMAN DENIED ALL REQUESTS AND STATED TO GAIN INFORMATION BY OTHER MEANS.

92. ON JULY 29, 2019 CHRISTIANS SUBMITTED IRR REF# 28891 REGARDING MULTIPLE PRIOR IRR'S AND A MEETING WITH UC STRATMAN IN WHICH SHE COULDN'T EXPLAIN HER ANSWERS IN THE IRR'S. THIS GRIEVANCE WAS REJECTED BY STEVENS FOR BRINGING MORE THAN ONE

ISSUE. CHRISTIANS DISAGREES. THERE IS ONLY THE ISSUE OF STAFF INAPPROPRIATELY ANSWERING IRR'S WITH NO EXPLANATION OF WHERE OR HOW ISSUE(S) HAVE BEEN PREVIOUSLY ADDRESSED. SUBSEQUENTLY ON AUGUST 8, 2019 CHRISTIANS SUBMITTED AR REF # 28891 STATING UC STRATMAN, UC ELIERS, STEVENS, AND AW SCHIEFFER WERE NOT FOLLOWING POLICY 1.3.E2 - ADMINISTRATIVE POLICY FOR INMATES. THE AR WAS REJECTED BY AW REYES. HIS REASON WAS "(CHRISTIANS) DID NOT ATTACH THE ORIGINAL INFORMATION REQUEST OR OTHER REQUIRED DOCUMENTS." CHRISTIANS DISAGREES AND MAINTAINS HE TURNED IN ALL DOCUMENTS REQUIRED. UC STRATMAN ACCEPTED THE AR WITH ALL DOCUMENTS VERIFIED. STRATMAN AGREED IT IS NOT CHRISTIANS RESPONSIBILITY WHAT HAPPENS TO DOCUMENTS AFTER SUBMITTAL AND DOCUMENTS MAY HAVE BEEN MISPLACED BY HERSELF OR ANYONE ELSE WHO CAME INTO CONTACT WITH THE AR. IT SHOULD BE NOTED ALL DOCUMENTS ARE AVAILABLE TO DOC BY WAY OF COMMS.

93. ON AUGUST 12, 2019 CHRISTIANS SUBMITTED IRR REF #28944 REGARDING SDDOC INMATE WELLNESS POLICY 1.5.C.2 AND MEALS SERVED TO ACTIVITY LEVEL. THAT WAS DENIED BY UC STRATMAN AS "ISSUE HAS BEEN PREVIOUSLY ADDRESSED." CHRISTIANS DISAGREED AND SUBMITTED AR REF #28944 ON AUGUST 30, 2019. IT WAS ALSO REJECTED BY AW SCHIEFFER AS HAVING ALREADY BEEN ADDRESSED. CHRISTIANS DISAGREES AS HE HAS NEVER BROUGHT UP THE ACTIVITY LEVEL ISSUE OF POLICY 1.5.C.2 TO AN ADMINISTRATIVE LEVEL.

94. ON SEPTEMBER 10, 2019 CHRISTIANS SUBMITTED IRR REF # 29303 STATING PICTURES OF FOOD HAVE BEEN ALLOWED AND ENCOURAGED IN THE PAST. MADDOX DID NOT ALLOW PICTURES PROMPTING THIS GRIEVANCE. UC STRATMAN REPLIED "PHOTOS WILL NOT BE ALLOWED. ANY FOOD CONCERNS

SHOULD BE ADDRESSED TO SUMMIT THROUGH A KITE." CHRISTIANS EXPLAINED TO UC STRATMAN THAT KITES HAVE BEEN SENT TO THE FOOD PROVIDER BUT GO UNANSWERED PROMPTING THE GRIEVANCES. ON OCTOBER 23, 2019 A SUBSEQUENT AR REF #29303 WAS SUBMITTED ASKING WHY PICTURES ARE NOW BEING DENIED. THIS SIMPLE QUESTION HAVING NEVER BEEN BROUGHT TO THE ADMINISTRATIVE LEVEL BEFORE BY CHRISTIANS WAS REJECTED BY AW REYES, CITING ONLY ONE GRIEVANCE PER REQUEST, AND IT HAD ALREADY BEEN ANSWERED. CHRISTIANS POINTS OUT HE ONLY MAKES ONE GRIEVANCE ISSUE OF PHOTOS.

95. ON SEPTEMBER 16, 2019 CHRISTIANS MET WITH UM NANCY FROM 7:00 AM TO 7:30 AM. DISCUSSIONS INCLUDED DOUBLE PORTIONS, 2400 DAILY CALORIE BENCHMARK AND BASAL METABOLIC RATE (BMR), INCLUDING THE HARRIS-BENEDICT EQUATIONS. UM NANCY PERSISTED THAT CHRISTIANS WAS ON DOUBLE PORTIONS AND THAT TOTALED 2400 CALORIES. TO NO AVAIL CHRISTIANS TRIED TO EXPLAIN HE WAS NOT ON DOUBLE PORTIONS AND DUE TO EVERYTHING INVOLVED-HE WAS ON A CALORIC DEFICIT OF OVER 700 CALORIES DAILY. UM NANCY ALSO REFUSED TO HEAR HIS ARGUMENT ON BMR, STATING SHE LOOKED IT UP AND CHRISTIANS WAS WRONG ABOUT HIS CALORIES. ACCORDING TO MULTIPLE BMR EQUATIONS, CHRISTIANS NEEDS CLOSER TO 3000 CALORIES A DAY AS OPPOSED TO THE ROUGHLY 1700 CALORIES A DAY HE WAS CURRENTLY BEING SERVED.

96. IN OCTOBER 2019 CHRISTIANS MET WITH UC EKEREN AND MADE HIM VERBALLY AWARE OF FOOD SERVICES CONTRACT VIOLATIONS, COMPLAINTS AND IMPROPER FOOD PREPARATIONS. NO RELIEF WAS GIVEN.

97. ON OCTOBER 18, 2019 CHRISTIANS WAS DENIED GRIEVANCES FOR FOOD AND CONTRACT VIOLATIONS. AFTER SPEAKING WITH DW PONTO, CHRISTIANS EVENTUALLY RECEIVED GRIEVANCE FORMS.

98. ON OCTOBER 28, 2019 CHRISTIANS SUBMITTED IRR REF #30007 INVOLVING FOOD ITEMS GRITS AND ITS PREPARATION RESULTING IN COLD, WATERY, UNCOOKED GRITS. THIS ULTIMATELY HAS TO DO WITH TRAINING WHICH IS REFERENCED IN ANOTHER PARAGRAPH BELOW. UC EKEREN'S REPLY WAS THE GRITS WERE BEING MADE PROPERLY. CHRISTIANS DISAGREED AND SUBMITTED AR REF# 30007 ON NOVEMBER 13, 2019. CHRISTIANS STATED THE ISSUE REMAINED AND ASKED FOR REASSURANCE OF PROPERLY MADE GRITS. AW COOK'S ANSWER WAS THERE WAS NOT A CLEAR REQUEST. CHRISTIANS DISAGREES AND REMAINS FIRM HIS REQUESTS WERE CLEAR. THIS IS JUST THE FIRST OF SEVERAL TIMES AW COOK REFUSES TO ASSIST IN AN ON-GOING ISSUE AND SHOWS SHE IS NOT CONCERNED WITH INMATE NUTRITION ISSUES.

99. ON NOVEMBER 5 2019 CHRISTIANS SUBMITTED IRR REF #30009 CLAIMING CONTRACT VIOLATIONS OF SUMMIT FOODS BY NOT MONITORING INMATE SATISFACTION THROUGH SURVEY OR COMMENT CARDS AT A MINIMUM OF ONCE EACH FOUR WEEK MENU CYCLE. CHRISTIANS REQUESTED ISSUING OF COMMENT/SURVEY CARDS AND MEMOS POSTED. UC EKEREN REPLIED THAT THE "INFORMATION HAS BEEN FOWARDED TO THE APPROPRIATE AUTHORITIES FOR FUTHER REVIEW." UC EKEREN ALSO VIOLATES THE ADMINISTRATIVE REMEDY POLICY BY TAKING 28 DAYS BEFORE RESPONDING (WHERE THE TIME SET IS 10 DAYS). SUBSEQUENTLY CHRISTIANS SUBMITTED AR REF #30009 WITH THE SAME COMPLAINT AND RESOLUTION OF THE MATCHING IRR. AW COOK RESPONDED THAT CHRISTIANS WAS NOT CLEAR

IN HIS REQUEST. CHRISTIANS DISAGREES AND IS UNSURE OF HOW TO BE MORE CLEAR. FUTHER, ON JANUARY 2, 2020 A WALKTHROUGH WAS CONDUCTED BY WARDEN YOUNG, UM HANSON, LT. PRITCHET, AW COOK AND DW PONTO. CHRISTIANS GAVE AR REF #30009 TO WARDEN YOUNG AND ASKED FOR GUIDANCE ON HOW TO PROCEED. AFTER THOROUGHLY READING THE AR AND IRR, WARDEN YOUNG SAID PERHAPS WE SHOULD TALK TO AW COOK AND SCHEDULE A CONFERENCE TO DISCUSS THE GRIEVANCES (CHRISTIANS) HAS BEEN SUBMITTING. COOK THEN STOPPED BY CHRISTIANS' CELL AND AND GAVE OPINION ON IMPROPER AR. CHRISTIANS STATED IT WAS INEXCUSABLE AND THE GRIEVANCE IS WELL CLARIFIED. COOK RESPONDED SHE HAD TO CALL CANDY SNYDER TO DISCUSS THE ISSUE. CHRISTIANS WROTE DOWN THE INFORMATION FOR COOK. NO REPLY WAS EVER GIVEN AND NO MEETING WAS SET WITH WARDEN YOUNG.

100. ON NOVEMBER 5, 2019 CHRISTIANS SUBMITTED IRR REF# 30010 MENTIONING FOOD SERVICES CONTRACT VIOLATION WHERE THE SAME DESSERT IS NOT TO BE SERVED ON CONSECUTIVE DAYS. CHRISTIANS RECEIVED JELLO AS A DESSERT TWICE DAILY, EACH DAY OF THE 28 DAY FOOD CYCLE. IN UC EKEREN'S REPLY HE STATED FOOD SERVICES REPORTED CHRISTIANS DID NOT RECEIVE JELLO IN HIS DIET. AGAIN, EKEREN REPLIED PAST THE 10 DAY RESPOND TIME. SUBSEQUENTLY CHRISTIANS SUBMITTED AR REF#30010 DUE TO THE DISAGREEMENT OF HIM ACTUALLY RECEIVING THE JELLO. THIS WAS DENIED BY AW COOK FOR REASONS OF NOT SUBMITTING ORIGINAL PAPERWORK, AS WELL AS NO DATES LISTED. CHRISTIANS DISAGREES. HE SUBMITTED A COPY OF THE ORIGINAL PAPERWORK AS ASKED FOR AS WELL AS INCLUDING ALL DATES WITH VERBIAGE USED.

