IN THE UNITED STATES DISTRICT FOR THE
SOUTHERN DISTRICT OF SOUTH DAKOTA

CHRISTIANS,
PLAINTIFF,
v.
YOUNG, ET AL.,
DEFENDANTS.

DECLARATION OF SAMUEL LINT

CIV. ACTION NO. 4:20-CV-04083-LLP

SAMUEL LINT HEREBY DECLARES:

I have lived in the Jameson Annex of the SDSP since July 19 2010. CBM and Summit Foods (the same company that changed its name in 2017) have had the food service and commissary contract the entire time. Over the last 11 years, I have observed the portions and the quality decrease while the amount of starchy carbs in our diet increased. It has gotten so bad and our concerns have gone so unanswered by Summit staff and our prison administration that in 2018, I reached out and received a copy of the contract between the DOC and Summit. It was necessary to see if we were getting what we were supposed to because - having grown up working in 5 different restaurants over 8 years - it was visibly suspicious, and I wanted to rule out or verify my suspicions that Summit was not meeting bare minimum calric count, let alone nutrient requirements or quality standards. What I have found has been an egregious and unconscionable violation of not just a taxpayer funded contract, but of our basic human rights and dignity. With the exception of real sliced turkey and ham, all the other "meat" we get is <u>mechanically seperated chicken</u> - also referred to as "MSC." "MSC" is graded "Under Class C," and is served as a liquid in over a dozen meals a month. The food service contract is very clear, using legally-binding words like "must," and "shall" when specifying food grade standards, and states they "Must" serve Grade A meat, beef, seafood, poultry, eggs, etc. None of these standards are anywhere close to being met. I had the USDA poultry grading manual mailed in to verify grades because of the prevalance of "MSC" as the main ingredient in all of our daily meals. "MSC" is under Grade C (can't even be graded), and therefore shouldn't be present in any of our meals, per the contract. I have obtained labels to all of these items to confirm this. They are funded by taxpayers to provide Grade A, yet provide under Grade C, and are allowed to keep the difference in cost. That's theft to the detriment of taxpayers and inmate dietary needs. Any meal served as a casserole or "with meat gravy" is usually deficient in protein, not to mention nutrition. You can count the meat flakes on these meals like sprinkles on a cupcake. We are **<u>never</u>** provided fresh fruit. Ever. We receive canned pears or applesauce everyday. The only fresh vegetables we have the chance to eat is a pinch of lettuce. The only other vegetables we get are canned corn, (no nutritional value), carrots, or green bea

beans.

Summit is paid to provide food safety training for the proper preparation and handling of our food. This is in the contract. They were supposed to develop and implement this training, with the first quarter of signing in 2014. This training has never happened. As a result, untrained, inexperienced kitchen workers fumble through the process with no guidance. Most of these men have never had a job before, let alone one so important and technical. The quality is so poor that I sit and eat until I gag, and throw the rest away. Sometimes I make it through a whole meal. The fact is our entire menu is formed around noodles, potatoes, and rice as starchy fillers with a dash of meat. Officers can attest to the fact that I have taken my tray to the highest ranking officer over a hundred times to show me my serving of meat. Most throw their hands up and shrug. Some have taken pictures and sent them to wardens or gone and talked to kitchen staff but nothing ever comes of it.

I am serving a life sentence in a state with no parole. Even if I had a job, we are only paid 25 cents an hour. Since Summit also has the commissary contract, they benefit from serving us malnourishment in the chow hall, when out of desperation I purchase a $5 roast beef pouch or $4 tuna for protein. My body craves it. This starch/carb heavy diet put me from 112 lbs when I came in, up to 165 lbs. I can't lose the weight no matter how many pairs of shoes I burn through working out, because as every nutritionist will tell you, "You can't outrun a bad diet."

I beg you your honor, for an intervention.
Please help us.
Truly,

Samuel Lint

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT. Executed At Sioux Falls, SD on Dec 15th 2021
Date

Signature Sam Lint

Samuel Lint
Print Name