IN THE UNITED STATES DISTRICT FOR THE
SOUTHERN DISTRICT OF SOUTH DAKOTA

CHRISTIANS,
PLAINTIFF,
v.
YOUNG, ET AL.,
DEFENDANTS.

DECLARATION OF SILVER N McCLANAHAN
~~Lack of accountability of Food Contract~~

CIV. ACTION NO. 4:20-CV-04083-LLP

SILVER N McCLANAHAN HEREBY DECLARES:

For Dozens of years I Have personally witnessed Many "inadequate" Feeding procedures take place with Summit Food Company. The Foods provided Daily Does not meet the Required Even minimal Life necessity nutritional Requirements according to Summits own Contract with the Department of Corrections. Such as, inadequate improper Serving sizes, improper Required by law tempatures to Serve Said Foods, The (Grades) of Foods have Never met Contracted requirements. The Foods Served is Mostly starched, processed, uncooked or fully Cooked Foods. The Lack of critical Vitamins needed and required Do Not Exist in Served Foods. The Sanitation of the Entire cooking and Serving process is in violations of Health codes. Often bugs insect or Feces can be found in Some Foods Served. Sanitation issues includes, Maggots, Standing water in Food Storage or Serving Areas as well as cooking Areas, improper cleaning chemicals are not used or available. Several areas of Mold and Stench Exist in these Areas Mentioned. Never has inmates received any kind of notice regarding intentions to alter or change Requirements of Summits Contract with Food Services. I have never received Reasonable cause or Explanation for Subsequent punitive and capricious actions that Significantly burden inmates Diets and health. There has been no Reasonable Efforts made by Summit to adhere to there own contract Requirements, nor has the Department of Correction Staff made attempts to enforce said Contract Requirements. These issues Significantly burden an inmates ability to have adequate, Sanitary, properly cooked, Graded, nutritional meals Daily. Which causes myself to be tired, from lack of Vitamins overweight, from Starched Foods, processed foods, Salts Sugars, as well as making and expressing mood swings and improper bowl movements.

Fresh Fruit and Vegtables are not Served, as well as appropriate portions of Dairy Products, Meats, Grades of Foods, tempatures and Sanitation are not appropriate. often times Complaints of these issues mentioned Directly to Supervising Employee's of Summit and or the Department of Corrections is totally Dismissed or ignored or chain of command going up to top officials is ignored or Dismissed, without any action Being taken. I have personally Suffered from Food sickness, irregular bowl movements, and Vomiting. which Pose's a Significant burden on me Financially to purchase available other foods from Commisary also contracted with Summit Foods.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.
EXECUTED AT SIOUX FALLS, SD ON Oct-12-21
DATE

[signature]
SIGNATURE

Silver N McClanahan
PRINT NAME

county of Minnehaha
STATE OF South Dakota
Notary: [signature]
My commission Exp: December 2, 2026

JORDAN JAMES MOOS
SEAL NOTARY PUBLIC SOUTH DAKOTA SEAL