101. ON NOVEMBER 5, 2019 CHRISTIANS SUBMITTED IRR REF# 30012 CONTAINING INFORMATION OF GUIDELINES, SET BY FOOD SERVICES CONTRACT,

NOT BEING MET IN THE DIETS SERVED. THESE STANDARDS INCLUDE THE DIETARY GUIDELINES FOR AMERICANS 2015-2020 AND THE USDA MY PLATE GUIDE. STANDARDS TO BE MET AND ACTUAL SERVINGS ARE LISTED. CHRISTIANS REQUESTED FOR DAILY MEALS TO REFLECT GUIDELINES TO THE SET REQUIREMENTS. ON NOVEMBER 19, 2019 EKEREN CLAIMED NO REQUEST WAS MADE, YET HE RELAYE THE ISSUE TO THE "PROPER AUTHORITIES." AGAIN, PAST THE 10 DAY TIME FRAME TO REPLY. SUBSEQUENTLY, AR REF# 30012 WAS SUBMITTED BY CHRISTIANS ON NOVEMBER 25, 2019 ASKING FOR MEALS TO REFLECT THE REQUIREMENTS. ON NOVEMBER 26, 2019 THE AR WAS REJECTED BY AW COOK FOR NOT HAVING THE ORIGINAL PAPERWORK. CHRISTIANS DISAGREED WITH COOKS LOGIC AND WAS ALLOWED TO RESUBMIT AR #30012 DUE TO AW COOK'S ERROR. AW COOK AGAIN ANSWERED THE AR ON DECEMBER 4TH AND REJECTED IT AGAIN FOR A NEW REASON OF FAILURE TO STATE A REQUEST. CHRISTIANS DISAGREED AND POINTED OUT TO COOK IN THE AR THE REQUEST BEING MADE AT THE PROPER LEVELS. FUTHER, CHRISTIANS SUBMITTED A FOLLOW-UP IRR #30508 STATING A REQUEST IN A VERY SPECIFIC MANNER TO ATTEMPT TO MEET AW COOK'S DEFINITION OF A REQUEST. THIS WAS NOT ANSWERED BY UC EKEREN DUE TO "ALREADY ADDRESSED." CHRISTIANS WAS DENIED AN AR FORM TO APPEAL HIS DENIED REQUEST. ON DECEMBER 31, 2019 CHRISTIANS SUBMITTED IRR REF# 30596 TO FOLLOW UP #30012 SHOWING POLICY BEING VIOLATED BY UC EKEREN AND AW COOK AND ASKING FOR A PROPER RESOLUTION OR ANSWER. THIS WAS DENIED BY UC NYREEN. SUBSEQUENTLY, CHRISTIANS SUBMITTED AR REF #30596 ON JANUARY 6, 2020 TO BRING AN END TO THE OVERALL ISSUE BY ASKING ERRORS TO BE REVIEWED AND RESOLUTION TO #30012 MET WITH AN ANSWER. AS OF THIS WRITING, EVEN WITH MULTIPLE INQUIRIES, NO REPLY HAS BEEN GIVEN. IT SHOULD BE NOTED THAT NO RESPONSE WAS EVER

GIVEN TO AR #30508 AS WELL.

102. ON NOVEMBER 5, 2019 CHRISTIANS SUBMITTED IRR REF #30011 STATING FOOD SERVICES WAS IN BREACH OF THE ACCEPTED PROPOSAL SUBMITTED BY SUMMIT TO THE SDDOC. SDDOC REQUIRES MILK TO BE SERVED A MINIMUM OF TWICE DAILY. EKEREN'S RESPONSE STATED FOOD SERVICES WAS NOTIFIED AND THEY ARE IN COMPLIANCE WITH ALL CONTRACTUAL OBLIGATIONS. CHRISTIANS DISAGREED AND FILED SUBSEQUENT AR #30011 ON NOVEMBER 25, 2019 CONCERNING THE SAME ISSUE AND SAME REQUESTED ACTION. AW COOK REJECTED THE REQUEST ON NOVEMBER 26, 2019 DUE TO CHRISTIANS NOT FILING ORIGINAL PAPER WORK. CHRISTIANS SHOWED EKEREN AW COOK'S ERROR AND WAS ALLOWED TO RESUBMIT AR #30011. THIS WAS IN TURN GIVEN TO A K. TRIEWEITER ON DECEMBER 4, 2019. NO REPLY HAS BEEN GIVEN. CHRISTIANS HAS ASKED EKEREN AND HUGHES ON SEVERAL OCCASIONS AND WITH KITES WHY THERE IS NO REPLY TO HIS AR WITH NO VALID ANSWER IN RETURN. CHRISTIANS RECEIVED NO CORRESPONDENCE BACK.

103. ON NOVEMBER 5, 2019 CHRISTIANS SUBMITTED IRR REF #30013 CONCERNING STANDARDS AND GRADES FOR EGGS SERVED AND CONTRACTUAL OBLIGATIONS NOT BEING MET. CHRISTIANS ASKED FOR CORRECTION OF THE FAILURE AND DOCUMENTATION SHOWING SO. EKEREN'S REPLY ON NOVEMBER 19 WAS AGAIN PAST POLICY LIMITS FOR REPLIES. HE STATED FOOD SERVICES STATED THEY ARE IN COMPLIANCE. THE AR WAS REJECTED AND THEN ACCEPTED DUE TO THE SAME REASON AS THE PRIOR TWO PARAGRAPHS. THIS AR #30013 WAS AGAIN REJECTED BY COOK FOR A BRAND NEW REASON OF INCOMPLIANCE WITH REMEDY PROCESS DUE TO THE REQUEST IN THE AR DIFFERED FROM THE REQUEST IN THE IRR. CHRISTIANS DISAGREES WITH AW COOK'S INTERPRETATION OF RULES AND

SUBMITTED IRR REF# 30598 ON DECEMBER 9, 2019 SHOWING COOK'S INDIFFERENCE TOWARDS CHRISTIANS AND NEGLECT TO HELP HIM FIND RESOLUTION TO ISSUES. CHRISTIANS REQUESTED REVIEW OF AR PROCESS #30013 AND PROPER REMEDY. THAT IRR WAS REJECTED BY UC EKEREN ON DECEMBER 31, 2019, 23 DAYS AFTER SUBMITTAL. A SUBSEQUENT AR WAS SUBMITTED ASKING FOR REVIEW AND PROPER RESOLUTION. NO RESPONSE HAS BEEN GIVEN.

104. ON NOVEMBER 5, 2019 CHRISTIANS SUBMITTED IRR REF#30014 CHALLENGING THE QUALITY OF CHEESE STANDARDS NOT BEING MET. THE ACTION REQUESTED WAS CORRECTION OF THE ISSUE AND DOCUMENTATION SUPPORTING THE CORRECTION. IN REPLY ON NOVEMBER 19, BEYOND THE WINDOW OF STAFF REPLY TIME, EKEREN STATED FOOD SERVICES SAID THEY ARE IN COMPLIANCE WITH ALL CONTRACTUAL OBLIGATIONS. CHRISTIANS WAS NOT PROVIDED DOCUMENTATION OF CORRECTION OR STANDARDS MET. HE DISAGREED WITH FOOD SERVICE COMPLIANCE. A SUBSEQUENT AR REF #30014 WAS SUBMITTED ON NOVEMBER 26, 2019 ASK FOR DOCUMENTATION IF DOC PERSISTED FOOD SERVICES WAS MEETING CHEESE QUALITY STANDARDS. THE AR WAS REJECTED ON NOVEMBER 26, 2019 FOR SAME REASONS AS PARAGRAPHS 101, 102 AND 103. AGAIN ULTIMATELY CHRISTIANS WAS ALLOWED TO RESUBMIT AR #30014 AND HE UNDERLINED THE CLEAR REQUEST. AW COOK DECIDED THIS TIME TO REJECT THE AR ON BASIS OF INCOMPLIANCE WITH PROCEDURES OF THE REMEDY PROCESS BY STATING THE REQUEST MADE IN THE AR AND IRR DIFFERED. AGAIN AW COOK JUST COMPLETELY CHANGES HER REJECTION BASED ON SOME OTHER INAPPROPRIATE, NON-POLICY, MADEUP REJECTION. THUS CHRISTIAN DISAGREED AND SUBMITTED IRR REF #30597 ON DECEMBER 31, 2019 ABOUT HIS CONCERNS AND REQUEST FOR REVIEW. THE NEW IRR WAS DENIED BY UC NYREEN AND CHRISTIANS

SUBMITTED AR #30597 ON JANUARY 6, 2020 ASKING FOR RESOLUTION BUT RECEIVED NO REPLY FROM ADMINISTRATION. ALSO RECEIVING NO REPLY WAS AR PROCESS #30595 DETAILING STANDARD POLICY AND AGAIN ASKING FOR RESOLUTION TO THE ORIGINAL ISSUE OF CHEESE QUALITY.

105. NOVEMBER 15, 2019 CHRISTIANS HAS CONVERSATION'S WITH WARDEN YOUNG AND DW PONTO DURING WALK THROUGHS. YOUNG EDUCATED CHRISTIANS ON ASKING FOR REMEDY BEFORE AR'S FILED. HE DID LET CHRISTIANS EXPLAIN HIS EFFORTS TO SETTLE ISSUES IN-FORMALLY. DW PONTO CLAIMS HE WILL MEET WITH CHRISTIANS NEXT WEEK TO DISCUSS AR PROCESS AND REVIEW REJECTED AR'S. NO MEETING WAS EVER HELD.

106. CHRISTIANS SPOKE TO DW PONTO IN HIS OFFICE AT APPROX-IMATELY 7:00 AM TO FOLLOW-UP ON THE NOVEMBER 15TH CONVERSATION. DW PONTO SAID HE HAD A PHONE CALL IN FIVE MINUTES AND WOULD WRITE CHRISTIANS' NAME DOWN TO CALL HIM IN THAT AFTERNOON. CHRISTIANS WAS NOT CALLED IN.

107. CHRISTIANS SENT A KITE TO UC EKEREN REGUARDING IRR #30009 ABOUT FOOD COMMENT/SURVEY CARDS THAT HAD BEEN LONGER THAN 10 DAYS. REPLY GIVEN: "FOOD SERVICES ARE STILL INVESTIGATING (IRR #30009) IAM WAITING A RESPONSE.

108. ON NOVEMBER 25, 2019 CHRISTIANS SUBMITTED IRR REF #30305 CONCERNING DOC POLICY 1.3.E.2 - ADMINISTRATIVE POLICY FOR INMATES. CHRISTIANS STATED HIS IRR'S ARE EITHER NOT RETURNED AT ALL OR THEY ARE ANSWERED WELL BEYOND THE 10 DAY RESPONSE LIMIT. UC PECHOUS RESPONDED THAT NO DATES WERE GIVEN AND NO ACTION

WAS REQUESTED. CHRISTIANS PARTLY DISAGREED AND ON DECEMBER 5, 2019 SUBMITTED AR REF# 30305 WITH THE SAME COMPLAINT AND DATES LISTED WITH A REQUEST OF ACTION. AW COOK REJECTED THE COMPLAINT FOR NO LISTED REASON THAN "OTHER." ONCE AGAIN STATING NOT ENOUGH INFORMATION WAS INCLUDED TO INVESTIGATE. CHRISTIANS SUPPORTS HIS REASONING OF POLICY VIOLATIONS AND GIVES IRR AND AR #30305.

109. ON NOVEMBER 25, 2019 IRR REF# 30426 WAS SUBMITTED BY CHRISTIANS CLAIMING A LACK OF TRAINING PROGRAM FOR INMATES WORKING IN SDDOC KITCHENS AS REQUIRED BY STATE CONTRACT. AS AN ACTION CHRISTIANS SIMPLY WANTED TO KNOW WHY HE WAS BEING SERVED BY UNTRAINED INMATES. UC EKEREN RESPONDED PAST THE 10 DAY REPLY PERIOD, STATING THAT SUMMIT WAS IN PROCESS OF REIMPLEMENTING A BASIC FOOD SAFTEY TRAINING FOR WORKERS AND STATED CHRISTIANS MADE NO REQUEST OF ACTION. CHRISTIANS DISAGREED BY SUBMITTING AR REF #30426 WITH THE SAME TRAINING ISSUES AND ASK FOR CORRECTION OF THE ISSUE OR REASON WHY IT IS NOT IMPLEMENTED OR A TIME FRAME OF IMPLEMENTATION. AW COOK REJECTED THE AR FOR NONCOMPLIANCE OF REMEDY PROCESS BY NOT MAKING A REQUEST AT THE IRR LEVEL. CHRISTIANS DISAGREES AND SHOWS HIS REQUESTS AT BOTH LEVELS, OFFERING OTHER SOLUTIONS AT THE AR STEP. DUE TO EKEREN'S DELIBERATE INDIFFERENCE OF NOT ANSWERING THE ORIGINAL IRR ON TIME, CHRISTIANS SUBMITTED ANOTHER IRR REF# 30509 ON DECEMBER 9, 2019 SHOWING THE SAME COMPLAINT OF LACK OF TRAINING AND A REQUEST TO BE SERVED BY CERTIFIED PERSONS. AGAIN, EKEREN LATE ON REPLY, DENIED THIS IRR AS ALREADY ANSWERED IN REF# 30426. THIS DENIAL SHOWS ADMINISTRATIONS UNDERSTANDING OF THE ISSUE AND REQUESTS MADE.

HOWEVER, AW COOK TOOK IT UPON HERSELF AT THE AR LEVEL TO DELIBERATELY SHOW NO CONCERN OR RESPOND REASONABLY TO REQUESTS.

110. ON NOVEMBER 25, 2019 CHRISTIANS SUBMITTED IRR REF# 30427 CONCERNING THE QUALITY OF CORN TORTILLAS BEING SERVED. HIS REQUEST WAS BASED ON CONTRACT SPECIFICATION AND ASKED FOR REPLACEMENT WITH TOP QUALITY PRODUCT. UC EKEREN'S RESPONSE ON DECEMBER 11TH WAS AGAIN PAST POLICY TIME OF RESPONSE AND ONLY ASSURED CHRISTIANS THAT FRESHNESS AND MOLD PREVENTION WAS ENSURED BY FOOD SERVICES. CHRISTIANS DISAGREES AND SUBMITTED AR REF # 30427 ON DECEMBER 16, 2019 WHERE HE RESTATED THE CONTINUING ISSUE AND REQUEST FOR A QUALITY PRODUCT PER CONTRACT SPECIFICATIONS. AW COOK REJECTED THIS AR FOR REASON OF "OTHER" AND STATED CHRISTIANS DID NOT PROVIDE ADEQUATE INFORMATION TO INVESTIGATE. CHRISTIANS DISAGREES AND IS UNSURE OF WHAT MORE NEEDS TO BE STATED AND REMINDS AW COOK AND UC EKEREN THAT THEY ARE TO CALL THE INMATE IN TO COMPLETELY UNDERSTAND THE ISSUE PER POLICY. SUBSEQUENTLY, CHRISTIANS SUBMITTED FOLLOW-UP IRR REF #30594 ON DECEMBER 31, 2019 TO ASK FOR A REVIEW OF THE AR PROCESS #30427 AND GUIDANCE ON HOW TO PROCEED. THIS WAS DENIED BY UC NYREEN AND AR #30594 WAS SUBMITTED ON JANUARY 6, 2020 ASKING FOR FINAL RESOLVE. THE AR WAS NEVER REPLIED TO.

111. ON NOVEMBER 25, 2019 CHRISTIANS SUBMITTED IRR REF #30428 DETAILING LACK OF PROPERLY DEFINED MENU COMPONENTS PER CONTRACT OBLIGATIONS. CHRISTIANS ASKED FOR CORRECTION AND POSTING OF PROPER MENU. ON DECEMBER 11, AGAIN PAST POLICY RESPONSE TIME, UC EKEREN REPLIED THAT THE MENU WAS CORRECT. CHRISTIANS REVIEWED THE MENU AND TALKED WITH SUMMIT STAFF AND DISAGREED. HE FILED AR #30428 WITH THE SAME COMPLAINT AND REQUEST OF ACTION TO LIST DETAILED

MENU COMPONENTS. THE AR HAS GONE UNANSWERED EVEN WITH SEVERAL ATTEMPTS TO GET AW COOK TO LOOK INTO IT. PRIOR TO EKERENS LATE RESPONSE TO IRR #30428 CHRISTIANS SUBMITTED IRR REF #30511 WITH IDENTICAL CONCERN OF MENU COMPONENTS. THIS WAS SUBMITTED DUE TO EKEREN'S UNTIMELYNESS ANSWERING THE ORIGINAL IRR. HIS REPLY TO #30511, AGAIN UNTIMELY, STATED THE ISSUE WAS ALREADY ADDRESSED.

112. ON NOVEMBER 27, 2019 CHRISTIANS STOPPED AT DW PONTO'S OFFICE TO INQUIRE IF HE WAS STILL INTENDING TO CALL HIM DOWN AT SOME POINT. CHRISTIANS WAS IMMEDIATELY TOLD TO LEAVE BY UM DITMITSON WITHOUT STATING A PURPOSE.

113. ON NOVEMBER 29, 2019 CHRISTIANS SENT A KITE TO DW PONTO TO DISCUSS ISSUES OF UNADDRESSED AND ILLEGITIMATELY REJECTED AR'S. NO REPLY WAS GIVEN.

114. ON DECEMBER 2, 2019 AT 6:30AM CHRISTIANS GAVE OFFICER BOYSON A KITE TO GIVE TO PONTO OUTSIDE HIS OFFICE. PONTO WAS IN THE OFFICE WITH LIGHTS ON BUT DOOR CLOSED. NO REPLY WAS GIVEN.

115. ON DECEMBER 9, 2019 CHRISTIANS SUBMITTED IRR REF#30510 IN RESPONSE TO AR#30427 READDRESSING THE ISSUES OF CORN TORTILLA QUALITY. EKEREN RESPONDED IT WAS ALREADY ADDRESSED IN IRR #30427. CHRISTIANS DISAGREED DUE TO ONGOING ISSUES OF OLD, CRUMBLY, MOLDY TORTILLAS. HE LISTS SEVERAL STAFF WITNESSES INCLUDING A LT. BECKER, LT. HETTIG, LT. PRITCHET AND CORRECTIONAL OFFICERS DAWN AND GREENE AMONGST OTHERS.

116. ON DECEMBER 16, 2019 CHRISTIANS SUBMITTED IRR # 30679 CONCERNING SDDOC POLICY 1.5.C.2 - INMATE WELLNESS AND NUTRITION - FOCUSING ON CONFORMITY BETWEEN DIETS. CHRISTIANS RECEIVES NO DESSERTS WHILE OTHER DIETS RECEIVE DESSERTS TWO TO THREE TIMES DAILY. CHRISTIANS REQUESTED DESSERTS APPROPRIATE TO HIS DIET. TWENTY THREE DAYS LATER, BEYOND POLICY TIME LIMITS, UC EKEREN REPLIED THAT FOOD SERVICES STATED ALL SPECIAL DIETS ARE CREATED BY A LICENSED DIETICIAN AND FOLLOW ALL STATE AND FEDERAL CONTRACTUAL GUIDELINES. CHRISTIANS SUBMITTED AR #30679 ON JANUARY 16, 2020 STATING THE SAME COMPLAINT AND REQUEST FOR RESOLUTION. THIS WAS FORWARDED TO K. TRIERWEILER ON JANUARY 27, 2020 WITH NO RESPONSE EVER GIVEN TO CHRISTIANS.

117. ON DECEMBER 16, 2019 CHRISTIANS SUBMITTED IRR # 30771 CONCERNING SDDOC POLICY 1.5.C.2 - INMATE WELLNESS AND NUTRITION - AND THE CONFORMITY BETWEEN DIETS. CHRISTIANS RECEIVES NO BREAD OPTIONS OTHER THAN CORN TORTILLAS THREE TIMES A DAY, SEVEN DAYS A WEEK. CHRISTIANS ASK FOR OPTION FOR GRAIN/BREAD SOURCES TO CLOSER MATCH THE OTHER DIETS AND GIVE SOME VARIETY. UC EKEREN'S RESPONSE STATED THE STATE EMPLOYEES A LICENSED DIETICIAN WHO APPROVES OF INMATE DIETS. CHRISTIANS WAS UNSURE HOW THE RESPONSE ANSWERED HIS DISPUTE AND REQUEST. ON JANUARY 24, 2020 CHRISTIANS SUBMITTED AR # 30771 WITH THE SAME ISSUE AND REQUEST. THIS WAS FORWARDED TO K. TRIERWEILER ON JANUARY 27TH AND NO REPLY HAS BEEN GIVEN. CHRISTIANS IS WAITING ON RESPONSE BUT IS UNSURE WHY THE AR WAS FORWARDED TO A CONTRACT EMPLOYEE WHEN THE IRR RESPONSE CLEARLY REFERS TO A STATE, EMPLOYEED LICENSED DIETICIAN.

118. ON DECEMBER 18, 2019 CHRISTIANS GAVE DW PONTO'S SECRETARY A KITE TO GIVE TO HIM OR PLACE ON HIS DESK. DW PONTO WAS NOT

PRESENT. THE KITE WAS A FOLLOW-UP TO THE NOVEMBER 15, 2019 CONVERSATION WHERE A MEETING WAS SUPPOSED TO OCCUR BUT NEVER DID.

119. ON DECEMBER 19, 2019 CHRISTIANS SUBMITTED IRR #30678 CONCERNING INMATE WELLNESS AND NUTRITION POLICY AND THE CONFORMITY BETWEEN DIETS. CHRISTIANS RECEIVES NO PASTAS DUE TO HIS GLUTEN FREE DIET, YET MANY GLUTEN FREE OPTIONS EXIST. UC EKEREN REPLIED AGAIN UNTIMELY AND CLAIMED FOOD SERVICES STATED ALL DIETS ARE CREATED BY A LICENSED DIETICIAN AND FOLLOW ALL STATE AND FEDERAL CONTRACTUAL GUIDELINES. CHRISTIANS DISAGREED AND FILED AR # 30678 STATING THE SAME ISSUE AND REQUEST FOR REMEDY. THIS WAS FORWARDED TO K. TRIERWEILER ON JANUARY 27TH. NO REPLY WAS GIVEN.

120. ON DECEMBER 26, 2019 DURING A DW PONTO AND UC EKEREN WALK THROUGH, CHRISTIANS ASKED DW PONTO ABOUT LACK OF RESPONSES AND POLICY REPLY TIME VIOLATIONS OF STAFF. DW PONTO STATED HE WOULD LOOK INTO IT AND SPEAK WITH EKEREN.

121. ON DECEMBER 30, 2019 CHRISTIANS SUBMITTED KITE ASKING ABOUT THE DELAY IN IRR'S PAST THE 10 DAY RESPONSE LIMIT, REFERENCING FOUR SEPERATE IRRS. NO REPLY WAS GIVEN.

122. ON JANUARY 1, 2020 CHRISTIANS SUBMITTED KITE ASKING ABOUT TWO STILL MISSING IRRS PAST THE 10 DAY RESPONSE TIME AND MISSING ARS PAST THE 30 DAY RESPONSE TIME. NO REPLY WAS GIVEN.

123. ON JANUARY 3, 2020 CHRISTIANS MET WITH UC EKEREN TO DISCUSS MISSING IRR'S AND AR'S. UC EKEREN'S EXPLANATION ON IRR'S WAS HE WAS WAITING ON ANSWERS OR HE WOULD JUST GIVE CHRISTIANS A

GENERIC RESPONSE IF CBM/SUMMIT DIDN'T REPLY. HE REFUSED TO DISCUSS MISSING AR #30011.

124. ON JANUARY 4, 2020 CHRISTIANS SUBITTED A KITE ASKING ABOUT IRRS FOR HIS RECORDS AND MADE ANOTHER ATTEMPT TO GAIN UNDERSTANDING ON DELAY OF AR #30011. IN UC EKEREN'S RESPONSE HE REFERES TO THE JANUARY 3RD MEETING FOR THE MISSING IRRS BUT AGAIN REFUSES TO RECOGNIZE THE #30011 AR WHICH IS PAST DUE.

125. CHRISTIANS AND HIS FELLOW INMATES CONTINUE TO EXPERIENCE INADEQUATE FOOD SERVICES WHICH INCLUDE:

- NON-COMPLIANCE OF GOVERNMENT STANDARDS FOR DAILY SERVINGS AND VARIETY OF FOODS SERVED
- INADEQUATE MEDICAL DIET
- NON-COMLIANCE OF CONTRACT SPECIFIED QUALITY FOODS
- LITTLE OR NO REGWARD FOR PORTION CONTROL, TO ENSURE INMATES RECEIVE ADEQUATE FOOD
- SUBSTANDARD SERVINGS
- THE FAILURE TO PROVIDE ADEQUATE FOOD PORTIONS IS PARTICULARLY TRUE ABOUT PROTEIN SOURCES
- NO FRESH VEGETABLES, FRESH FRUIT OR LEAFY GREENS
- GENERALLY UNSANITARY CONDITIONS IN KITCHENS DURING FOOD PREP
- INADEQUATE GRIEVANCE SYSTEM WHERE POLICY IS SELDOM FOLLOWED BY STAFF
- UNTRAINED FOOD SERVICE PERSONAL
- LACK OF SUPPLIED MENU SO INMATES KNOW WHAT IS TO BE SERVED
- LITTLE OR NO USE MADE OF RECIPES IN PREPARING MEALS CAUSING INCONSISTENT DISHES AND TERRIBLE TASTING, UNPALATABLE, OVERCOOKED FOOD

- ☐ PRACTICE OF OVERCOOKING AFFECTS ITS NUTRITIONAL CONTENT AS WELL AS PALATABILITY OF THE FOOD
- ☐ CONSTANT MENU CHANGES AND SUBSTITUTIONS
- ☐ MENU CHANGES ARE NOT DOCUMENTED AND ARE MADE WITHOUT ADEQUATE SUPERVISION OF DIETICIANS
- ☐ MENU CHANGES TEND TO LESSEN THE VARIETY OF FOOD, UNDERCUTTING THE NUTRITIONAL ADEQUACY OF THE FOOD PROVIDED OVER TIME.
- ☐ MECHANICALLY SEPARATED CHICKEN USED IN NEARLY EVERY MEAL SERVED
- ☐ HOT ITEMS SERVED COLD
- ☐ NO FOOD COMMENT OR SURVEY CARDS

126. MARVIN C. SEJONHA JR., JUSTIN BARTHEL, SHANE SEJONHA, JOHN TRIERWEILER, KEVIN TRIERWEILER, PAMELA THOMAS, NAOMI MCLAUGHLIN, JEFF GREEN, UNNAMED LICENSED DIETICIAN(S), UNNAMED DIETARY ASSISTANT(S), UNNAMED DIRECTOR(S) OF OPERATIONS, UNNAMED DISTRICT MANAGER(S), UNNAMED FOOD SERVICE DIRECTOR(S), UNNAMED ASSISTANT FOOD SERVICE DIRECTOR(S), UNNAMED FOOD SERVICE WORKER(S), KELLY AND JARED ARE ALL RESPONSIBLE PARTIES OF SUMMIT WHO DELIBERATELY IMPOSED THE DIETS, FOODS, AND LACK THEREOF TO CHRISTIANS AND OTHER INMATES, THEY CANNOT BE RULED OUT UNTIL AFTER THEIR DEPTHS OF INVOLVEMENT IS DISCOVERED.

127. INMATES RELY ON PRISON OFFICIALS AND THOSE CONTRACTED TO PROVIDE ADEQUATE SUSTENANCE ON A DAILY BASIS. THE REPEATED AND UNJUSTIFIED FAILURE TO DO SO AMOUNTS TO A SERIOUS DEPRIVATION. LIVING WITH INSUFFICIENT FOOD FOR A DAY OR TWO CAN BE QUITE PAINFUL, BUT WHEN THIS GOES ON FOR MONTHS OR YEARS, MALNUTRITION AND DISEASE BECOME A SERIOUS CONCERN. IT DIRECTLY AFFECTS NOT ONLY PHYSICAL AND MENTAL HEALTH BUT OVERALL WELL BEING.

127. (A) ON APRIL 23, 2020, ROB FROM MENTAL HEALTH ASKS WILLIAM RUNNING WHAT HE WAS IN THE SHU FOR? RUNNING REPLIED "BOYCOTTING THE CHOW HALL." TO WHICH ROB REPLIED "I'D DO THE SAME THING." THIS SHOWS ROB WAS AWARE OF THE ISSUES IN THE CHOW HALL WITH THE POOR NUTRITION YET HE DID NOT GO TO HIS SUPERIORS TO ADDRESS THE ISSUE.

127. (B) ON MAY 3, 2020, AT APPROXIMATELY 12:00 PM NICK PETERSON ASKED CPL. RODREGUIEZ ABOUT SLIGHT PORTIONS. EARLIER PETERSON ASKED FOR OIC TO C.O. GREASMAN TO WHICH GREASEMAN SAID "THAT'S WHAT GP TRAYS ARE GETTING," IN REFERENCE TO SLIGHT PORTIONS. RODREGUIZ SAID OIC WAS CALLED AND SAID "THAT'S WHAT GP TRAYS ARE GETTING." RODREGUIZ ADDED "WE'VE TAKEN PICTURES FOR THE WARDENS BEFORE AND DITMINSON HAS SHOWN PHOTOS TO PONTO BUT NOTHING GETS DONE." NEITHER C.O. GREASMAN OR CPL. RODREGUIZ FIXED THE SLIGHT PORTIONS ALTHOUGH THEY WERE MADE AWARE.

127. (C) ON JANUARY 2, 2020 DURING GRAND WALK THRU AT APPROXIMATLY 2:00 PM WARDEN YOUNG WITH UNIT MANAGER HANSON, LT. PRITCHETT, JESSICA COOK AND PONTO, CHRISTIANS GAVE YOUNG A.R. #30009. YOUNG ASKED "WHAT IS THIS?" TO WHICH CHRISTIANS REPLIED "PLEASE TELL ME BECAUSE I DO NOT UNDERSTAND THE REJECTION." AFTER YOUNG READ THROUGH THE A.R. HE SAID "OH. WELL I DON'T KNOW, JESSICA COOK IS RIGHT THERE PERHAPS WE SHOULD ASK HER AND SCHEDULE A CONFERENCE TO DISCUSS THE GRIEVANCES." NO CONFERENCE WAS EVER SET UP. FUTHER, COOK STOPS BY AND GAVE HER OPINION ON A PROPER AR AND AFTER CHRISTIANS

SHOWED COOK THAT THE GRIEVANCE WAS KNOWN AND IT IS INEXCUSABLE, COOK REPLIED, "WELL I HAVE TO CALL CANDY SNYDER." CHRISTIANS WROTE A.R. #30009 FOR COOK. COOK NEVER REPLIED OR GOT BACK TO CHRISTIANS.

127. (D) C.O. DAWN ALUMBAUGH SAID IN LAUNDRY ROOM AT 4:00 PM COUNT, "NOBODY SHOULD BE FED WHAT YOU GUYS EAT." THIS WAS ON JANUARY 24, 2020.

127. (E) ON FEBRUARY 21, 2020 CHRISTIANS SHOWED LT. SORENSON GRITS THAT WERE ORIGINALLY MISSING FROM THE TRAY AND WERE SERVED DRY WITHOUT BEING COOKED PROPERLY. SORENSON DID NOT CORRECT ISSUE WITH THE ONGOING PROBLEM.

127. (F) FEBRUARY 24, 2020 SHOWED GRITS TO LT. BECKER WHO STATED "WHAT'S THIS?" CHRISTIANS REPLIED "GRITS, BUT IT'S DRY AND UNCOOKED." BECKER SAYS "I KNOW WHAT GRITS ARE BUT IT DOESN'T LOOK LIKE THIS." BECKER DIDN'T FIX ISSUE BUT CHRISTIANS EXPLAINED THE ONGOING ISSUE AND GRIEVANCES AND TO PLEASE MAKE NOTE OF IT.

127. (G) CBM EMPLOYEE "MARY", SAID "NO MORE MEAT" IN REGARDS TO SHORTAGE OF MECHANICALLY SEPARATED POULTRY ON TRAY AT LUNCH. DINNER TRAY SHORT TURKEY. CBM EMPLOYEE "MARY" SAYS "I DON'T KNOW." WHEN ASKED HOW MUCH TURKEY WAS ON MY MEAL. LT. YOST GAVE PERMISSION FOR A NEW TRAY WHICH DID NOT RESOLVE THE ISSUE.

127. (H) TRAY SHORTAGES AND ROTTEN FOOD SHOWN TO LT. HETTIG AND LT. RODRIGUEZ. ISSUE WAS NOT RESOLVED. FEBRUARY 28, 2020.

127. (I) ON MARCH 7, 2020 RECEIVED EXACT SAME FOODS FOR LUNCH AND DINNER. THREE CORN TORTILLAS, MSP, WHITE RICE, COOKED CARROTS, APPLE SAUCE AND JELLY. SHOWED LT. PERRETT AND JESSICA COOK WHO BOTH REFERED ME TO C.O. DAWN ALUMBAUGH TO "FIGURE IT OUT." ALUMBAUGH DID NOTHING.

127. (J) MARCH 19, 2020 IN MED. LINE AT 8:00 PM - DIABETICS WERE TALKING OF POOR DIET AND CO. WREN STATES "ALL YOU GUYS GET FED IS CARBS. IT'S SO MUCH, IT'S BAD FOR YOU." SHOWS EVEN A REGULAR C.O. KNOWS A DIET TOO HIGH IN CARBOHYDRATES IS BAD FOR AN INDIVIDUAL. C.O. WREN DID NOT INFORM HIS SUPERVISOR OF THE POOR DIET.

127. (K) MARCH 31, 2020 AT DINNER LT. HETTIG TAKES PICTURE OF SHORTAGES. CBM EMPLOYEE "MARY" WOULDN'T ADD APPROPRIATE FOOD. HETTIG SAID HE COULD DO NOTHING BUT SEND PICTURE TO BOSS.

127. (L) NOVEMBER 17, 2020 DURING ORTHOPEDIC VISIT FOR LEG/ANKLE THE SPECIALIST DR. "UNKNOWN" SAID INJURY OF BONE NOT YET HEALED AND THAT PROLONGED HEALING WAS DUE TO LACK OF PROPER FOOD AND NUTRIENTS. CALCIUM AND VITAMIN D.

127. (M) DEC. 24, 2020, LT. HETTIG SAYS "WHAT ARE THEY SERVING THAT EVERYONE IS COMING DOWN TO EAT?" IN MED. LINE AT DINNER. SHOWS HETTIG HAS KNOWLEDGE OF TERRIBLE FOOD AND DIET.

127. (N) MARCH 4, 2021 SUMMIT EMPLOYEE STATED I WASN'T TO GET ANYTHING THAT WASN'T ON GLUTEN FREE MENU, YET WHEN CONFRONTED WITH MISSING/INCORRECT ITEMS (TURKEY SALAD/NOODLES) HE REFUSED TO ACT EVEN WHEN SHOWN DIRECTLY ON SUMMIT MENU IN HIS POSSESSION. C.O. ALUMBAUGH PRESENT.

127. (O) FEBRUARY 2021, CRAIG RETURNS FROM SCOUT STATES TO CHRISTIANS THAT SUMMIT BOSSES "CHANGE DATES" ON REFRIGERATOR/FREEZER ITEMS "ALL THE TIME." WHEN ASKED ABOUT THE DATE CHANGES, CRAIG SAID THEY WERE FOR SPOILATION PURPOSES. THIS WOULD EXPLAIN RANCID MEAT SMELL AND TASTE.

127. (P) MARCH, 2021, WHILE IN SHU TALKED TO DANIEL AUGUSTINE WHO STATED BETH (SUMMIT SUPERVISOR) WOULD CHANGE DATES OF MEAT IN FREEZER OR DIRECT HIM TO DO SO WHEN DATES BECOME UNREADABLE TO DEFROSTING AND GETTING WIPED OFF. ALSO RECONFIRMED THIS PROCESS WITH CRAIG RETURNS FROM SCOUT WHILE AT PHYSICAL THERAPY.

127. (Q) MARCH 22, 2021 KITE TO PECHOUS (A-FLOOR UNIT COORDINATOR) WHILE IN SHU FOR GRIEVANCES FOR MISSING FOOD ITEMS.

127. (R) MARCH 23, 2021, LT. SORENSON ASSURES MISSING ITEMS IS DELIVERED BUT MEAT IS AGAIN RANCID. PLACED KITE TO A-FLOOR UNIT MANAGER HUGHES ABOUT GRIEVANCES FOR OIC'S NOT RESPONDING OVER THE WEEKEND AND MISSING FOOD.

127. (S) MARCH 24, 2021, NO OIC ANSWERS CALL FOR FOOD COMPLAINTS AND KITE TO PECHOUS FOR GRIEVANCES ON FOOD COMPLAINTS.

127. (T) APRIL 3, 2021 TALKED TO KENDAL WITH MENTAL HEALTH ABOUT SHU CONFINEMENT FOOD ISSUES.

127. (U) APRIL 5, 2021 TALKED TO C.O.'S MERCER AND CPL. MALDANADO ABOUT SHU FOOD CONCERNS OVER MISSING FOOD ITEMS AND SMALL PORTIONS.

127. (V) APRIL 6, 2021 TALKED TO JUSTIN ABOUT SAME FOOD CONCERNS. JUSTIN IS FROM MENTAL HEALTH. TALKED TO U.M. HUGHES ABOUT ONGOING ISSUES WITH MISSING FOOD AND INCORRECT PORTIONS. HE INFORMED CHRISTIANS ABOUT ONGOING BATTLE WITH CORRECT MEALS AND PORTION SIZES FROM KITCHEN. HUGHES DID NOT CORRECT IMMEDIATE ISSUES.

127. (W) APRIL 7, 2021 CHRISTIANS TALKED TO LT. SORENSON ABOUT MISSING FOOD ITEMS. HE STATED HE IS AWARE OF SITUATION BUT IS UNSURE WHY IT IS NOT RESOLVED. HE DID NOT CORRECT IMMEDIATE ISSUE.

127. (X) APRIL 8, 2021 CHRISTIANS TALKED TO UM. HUGHES

ABOUT ONGOING INCORRECT FOOD ISSUES AT NEARLY EVERY MEAL. HAD SPOKEN TWICE PREVIOUSLY ON THIS ISSUE AND HUGHES DID NOT CORRECT IMMEDIATE SITUATION. CHRISTIANS TALKED TO U.C. PECHOUS ABOUT KITES AND LACK OF RESPONSE FOR GRIEVANCES ABOUT MISSING FOOD. C.O. DECKER STATED UNAWARE OF MISSING FOOD AND WOULD CHECK WITH C.O. NELSON AND SGT. WALTER. NO RESPONSE WAS GIVEN BY ANY PARTY AND CONCERNS WERE NOT MET. ALSO TALKED TO NURSE SCOTT AND EDUCATED ABOUT FOOD SHORTCOMINGS AND ISSUES.

127. (Y) FROM APRIL 9, 2021 THROUGH MAY 11, 2021 WHILE BEING CONFINED IN SHU CHRISTIANS TALKED TO VARIOUS OFFICERS ABOUT MISSING FOOD AND PORTIONS SMALLER THAN INDICATED ON MENU INCLUDING C.O.'S BARNETCHE, MARJAMA, NURSE RACHEL, C.O.'S WINTERS, PADILLA, CRAIG, MULLINS, NURSES EMILY AND CIERRA, NURSING SUPERVISOR KAY, C.O. HULSCHER AND JUSTIN FROM MENTAL HEALTH SEVERAL MORE TIMES. AS FAR AS CHRISTIANS IS AWARE ONLY C.O. CRAIG MADE AN EFFORT ASSURE A PROPER MEAL ALTHOUGH SHE WASN'T THOUROUGH. OTHER OFFICERS SAID THINGS LIKE "THAT'S WHAT THE KITCHEN GAVE US SO THAT'S WHAT YOU GET" EVEN THOUGH THE SAME OFFICERS AKNOWLEDGED THE MEALS WERE INCORRECT, MISSING ITEMS OR WERE SHORT ON PROPER SERVING SIZE.

127. (Z) APRIL 10, 2021, CHRISTIANS SENT KITE TO PECHOUS TO PICK UP COMPLETED GRIEVANCES ON STATED FOOD ISSUES. COORDINATOR PECHOUS PICKED UP 3 GRIEVANCES ON FOOD ISSUES ON APRIL 12, 2021.

127. (AA) APRIL 13, 2021, CHRISTIANS HEARS OTHER INMATES SUCH AS T.J. HUNTIMER COMPLAINING ABOUT MISSING FOOD ITEMS.

127. (BB) APRIL 16, 2021, CHRISTIANS TALKS WITH GENIE BIRCH ABOUT CONTINUING FOOD ISSUES OF MISSING ITEMS AND SMALL PORTIONS. GENIE BIRCH DID NOT INFORM ADMINISTRATION OF CHRISTIANS CONCERNS OR KITCHEN.

127. (CC) APRIL 26, 2021, WARDEN YOUNG, A.W. COOK AND U.M. HUGHES STOPPED BY CELL #89 AT APPROXIMATLY 9:45AM WHERE YOUNG THREATENED TO MOVE CHRISTIANS OUT OF STATE TO A MUCH HARSHER AND MORE VIOLENT PRISON. CHRISTIANS ADDRESSED THE THREE GRIEVANCES GIVEN TO PECHOUS APRIL 12TH THAT WERE PAST DUE ABOUT THE FOOD CONCERNS IN THE SHU. WARDEN SAID TO SEND KITES TO RESOLVE ISSUES AND CHRISTIANS STATED SENT SEVERAL KITE, HAS COMPLETED GRIEVANCES AND SPOKE TO UNIT STAFF PECHOUS, HUGHES AND BIRCH AS WELL AS CORRECTIONAL OFFICERS AND NONE HAVE REMEDIED THE PROBLEMS. UM HUGHES STOPS BY CHRISTIANS CELL AND STATES HE CAN'T FIND GRIEVANCES. THIS SHOWS U.C. PECHOUS INTENTIONALLY DISCARDED THE GRIEVANCES INSTEAD OF ADDRESSING THE COMPLAINTS. C.O. HULSCHER STOPS BY CELL TO DELIVER THREE MORE GRIEVANCES WHICH CHRISTIANS PROMPTLY FILLED OUT.

127. (DD) APRIL 28, 2021 CHRISTIANS TALKED WITH U.M. HUGHES ABOUT MISSING FOOD AND BOOST DRINKS. HE STATED "NOTHING I CAN DO." CHRISTIANS BROUGHT UP THE FOOD GRIEVANCES

TO WHICH HUGHES REPLIED "YOU WILL NOT LIKELY LIKE THE ANSWER YOU'RE GOING TO RECEIVE."

127. (EE) APRIL 29, 2021, CHRISTIANS TALKED WITH HUGHES AND BROUGHT UP DIET CONCERNS PREVIOUSLY DISCUSSED AND BEING SHIPPED OUT OF STATE DUE TO MAKING AN ISSUE OF THE FOOD PROBLEMS.

127. (FF) APRIL 30, 2021, CHRISTIANS TALKED WITH WARDEN YOUNG WHO WAS PRESENT WITH A.W. COOK, MAJOR BENTING, AND U.M. HUGHES. YOUNG AGAIN REITERATED MOVING CHRISTIANS TO A DIFFERENT STATE SUCH AS NEW JERSEY, SOUTH CAROLINA, WISCONSON, NEW MEXICO OR KANSAS WHERE GUYS GET STABBED OVER COOKIES. HE STATED THIS THREAT TO CHRISTIANS BECAUSE CHRISTIANS WAS PROTESTING THE FOOD PROBLEMS THAT EVERYONE WAS WELL AWARE OF.

127. (GG) MAY 12, 2021, WHILE IN INFIRMARY, C.O. HIEB COMMENTS ABOUT FOOD BEING 70% CARBOHYDRATES AND NOT GOOD FOR HEALTH AS INMATES WERE TESTING FOR HIGH BLOOD SUGAR.

127. (HH) MAY 13, 2021 WHILE IN INFIRMARY, PONTO AND DEPUTY WARDEN DRISKIE STOPPED TO TALK TO CHRISTIANS AND SAID "IF EVER HAVING ISSUES WITH FOOD YOU CAN TALK TO ONE OF US." YET NEITHER STOPPED AT CHRISTIANS CELL WHILE BEING HELD IN SHU TO DISCUSS ISSUES NOR DID EITHER ONE DO ANYTHING TO ASSURE A PROPER DIET DURING THE TWO MONTHS CHRISTIANS WAS HELD IN THE SHU. FUTHER,

PONTO CONTRADICTS HIMSELF AS MONTHS EARLIER CHRISTIANS MADE SEVERAL DIFFERENT ATTEMPTS TO SPEAK WITH HIM AND WAS IGNORED EVEN THOUGH PONTO WAS MADE AWARE OF THE SUBJECT OF FOOD PROBLEMS.

127. (II) MAY 15, 2021, CHRISTIANS SPEAKS WITH GASSAN, A SUMMIT EMPLOYEE WHO STATED "THE PRE-SLICED TURKEY SUPPLY FROM THAT SUPPLIER HAS BEEN BAD, VERY POOR QUALITY AND I DON'T LIKE SERVING IT." HE WENT ON TO SAY HE HAS SPOKEN TO HIS SUPERVISOR SEVERAL TIMES ABOUT THE BAD MEAT.

127. (JJ) MAY 26, 2021, C.O. DAWN ALUMBAUGH SAYS THE MENUS STROGANOFF REALLY ISN'T STROGANOFF AND STATES "I DON'T THINK SUMMIT KNOWS WHAT STROGANOFF IS."

127. (KK) MAY 5, 2021, C.O. WILLIAMS SAYS "I DON'T BLAME YOU, (FOR FOOD PROTESTING) NOT LIKE THE FOOD HERE IS ANY GOOD ANYWAYS." THIS WAS AT MEDICAL DURING A WEIGHT CHECK WITH NURSE JEN, CIERRA AND CPL. MALDANADO PRESENT AT ABOUT 2:30 PM.

127. (LL) JUNE 2, 2021 DURING TELECONFERENCE WITH DIETICIAN JESSICA AND NURSE APRIL SCHAFFER, CHRISTIANS INQUIRED ABOUT GETTING MORE WHOLE FRUIT AND MORE DAIRY PRODUCTS IN THE DIET. HE STATED INMATES ONLY GET 1/2 CUP OR LESS OF FRUIT AND MILK ONLY AT BREAKFAST FOR DAIRY DAILY. JESSICA DENIED MORE DAIRY BUT SAID WOULD LOOK AT MORE FRUIT FOR NEXT MENU CYCLE.

127. (MM) MAY 19 AND 23, 2021, CHRISTIANS SENT KITE TO A.W. COOK TO DISCUSS FOOD ISSUES IN SHU. NO REPLY OR RESPONSE WAS GIVEN TO EITHER KITE.

127. (NN) JULY 22, 2021 CHRISTIANS TALKS WITH DAVID LUND WHO WAS HOUSED ON A-FLOOR. HE STATED THE FOOD IS COLD, WRONG FOODS OR SHORT PORTIONS. SAME COMPLAINT AS CHRISTIANS AND OTHERS.

127. (OO) AUGUST 8, 2021, CHRISTIANS OBSERVES AT SERVING WINDOW IN DINNING HALL SGT. STEVEN OBSERVES AND TELL CO KUMI INMATE KITCHEN WORKERS WERE USING ONE SPOON TO FILL THREE TRAYS INSTEAD OF ONE SPOONFUL PER TRAY. KUMI RELAYS THIS INFORMATION TO GASSAN (SUMMIT EMPLOYEE) WHO STATED THE INMATES WERE DOING IT CORRECTLY. TO THIS SGT. STEVENS ASSURED GASSAN SHE HAD DIRECTLY OBSERVED THE INCORRECT PORTIONS. THE INMATES SERVING REPLIED "IT'S JUST OATMEAL NOBODY LIKES OATMEAL. WHO CARES?"

127. (PP) AUGUST 29, 2021, AT SICK CALL WITH NURSE SCOTT WHO STATED DIETICIAN WOULDN'T SUPPLY HEALTH SERVICES WITH CARB COUNT FOR DIABETICS DUE TO THAT SHE (DIETICIAN) HAS NO CONTROL OVER WHAT IS ACTUALLY BEING SERVED. SCOTT SAID "IT HAS BEEN VERY DIFFICULT TO WORK WITH CBM/SUMMIT TO REGULATE DIETS FOR HEALTH CONCERNS.

127. (QQ) SEPTEMBER 8, 2021, WHILE WORKING IN LAUNDRY FILLING KITES, SEEN KITE TO KITCHEN FROM INMATE

NATHAN SARHA WHO STATED HE WAS NOT GETTING CORRECT DIET TRAY (PERHAPS HEART HEALTHY?) AND HE HAS SENT MULTIPLE KITES. IT'S IMPORTANT TO KNOW HIS LOCATION WAS A-FLOOR. GAVE KITE TO C.O. ALLEN WHO TORE IT UP AND THREW IT AWAY SAYING "THAT GUY LIKES TO COMPLAIN."

127. (RR) SEPTEMBER 23, 2021, C.O. ALUMBAUGH STATES TO LAUNDRY WORKERS DURING COUNT THAT THE FOOD LOOK "ICKY" AND SHE WOULD NOT EAT IT.

127. (SS) OCTOBER 3, 2021, DAN CADY (INMATE) TELLS CHRISTIANS ABOUT CLEANING FILTH IN KITCHEN WITH INMATE JOE CARPENTER. BLACK ON COOKING SURFACES AND FLOORS AND FOUND NUMEROUS MAGGOTS. WATER TURNED BLACK AS THEY CLEANED WITH POWER WASHER.

127. (TT) OCTOBER 24, 2021, DAN CADY IS ASKED BY LT. VANDEN KAMP TO CLEAN THE KITCHEN AGAIN AND FOR CLEANING SUPPLIES. SAID THAT JESSICA COOK WAS PISSED IT HADN'T BEEN CLEANED YET. THIS WAS JUST PRIOR TO OCTOBER 26, 2021 WHEN TWO MEN IN HIGH DOLLAR SUITS WENT THROUGH KITCHEN AREA WITH AW. JESSICA COOK AT ABOUT 11:30 AM THAT DAY AND WERE ALSO OBSERVED IN OTHER PARTS OF THE PRISON.

127. (UU) OCTOBER 29, 2021 WHILE RECEIVING AND SENDING LEGAL LETTERS, UNIT COORDINATOR HAYLEY BUOL ASKED

WHAT THE LAWSUIT WAS ABOUT, FOR FOOD? CHRISTIANS REPLIED YES. TO WHICH BUOL SAID "WELL I HOPE YOU WIN. THE FOOD THEY FEED YOU IS HORRIBLE AND YOU DESERVE BETTER." THIS SHOWS AGAIN HOW THE DOC STAFF KNOWS AND IS AWARE OF THE POOR NUTRITION AND DIET, YET NOTHING IS DONE.

127. (VV) NOVEMBER 15, 2021, INMATE JACK HAGEN TELL LT. BAKER PANCAKES AND SAUSAGES ARE COLD AGAIN. LT. BAKER MADE NO ATTEMPT TO INFORM SUMMIT STAFF AND ONLY REPLIED "OH. OKAY." ANOTHER INMATE ADVISED LT. BAKER OF THE COLD FOOD AND RECEIVED THE SAME RESPONSE BUT BAKER MADE NO EFFORT TO ADRESS THE PROBLEM. INMATE KELLY BOYER PRESENT.

127. (WW) NOVEMBER 17, 2021, CHRISTIANS HEARS AT MED. WINDOW CAPTAIN VANDERAA SAY "MUST BE SOMETHING GOOD FOR BREAKFAST, ALOT OF PEOPLE ARE SHOWING UP." THIS SHOWS VANDERAA IS AWARE OF THE POOR QUALITY MEALS SO MUCH SO THAT MOST INMATES DON'T DARE EAT IT.

127. (XX) MAY 2020, WARDEN YOUNG IS HEARD BY CHRISTIANS SAYING ALL THE EXECUTIVES FROM SUMMIT ARE HERE (IN JAMESON) TO SEE THE DAY-TO-DAY OPERATIONS FIRST HAND. THESE EXECUTIVES WOULD INCLUDE MARLIN C SEJONHA, JUSTIN BARTHEL, SHANE SEJONHA, NAOMI MCLAUGHLIN AND JEFF GREEN WHO ARE ALL SUMMIT EXECUTIVES THAT YOUNG INCLUDED BY HIS STATEMENT. THIS SHOW THE SUMMIT EXECUTIVES, WHICH MAY INCLUDE OTHERS AS WELL, WERE MADE AWARE OF THE SUBSTANDARD NUTRITION AND DIET, THE

UNSANITARY KITCHEN PRACTICES AND LACK OF PROPERLY TRAINED KITCHEN WORKERS RESULTING IN THE POOR QUALITY MEALS.

127.(YY) MARLIN C. SEJONHA JR. IS ALSO THE EXECUTIVE WHO SIGNED THE FOOD CONTRACT BETWEEN THE SDDOC AND SUMMIT WHICH STATES THE DIETARY GUIDELINES FOR AMERICAN PUT OUT BY THE USDA IS TO BE FOLLOWED. THIS ACCEPTANCE OF NATIONAL GUIDELINES IN CONJUNCTION WITH HIS VISIT TO THE PRISON SEEING THAT THE DIETARY GUIDELINES ARE NOT BEING MET FIRST HAND AND DOING NOTHING TO CORRECT HIS COMPANIES DIRECTORS AND SUPERVISORS ALL THE WAY DOWN TO FOOD SERVICE WORKERS, MAKES HIM AN IMPORTANT PERSON IN THIS CIVIL COMPLAINT. A COPY OF THE CONTRACT WAS SUBMITTED WITH THE ORIGINAL COMPLAINT AS EVIDENCE ALONG WITH PARTS OF IT MATCHING PROPOSAL FROM SUMMIT FOOD SERVICE TO THE SDDOC.

127. (ZZ) INMATE KITCHEN WORKERS LIVE IN FEAR OF LOSING THEIR JOBS IF THEY WANT TO USE THE APPROPRIATE INGREDIENTS FOR RECIPIES AND SERVING THE FOOD THEY ARE DIRECTED TO SERVE WHEN PORTIONS ARE SHORT. FOOD IS MORE OFTEN THAN NOT UNPALATABLE MAKING IT DIFFICULT OR NOT POSSIBLE TO CONSUME, THIS IS DUE TO A LACK OF TRAINING AND LACK OF USE OF PROPER INGREDIENTS AND RECIPIES. BUNS AND DESSERT CAKES ARE OFTEN NOT THOUROUGHLY COOKED CREATING ISSUES OF FOOD BORN ILLNESSES ALONG WITH HOT FOOD THAT IS LEFT OUT AND SERVED COLD. SUBSTITUTIONS HAPPEN NEAR DAILY, AGAIN MAKING PROPER NUTRITION A CONCERN BY NOT KEEPING A MENU OF A VARIETY OF FOODS LIKE FRUITS, VEGETABLES, FISH AND OTHER MEATS,

COUNT TWO

128. IN FEBRUARY OF 2019, CHRISTIANS INJURED HIS NECK. WITHIN ACOUPLE OF WEEKS HIS LEFT UPPER ARM HAD ATROPHIED BY 2-3 INCHES. CHRISTIANS COMPLAINED TO MEDICAL STAFF AT MDSP. DR. KARISSA ZIMMER, INSTEAD OF ORDERING X-RAYS OR AN MRI, PUT CHRISTIANS THROUGH AN EXCESSIVE TWO MONTHS OF PHYSICAL THERAPY. CHRISTIANS COMPLAINED OF NUMBNESS AND SEVERE PAIN THROUGH HIS SHOULDER, BACK AND ARM WITH WEAKNESS ON THE LEFT SIDE OF HIS BODY. THESE CONDITIONS CONTINUED THROUGH PHYSICAL THERAPY AND NO CHANGE WAS REPORTED.

129. ON AUGUST 15, 2019 CHRISTIANS WAS FINALLY SCHEDULED FOR A NEURODIAGNOSTIC TEST CALLED AN EMG. THIS REVELED CHRISTIANS HAD SIGNIFICANT CHRONIC AND ACTIVE LEFT C6-C7 RADICULOPATHY AND PROBABLY C5-C6 RADICULOPATHY IN HIS NECK. CHRISTIANS WAS TOLD BY DR. ZIMMER THIS CONDITION WOULD BECOME PERMENANT IF NOT CORRECTED BY SURGERY. AFTER SIX MONTHS OF INTENSE PAIN THAT CAUSED CHRISTIANS SLEEPLESSNESS MENTAL ANGUISH AND FEAR, AMONGST HIS OTHER AILMENTS, DR. ZIMMER PUT CHRISTIANS ON GABBAPENTIN. THIS DID RELIEVE SOME OF HIS PAIN, BUT DID NOT HELP HIS OTHER AILMENTS SUCH AS LOSS OF STRENGTH AND MUSCLEMASS IN THE LEFT PART OF HIS UPPER BODY.

130. IN SEPTEMBER OF 2020 CHRISTIANS WAS TRANSFERRED TO JAMESON ANNEX FOR DICIPLINARY REASONS. HIS CARE WAS TAKEN UP BY DR. SULTANA. ON OCTOBER 23 CHRISTIANS RECEIVED AN MRI OF HIS NECK SHOWING THERE ARE EXTRADURAL DEFECTS WHICH MILDLY EFFACE THE VENTRAL THECAL SAC MOST PRONOUNCED TO THE LEFT OF MIDLINE AT THE C5-C6 LEVEL WITH PROTRUDING ANNULUS APPEARING TO NARROW THE LEFT NEUROFORAMEN, C4-C5: UNCINATE HYPERTROPHY WITH MILD ANNULAR BULGE WITH MILD

FORAMINAL NARROWING BUT NO DEFINITIVE NERVE ROOT IMPINGEMENT. C5-C6: THERE IS UNCINATE HYPERTROPHY WITH A LEFT PARACENTRAL TO FORAMINAL PROTRUSION. MODERATE FORAMINAL NARROWING LEFT GREATER THAN RIGHT WITH POTENTIAL LEFT C6 NERVE ROOT IMPINGEMENT. C6-C7: MILD DISC OSTEOPHYTE COMPLEX WITH MILD CENTRAL CANAL NARROWING. THERE MODERATE LEFT AND MILD TO MODERATE RIGHT FORAMINAL NARROWING WITH POTENTIAL C7 NERVE ROOT IMPINGEMENT. DEGREE OF FORAMINAL NARROWING IS BEST DEMONSTRATED ON... IMPRESSION: 1. MULTILEVEL DEGENERATIVE SPONDYLOSIS WITH ONLY MILD CENTRAL CANAL NARROWING.

131. ON NOVEMBER 15 2019 AGAINST CHRISTIANS WISHES DR. SHAMIN SULTANA ORDERED A CERVICAL EPIDURAL INJECTION WHICH CHRISTIANS RECEIVED. THIS RESULTED IN NO IMPROVEMENT OF CHRISTIANS PAIN AND AILMENTS.

132. CHRISTIANS AGAIN WENT THROUGH PHYSICAL THERAPY ORDERED BY DR. SULTANA WHICH AGAIN DID NOT HELP. DR SULTANA WAS FULLY AWARE OF CHRISTIANS PRIOR TWO MONTH PHYSICAL THERAPY.

133. AFTER OVER A YEAR AND A HALF AFTER HIS ORIGINAL INJURY DID CHRISTIANS FINALLY RECEIVE HIS SURGERY IN SEPTEMBER OF 2020, RESULTING IN PERMANENT DAMAGE. THIS DAMAGE INCLUDES LIMITED USE OF THE LEFT SIDE OF HIS UPPER BODY. THERE IS CONTINUED WEAKNESS AND SEVERE ATROPHY CAUSED BY THE DELAY IN TREATMENT. CHRISTIANS WILL NEVER HAVE THE SAME BODY FUNCTIONS OR ASTHETICS AGAIN AND IS EMOTIONALLY WOUNDED.

134. DR. MARY CARPENTER IS RESPONSIBLE FOR DECISIONS REGARDING

REQUEST FOR TREATMENT. DUE TO HER DILERATE INDIFFERENCE OF NOT TREATING CHRISTIANS EARLIER, CHRISTIANS PERMENANT INJURY IS THE RESULT OF THAT FAILURE. HER DENIAL OF EARLIER MRI TESTING, EMG TESTING AND EARLY SURGERY SHOW THAT INDIFFERENCE OF MEDICAL NEEDS.

135. AMBER GITCHEL AND RACHEL DEPREE CANNOT BE EXCLUDED, AS CAUSE FOR DELAY IN CHRISTIANS SCHEDULED TESTS AND SURGERY, AS THEY ARE RESPONSIBLE FOR MAKING APPOINTMENTS AND SCHEDULING.

# COUNT THREE

136. CHRISTIANS IS TRYING TO LEARN THE ART OF PASTEL PAINTING. HE PURCHASED PASTELS AND OTHER MATERIALS RELATED ON APRIL 17, 2020 TO START PRACTICING. A FRIEND OF CHRISTIANS PURCHASED HIM A BOOK TO LEARN THIS ART.

137. IN JUNE OF 2020 CHRISTIANS RECEIVED A REJECTION OF MAIL NOTICE INFORMING HIM THAT HIS ART INSTRUCTION BOOK "ENCYCLOPEDIA OF PASTEL TECHNIQUES" WAS REJECTED DUE TO NUDITY. THIS REJECTION WAS FROM CRAIG MOUSEL. HE AS WELL AS SHARON REIMANN IN THE MAILROOM DETERMINE ALL REJECTIONS.

138. AFTER SEVERAL ATTEMPTS TO RESOLVE THE ISSUE INFORMALLY, IN JULY 2020 CHRISTIANS FILED IRR REF# 32844. THAT WAS REJECTED BY UC MOOS. ON JULY 13, 2020 CHRISTIANS FILED

AR # 32844 CONCERNING THE BOOKS REJECTION. IN THE AR HE STATED THE RECENT SISNEY V. KAEMINGK CASE AND QUOTED JUDGE PIERSOL IN THAT CASE. THIS WAS REJECTED BY WARDEN DARIN YOUNG FOR REASON OF A APPEAL WAS TO BE FILED AND A MOTION FOR STAY.

139. CHRISTIANS BELIEVES HIS ART INSTRUCTION BOOK CLEARLY FALLS UNDER THIS AND WOULD LIKE IT GIVEN TO HIM IN ITS ENTIRETY.

# COUNT FOUR

140. ON SEPTEMBER 19 AT APPROXIMATELY 11:45 AM I LEFT MY ROOM WITH PAPERWORK INCLUDING A STATE CONTRACT BETWEEN THE DOC AND CBM/SUMMIT FOOD SERVICE. I ENTERED UNIT COORDINATOR LAURIE STRATMAN'S OFFICE ATTEMPTING TO GAIN COPIES OF GRIEVANCES AND THE CONTRACT FOR A CIVIL SUIT. STRATMAN DENIED CHRISTIANS COPIES OF THE CONTRACT AND SAID I NEEDED TO TURN IT OVER TO HER. CHRISTIANS REFUSED. STRATMAN CALLED UNIT MANAGER NANCY CHRISTENSEN INTO HER OFFICE. AS CHRISTENSEN ENTERED THE OFFICE SHE SHUT THE DOOR AND STATED I COULD NOT POSSES THE FOOD CONTRACT. IT SHOULD BE NOTED THE CONTRACT IS A PUBLIC DOCUMENT AVAILABLE ON THE STATE WEBSITE. CHRISTENSEN FUTHER PERSISTED FOR POSSESSION OF THE CONTRACT AT WHICH POINT CHRISTIANS SAID HE WOULD GIVE THE CONTRACT TO STAFF IN THE PRESENCE OF THE WARDEN OR CORROSPONDANCE FROM HIM WITH THAT REQUEST. THIS WAS DENIED. CHRISTIANS THEN ASKED FOR THE PRESENCE OF THE OFFICER-IN-CHARGE (OIC) WHICH WAS ALSO DENIED. NEXT CHRISTIANS EXPRESSED HE WOULD TURN OVER THE CONTRACT AT MINIMUN IN FRONT OF A CAMERA LOCATED AT THE OFFICERS DESK NEXT TO STRATMANS OFFICE SO AS TO PROVIDE SOME PROFF THAT THE CONTRACT WAS BEING TAKEN FROM HIM. AS CHRISTIANS MOVED TOWARD THE DOOR NANCY CHRISTENSEN STEPPED IN FRONT OF THE DOOR. AT THIS POINT CHRISTIANS SAT IN THE CHAIR CLOSET TO THE EXIT DOOR AND BEGAN YELLING FOR "HELP." STRATMAN PLACED AN EMERGENCY CALL AS CHRISTIANS YELLED "HELP" FOR ANOTHER 90 SECONDS. NANCY CHRISTENSEN THEN OPENED THE AND I RAN TO THE OFFICER'S DESK AS C.O. PUDWELL AND A FEMALE C O STARTED TO EXIT THE DESK AREA. PUDWELL ASKED CHRISTIANS "WHAT WAS WRONG?" CHRISTIANS POSITIONED HIMSELF

IN FRONT OF THE CAMERA AND BRIEFLY EXPLAINED HE WANTED TO BE IN CAMERA VIEW POINTING AT THE CAMERA HOLDING UP HIS PAPERS. LT. LARSON ENTERED THE BUILDING AND CHRISTIANS GAVE HIM THE CONTRACT AND WAS CUFFED UP. CHRISTIANS RECEIVED AN H-4 MAJOR VIOLATION FOR ASSULT ON STAFF FOR THIS INCIDENT. CHRISTIANS WAS GIVEN SUCH A SEVERE VIOLATION BECAUSE IT WOULD SEND HIM TO A MAX SECURITY PRISON FROM THE MINIMUM-MEDIUM HE WAS BEING HOUSED AT. THE REASON FOR THIS WAS BECAUSE HE WAS FILING GRIEVANCES ON FOOD ISSUSES AND STRATMAN AND CHRISTENSEN RETALIATED AGAINST HIM FOR DOING SO. PLAINTIFF CHRISTIANS NEVER TOUCHED UNIT MANAGER NANCY CHRISTENSEN YET ALONE ASSULT HER.

14. ON APRIL 25, 2020 CHRISTIANS WAS SERVED A DISCIPLINARY REPORT CHARGING HIM WITH AN H-7 IN WHICH HE WAS ACCUSED OF PLANNING AND ORCHESTRATING A GROUP FOOD HUNGER STRIKE. AT AN INVESTIGATIVE INTERVIEW CATHY WYNIA ACCUSED CHRISTIANS OF FILING ALOT OF GRIEVANCES ON FOOD ISSUES AND FILING A LAWSUIT ABOUT THE FOOD SERVICE AT THE PRISON. ALTHOUGH CHRISTIANS ADMITTED TO FILING THE GRIEVANCES HE HAD NOT YET FILED THE CURRENT LAWSUIT. WYNIA ALSO ACCUSED CHRISTIANS OF ATTENDING A GROUP MEETING IN THE REC YARD THAT APPARENTLY WAS VIDEO TAPED. CHRISTIANS DENIED ANY INVOLVEMENT IN THE MEETING AS HE DIDN'T ATTEND NIGHT REC AND WOULD IN NO WAY POSSIBLE BE ON CAMERA CONSPIRING WITH ANYONE INVOLVED IN PLANNING SUCH AN EVENT. CHRISTIANS ALSO DID NOT PARTICIPATE IN THE GROUP HUNGER STRIKE AS HE NEVER STOPPED EATING. WYNIA STATED AT THE END OF THE

INTERVIEW THAT SHE DID NOT THINK CHRISTIANS WAS INVOLVED IN THE PLANNING OF THIS EVENT. WHILE BEING HELD IN THE SEGREGATED HOUSING UNIT (SHU) CHRISTIANS SPOKE TO BOTH WARDEN YOUNG AND A.W. COOK ABOUT HIS NON-INVOLVEMENT IN THE STRIKE. YOUNG AND COOK STATED CHRISTIANS WAS FILING TOO MANY GRIEVANCES OF THE FOOD ISSUES NOT TO BE INVOLVED. THIS WAS OBVIOUS RETAILIATION OF THESE INDIVIDUALS PART TO KEEP CHRISTIANS FROM GAINING ACCESS TO A MEDIUM-MINIMUM SECURITY PRISON AND ANY FAVORABLE PRISON JOBS DUE TO HIS FILING OF GRIEVANCES.

142. IN NOVEMBER OF 2019 CHRISTIANS APPLIED TO A P.I. REGULAR WAGE/ MINIMUM WAGE JOB. CHRISTIANS FOUND OUT FROM EKEREN THAT HIS APPLICATION WAS NEVER TURNED IN BECAUSE "HE FILED TOO MANY GRIEVANCES AND COMPLAINED ABOUT EKEREN'S HANDLING OF GRIEVANCES." THIS WAS RETAILIATION FOR THOSE PURPOSES.

## V. EXHAUSTION OF ADMINISTRATIVE REMEDIES

143. PLAINTIFF CHRISTIANS HAS TIMELY EXHAUSTED ALL AVAILABLE ADMINISTRATIVE REMEDIES PRIOR TO FILING THIS COMPLAINT.

## VI. PREVIOUS LAWSUITS

144. CHRISTIANS HAS NEVER BEFORE FILED A CIVIL SUIT, SAVE THIS INSTANT CASE, NOR HAS THERE BEEN PREVIOUS LITIGATION REGARDING ANY OF THE ISSUES DESCRIBED IN THIS COMPLAINT.

# VII. CAUSE OF ACTION

145. DEFENDANTS WARDEN YOUNG, ET AL., ACTED WITH DELIBERATE INDIFFERENCE TO CHRISTIANS NUTRITIONAL NEEDS CAUSING PAIN, DISCOMFORT AND A HOST OF PRESENT AND FUTURE HEALTH ISSUES, CONSTITUTING CRUEL AND UNUSUAL PUNISHMENT UNDER THE EIGHTH AMENDMENT OF THE UNITED STATES CONSTITUTION.

146. DEFENDANTS DR. MARY CARPENTER, DR. SHAMIN SULTANA, DR. KARISSA ZIMMER, AMBER GITCHEL AND RACHEL DEPREE ACTED WITH DELIBERATE INDIFFERENCE TO CHRISTIANS' MEDICAL NEEDS CAUSING UNNECESSARY PAIN, DISCOMFORT AND A HOST OF PRESENT AND FUTURE HEALTH ISSUES, CONSTITUTING CRUEL AND UNUSUAL PUNISHMENT UNDER THE EIGHTH AMENDMENT OF THE UNITED STATES CONSTITUTION.

147. DEFENDANTS, DENNY KAEMINGK, WARDEN DARRIN YOUNG AND CRAIG MOUSEL, ACTED IN VIOLATION OF SETTLED CASE SISNEY V. KAEMINGK, 2020 AND IN VIOLATION OF CHRISTIANS FREE SPEECH RIGHTS OF THE FIRST AMENDMENT AND HIS FOURTEENTH AMENDMENT DUE PROCESS RIGHTS.

148. DEFENDANTS WARDEN DARIN YOUNG, A.W. COOK AND UNIT MANAGER EKEREN ACTED WITH DELIBERATE INDIFFERENCE TO CHRISTIANS FIRST AMENDMENT FREE SPEACH RIGHTS.

149. PLAINTIFF, CHRISTIANS HAS NO PLAIN, ADEQUATE OR COMPLETE REMEDY AT LAW TO REDRESS THE WRONGS DESCRIBED HEREIN. CHRISTIANS HAS BEEN AND WILL CONTINUE TO BE IRREPARABLY

INJURED BY THE CONDUCTS OF THE DEFENDANTS UNLESS THIS COURT GRANTS THE DECLARATORY AND INJUNCTIVE RELIEF WHICH CHRISTIANS SEEKS.

## VIII. PRAYER FOR RELIEF

WHEREFORE, CHRISTIANS RESPECTFULLY PRAYS THAT THIS COURT ENTER JUDGEMENT GRANTING PLAINTIFF:

150. A DECLARATION THAT THE ACTS AND OMISSIONS DESCRIBED HEREIN VIOLATED PLAINTIFF'S RIGHTS UNDER THE CONSTITUTION OF THE UNITED STATES, AND STATING THE DEFENDANTS DUTIES WITH RESPECT TO THOSE RIGHTS.

151. A PRELIMINARY AND PERMANENT INJUNCTION ORDERING DEFENDANTS CHIEF WARDEN YOUNG, ET. AL., TO:

- SERVE HEALTHY, TASTY, PALATABLE, NUTRITIOUS FOODS INCLUDING FRESH FRUITS, FRESH VEGETABLES, FISH AND LEAN BEEF.
- FOLLOW AND EXCEED DIETARY GUIDELINES FOR AMERICANS 2020-2025 (OR CURRENT YEARS PUBLICATION)
- ADHERE TO AND ENFORCE 2020 SDDOC / SUMMIT FOOD CONTRACT
- FOLLOW AND EXCEED ALL USDA FOOD PYRAMID AND MYPLATE GUIDELINES
- THE SDDOC WILL DO THIS BY HAVING MULTIPLE FULL TIME LICENSED NUTRITIONISTS, INDEPENDENT OF THE FOOD PROVIDER AND STATE OF SOUTH DAKOTA, AT EACH FACILITY TO MONITOR MEALS, SUBSTITUTIONS AND FOOD REQUIREMENTS

ARE MET DAILY.

- GIVE CHRISTIANS HIS ART INSTRUCTION BOOK "ENCYCLOPEDIA OF ART TECHNIQUES.
- GIVE CHRISTIANS ANY MEDICAL TREATMENT REQUIRED OR REQUESTED TO HELP HIM IMPROVE HIS DISABILITY TO NORMAL LEVELS IN A TIMELY MANNER.
- GIVE CHRISTIANS A JOB AT P.I. LOCATED AT THE JAMESON ANNEX AND NOT RETAILIATE IN ANY FASHION FOR THE PRESENT LAWSUIT AND GRIEVANCES FILED OR ANY FUTURE GRIEVANCES OR LAWSUITS.

152. AS TO COUNT ONE: COMPENSATORY DAMAGES IN THE AMOUNT OF $40.00 PER DAY AGAINST EACH DEFENDANT FOR THE LENGTH OF TIME CHRISTIANS WAS INCARCERATED AND EXPOSED TO THIS CRUEL AND UNUSUAL PUNISHMENT. PUNITIVE DAMAGES IN THE AMOUNT OF $110.00 PER DAY AGAINST EACH DEFENDANT FOR THE LENGTH OF TIME CHRISTIANS WAS INCARCERATED AND EXPOSED TO THIS CRUEL AND UNUSUAL PUNISHMENT.

153. AS TO COUNT TWO: COMPENSATORY DAMAGES IN THE AMOUNT OF $300,000.00 AGAINST EACH DEFENDANT. PUNITIVE DAMAGES IN THE AMOUNT OF $200,000.00.

154. AS TO COUNT THREE: COMPENSATORY DAMAGES IN THE AMOUNT OF $1500.00. PUNITIVE DAMAGES IN THE AMOUNT OF $3000.00

155. AS TO COUNT FOUR: COMPENSATORY DAMAGES IN THE

AMOUNT OF 170,000.00. PUNITIVE DAMAGES IN THE AMOUNT OF $20,000.00.

156. DISCRETIONARY DAMAGES TO BE DETERMINED BY THE SUBJECTIVE JUDGEMENT OF A JURY.

157. A TRIAL BY JURY IS DEMANDED ON ALL ISSUES THAT MAY BE TRIED BY A JURY.

158. CHRISTIANS ALSO SEEKS RECOVERY OF HIS COSTS IN THIS SUIT, AND ANY ADDITIONAL RELIEF THIS COURT DEEMS JUST, PROPER AND EQUITABLE.

## IX. VERIFICATION

I HAVE READ THE FOREGOING COMPLAINT AND HEREBY VERIFY THAT THE MATTERS ALLEGED THEREIN ARE TRUE. I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

EXECUTED AT SIOUX FALLS, SD ON NOVEMBER 23, 2021

[signature]

MARK A. CHRISTIANS

MARK CHRISTIANS #35285
DEPARTMENT OF CORRECTIONS
STATE PENITENTIARY
P.O. Box 5911
Sioux Falls, SD 57117-5911
*Address Service Requested*

US POST
FIRST-CLASS MAIL
11/24/2021
US POSTAGE $002.96⁰
ZIP 57104
041M11461503

UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
400 S. PHILLIPS AVE., ROOM 128
SIOUX FALLS, SD 57104

X-RAYED BY
SOUTH DAKOTA
CSO