**DEPARTMENT OF CORRECTIONS**
***ADMINISTRATION***
3200 East Highway 34
c/o 500 East Capitol Avenue
Pierre, SD 57501-5070
Phone: (605) 773-3478
Fax: (605) 773-6810

September 10, 2021

Mark Christians
Inmate # 35285
South Dakota State Penitentiary
PO Box 5911
Sioux Falls SD 57117

Dear Mr. Christians,

This letter is in response to your letter written to Candy Snyder on August 15th, 2021. The Department of Corrections issues the following response.

To promote the health and safety of inmates, staff and visitors, all adult institutions operated by the Department of Corrections (DOC) conduct regular inspections of the institution to ensure compliance with accepted sanitation and safety standards.

The South Dakota Department of Health (DOH) inspects the food service area at each institution annually.

The most recent inspection of the food service operation at the South Dakota State Penitentiary was conducted by trained inspectors with DOH, Office of Health Protection, on July 1, 2021. Summit Foods LLC (Summit), the prison food service provider, received a 94/100 score.

Summit follows the National Research Council's recommended dietary allowances.

Summit contracts with an independent dietician with the Correctional Nutrition Consultants, Ltd. to provide recommendations and do a site visit at each facility every other year.

All DOC facilities are also accredited by the National Commission on Correctional Healthcare (NCCHC). The NCCHC requires facilities to serve a nutritionally adequate diet that incorporates USDA guidelines.

**Concerns with food grades**
USDA meat grades only apply to raw meat products. Summit serves pre-cooked meat to reduce the risk of foodborne illness. The equivalent standard for precooked meats is that they are inspected by the USDA. The meat products provided by Summit have been inspected by the USDA and therefore meet the standard that the meat served in SDDOC facilities is safe, wholesome, and properly labeled as defined by USDA.

**Survey or Comment Cards**
DOC will be issuing the comment cards in the Units. These will be reviewed by DOC staff.

**Recipes and Production Standards**

Recipes are provided and are to be followed by inmate workers.

**Food service staff and inmate training**
DOC Policy requires that all food service staff responsible for meal preparation and inmate workers shall be trained in the proper use of food service equipment and in food safety procedures. Training may include proper food storage and sanitation standards and proper use of food equipment safety devices.

Summit trains the inmates on the Pathways Level 1 food safety training program as they begin work in the kitchen. In some cases, an inmate can receive a Serve Safe certificate upon completion of the required test.

Sincerely,

DOC Administration

# Report: Summit Food Services Provides Inadequate Nutrition at Missouri Jail

*by Kevin Bliss*

ATTORNEY AND RETIRED JUDGE GARY Oxenhandler conducted a study in 2017 on the prisoner population at the Boone County Jail (BCJ) in Columbia, Missouri. He reported that prisoners were complaining about the quality and quantity of meals at the facility – specifically, that they were not receiving any fresh fruits, vegetables or dairy products.

Oxenhandler, along with Rusty Antel, chairman of the Boone Judicial Law Enforcement Task Force, and attorney Sarah Aplin, wrote to the Boone County Commission with concerns that prisoners' daily nutritional needs were not being met. They requested that the county's grand jury conduct an independent investigation.

Summit Food Services, LLC contracted with BCJ in 2016 to be the jail's food service provider. The minutes of a commission meeting at the time showed that Sheriff Dwayne Carey called Summit's meals healthy and a positive change, and that he was "impressed" with the company.

After an investigation on February 15, 2019, the grand jury issued a report that mirrored Oxenhandler's concerns. They felt that daily nutritional values were not being met, meals at the jail needed more fruit and vegetables, and the fortified beverages currently being served should be replaced with dairy products.

Summit Foods CEO Marlin Sejnoha disagreed with the grand jury's findings and said the company always meets nutritional recommendations.

Oxenhandler noted that the dietitian who approves Summit menus, although state certified, is an employee of the company. He asked an independent registered dietitian, Melinda Hemmelgarn, to give an objective opinion. Hemmelgarn reported that the jail's menu did not meet U.S. Dietary Guidelines for Americans.

"In summary," her report stated, "the food is too high in sodium, too high in processed, refined carbohydrates, and sugars and too low in fiber." She said such diets contribute to "high blood pressure, constipation, poor blood sugar control and cardiovascular disease."

The Boone County Commission appointed an evaluation committee and received a recommendation on June 13, 2019 to award BCJ's food service contract to Trinity Correctional Services – another for-profit company that has a poor track record. [See, e.g.: *PLN*, June 2018, p.52; Jan. 2018, p.46].

"It would probably be true that none are perfect, but out of those willing to make proposals, this seemed to be the best set of circumstances," said Presiding Commissioner Dan Atwill. "But we'll try it. We will enter into an agreement and hold them to the promises they make and hope they will be an appropriate food service for the people who eat the food."

At a subsequent commission meeting, Sheriff Carey noted that an RFP for another food service provider was already in the works when Oxenhandler first began raising concerns. He also said, according to the meeting minutes, that "There is a big emphasis on fresh fruits and vegetables when it is not fiscally responsible to spend money on fresh fruits and vegetable that will only be good for so long." Carey noted that the "number one thing that detainees order [from the commissary] is Ramen Noodles," followed by cookies and candy.

Of course, if the jail provided better and more nutritious meals, prisoners might be less inclined to supplement the food with commissary purchases. The Boone County Commission approved the BCJ's food service contract with Trinity on June 20, 2019. ■

Sources: *columbiatribune.com, showmeboone.com*

# Alaska Pays $400,000 to Settle Jail Prisoner's Wrongful Death Suit

*by Douglas Ankney*

ON APRIL 18, 2019, THE STATE OF Alaska agreed to pay $400,000 to John Green, the father of Kellsie Green, to settle his lawsuit against the Alaska Department of Corrections over his daughter's death in an Anchorage jail.

Alaska has a unified corrections system where the DOC runs both state prisons and local jail facilities.

In January 2016, the 24-year-old Kellsie was being held at the jail on a probation violation. Six days later she was dead. Her death certificate indicated she died due to malnutrition, dehydration, renal failure and heart dysrhythmia, and weighed just 80 pounds. [See: *PLN*, Aug. 2017, p.44].

John Green alleged in his wrongful death suit that Kellsie was a heroin addict and her addiction was apparent and obvious. He also claimed that jail officials failed or refused to provide her with medical care during serious and obvious withdrawal symptoms.

"This isn't a jail in Turkey or somewhere," Green remarked. "This is America."

He settled partly because the state released video, audio, depositions and reports that he said detailed how the system had failed his daughter. According to Green, the state took responsibility for decisions that resulted in Kellsie's death, including a failure to provide adequate IV fluids and medically supervised drug detoxification.

Further, jail personnel did not respond to the numerous and frequent calls for help from other prisoners in Kellsie's housing unit.

Green said he hoped the publication of the case materials will cause the state to change its detox procedures. "I'm just mad," he said. "There's no reason this should have happened. And it will continue to happen. My biggest fear is it will continue to happen." See: *Green v. Alaska*, Superior Court, Third Judicial District at Anchorage (AK), Case No. 3AN-16-05552CI.

Additional source: *Associated Press*

**Dictionary of the Law**
Thousands of clear, concise definitions.
See page 69 for ordering information.

NIH Public Access
Author Manuscript
*Psychosom Med.* Author manuscript; available in PMC 2011 May 1.

Published in final edited form as:
*Psychosom Med.* 2010 May ; 72(4): 357–364. doi:10.1097/PSY.0b013e3181d9523c.

# Low Calorie Dieting Increases Cortisol

**A. Janet Tomiyama, Ph.D.[a], Traci Mann, Ph.D.[b], Danielle Vinas, B.A.[c], Jeffrey M. Hunger, B.A.[b], Jill DeJager, MPH., RD[d], and Shelley E. Taylor, Ph.D.[c]**

[a] Robert Wood Johnson Health and Society Scholars Program, University of California, San Francisco

[b] Department of Psychology, University of Minnesota

[c] Department of Psychology, University of California, Los Angeles

[d] Student Development Health Education, University of California, Los Angeles

NIH-PA Author Manuscript NIH-PA Author Manuscript NIH-PA Author Manuscript

## Abstract

**Objective**—Prior research has demonstrated that dieting, or the restriction of caloric intake, does not lead to long-term weight loss. This study tested the hypothesis that dieting is ineffective because it increases chronic psychological stress and cortisol production – two factors that are known to cause weight gain. Further, this study examined the respective roles of the two main behaviors that comprise dieting – *monitoring* one's caloric intake and *restricting* one's caloric intake – on psychological and biological stress indicators.

**Methods**—In a 2 (monitoring vs. not) × 2 (restricting vs. not) fully crossed, controlled experiment, 121 female participants were randomly assigned to one of four dietary interventions for three weeks. The **monitoring + restricting** condition tracked their caloric intake and restricted their caloric intake (1200 kcal/day); the **monitoring only** condition tracked their caloric intake but ate normally; the **restricting only** condition was provided 1200 kcal/day of food but did not track their calories, and the **control group** ate normally and did not track their intake. Before and after the interventions, participants completed measures of perceived stress and two days of diurnal saliva sampling to test for cortisol.

**Results**—Restricting calories increased the total output of cortisol, and monitoring calories increased perceived stress.

**Conclusions**—Dieting may be deleterious to psychological well-being and biological functioning, and changes in clinical recommendations may be in order.

## Keywords

Dieting; stress; cortisol

## Introduction

Obesity is among the most significant health problems facing the United States, and levels of obesity are increasing throughout the world. One-third of U.S. adults are estimated to be obese (1), and obesity is beginning to replace malnutrition and infectious diseases as the most significant contributor to poor health worldwide (2). In light of these trends, much research is being conducted on intentional weight loss and weight maintenance. Although intentional

CORRESPONDING AUTHOR: A. Janet Tomiyama, RWJF Health & Society Scholars Program, University of California, San Francisco, 3333 California Street Suite 465, San Francisco, CA 94143-0848, Phone: (415)713-7811, Fax: (415)476-7744, tomiyamaj@chc.ucsf.edu.

NIH-PA Author Manuscript NIH-PA Author Manuscript NIH-PA Author Manuscript



weight loss efforts may be effective in the short-term, these losses are often not maintained over the long-term, and it is essential that researchers identify the mechanisms that lead to weight regain after intentional weight loss to inform interventions that can reverse, circumvent, or alter them.

One of the most common methods of intentional weight loss is the restriction of caloric intake, commonly known as dieting (3). Nationally representative numbers from 2005 indicate that approximately 47% of adults in the United States are trying to lose weight at any given time (4). Despite the high prevalence of dieting, research finds that dieting leads to successful weight loss in the short-term but not the long-term (5,6). A recent review article found that 30–64% of diet study participants gain back *more* weight than they lost on the diet (5). Further, having dieted in the past was a predictor of weight gain, and the longer participants were followed up, the more weight they had regained (5).[1]

To fully understand the mechanisms of diet failure, it is necessary to consider the biological and psychological processes that occur when individuals go on diets. We began with the broad hypothesis that diets fail because they increase stress. In this study, we specifically tested the latter half of this hypothesis, namely that dieting causes increases in indicators of stress. Stress is defined as a negative emotional experience that is accompanied by predictable biochemical, physiological, cognitive, and behavioral changes (11), and it is a prime suspect as a potential cause of weight regain after dieting. First, stress can increase weight through the stress-responsive hypothalamic-pituitary-adrenocortical (HPA) pathway that affects energy metabolism – the focus of the current study. HPA-mediated weight gain has been studied extensively (12). Research suggests strong connections between stress and weight gain through elevations of cortisol regulated by the prolonged activation of the HPA axis and resulting insulin resistance (12–16).

Dieting is likely psychologically stressful. As dieting, by definition, is an act of restriction of eating, this deprivation elicits negative emotion. Dieting involves not merely resisting temptation, but also a physically aversive feeling of being hungry. Reviews of dieting studies have documented negative emotional consequences of dieting such as depression, anxiety, decreased self-esteem, nervousness, and irritability (17).

In addition to restricting one's intake, there is another main task in dieting: monitoring one's caloric intake. Research indicates that frequent, repetitive hassles can accumulate over time to comprise a chronic stressor (18) that has negative health consequences. Monitoring food and calorie intake during a diet may be one of these daily hassles. Consistent with this point, in the original sample used in the development of the Hassles Scale, "concerns about weight" were among the five most frequently cited hassles (18).

The relationship between dieting and both perceived stress and cortisol has been investigated in cross-sectional and longitudinal studies. For example, in a study of 17,159 adolescent females, French and colleagues found that dieting five or more times in the past year was correlated with emotional stress in Whites, Blacks, and Asians (17). Researchers have long known that fasting and starvation are associated with an elevation of cortisol or failure to suppress cortisol after a dexamethasone suppression test (19–21). In addition, studies have found that higher dietary restraint (a measure of dieting[2]) is associated with higher 24-hour urinary free cortisol concentrations, and cortisol-creatinine ratios, salivary cortisol, and cortisol

[1]We note that some studies such as the Finnish Diabetes Prevention Study (7), Diabetes Prevention Program (8), Diabetes Prevention Program Outcomes Study (9), and Look AHEAD (10) have indeed demonstrated some positive weight (and health) outcomes. These interventions, however, were lifestyle interventions that confound physical activity with pure caloric restriction, and we therefore focus on caloric restriction interventions only in our discussion.

NIH-PA Author Manuscript NIH-PA Author Manuscript NIH-PA Author Manuscript



awakening response (22–24). To date, however, no study has used an experimental design to test the causal effects of dieting on stress in humans.

The present research tested the following two hypotheses: (1) The monitoring aspect of dieting causes increases in psychological stress and cortisol; and (2) The restricting aspect of dieting causes increases in psychological stress and cortisol. These hypotheses were tested using a fully-crossed, randomized, controlled experiment with monitoring and restricting as two factors.

## Methods

Participants were randomly assigned to one of four diet conditions, and self-reported stress and diurnal cortisol were measured at baseline and immediately following the three-week manipulation. The short-term nature of the study allowed the investigation of the effects of the diet at its most potent point, as participants in diet studies tend to adhere closely to their diets during the early weeks of the diet, with non-adherence becoming more likely after the initial months of the diet (26). To test whether restricting intake, monitoring intake, or a combination of the two leads to stress and elevations in cortisol, a fully-crossed 2 (monitoring diet or not) × 2 (restricting diet or not) between-groups longitudinal design with repeated measures compared participants at baseline and post-manipulation.

### Sample

Because dieting can have deleterious health consequences, the sample consisted of individuals from the UCLA and University of Minnesota communities who were seeking to go on a diet and would have done so regardless of participation in the study. We focused on females because the prevalence of restrained eating is higher in this population (27). One hundred and fifteen participants were randomized; complete follow-up data was available for 99 participants (86% retention rate).

### Inclusion/Exclusion Criteria

To ensure that weight was measured with high validity, participants were required to have a history of stable weight (no weight change of more than 5 kg or 11 lbs in the past three months) and not taking weight-altering medications. To ensure that cortisol was measured with high validity and for participant safety, participants were excluded if they were smokers or had recent or current history of cardiovascular disease, diabetes, endocrine disorder, substance abuse, eating disorders, or any other self-reported significant disease. For safety reasons pertaining to caloric restriction and potential weight loss, participants were also excluded if their body mass index (height in meters/weight in kilograms squared) was in the underweight category (below 18.5).

### Procedures

This study was conducted in compliance with American Psychological Association ethical standards for the treatment of human subjects and was fully approved by the UCLA and University of Minnesota Institutional Review Boards. Data collection occurred between September 2007 and January 2009. At baseline, all participants provided informed consent, underwent screening for inclusion and exclusion criteria, were weighed and measured, and completed baseline questionnaires. Cortisol follows a diurnal rhythm, with highest levels at

[2]The construct of restrained eating overlaps, but is not entirely analogous to, simple caloric restriction. While a complete discussion of the restrained eating construct is outside the scope of this paper, we acknowledge that restrained eating refers to a constellation of behaviors that include but are not limited to caloric restriction, such as concerns about being overweight, weight fluctuation, and disinhibition (25).

NIH-PA Author Manuscript NIH-PA Author Manuscript NIH-PA Author Manuscript



around 30–45 minutes after waking and a gradual decline throughout the day (28). Following the recommendations of the MacArthur Research Network on Socioeconomic Status and Health (29), diurnal saliva sampling was used to capture both the cortisol awakening response as well as the total daily output of cortisol. Participants' salivary cortisol levels were measured at three time points for two days: immediately after wake-up, 45 minutes after wake-up, and 12 hours after wake-up. Cortisol was assessed with commercially available salivettes (Salimetrics, State College, PA). Participants were thoroughly trained on diurnal saliva sampling and were instructed to begin sampling the following day and continue for two days total. Participants were also instructed to check in via phone, email, or text message after each sample was taken to ensure compliance. At the end of each sampling day, participants also completed a questionnaire to measure potential confounders of cortisol: physical activity, stressful events, general health, pain, and alcohol and caffeine consumption.

Participants were then randomly assigned to one of four study conditions (discussed below). All participants returned the day after their saliva sampling days to return the samples and were trained on the condition to which they had been randomized. Participants followed the instructions of their assigned condition for three weeks.

Participants assigned to the **Monitoring and Restricting** condition received training on how to follow a classic low-calorie diet consisting of 1200 kilocalories per day with no more than 50% energy from carbohydrates, 30% energy from total fat, and 20% energy from protein. Participants also received instructions on how to complete a daily food diary, so that they monitored their caloric intake. Participants in the **Monitoring Only** condition were not placed on a low-calorie diet, but were instructed on how to complete a daily food diary, so that they monitored their intake. Participants in **Restricting Only** condition were provided all the food that they ate over the course of the study. The food was prepackaged prepared food from one of two diet food companies and was prepared and eaten by participants in the same manner that participants in this type of diet plan typically prepare and consume these foods. The daily menus varied, but calorie intake was restricted to 1200 calories per day, with the same percentage of calories from carbohydrates, fats, and protein as in the full monitoring + restricting diet. Thus this condition served as a control for the full monitoring + restricting diet, in terms of the amount of daily caloric intake; however, participants did not engage in any monitoring of their intake, since all food was eaten in prescribed amounts given to them. Participants in the **Control** condition were not placed on a low-calorie diet or instructed to complete a daily food diary.

Each condition was, to the greatest extent possible, modeled after what people do in real life when they go on diets. Thus the Monitoring & Restricting and Monitoring Only condition materials were designed by a registered dietitian to be representative of what dietitians usually use when advising their clients. The Restricting Only condition utilized an actual diet food company and is analogous to many similar types of diet plans such as Jenny Craig.

On the day following the conclusion of the three weeks, participants completed follow-up questionnaires and conducted two final days of diurnal saliva sampling. Finally, participants returned to the lab for follow-up measurements and returned the samples. Participants were paid $40 for participation.

## Materials

All measures were taken at both baseline and follow-up.

**Perceived Stress**—Stress was assessed via the widely-used 10-item Perceived Stress Scale (PSS, Cronbach's $\alpha$ in this sample = .90) (30). A sample item is, "How often have you felt nervous and stressed?" Respondents are asked to rate how often they experienced stress in the

NIH-PA Author Manuscript NIH-PA Author Manuscript NIH-PA Author Manuscript



past month (baseline) or past 3 weeks (post manipulation) on 5-point Likert-type scales from Never = 0 to Very Often = 4. The PSS was modified at the post-intervention follow-up to say "In the past three weeks while you were in the study…" to attempt to capture more specifically dieting-related stress.

**Cortisol**—Total cortisol output was calculated by calculating the area-under-the-curve (AUC) for the two pre- and post-intervention days using the formula (with respect to ground) outlined by Pruessner, Kirschbaum, Meinlschmid, and Hellhammer (28). The cortisol awakening response (CAR) refers to the normative increase between waking up and 30–45 minutes after waking up. The meaning of high versus low awakening responses has been debated in the literature, but has been characterized as indexing the robustness of the HPA axis as well as tonic stress levels in some studies (31), and was therefore used as an outcome measure here. The cortisol awakening response was calculated by subtracting the wakeup cortisol (natural log) value from the wakeup + 45 minute sample value.

**Anthropometry**—A portable adult measuring stadiometer was used to measure height. Subjects were measured at least twice, in their stocking feet with head positioned in the Frankfort plane. Body weight was measured using a physician's scale (Detecto, Webb City, MO).

## Results

### Preliminary analyses

Descriptive statistics for demographic characteristics of the study sample measured at baseline are pictured in Table 1. Table 2 depicts descriptive statistics for the major outcome variables stratified by group assignment and time of assessment. Values beyond three standard deviations on key variables were considered outliers, and all analyses were re-run without the inclusion of these participants. Notably, the results were the same whether outliers were included or excluded.

**Randomization check**—Participants in the four conditions did not differ significantly in age, day in menstrual cycle, number of total lifetime diets, and baseline: weight, BMI, perceived stress, cortisol awakening response, or cortisol slope (all $p$ values nonsignificant).

**Manipulation check**—The participants in the Monitoring + Restricting and Monitoring Only conditions significantly differed in the number of calories they consumed, such that Monitoring Only participants, who were asked to not restrict their calories, ate more (grand mean = 35715.5, SD = 9717.21, daily mean = 1700.74) than did Monitoring + Restricting condition participants who were instructed to keep their consumption to 1200 kcal per day (grand mean = 26449.89, SD = 5483.57, daily mean = 1259.52).

**Weight change**—To test whether the groups differed in the amount of weight they lost or gained, a repeated measures ANOVA was conducted, revealing a main effect of restricting (but not monitoring) on weight change ($F(97,1) = 4.67$, $p = .03$). The restricting groups lost significantly more weight (mean weight loss of 1.9 pounds) than the groups who did not restrict (mean weight gain of 2.6 pounds), and therefore weight change was used in all analyses as a covariate.

### Main Results

To test the two hypotheses, three ANOVA analyses were conducted using the following post-intervention variables as outcomes: (1) psychological stress (indexed by the Perceived Stress Scale); (2) total cortisol output; (3) cortisol awakening response. Restricting and monitoring

NIH-PA Author Manuscript NIH-PA Author Manuscript NIH-PA Author Manuscript



were dummy-coded and entered as fixed factors. Baseline values of each of the three outcome variables were included in each respective analysis as covariates. The respective main effects of monitoring and restricting were examined to determine whether these factors increased stress. Significance was set at $p = .05$ and all tests were two-tailed. Physical activity, stressful events unrelated to the diet, general health, pain, alcohol consumption, and caffeine consumption were tested one at a time to see if they were significantly related to each relevant outcome measure. Including these covariates did not change the pattern of results in any of the reported analyses.

**Psychological Stress**—Results indicated that participants who monitored their caloric intake reported increased perceived stress ($F(97,1) = 5.45$, $p = .02$, partial $\eta^2 = .06$; see Figure 1). The effect size was small to medium, with a Cohen's $d$ of 0.38. Restricting, on the other hand, did not increase perceived stress ($F(97,1) = .92$, $p = .34$), and there was no interaction between the two factors ($F(97,1) = .07$, $p = .80$).

**Salivary Cortisol**—Q-Q plots indicated that the values for salivary cortisol were non-normally distributed. A natural-log transformation corrected this skew, and thus natural log values were used in the following analyses.

Results indicated a main effect of restricting ($F(92,1) = 8.77$, $p = .004$, partial $\eta^2 = .05$), such that restricting increased the total output of cortisol (Figure 2). The effect size was medium, with a Cohen's $d$ of 0.63. There was no main effect of monitoring ($F(92,1) = 3.71$, $p = .07$) and no interaction ($F(92,1) = 0.27$, $p = .60$). The difference in cortisol output seems to have been driven by the evening cortisol level, as pictured in Figure 3.

For cortisol awakening response, there were no main effects (monitoring: $F(93,1) = 0.88$, $p = .63$; restricting: $F(93,1) = 0.10$, $p = .35$) and there was no interaction ($F(93,1) = 0.70$, $p = .41$).

## Discussion

Dieting is one of the most common behaviors used to control weight. This study suggests that dieting may, however, potentially be deleterious to psychological well-being and biological functioning. Specifically, this study found that monitoring one's diet increased perceived psychological stress, and restricting one's caloric intake increased total daily cortisol. These findings lend support to the idea that stress may be a mechanism of diet failure.

Monitoring one's diet involved continuously recording consumed food. Like the stressors characterized in the daily hassles literature ("irritating, frustrating demands that occur during everyday transactions with the environment,") (32), monitoring via the use of food diaries likely increased perceived stress by creating repeated stressors throughout the day.

Restricting, on the other hand, increased the total cortisol output among the participants, consistent with previous research (23,33). This finding may seem unexpected, as restricting caloric intake can trigger mechanisms to reduce energy expenditure, including reduced corticotrophin-releasing hormone output, which, in turn, may reduce cortisol downstream (34). However, restricting caloric intake may be a biological stressor because one of the main functions of cortisol is to increase the availability of energy in the body. The stress resulting from restricting one's caloric intake to a mere 1200 kilocalories, therefore, may have reduced the absolute amount of energy available to the body, therefore leading to increased cortisol output to release energy stores. Alternatively, the increase in cortisol under conditions of caloric restriction may simply reflect a biological freeing of energy that is entirely not stress-mediated.

NIH-PA Author Manuscript NIH-PA Author Manuscript NIH-PA Author Manuscript



A critical and related question is whether the cortisol increase is likely to translate into weight gain. No studies to our knowledge have examined basal cortisol and weight gain longitudinally in humans but experimental studies show a dose/response relationship between glucocorticoids and weight in rodents (35).

We found no change in the cortisol awakening response. However, as noted, the "healthy" versus "unhealthy" cortisol awakening response is unclear, with some studies documenting a higher response in stressed populations, whereas others find the opposite (36). It is therefore difficult to speculate on the meaning of not finding a change in awakening response.

In this study, there was a disconnect between psychological and biological stress responses, whereby monitoring increased perceived stress whereas restricting increased cortisol output. This may have been due simply to a potential inadequacy of the PSS to capture the dieting-related stress in the restricting conditions only (despite the fact that the prompt was changed to say "In the past three weeks while you were in the study…"). A more fine-grained measurement of perceived stress in future studies would also allow for an untangling of whether the effect is stress-mediated or not. Alternatively, the prolonged increase in perceived stress in the monitoring conditions may yet translate, over a longer timeframe, into increased cortisol for this group as well. Differences between psychological and biological stress responses are, however, commonly found throughout the stress literature (37). For example, Fischer and colleagues examined cortisol and psychological stress responses over 7,145 hours in physicians and nurses and found that cortisol and psychological stress did *not* overlap 71.3% of the time (38).

In fact, dieters may not even realize that restricting their caloric intake produces a physiological stress response, as it does not lead to a perceived stress response. As a result, dieters may assume that their restriction is not harmful, and in fact persevere in what may be a physiologically stressful diet because they do not feel psychologically stressed.

The findings from this study provide preliminary evidence that dieting may not lead to positive outcomes in terms of stress indicators. This does not mean, however, that the implication is that individuals engaged in weight management efforts should disregard self-awareness of eating patterns or give up on the practice of portion control. Lifestyle modifications that include exercise and avoiding *over*eating (39) may be the most prudent approach for improving weight-related health.

There were several limitations to this study. A number of participants (n = 15) dropped out of the study after undergoing the first round of saliva sampling, which may have led to a biased sample. Indeed, the participants who dropped out at this point were experiencing significantly more perceived stress than those who continued, and as such the results of the current study may not be generalizable to people most likely to be stressed by the procedures. Note, however, that this bias in the sample results in an underestimation of the effect. Further, perhaps monitoring and restricting have effects only on compliant participants. If this were the case, however, the results of this study may still be informative, as compliant participants are likely to be compliant dieters who are most likely to monitor and restrict their intake successfully. Finally, as dropouts ocurred *before* randomization, the validity of the results are not in question.

It should also be noted that the manipulations in this study altered more than simply restricting and monitoring. The participants in the different groups may have been eating different types (and even quantities) of food with different macronutrient compositions. Because we could not have the control group tell us what they were eating (because that would have constituted a monitoring manipulation), we must consider an alternative explanation that some differences, for example in carbohydrate composition of participants' diets, may have differentially altered cortisol production (40,41).

NIH-PA Author Manuscript NIH-PA Author Manuscript NIH-PA Author Manuscript



Finally, we note that the saliva sampling protocol in this study was suboptimal. In particular, basing the CAR on only two timepoints was problematic, with at least three needed to calculate a reliable CAR (36). Further, afternoon values and at least one or two additional days of sampling may have been necessary to assess a true tonic measure of cortisol (42). Funding limitations precluded such gold-standard measurement of cortisol in this study, and therefore the null results of (a) the outcome measure of CAR and (b) monitoring on cortisol may have been due to unreliable measurement of cortisol.

The broad hypothesis framing this study is that dieting is ineffective because it is a stressor. This study, however, did not assess actual dieting outcomes, and thus the full hypothesis remains to be tested. At the moment, this study has provided initial evidence of the two manipulations, monitoring and restricting, on the presumptive mediators of psychological stress and cortisol, respectively. Future research must examine the effects of monitoring and restricting over longer terms and in relation to the outcomes of the diets themselves, namely whether or not participants actually lose weight and whether or not they keep it off. The relationship between dieting and stress over the long term may in fact be curvilinear, such that the initial weeks of monitoring and restricting are stressful, becoming less so as individuals actually lose weight, usually through the first six months (5), and then perhaps more so as the weight returns. This needs to be studied further.

The results of this study have a number of important implications. Regardless of diet success or failure, if dieting is shown in future studies to reliably increase stress and cortisol, clinicians may need to rethink recommending dieting to their patients to improve health. Chronic stress, in addition to promoting weight gain, has been linked with a host of negative health outcomes such as atherosclerosis, coronary heart disease, hypertension, diabetes, cancer, and impaired immune functioning (43). To the extent that dieting might potentially add to this stress burden, its psychological and biological consequences would best not be ignored.

## Acknowledgments

This research was supported by the following: National Science Foundation Graduate Fellowship, American Psychological Association Dissertation Research Award, and NIMH Training Grant T32MH15750-29 to AJT; National Institute of Mental Health Grant MH63795 and National Heart, Blood, and Lung Institute Grant NHLBI grant HL088887 to TM; and National Institute of Aging Grant AG030309 to SET.

The authors also would like to thank the following individuals for their essential support on this project: Dr. Theodore Robles, Dr. Christine Dunkel Schetter, Dr. Sarosh Motivala, Dr. Baldwin Way, Dr. Andrew Ward, Dr. Richard Slatcher, and Ashley Moskovich.

## Abbreviations

| | |
|---|---|
| HPA | Hypothalamic-pituitary-adrenocortical |
| PSS | Perceived Stress Scale |
| AUC | Area-under-the-curve |
| CAR | Cortisol awakening response |
| ANOVA | Analysis of Variance |

## References

1. Ogden CL, Carroll MD, Curtin LR, McDowell MA, Tabak CJ, Flegal KM. Prevalence of overweight and obesity in the United States, 1999–2004. JAMA 2006;295:1549–55. [PubMed: 16595758]
2. Kopelman PG. Obesity as a medical problem. Nature 2000;404:635–43. [PubMed: 10766250]

NIH-PA Author Manuscript NIH-PA Author Manuscript NIH-PA Author Manuscript


3. Price JH, Desmond SM, Krol RA, Snyder FF, O'Connell JK. Family practice physicians' beliefs, attitudes, and practices regarding obesity. Am J Prev Med 1987;3:339–45. [PubMed: 3452374]
4. Centers for Disease Control and Prevention. National Health and Nutrition Examination Survey Data. Hyattsville, MD: National Center for Health Statistics; 2009.
5. Mann T, Tomiyama AJ, Lew AM, Westling E, Chatman J, Samuels B. The search for effective obesity treatments: Should Medicare fund diets? American Psychologist 2007;62:220–33. [PubMed: 17469900]
6. Korkeila M, Rissanen A, Kaprio J, Sorensen TI, Koskenvuo M. Weight-loss attempts and risk of major weight gain: a prospective study in Finnish adults. American Journal of Clinical Nutrition 1999;70:965–75. [PubMed: 10584040]
7. Lindstrom J, Eriksson JG, Valle TT, Aunola S, Cepaitis Z, Hakumaki M, Hamalainen H, Ilanne-Parikka P, Keinanen-Kiukaanniemi S, Laakso M, Louheranta A, Mannelin M, Martikkala V, Moltchanov V, Rastas M, Salminen V, Sundvall J, Uusitupa M, Tuomilehto J. Prevention of diabetes mellitus in subjects with impaired glucose tolerance in the Finnish Diabetes Prevention Study: results from a randomized clinical trial. J Am Soc Nephrol 2003;14:S108–13. [PubMed: 12819313]
8. West DS, Elaine Prewitt T, Bursac Z, Felix HC. Weight loss of black, white, and Hispanic men and women in the Diabetes Prevention Program. Obesity (Silver Spring) 2008;16:1413–20. [PubMed: 18421273]
9. Knowler WC, Fowler SE, Hamman RF, Christophi CA, Hoffman HJ, Brenneman AT, Brown-Friday JO, Goldberg R, Venditti E, Nathan DM. 10-year follow-up of diabetes incidence and weight loss in the Diabetes Prevention Program Outcomes Study. Lancet 2009;374:1677–86. [PubMed: 19878986]
10. Wadden TA, West DS, Neiberg RH, Wing RR, Ryan DH, Johnson KC, Foreyt JP, Hill JO, Trence DL, Vitolins MZ. One-year weight losses in the Look AHEAD study: factors associated with success. Obesity (Silver Spring) 2009;17:713–22. [PubMed: 19180071]
11. Baum A. Stress, intrusive imagery, and chronic distress. Health Psychology 1990;9:653–75. [PubMed: 2286178]
12. Peeke PM, Chrousos GP. Hypercortisolism and obesity. Ann N Y Acad Sci 1995;771:665–76. [PubMed: 8597440]
13. Bjorntorp P. Do stress reactions cause abdominal obesity and comorbidities? Obes Rev 2001;2:73–86. [PubMed: 12119665]
14. Bjorntorp P, Rosmond R. Obesity and cortisol. Nutrition 2000;16:924–36. [PubMed: 11054598]
15. Epel ES, McEwen B, Seeman T, Matthews K, Castellazzo G, Brownell KD, Bell J, Ickovics JR. Stress and body shape: stress-induced cortisol secretion is consistently greater among women with central fat. Psychosom Med 2000;62:623–32. [PubMed: 11020091]
16. Raber J. Detrimental effects of chronic hypothalamic-pituitary-adrenal axis activation. From obesity to memory deficits. Mol Neurobiol 1998;18:1–22. [PubMed: 9824846]
17. French SA, Jeffery RW. Consequences of dieting to lose weight: Effects on physical and mental health. Health Psychology 1994;13:195–212. [PubMed: 8055855]
18. DeLongis A, Coyne JC, Dakof G, Folkman S, Lazarus RS. Relationship of daily hassles, uplifts, and major life events to health status. Health Psychology 1982:1.
19. Galvao-Teles A, Graves L, Burke CW, Fotherby K, Fraser R. Free cortisol in obesity; effect of fasting. Acta Endocrinol (Copenh) 1976;81:321–9. [PubMed: 946149]
20. Edelstein CK, Roy-Byrne P, Fawzy FI, Dornfeld L. Effects of weight loss on the dexamethasone suppression test. Am J Psychiatry 1983;140:338–41. [PubMed: 6829806]
21. Berger M, MPK, Doerr P, Krieg C, von Zersseen D. Influence of weight loss on the dexamethasone suppression test. Archives of General Psychiatry 1983:40.
22. Anderson DA, Shapiro JR, Lundgren JD, Spataro LE, Frye CA. Self-reported dietary restraint is associated with elevated levels of salivary cortisol. Appetite 2002;38:13–7. [PubMed: 11883913]
23. McLean JA, Barr SI, Prior JC. Cognitive dietary restraint is associated with higher urinary cortisol excretion in healthy premenopausal women. Am J Clin Nutr 2001;73:7–12. [PubMed: 11124742]
24. Goodwin GM, Fairburn CG, Keenan JC, Cowen PJ. The effects of dieting and weight loss upon the stimulation of thyrotropin (TSH) by thyrotropin-releasing hormone (TRH) and suppression of cortisol secretion by dexamethasone in men and women. J Affective Disorders 1988;14:137–44.

NIH-PA Author Manuscript NIH-PA Author Manuscript NIH-PA Author Manuscript




25. Polivy, J.; Herman, CP.; Howard, KI. Restraint scale: Assessment of dieting. In: Hersen, M.; Bellack, AS., editors. Dictionary of behavioral assessment techniques. New York: Pergamon Press; 1988. p. 377-80.
26. Jeffery RW, Drewnowski A, Epstein LH, Stunkard AJ, Wilson GT, Wing RR, Hill DR. Long-term maintenance of weight loss: current status. Health Psychol 2000:19S.
27. Phillips EL, Pratt HD. Eating disorders in college. Pediatr Clin North Am 2005;52:85–96. viii. [PubMed: 15748926]
28. Pruessner J, Kirschbaum C, Meinlschmidt G, Hellhammer DH. Two formulas for computation of the area under the curve represent measures of total hormone concentration versus time-dependent change. Psychoneuroendocrinology 2003;28:916–31. [PubMed: 12892658]
29. MacArthur Research Network on Socioeconomic Status and Health. Salivary cortisol measurement. 2000. http://wwwmacsesucsfedu/Research/Allostatic/notebook/salivarycorthtml
30. Cohen S, Kamarck T, Mermelstein R. A global measure of perceived stress. Journal of Health & Social Behavior 1983;24:385–96. [PubMed: 6668417]
31. Schulz P, Kirschbaum C, Pruessner JC, Hellhammer DH. Increased free cortisol secretion after awakening in chronically stressed individuals due to work overload. Stress Medicine 1998;14:91–7.
32. Holm JE, Holroyd KA. The Daily Hassles Scale (Revised): Does it measure stress or symptoms? Behavioral Assessment 1993;14:465–82.
33. Rideout CA, Linden W, Barr SI. High cognitive dietary restraint is associated with increased cortisol excretion in postmenopausal women. J Gerontology A 2006;62:628–33.
34. Lightman SL. The neuroendocrinology of stress: A never ending story. J Neuroendocrinology 2008;20:880–4. [PubMed: 18601712]
35. Pecoraro N, Gomez F, Dallman MF. Glucocorticoids dose-dependently remodel energy stores and amplify incentive relativity effects. Psychoneuroendocrinology 2005;30:815–25. [PubMed: 15905038]
36. Clow A, Thorn L, Evans P, Hucklebridge F. The awakening cortisol response: Methodological issues and significance. Stress 2004:7.
37. Dickerson SS, Kemeny ME. Acute stressors and cortisol responses: a theoretical integration and synthesis of laboratory research. Psychol Bull 2004;130:355–91. [PubMed: 15122924]
38. Fischer JE, Calame A, Dettling AC, Zeier H, Fanconi S. Experience and endocrine stress responses in neonatal and pediatric critical care nurses and physicians. Critical Care 2000;28:3281–8.
39. Ouwens MA, van Strien T, van der Staak CP. Tendency toward overeating and restraint as predictors of food consumption. Appetite 2003;40:291–8. [PubMed: 12798787]
40. Rohleder N, Kirschbaum C. Effects of nutrition on neuro-endocrine stress responses. Curr Opin Clin Nutr Metab Care 2007;10:504–10. [PubMed: 17563471]
41. Stimson RH, Johnstone AM, Homer NZ, Wake DJ, Morton NM, Andrew R, Lobley GE, Walker BR. Dietary macronutrient content alters cortisol metabolism independently of body weight changes in obese men. J Clin Endocrinol Metab 2007;92:4480–4. [PubMed: 17785367]
42. Hellhammer J, Fries E, Schweisthal OW, Schlotz W, Stone AA, Hagemann D. Several daily measurements are necessary to reliably assess the cortisol rise after awakening: state- and trait components. Psychoneuroendocrinology 2007;32:80–6. [PubMed: 17127010]
43. McEwen BS. Protective and damaging effects of stress mediators. N Engl J Med 1998;338:171–9. [PubMed: 9428819]

NIH-PA Author Manuscript NIH-PA Author Manuscript NIH-PA Author Manuscript






**Figure 1.**
Main effect of monitoring diet on perceived stress as measured by the Perceived Stress Scale.

NIH-PA Author Manuscript
NIH-PA Author Manuscript
NIH-PA Author Manuscript






**Figure 2.**
Main effect of restricting caloric intake on total cortisol output (AUC), nmol/liter

NIH-PA Author Manuscript

NIH-PA Author Manuscript

NIH-PA Author Manuscript






**Figure 3.**
A. Cortisol (natural log) values for each diurnal timepoint at baseline. B. Cortisol (natural log) values for each diurnal timepoint post-manipulation.

NIH-PA Author Manuscript NIH-PA Author Manuscript NIH-PA Author Manuscript





## Table 1

Descriptive statistics for key variables at baseline and post-manipulation. Cortisol values are natural log values.

| | Pre | | | | | Post | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Variable | Mean | St. Dev. | Min | Max | n | Mean | St. Dev. | Min | Max | n |
| Weight (lb) | 147.38 | 28.8 | 101 | 250 | 101 | 148.02 | 28.79 | 100 | 246 | 99 |
| BMI | 24.79 | 3.85 | 18.6 | 38.2 | 101 | 24.85 | 3.76 | 18.4 | 38 | 99 |
| PSS | 2.68 | 0.52 | 1.62 | 3.92 | 101 | 2.82 | 0.59 | 1.14 | 4.29 | 98 |
| Cort AUC | 1674.27 | 337.07 | 362.79 | 2882.13 | 99 | 1651.8 | 375.3 | 147.92 | 2717.36 | 95 |
| CAR | 0.44 | 0.59 | −1.6 | 2.37 | 100 | 0.34 | 0.66 | −2.35 | 2.6 | 95 |

Lb = pounds; BMI = Body Mass Index; PSS = Perceived Stress Scale; AUC = Area-uner-the-curve with respect to ground; CAR = Cortisol awakening response.



H

NIH-PA Author Manuscript NIH-PA Author Manuscript NIH-PA Author Manuscript



## Table 2

Descriptive statistics for major outcome variables stratified by group assignment and time of assessment.

| Variable | Pre-intervention Mean (SD) [minimum-maximum] | n | Post-intervention Mean (SD) [minimum-maximum] | n |
|---|---|---|---|---|
| **Monitoring & Restricting (Full Diet)** | | | | |
| Weight (lb) | 155.88(27.53) [113–250] | 24 | 153.23(23.26) [117–224] | 22 |
| Body Mass Index | 25.77(3.63) [19.39–35.9] | 24 | 25.19(3.02) [20.08–32.1] | 22 |
| Perceived Stress Scale | 2.67(0.58) [1.69–3.85] | 23 | 2.97(0.73) [1.57–4.29] | 21 |
| Total Cortisol Output | 1800.45(374.45) [1230.82–2882.13] | 24 | 1703.42(411.12) [968.86–2717.36] | 21 |
| Cortisol Awakening Response | 0.60(0.49) [−0.14–1.68] | 24 | 0.51(0.64) [−0.14–2.22] | 21 |
| Kilocalories | | | 26449.89(5483.57) [19467–43042.1] | 20 |
| | | | (1259.52 per day) | |
| **Monitoring (Food Diary)** | | | | |
| Weight (lb) | 147.65(30.71) [113–247.5] | 28 | 147.88(31.05) [111–246] | 28 |
| Body Mass Index | 24.42(4.01) [18.6–38.2] | 28 | 24.56(4.12) [18.4–38] | 28 |
| Perceived Stress Scale | 2.61(0.38) [1.69–3.23] | 28 | 2.83(0.51) [1.71–3.93] | 28 |
| Total Cortisol Output | 1719.14(235.13) [1233.58–2251.06] | 27 | 1541.67(426.76) [147.92–2174.63] | 26 |
| Cortisol Awakening Response | 0.58(0.42) [−0.18–1.48] | 27 | 0.21(0.74) [−2.35–1.45] | 26 |
| Kilocalories | | | 35715.5(9717.21) [14420–63153] | 27 |
| | | | (1700.74 per day) | |
| **Restricting (Food Provided)** | | | | |
| Weight (lb) | 140.2(30.93) [101–209] | 20 | 139.62(30.59) [100–204] | 20 |
| Body Mass Index | 24.9(4.48) [18.8–38.2] | 20 | 24.71(4.07) [18.6–35.57] | 20 |
| Perceived Stress Scale | 2.79(0.53) [2–3.54] | 20 | 2.79(0.62) [1.14–3.86] | 20 |
| Total Cortisol Output | 1545.21(453.96) [362.79–2289.68] | 19 | 1807.93(304.56) [1441.14–2478.92] | 20 |
| Cortisol Awakening Response | 0.32(0.94) [−1.60–2.37] | 20 | 0.37(0.56) [−1.02–1.68] | 20 |
| **Control** | | | | |
| Weight (lb) | 145.04(26.01) [112.25–239] | 29 | 149.98(29.22) [108.75–234] | 29 |
| Body Mass Index | 24.12(3.41) [19.8–37.4] | 29 | 24.98(3.86) [19.73–36.6] | 29 |
| Perceived Stress Scale | 2.69(0.57) [1.62–3.92] | 29 | 2.72(0.53) [1.79–3.93] | 29 |
| Total Cortisol Output | 1612.64(260.46) [1168.89–2370.50] | 29 | 1603.94(311.58) [1023.99–2386.70] | 28 |
| Cortisol Awakening Response | 0.27(0.45) [−0.74–1.46] | 29 | 0.30(0.67) [−1.12–2.60] | 28 |
| **Key:** | | | | |
| Cortisol-ln(nmol/liter) | | | | |

verywell health

# How Soluble Fiber Lowers Blood Cholesterol

By Jennifer Moll, PharmD | Medically reviewed by Yasmine S. Ali, MD, MSCI on November 13, 2019

There are two types of fiber: soluble fiber and insoluble fiber. While both of these are important to include in your diet, studies have shown that one type of fiber can also help to lower your cholesterol.

We have already known some of the other health benefits that fiber has to offer. It helps with normal bowel function and it adds bulk to foods to make you feel fuller. However, there is evidence of another essential benefit that fiber may have is that it can improve your heart health.

## Types of Fiber

Although there are several forms of fiber, they can be classified into two major groups: soluble fiber and insoluble fiber. While both are good for the body, only one group has been shown to be beneficial in lowering your cholesterol.

Soluble fiber can be dissolved in water and forms a gel-like consistency in the digestive tract. On the other hand, insoluble fiber cannot be dissolved in water, so it passes through the digestive tract relatively unchanged.

When it comes to your heart health, it appears that only soluble fiber is beneficial in lowering your cholesterol. In fact, studies have shown that consuming 10 to 25 grams of soluble fiber a day can lower cholesterol by 18%.

However, it appears to only lower your "bad" cholesterol (LDL); your "good" cholesterol (HDL) and triglycerides are only minimally affected by soluble fiber. Additionally, insoluble fiber does not appear to affect cholesterol levels, but it is important in maintaining a healthy colon.

## How Soluble Fiber Lowers Cholesterol

Soluble fiber lowers cholesterol by binding to it in the small intestine. Once inside the small intestine, the fiber attaches to the cholesterol particles, preventing them from entering your bloodstream and traveling to other parts of the body. Instead, cholesterol will exit the body through the feces.

Soluble fiber appears to be only effective against your LDL cholesterol, so if you also need to lower your triglycerides, or boost your HDL, soluble fiber may not be able to help you with this since the effect can range from very slight to no benefit at all.

Additionally, you should not solely rely on fiber to lower your cholesterol, since the effect is only slight. In studies to date, LDL cholesterol can decrease by at most 18 percent by consuming roughly 30 grams of soluble fiber daily.

The other type of fiber, insoluble fiber, is also in many healthy foods. While this type of fiber also appears to have many health benefits, it does not lower cholesterol levels.

## Where to Get It

A variety of foods contain soluble fiber. By consuming the recommended amounts of fruits, vegetables, whole grains, and legumes in the Food Pyramid, you should be able to obtain the recommended amount of soluble fiber each day.

While fiber supplements can be used to fulfill this requirement, it is not recommended that you use them as a substitute for eating a healthy diet. Fruits and vegetables also contain important nutrients, such as vitamins, that cannot be obtained through a fiber supplement.

**Article Sources**

Verywell Health uses only high-quality sources, including peer-reviewed studies, to support the facts within our articles. Read our editorial policy to learn more about how we fact-check and keep our content accurate, reliable, and trustworthy.

1. Ho HV, Sievenpiper JL, Zurbau A, et al. The effect of oat β-glucan on LDL-cholesterol, non-HDL-cholesterol and apoB for CVD risk reduction: a systematic review and meta-analysis of randomised-controlled trials. *Br J Nutr*. 2016;116(8):1369-1382. doi:10.1017/S000711451600341X

2. Zhou Q, Wu J, Tang J, Wang JJ, Lu CH, Wang PX. Beneficial effect of higher dietary fiber intake on plasma HDL-C and TC/HDL-C ratio among Chinese rural-to-urban migrant workers. *Int J Environ Res Public Health*. 2015;12(5):4726–4738. doi:10.3390/ijerph120504726

3. Ramos SC, Fonseca FA, Kasmas SH, et al. The role of soluble fiber intake in patients under highly effective lipid-lowering therapy. *Nutr J*. 2011;10:80. doi:10.1186/1475-2891-10-80

4. Cleveland Clinic. Heart healthy eating to help lower cholesterol levels. Reviewed February 2018.

**Additional Reading**

- Third Report of the National Cholesterol Education Program (NCEP) Expert Panel on Detection, Evaluation, and Treatment of High Blood Cholesterol in Adults (PDF). July 2004, The National Institutes of Health: The National Heart, Lung, and Blood Institute.

MAYO
CLINIC

# High cholesterol

## Overview

Cholesterol is a waxy substance found in your blood. Your body needs cholesterol to build healthy cells, but high levels of cholesterol can increase your risk of heart disease.

With high cholesterol, you can develop fatty deposits in your blood vessels. Eventually, these deposits grow, making it difficult for enough blood to flow through your arteries. Sometimes, those deposits can break suddenly and form a clot that causes a heart attack or stroke.

High cholesterol can be inherited, but it's often the result of unhealthy lifestyle choices, which make it preventable and treatable. A healthy diet, regular exercise and sometimes medication can help reduce high cholesterol.

## Symptoms

High cholesterol has no symptoms. A blood test is the only way to detect if you have it.

### When to see a doctor

Ask your doctor if you should have a cholesterol test. Children and young adults with no risk factors for heart disease are usually tested once between the ages of 9 and 11 and again between the ages of 17 and 19. Retesting for adults with no risk factors for heart disease is usually done every five years.

If your test results aren't within desirable ranges, your doctor might recommend more-frequent measurements. Your doctor might also suggest more-frequent tests if you have a family history of high cholesterol, heart disease or other risk factors, such as smoking, diabetes or high blood pressure.

## Causes

Cholesterol is carried through your blood, attached to proteins. This combination of proteins and cholesterol is called a lipoprotein. There are different types of cholesterol, based on what the lipoprotein carries. They are:

- **Low-density lipoprotein (LDL).** LDL, or "bad" cholesterol, transports cholesterol particles throughout your body. LDL cholesterol builds up in the walls of your arteries, making them hard

and narrow.

- **High-density lipoprotein (HDL).** HDL, or "good" cholesterol, picks up excess cholesterol and takes it back to your liver.

A lipid profile also typically measures triglycerides, a type of fat in the blood. Having a high triglyceride level can also increase your risk of heart disease.

Factors you can control — such as inactivity, obesity and an unhealthy diet — contribute to high cholesterol and low HDL cholesterol. Factors beyond your control might play a role, too. For example, your genetic makeup might keep cells from removing LDL cholesterol from your blood efficiently or cause your liver to produce too much cholesterol.

## Risk factors

Factors that can increase your risk of bad cholesterol include:

- **Poor diet.** Eating saturated fat, found in animal products, and trans fats, found in some commercially baked cookies and crackers and microwave popcorn, can raise your cholesterol level. Foods that are high in cholesterol, such as red meat and full-fat dairy products, will also increase your cholesterol.
- **Obesity.** Having a body mass index (BMI) of 30 or greater puts you at risk of high cholesterol.
- **Lack of exercise.** Exercise helps boost your body's HDL, or "good," cholesterol while increasing the size of the particles that make up your LDL, or "bad," cholesterol, which makes it less harmful.
- **Smoking.** Cigarette smoking damages the walls of your blood vessels, making them more prone to accumulate fatty deposits. Smoking might also lower your level of HDL, or "good," cholesterol.
- **Age.** Because your body's chemistry changes as you age, your risk of high cholesterol climbs. For instance, as you age, your liver becomes less able to remove LDL cholesterol.
- **Diabetes.** High blood sugar contributes to higher levels of a dangerous cholesterol called very-low-density lipoprotein (VLDL) and lower HDL cholesterol. High blood sugar also damages the lining of your arteries.

## Complications

High cholesterol can cause a dangerous accumulation of cholesterol and other deposits on the walls of your arteries (atherosclerosis). These deposits (plaques) can reduce blood flow through your arteries, which can cause complications, such as:

- **Chest pain.** If the arteries that supply your heart with blood (coronary arteries) are affected, you might have chest pain (angina) and other symptoms of coronary artery disease.
- **Heart attack.** If plaques tear or rupture, a blood clot can form at the plaque-rupture site — blocking the flow of blood or breaking free and plugging an artery downstream. If blood flow to part of your heart stops, you'll have a heart attack.

- **Stroke.** Similar to a heart attack, a stroke occurs when a blood clot blocks blood flow to part of your brain.

# Prevention

The same heart-healthy lifestyle changes that can lower your cholesterol can help prevent you from having high cholesterol in the first place. To help prevent high cholesterol, you can:

- Eat a low-salt diet that emphasizes fruits, vegetables and whole grains
- Limit the amount of animal fats and use good fats in moderation
- Lose extra pounds and maintain a healthy weight
- Quit smoking
- Exercise on most days of the week for at least 30 minutes
- Drink alcohol in moderation, if at all
- Manage stress

By Mayo Clinic Staff

Any use of this site constitutes your agreement to the Terms and Conditions and Privacy Policy linked below.

Terms and Conditions
**Privacy Policy**
**Notice of Privacy Practices**
Notice of Nondiscrimination

Mayo Clinic is a nonprofit organization and proceeds from Web advertising help support our mission. Mayo Clinic does not endorse any of the third party products and services advertised.

Advertising and sponsorship policy
Advertising and sponsorship opportunities

A single copy of these materials may be reprinted for noncommercial personal use only. "Mayo," "Mayo Clinic," "MayoClinic.org," "Mayo Clinic Healthy Living," and the triple-shield Mayo Clinic logo are trademarks of Mayo Foundation for Medical Education and Research.

© 1998-2020 Mayo Foundation for Medical Education and Research (MFMER). All rights reserved.

Medicalnewstoday.com/articles/322335

# How to remove cortisol from the body naturally


- Why is higher cortisol an issue?
- Natural ways to lower cortisol
- Takeaway


When a person is stressed, the adrenal glands release the steroid hormone cortisol.

Cortisol is the body's primary stress hormone, and it plays a role in many bodily functions, including controlling blood sugar levels. The level of cortisol in the blood is usually higher in the morning and gradually decreases throughout the day.

Cortisol also plays a role in:

- regulating the body's sleep-wake cycles
- managing how the body utilizes carbohydrates, fats, and proteins
- reducing inflammation
- controlling blood pressure

Here we consider some prctical ways of lowering cortisol levels to help ensure that the body manages stress appropriately.

# Why is higher cortisol an issue?



Stress triggers the release of cortisol.

The body relies on effective communication between the following three parts of the body to release the correct amount of cortisol:

- the adrenal gland
- the pituitary gland
- the hypothalamus, which is part of the brain

Between them, they stimulate the production of cortisol when the body needs it and block it when the levels need to drop back down.

Both too much and too little cortisol can have an adverse effect on the body.

## High cortisol level symptoms

Excess cortisol could result from a tumor or as a side effect of some medications.

Too much cortisol can lead to Cushing's syndrome. Symptoms include:

- high blood pressure
- a flushed face
- muscle weakness
- increased thirst
- urinating more frequently
- changes in mood, such as feeling irritable or low
- rapid weight gain in the face and abdomen
- osteoporosis
- bruises or purple stretch marks appearing on the skin
- decreased sex drive

Some people may also find that their periods become irregular or stop altogether.

Too much cortisol can also cause other conditions and symptoms, including:

- high blood pressure

- type 2 diabetes
- fatigue
- impaired brain function
- infections

### Low cortisol level symptoms

Too little cortisol could cause Addison's disease. Symptoms of this condition include:

- fatigue
- dizziness
- muscle weakness
- gradual weight loss
- changes in mood
- areas of the skin turning darker
- low blood pressure

## How To Empty Your Bowels Every Morning - Top Surgeon Explains How

Sponsored by Gut health wellness
How To Empty Your Bowels Every Morning - Top Surgeon Explains How

SEE MORE

## Natural ways to lower cortisol

If the communication between the brain and the adrenal gland is functioning correctly, the body should be able to increase and reduce cortisol production as necessary.

However, levels of cortisol can sometimes remain high even after the resolution of a stressful situation. This can have a negative impact on health.

The following simple tips may help to moderate cortisol levels:

## 1. Lowering stress

People trying to lower their cortisol levels should aim to reduce stress.

They can do this by removing themselves from stressful situations, where possible, or learning how to cope with stress better.

People can learn to recognize the triggers for their stress and try to manage these proactively to reduce instances of worry or anxiety and decrease feelings of tension.

People who learn how to cope when stressful thoughts arise will manage their cortisol levels better. In cases where this proves too difficult, some medications can contribute to improved stress tolerance and lower cortisol levels.

## 2. Eating a good diet



Dark chocolate may help to keep cortisol levels stable.

A person trying to lower their cortisol levels should eat a healthful, balanced diet and pay attention to their sugar intake.

Some foods that may help to keep cortisol levels stable include:

- dark chocolate
- bananas and pears
- black or green tea
- probiotics in food such as yogurt
- probiotics in foods containing soluble fiber

Drinking plenty of water to avoid dehydration also helps to keep cortisol levels lower.

## 3. Sleeping well

The amount of sleep that a person has can affect their cortisol levels.

A bad night's sleep or more prolonged sleep deprivation can lead to increased levels of cortisol in the bloodstream.

Therefore, it is essential for people to pay attention to the amount and quality of sleep they have and try to limit the chance of disruptions.

## 4. Trying relaxation techniques

People experiencing stress can try to manage it by experimenting with relaxation techniques.

Meditation, mindfulness, and even simple breathing exercises can help a person deal with stress more effectively.

## 5. Taking up a hobby

Hobbies can be a rewarding and satisfying way to lead a fuller and healthier life, and they can lead to an increased sense of well-being.

A study on substance abuse treatments found that gardening led to decreased levels of cortisol. It also seemed to improve quality of life more than the conventional occupational therapy.

## 6. Learning to unwind

People relax in different ways, so understanding what works on a personal level can be beneficial.

Research has shown that relaxation exercises and listening to relaxing music can both reduce cortisol levels, but whatever helps an individual to manage their stress will be beneficial.

## 7. Laughing and having fun

It is hard to feel stressed when having a good time, so finding time to have fun can also lower a person's cortisol levels. One study showed cortisol levels decreasing in response to laughter.

Being happy and having a positive outlook appear to be related to lower cortisol levels, and happiness has other benefits too, such as lower blood pressure and a stronger immune system.

## 8. Exercising

Exercise can help to improve a person's mood.

Being physically active is beneficial to health and can improve a person's mood.

Intense exercise can, however, trigger an increase in cortisol levels, as this is the body's way of coping with the additional stress that the exercise places upon it.

The appropriate amount of exercise depends on various factors, including a person's physical fitness, and these factors play a part in how much cortisol the body will release during exercise.

## 9. Avoiding caffeine at night

People trying to lower their cortisol levels should avoid consuming food and beverages containing caffeine in the evening. Caffeine can interfere with a good night's sleep, and sleeping well can keep cortisol levels low.

## 10. Maintaining a good bedtime routine

A good bedtime routine usually results in longer and higher-quality sleep. People should get into the habit of turning off all screens and just relaxing before heading to bed.

It will usually also help to keep phones, and any other potential distractions turned off. Limiting fluid intake before bedtime can also minimize the likelihood of disturbed sleep.

## 11. Having good relationships

Stable, loving relationships with partners, friends, and family can be vital when it comes to leading a happy and fulfilled life, and they can help a person get through stressful periods.

If relationships are unhappy and unhealthy, however, they can cause a great deal of stress.

One study indicated that a person's cortisol level can rise after an argument with their partner. Another reported that children with a happy and secure family life have lower levels of cortisol than those living in homes where there is regular conflict.

## 12. Getting a pet

Some studies indicate that having a pet can lower cortisol levels.

One study measured levels of cortisol in children undergoing a standard medical procedure. Those who had a dog present during the procedure had lower cortisol levels than those who did not.

Another found that contact with a dog was more beneficial for cortisol levels than a supportive friend during a stressful situation.

## 13. Taking supplements

Both fish oil and an Asian herbal supplement called ashwagandha have shown the ability to reduce cortisol levels, so taking these supplements alongside a healthful diet could be beneficial.

# Takeaway

Having too much cortisol in the blood can be damaging to health, particularly if cortisol levels remain high over an extended period.

Trying to lower stress levels is the best way to lower cortisol. By making simple lifestyle changes to live a healthier, more active life, people can reduce the amount of stress they experience, and keep their cortisol levels normal.

- Endocrinology
- Anxiety / Stress
- Blood / Hematology
- Complementary Medicine / Alternative Medicine

An official website of the United States government. Here's how you know

USDA AskUSDA
U.S. DEPARTMENT OF AGRICULTURE



Have a Question?
AskUSDA

Search...

We're here to help you find what you're looking for.

What is Mechanically Separated Meat?

Jul 17, 2019

KNOWLEDGE ARTICLE

Mechanically separated meat is a paste-like and batter-like meat product produced by forcing bones, with attached edible meat, under high pressure through a sieve or similar device to separate the bone from the edible meat tissue. In 1982, a final rule published by the Food Safety and Inspection Service (FSIS) on mechanically separated meat said it was safe and established a standard of identity for the food product. At that time the use of mechanically separated meat were restricted in some types of products. In 2004, FSIS enacted new regulations to protect consumers against Bovine Spongiform Encephalopathy. Now, mechanically separated beef is considered inedible and prohibited for use as human food. When used as an ingredient in human food, industry must label mechanically separated pork as "mechanically separated pork" in the ingredients statement of the product's label.

RELATED ARTICLES

What is the maximum size of the bone particles allowed in mechanically separated meat or poultry? (/s/article/What-is-the-maximum-size-of-the-bone-particles-allowed-in-mechanically-separated-meat-or-poultry)

Is ground poultry the same as mechanically separated poultry? (/s/article/Is-ground-poultry-the-same-as-mechanically-separated-poultry)

Does mechanically separated ground poultry have to be labeled differently? (/s/article/Does-mechanically-separated-ground-poultry-have-to-be-labeled-differently)

Is bone allowed to pass through and be processed in sausage meat? (/s/article/Is-bone-allowed-to-pass-through-and-be-processed-in-sausage-meat)

Are Advanced Meat Recovery meats used in the National School Lunch Program? (/s/article/Are-Advanced-Meat-Recovery-meats-used-in-the-National-School-Lunch-Program)

TRENDING ARTICLES

How long is meat or poultry safe to use after the sell-by date? (/s/article/How-long-is-meat-or-poultry-safe-to-use-after-the-sell-by-date)

AGENT OFFLINE

[If I forget to put food away in the refrigerator, will proper heating or reheating kill its bacteria content?](/s/article/If-I-forget-to-put-food-away-in-the-refrigerator-wont-heating-or-reheating)

[How long can you freeze chicken?](/s/article/How-long-can-you-freeze-chicken)

[How long can meat and poultry remain in the refrigerator, once thawed?](/s/article/How-long-can-meat-and-poultry-remain-in-the-refrigerator-once-thawed)

[How long can you freeze ground beef?](/s/article/How-long-can-you-freeze-ground-beef)

FOIA (https://www.dm.usda.gov/foia/)

Accessibility Statement (https://www.dm.usda.gov/physic

Non-Discrimination Statement (https://www.usda.gov/non-discrimination-statement)

Information Quality (https://www.dm.usda.gov/info_quality.htm)

Privacy Policy (https://www.dm.usda.gov/privacy/index.htm)

New Farmers (https://newfarmers.usda.gov/)

Veterans (https://www.usda.gov/our-agency/initiatives/veterans)

Disaster Resource Center (https://www.usda.gov/topics/disaster)

Whitehouse.gov (http://Whitehouse.gov)

USDA.gov (http://USDA.gov)

AskUSDA (https://ask.usda.gov/s/contactst

USDA AskUSDA
U.S. DEPARTMENT OF AGRICULTURE

AGENT OFFLINE

ADVERTISEMENT
H&R BLOCK
File online now

# Why BMI is inaccurate and misleading

Written by Christian Nordqvist on August 25, 2013

**BMI (body mass index), which is based on the height and weight of a person, is an inaccurate measure of body fat content and does not take into account muscle mass, bone density, overall body composition, and racial and sex differences, say researchers from the Perelman School of Medicine, University of Pennsylvania.**

Every few months the same comment is made by experts "BMI is flawed". The news hits the headlines, everybody agrees, and then all goes quiet for a while.

You are of normal weight if your BMI is between 18.5 and 25, overweight if it is between 25 and 30. Anybody with **a BMI of 30 or more is obese**.

Mitchell Lazar, MD, PhD, Professor of Medicine and Genetics and Director of the Institute of Diabetes, Obesity, and Metabolism, and Rexford Ahima, MD, PhD, Professor of Medicine and Director of the Obesity Unit in the Institute for Diabetes, Obesity and Metabolism, discuss the challenges health professionals face when studying the mortality risks and health of obese people in the journal *Science*[1].

We all know that obesity increases the risk of developing heart diseases, type 2 diabetes, cancer, sleep apnea and other diseases and conditions.

However, according to recent studies, obesity may also protect against death from all causes, as well as death due to stroke, heart failure and diabetes.

In the *Science* article – *"The Health Risk of Obesity – Better Metrics Imperative"*[2] – the authors refer to the pros-and-cons of obesity as the "obesity-mortality paradox". A paradox that generates a great deal of controversy.

Dr. Ahima said:

> "There is an urgent need for accurate, practical and affordable tools to measure fat and skeletal muscle, and biomarkers that can better predict the risks of diseases and mortality. Advances to improve the measurement of obesity and related factors will help determine the optimal weight for an individual, taking into account factors such as age, sex, genetics, fitness, pre-existing diseases, as well novel blood markers and metabolic parameters altered by obesity."

People with a BMI of 30 or more, i.e. obese individuals, have a significantly higher risk of eventually becoming diabetic, developing cancer, cardiovascular diseases, osteoarthritis, and liver and gallbladder diseases.

ADVERTISEMENT
OHIO Online MBA
Ranked 3rd best MBA value as seen in Fortune. Choose from 8 unique concentrations.

## Latest news


What does love do to our brains?


Ibuprofen could impact liver health


Permanent pregnancy: The swamp wallaby's unique reproductive strategy

Osteoarthritis may increase risk of death because of lack of walking

Being obese heightens the risk of premature death.

However, a number of studies have demonstrated that some obese individuals have lower cardiovascular risk and an improved metabolic profile, while a subset of "normal-BMI" people are metabolically unhealthy and have increased mortality risk.

A team of researchers at the University of Virginia, Charlottesville, found better post-surgical short-term survival rates among obese people than patients of normal weight[3]. Patients with a BMI of 23.1 or less were more than twice as likely to die within 30 days of surgery than those with a BMI of 35.3 or more.

Drs. Lazar and Ahima point out that the true impact of obesity may not be fully understood, because population studies focus on the link between BMI, health and mortality risks, without taking into account how unintentional/intentional weight loss/gain may affect these outcomes.

Dr. Lazar noted "Future research should be focused more on molecular pathways, especially how metabolic factors altered by obesity change the development of diabetes, heart diseases, cancer and other ailments, and influence the health status and mortality."

## BMI exaggerates thinness in short people and fatness in tall people

Nick Trefethen, Professor of Numerical Analysis at Oxford University's Mathematical Institute, in a letter to *The Economist* explained that **BMI leads to confusion and misinformation**.




Adolphe Quetelet devised the BMI for measuring human body shape. It has prevailed for over 160 years

BMI = weight in kilograms divided by height in meters squared.

Professor Trefethen believes that the BMI height$^2$/weight term divides the weight by too much in short people and too little in tall individuals. This results in tall people believing they are fatter than they really are[4], and short people thinking they are thinner.





Can eating a vegetarian diet prevent a stroke?

ADVERTISEMENT

BMI was devised in the 1830s by Lambert Adolphe Jacques Quetelet (1796-1874), a Belgian mathematician, sociologist, statistician and astronomer.

Trefethen explained that during Quetelet's time there were no calculators, computers or electronic devices – which is probably why he opted for a super-simple system. Trefethen wonders why institutions today on both sides of the Atlantic continue using the same flawed-BMI formula.

"Perhaps nobody wants to rock the boat", Trefethen added.

Trefethen believes a better calculation than the present $weight/height^2$ for BMI would be $weight/height^{2.5}$. "Certainly if you plot typical weights of people against their heights, the result comes out closer to $height^{2.5}$ than $height^2$."

MEDICAL NEWS TODAY NEWSLETTER

**Stay in the know. Get our free daily newsletter**

Expect in-depth, science-backed toplines of our best stories every day. Tap in and keep your curiosity satisfied.

Enter your email

SIGN UP NOW

Your privacy is important to us

## Waist size linked to diabetes risk, regardless of BMI

Researchers from the Medical Research Council (MRC) Epidemiology Unit, UK, reported in *PLoS Medicine* that waist circumference is strongly and independently associated with type two diabetes risk[5], even after accounting for BMI.

Study leader, Dr Claudia Langenberg and team suggested that waist circumference should be measured more widely for estimating type 2 diabetes risk.

They pointed out that a non-obese, overweight male with a waist circumference of at least 40.2 inches (102cm) has the same or higher risk of type 2 diabetes as an obese male. The same applies for females with a waist of 34.6 inches (88cm) or more.

A study published by the RAND Corporation showed that waist size explained the higher type 2 diabetes rate in the USA than UK, not BMI[6]. Co-author, James P. Smith said "Americans carry more fat around their middle sections than the English, and that was the single factor that explained most of the higher rate of diabetes seen in the United States, especially among American women. Waist size is the missing new risk factor we should be studying."

Yahoo Search
Sponsored



CDC Centers for Disease Control and Prevention
CDC 24/7: Saving Lives, Protecting People™

# Healthy Weight

# About Adult BMI

## What is BMI?

BMI is a person's weight in kilograms divided by the square of height in meters. BMI does not measure body fat directly, but research has shown that BMI is moderately correlated with more direct measures of body fat obtained from skinfold thickness measurements, bioelectrical impedance, densitometry (underwater weighing), dual energy x-ray absorptiometry (DXA) and other methods [1,2,3]. Furthermore, BMI appears to be as strongly correlated with various metabolic and disease outcome as are these more direct measures of body fatness [4,5,6,7,8,9]. In general, BMI is an inexpensive and easy-to-perform method of screening for weight category, for example underweight, normal or healthy weight, overweight, and obesity.

## How is BMI used?

A high BMI can be an indicator of high body fatness. BMI can be used as a screening tool but is not diagnostic of the body fatness or health of an individual.

To determine if a high BMI is a health risk, a healthcare provider would need to perform further assessments. These assessments might include skinfold thickness measurements, evaluations of diet, physical activity, family history, and other appropriate health screenings[10].



Adult BMI Calculator

## What are the BMI trends for adults in the United States?

The prevalence of adult BMI greater than or equal to 30 kg/m$^2$ (obese status) has greatly increased since the 1970s. Recently, however, this trend has leveled off, except for older women. Obesity has continued to increase in adult women who are age 60 years and older.

To learn more about the trends of adult obesity, visit Adult Obesity Facts.

## Why is BMI used to measure overweight and obesity?

BMI can be used for population assessment of overweight and obesity. Because calculation requires only height and weight, it is inexpensive and easy to use for clinicians and for the general public. BMI can be used as a screening tool for body fatness but is not diagnostic.

To see the formula based on either kilograms and meters or pounds and inches, visit How is BMI calculated?

WIKIPEDIA

# Harris–Benedict equation

The **Harris–Benedict equation** (also called the **Harris-Benedict principle**) is a method used to estimate an individual's basal metabolic rate (BMR).

The estimated BMR value may be multiplied by a number that corresponds to the individual's activity level; the resulting number is the approximate daily kilocalorie intake to maintain current body weight.

The Harris–Benedict equation may be used to assist weight loss — by reducing kilocalorie intake number below the estimated maintenance intake of the equation.

## Contents

Step 1 – Calculating the Harris–Benedict BMR
Step 2 – Determine Total Energy Expenditure
History
Issues in dietary use
See also
Cited sources
External links

## Step 1 – Calculating the Harris–Benedict BMR

The original Harris–Benedict equations published in 1918 and 1919.[1][2]

| Sex | Units | Calculation |
|---|---|---|
| Men | Metric | BMR = 66.5 + ( 13.75 × weight in kg ) + ( 5.003 × height in cm ) – ( 6.755 × age in years ) |
| | Imperial | BMR = 66 + ( 6.2 × weight in pounds ) + ( 12.7 × height in inches ) – ( 6.76 × age in years ) |
| Women | Metric | BMR = 655.1 + ( 9.563 × weight in kg ) + ( 1.850 × height in cm ) – ( 4.676 × age in years ) |
| | Imperial | BMR = 655.1 + ( 4.35 × weight in pounds ) + ( 4.7 × height in inches ) - ( 4.7 × age in years ) |

The Harris–Benedict equations revised by Roza and Shizgal in 1984.[3]

| | |
|---|---|
| Men | BMR = 88.362 + (13.397 × weight in kg) + (4.799 × height in cm) - (5.677 × age in years) |
| Women | BMR = 447.593 + (9.247 × weight in kg) + (3.098 × height in cm) - (4.330 × age in years) |

The 95% confidence range for men is ±213.0 kcal/day, and ±201.0 kcal/day for women.

The Harris–Benedict equations revised by Mifflin and St Jeor in 1990:[4]

| | |
|---|---|
| Men | BMR = (10 × weight in kg) + (6.25 × height in cm) - (5 × age in years) + 5 |
| Women | BMR = (10 × weight in kg) + (6.25 × height in cm) - (5 × age in years) - 161 |

## Step 2 – Determine Total Energy Expenditure

While the original paper does not attempt to translate BMR into total energy expenditure (TEE), a BMR result may be multiplied by a factor that approximates an individual's physical activity level (PAL) to estimate their TEE. The following table enables approximation of an individual's daily TEE based on some example lifestyles.[5]

| Lifestyle | Example | PAL | Calculation |
|---|---|---|---|
| Sedentary or light activity | Office worker getting little or no exercise | 1.53 | BMR x 1.53 |
| Active or moderately active | Construction worker or person running one hour daily | 1.76 | BMR x 1.76 |
| Vigorously active | Agricultural worker (non mechanized) or person swimming two hours daily | 2.25 | BMR x 2.25 |

## History

The Harris–Benedict equation sprang from a study by James Arthur Harris and Francis Gano Benedict, which was published in 1919 by the Carnegie Institution of Washington in the monograph A Biometric Study Of Basal Metabolism In Man (https://archive.org/details/biometricstudyofooharruoft). A 1984 revision improved its accuracy. Mifflin et al. published an equation more predictive for modern lifestyles in 1990.[4] Later work produced BMR estimators that accounted for lean body mass.

## Issues in dietary use

As the BMR equations do not attempt to take into account body composition, identical results can be calculated for a very muscular person, and a very fat person, who are both the same height, weight, age and gender. As muscle and fat require differing amounts of calories to maintain, the TEE estimates will not be accurate for such cases.

The paper behind the latest update (Mifflin et al) to the BMR formula states all participants in their study fall within the 'normal' and 'overweight' body mass index (BMI) categories, and so the results also do not necessarily apply to those in the 'underweight' or 'obese' BMI categories.

## See also

- Food energy
- Basal metabolic rate
- Resting metabolic rate

## Cited sources

1. Harris JA, Benedict FG (1918). "A Biometric Study of Human Basal Metabolism" (https://www.ncbi.nlm.nih.gov/pmc/articles/PMC1091498). *Proceedings of the National Academy of Sciences of the United States of America*. **4** (12): 370–3. doi:10.1073/pnas.4.12.370 (https://doi.org/10.1073%2Fpnas.4.12.370). PMC 1091498 (https://www.ncbi.nlm.nih.gov/pmc/articles/PMC1091498). PMID 16576330 (https://pubmed.ncbi.nlm.nih.gov/16576330).
2. *A Biometric Study of Basal Metabolism in Man* (https://archive.org/details/biometricstudyof00harruoft). J. Arthur Harris and Francis G. Benedict. Washington, DC: Carnegie Institution, 1919.
3. Roza AM, Shizgal HM (1984). "The Harris Benedict equation reevaluated: resting energy requirements and the body cell mass" (http://www.ajcn.org/cgi/pmidlookup?view=long&pmid=6741850). *The American Journal of Clinical Nutrition*. **40** (1): 168–82. doi:10.1093/ajcn/40.1.168 (https://doi.org/10.1093%2Fajcn%2F40.1.168). PMID 6741850 (https://pubmed.ncbi.nlm.nih.gov/6741850).
4. Mifflin MD, St Jeor ST, Hill LA, Scott BJ, Daugherty SA, Koh YO (1990). "A new predictive equation for resting energy expenditure in healthy individuals" (http://www.ajcn.org/cgi/pmidlookup?view=long&pmid=2305711). *The American Journal of Clinical Nutrition*. **51** (2): 241–7. doi:10.1093/ajcn/51.2.241 (https://doi.org/10.1093%2Fajcn%2F51.2.241). PMID 2305711 (https://pubmed.ncbi.nlm.nih.gov/2305711).
5. FAO; WHO; UNU (24 October 2001). "Human energy requirements: Energy Requirement of Adults" (http://www.fao.org/docrep/007/y5686e/y5686e07.htm#bm07.2). *www.fao.org*. Retrieved 11 February 2018.

## External links

- Harris-Benedict BMI Calculator at WebMD (http://www.webmd.com/diet/healthtool-metabolism-calculator)
- About.com's BMR Calculator (http://walking.about.com/cs/calories/l/blcalcalc.htm)

Retrieved from "https://en.wikipedia.org/w/index.php?title=Harris–Benedict_equation&oldid=935013212"

## Dietary Reference Intakes (DRIs): Recommended Dietary Allowances and Adequate Intakes, Total Water and Macronutrients

Food and Nutrition Board, Institute of Medicine, National Academies

| Life Stage Group | Total Water[a] (L/d) | Carbohydrate (g/d) | Total Fiber (g/d) | Fat (g/d) | Linoleic Acid (g/d) | α-Linolenic Acid (g/d) | Protein[b] (g/d) |
|---|---|---|---|---|---|---|---|
| Infants | | | | | | | |
| 0–6 mo | 0.7* | 60* | ND | 31* | 4.4* | 0.5* | 9.1* |
| 6–12 mo | 0.8* | 95* | ND | 30* | 4.6* | 0.5* | **11.0** |
| Children | | | | | | | |
| 1–3 y | 1.3* | **130** | 19* | ND[c] | 7* | 0.7* | **13** |
| 4–8 y | 1.7* | **130** | 25* | ND | 10* | 0.9* | **19** |
| Males | | | | | | | |
| 9–13 y | 2.4* | **130** | 31* | ND | 12* | 1.2* | **34** |
| 14–18 y | 3.3* | **130** | 38* | ND | 16* | 1.6* | **52** |
| 19–30 y | 3.7* | **130** | 38* | ND | 17* | 1.6* | **56** |
| 31–50 y | 3.7* | **130** | 38* | ND | 17* | 1.6* | **56** |
| 51–70 y | 3.7* | **130** | 30* | ND | 14* | 1.6* | **56** |
| > 70 y | 3.7* | **130** | 30* | ND | 14* | 1.6* | **56** |
| Females | | | | | | | |
| 9–13 y | 2.1* | **130** | 26* | ND | 10* | 1.0* | **34** |
| 14–18 y | 2.3* | **130** | 26* | ND | 11* | 1.1* | **46** |
| 19–30 y | 2.7* | **130** | 25* | ND | 12* | 1.1* | **46** |
| 31–50 y | 2.7* | **130** | 25* | ND | 12* | 1.1* | **46** |
| 51–70 y | 2.7* | **130** | 21* | ND | 11* | 1.1* | **46** |
| > 70 y | 2.7* | **130** | 21* | ND | 11* | 1.1* | **46** |
| Pregnancy | | | | | | | |
| 14–18 y | 3.0* | **175** | 28* | ND | 13* | 1.4* | **71** |
| 19–30 y | 3.0* | **175** | 28* | ND | 13* | 1.4* | **71** |
| 31–50 y | 3.0* | **175** | 28* | ND | 13* | 1.4* | **71** |
| Lactation | | | | | | | |
| 14–18 | 3.8* | **210** | 29* | ND | 13* | 1.3* | **71** |
| 19–30 y | 3.8* | **210** | 29* | ND | 13* | 1.3* | **71** |
| 31–50 y | 3.8* | **210** | 29* | ND | 13* | 1.3* | **71** |

NOTE: This table (take from the DRI reports, see www.nap.edu) presents Recommended Dietary Allowances (RDA) in **bold type** and Adequate Intakes (AI) in ordinary type followed by an asterisk (*). An RDA is the average daily dietary intake level sufficient to meet the nutrient requirements of nearly all (97–98 percent) healthy individuals in a group. It is calculated from an Estimated Average Requirement (EAR). If sufficient scientific evidence is not available to establish an EAR, and thus calculate an RDA, an AI is usually developed. For

healthy breast-fed infants, an AI is the mean intake. The AI for other life stage and gender groups is believed to cover the needs of all healthy individuals in the groups, but lack of data or uncertainty in the data prevent being able to specify with confidence the percentage of individuals covered by this intake.

a Total water includes all water contained in food, beverages, and drinking water.

b Based on g protein per kg of body weight for the reference body weight, e.g., for adults 0.8 g/kg body weight for the reference body weight.

c Not determined.

SOURCE: *Dietary Reference Intakes for Energy, Carbohydrate, Fiber, Fat, Fatty Acids, Cholesterol, Protein, and Amino Acids* (2002/2005) and *Dietary Reference Intakes for Water, Potassium, Sodium, Chloride, and Sulfate* (2005). The report may be accessed via www.nap.edu.

From: Summary Tables



Dietary Reference Intakes for Calcium and Vitamin D.
Institute of Medicine (US) Committee to Review Dietary Reference Intakes for Vitamin D and Calcium; Ross AC, Taylor CL, Yaktine AL, et al., editors.
Washington (DC): National Academies Press (US); 2011.

Copyright © 2011, National Academy of Sciences.
NCBI Bookshelf. A service of the National Library of Medicine, National Institutes of Health.

PhysiciansCommittee
for Responsible Medicine

MENU DONATE

# Processed Meat

There Is No Safe Amount of Processed Meat

## Processed meat—from hot dogs to bacon—**increases** the risk of colorectal cancer, cardiovascular disease, and even early death.

The World Health Organization has determined that processed meat is a major contributor to colorectal cancer, classifying it as "carcinogenic to humans." Just one hot dog or a few strips of bacon consumed daily increases cancer risk by 18 percent. The World Cancer Research Fund

(WCRF) and the American Institute for Cancer Research (AIRC) have also found that "the evidence on processed meat and cancer is clear-cut."

> *"Processed meat refers to meat that has been transformed through salting, curing, fermentation, smoking, or other processes to enhance flavor or improve preservation. Most processed meats contain pork or beef, but processed meats may also contain other red meats, poultry, offal, or meat by-products such as blood. Examples of processed meat include hot dogs (frankfurters), ham, sausages, corned beef, and biltong or beef jerky as well as canned meat and meat-based preparations and sauces."*
>
> *– World Health Organization*

Colorectal cancer isn't the only cancer risk that comes from consuming processed meat. Eating 50 grams of processed meat daily also increases the risk of prostate cancer, pancreatic cancer, and overall cancer mortality. And a study of more than 200,000 women found that eating about 20 grams of processed meat each day—less than half the size of a regular hot dog—increased breast cancer risk by 21 percent.

Those who consume the most processed meat also have an increased risk of death from cardiovascular disease, according to a National Institutes of Health study of more than half a million people. A study published in *JAMA* found that processed meat consumption was tied to 57,766 deaths from cardiometabolic diseases in 2012.



# How Dangerous is a Lack of Fruit and Vegetables?

- Download PDF Copy

By Ratan-NM, M. Pharm.*Reviewed by Dr. Jennifer Logan, MD, MPH*

**Vegetables and fruits are important components of the human diet and should be a major part of the human daily diet.**



*Image Credit: Africa Studio/Shutterstock.com*

Fruits and vegetables contain important phytochemical constituents demonstrated to have beneficial effects on human health.

Fruits and vegetables are rich sources of vitamins A, C, E and K and minerals like potassium, magnesium, calcium. They are also a good source of dietary fibers and

possess antioxidant properties. It is impossible to get all these nutrients from a single fruit or vegetable; hence, it is necessary to include a variety of fruits and vegetables in the diet.

## What are the consequences of a lack of fruits and vegetables?

The omission of fruits and vegetables makes the body more prone to deficiencies and a plethora of diseases.

### Disease caused by vitamin and mineral deficiencies

Some of the diseases caused by vitamin deficiency include:

- Scurvy – caused by vitamin C deficiency
- Night blindness - caused by vitamin A deficiency
- Hemorrhagic disease or bleeding disorder - Caused by vitamin K deficiency

Anemia, osteoporosis, and goiter are diseases caused by a deficiency of minerals (iron, calcium, and iodine, respectively).

### Cardiovascular Problems

A diet rich in fruits and vegetables reduces the risk of cardiovascular problems and future complications. The risk of heart disease among individuals taking more than five servings of fruits and vegetables per day is estimated to be reduced by 20%, in comparison to those who eat fewer than three servings per day.

### Related Stories

- Kids misusing soft drinks to corrupt SARS-CoV-2 tests
- Researchers identify genetic program in fruit fly that protects neurons from degeneration
- Vaccinate big cats? New report shows SARS-CoV-2 Delta variant infecting endangered lions

As per a review article by GY Tang et al., vegetable consumption is inversely correlated to the risk of cardiovascular diseases. Research from various epidemiology studies shows that vegetables like asparagus, celery, lettuce, broccoli, onions, tomatoes, potatoes, soybeans, and sesame have great potential in preventing and treating cardiovascular diseases.

These vegetables show their heart-protective action mainly due to their antioxidant, anti-inflammatory, and antiplatelet effects.

Fruits and vegetables help regulate blood pressure and blood glucose; they also have a favorable effect on lipid profile. Fruits and vegetables prevent myocardial damage; modulate enzyme activities, regulate gene expression, and signaling pathways associated with cardiovascular diseases.

## Digestive Problems

Fruit and vegetables are a good source of fiber, which stimulates bowel movement and helps in proper and easy digestion of food. Fruits rich in vitamin C and potassium such as apples, oranges, and bananas are particularly good for digestion.

As per a study published by Speciale G *et al*, in 2016 in the journal *Nature Chemical Biology*, green-leafy vegetables contain sulfoquinovose, a sugar that acts as an energy source for *E. coli*. *E.coli* is a good bacterium, forming a protective barrier that prevents growth and colonization by bad bacteria.

## Cancer

Evidence suggests that including fruits and vegetables in the diet reduces the risk of cancer. Berries contain anthocyanin, which has demonstrated an inhibitory effect in colon cancer. Cruciferous vegetables have also shown to have a preventive effect against cancer. A study published in the *Journal of Food and Drug Analysis* found that the polyphenol phloretin present in apples inhibits the growth of breast cancer cells.

## Metabolic disorders

Metabolic syndrome is characterized by impaired blood glucose, elevated blood pressure, dyslipidemia, and abdominal obesity. A diet rich in fruits and vegetables is associated with a reduced risk of diabetes mellitus, hyperlipidemia, and hypertension.

Vitamin C intake, because of its antioxidant effect, has shown to have an inverse association with metabolic syndrome. Fiber-rich food helps reduce low-density lipoprotein and balance blood glucose levels.

The DASH diet, which promotes the consumption of vegetables and fruits to improve blood pressure control, is particularly helpful in preventing metabolic diseases. A study that examined the effect of the DASH diet on blood pressure, found that in people with high blood pressure who followed the DASH diet, the systolic blood pressure was reduced by about 11 mm Hg and diastolic blood pressure by almost 6 mm Hg in individuals.

### Vision

Green leafy vegetables and colored fruits contain carotenoids, which increase the eye's visual performance and help prevent age-related eye diseases. The carotenoids lutein and zeaxanthin have protective action against cataracts; it also helps in preventing aging-related eye diseases and macular degeneration.

### Depression

Numerous studies have found links between the consumption of fruit and vegetables and depression. Studies show that depression is less likely in people who consume a variety of fruit and vegetables.

## Sources

Tang, G. Y., *et al.* (2017). Effects of Vegetables on Cardiovascular Diseases and Related Mechanisms. Nutrients, 9(8), 857. DOI:10.3390/nu9080857

Speciale G., et al. (2016). YihQ is a sulfoquinovosidase that cleaves sulfoquinovosyl diacylglyceride sulfolipids. Nat Chem Biol.12(4):215-7. DOI: 10.1038/nchembio.2023.

Bazzano, Lydia A, World Health Organization & Joint FAO/WHO Workshop on Fruit and Vegetables for Health (2004: Kobe, Japan). (2005). Dietary intake of fruit and vegetables and risk of diabetes mellitus and cardiovascular diseases. World Health Organization. https://apps.who.int/iris/handle/10665/43146

Wu KH., et al. (2018). The apple polyphenol phloretin inhibits breast cancer cell migration and proliferation via inhibition of signals by type 2 glucose transporter. J Food Drug Anal. 26(1):221-231. DOI: 10.1016/j.jfda.2017.03.009.

Challa HJ., et al. (2019). DASH Diet (Dietary Approaches to Stop Hypertension) [Updated 2019 May 15]. In: StatPearls [Internet]. Treasure Island (FL): StatPearls Publishing; 2019 Jan-.Available from: https://www.ncbi.nlm.nih.gov/books/NBK482514/

THE UNIVERSITY OF TEXAS
MD Anderson
Cancer Center

MENU

Search MD Anderson

GO

‹ PREVIOUS ARTICLE

NEXT ARTICLE ›

FEBRUARY 2016 : PROCESSED MEAT AND CANCER: WHAT YOU NEED TO KNOW

# Processed meat and cancer: What you need to know

Processed meats are meats that have been preserved by smoking or salting, curing or adding chemical preservatives. They include deli meats, bacon and hot dogs. Eating processed meats increases your cancer risk.

BY DANIELLE UNDERFERTH



Processed meats are convenient, affordable and woven into our collective diet. For many, a turkey sandwich is a lunchtime fixture, bacon is a prized breakfast treat and cookouts wouldn't be the same without hotdogs on the grill

Unfortunately, when these processed meats are preserved, cancer-causing substances form.

"Research shows that eating processed meats like bacon and cold cuts can increase your chances for stomach and colorectal cancer," says Lindsey Wohlford, employee wellness dietitian at MD Anderson Cancer Center.

So how much is too much? Will my daily turkey sandwich give me cancer?

There is no way to completely eliminate your risk of cancer. However, the American Institute of Cancer Research recommends avoiding processed meats. That means eat as little processed meat as possible. They are considered carcinogens and eating them increases your cancer risk.

So what falls into the category of processed meat? You may be surprised. Any meat that has been preserved by smoking, curing or salting is processed. And meats with added chemical preservatives are also processed.

Some processed meats include:

- Ham
- Sausage
- Hot dogs
- Pepperoni
- Beef jerky
- Deli meats, including roast beef and turkey

**Why are processed meats a cancer risk?**

Evidence has been accumulating over the years that processed meats cause cancer. There are three chemicals in particular that have been linked to colorectal cancer. One of these chemicals occurs naturally in meat. The others develop or are added as part of the process to produce these meats.

- Heme is a pigment found mostly in red meat
- Nitrates and nitrites are added to keep processed meat fresher longer
- Heterocyclic amines and polycyclic amines are produced when meat is cooked at high temperatures

All of these chemicals can damage the cells in the colon and rectum. As damage accumulates over time cancer risk greatly increases.

**Tips to avoid processed meat**

If processed meat products are part of your diet, you can take steps to reduce or eliminate them.

- Read the label. Check the ingredient list for words like nitrate, nitrite, cured or salted. If you spot these words, it's a processed meat and should be avoided.
- Be an educated buyer. Even meats labeled "uncured" still can have nitrates and nitrites in them.
- Skip nitrate-free meats. These meats may have less nitrates and nitrites. But, they're not nitrate-free. When you eat these foods labeled nitrate-free, your stomach actually turns some nitrates into nitrites. And some of these nitrites can then form cancer-causing substances in your body.
- Reduce portion sizes of processed meats and eat less frequently.
- Choose a plant-based diet most often and have some meatless days.

Think outside the box. Eating less processed meat is easier than you think. Here are some healthy swap tips to get you started.

- Add grilled chicken, hard-boiled egg, beans, tofu or flaked tuna to your salad instead of cubed deli meat.
- Order a grilled chicken or fish sandwich instead of a deli sandwich.
- Add vegetables to your omelet instead of bacon, ham or sausage.

Keeping a food log can help you be more mindful of just how much processed meat you are eating. Be sure to carry healthy substitutions like hummus and vegetables that can replace that deli sandwich. Once you become of aware of your eating habits and start choosing healthier foods, reducing and even eliminating processed meats from your diet will become easier.

# Avoid processed meat



Cancer-causing substances form when processed meats are preserved. Eating these meats can damage your DNA, raising your colorectal cancer risk.

## ☒ Avoid processed meats

- Bacon
- Sausage
- Hot dogs
- Pepperoni
- Smoked or cured ham
- Pastrami
- Packaged lunch meat
- Deli meat
- Salami
- Roast beef
- Bratwurst
- Corned beef

**These meats have been preserved by smoking, curing or salting, or have added chemical preservatives.**

**Nitrate-free or uncured meats can still form small amounts of cancer-causing substances in your body.**

## ☑ Choose healthier protein options

- Chicken or turkey breast (baked, grilled or roasted, but not smoked)
- Fish (baked or grilled)
- Plant proteins such as beans, legumes and soy



www.mdanderson.org/**food**

THE UNIVERSITY OF TEXAS
MD Anderson Cancer Center
Making Cancer History®

© 2021 The University of Texas MD Anderson Cancer Center

### Older Browser Version Detected

We noticed you may be viewing this website using Internet Explorer. To fully view and navigate Lifespan.org, we recommend that you use the latest version of Google Chrome, Microsoft Edge, Safari, or Firefox

Lifespan *Delivering health with care®*

Search Blog Search

## Find a Doctor



**The right provider is in our network**

Search more than 1,200 providers in our network.

Find a Doctor >

### Trending Topics

Top Ten (11!) Reasons to Get a COVID19 Vaccine
Coronavirus Vaccines and the Facts (Updated February 2021)
Chair Yoga and Why Seated Yoga Poses Are Good For You

### Related Services

- Head and Neck Cancer Multidisciplinary Clinic
- Upper Gastrointestinal Multidisciplinary Clinic
- Hematologic Malignancies Center
- Minimally Invasive Gynecologic Services

# The Link Between Processed Foods and Cancer

**Karen Pasquazzi, RD, CSO, LDN**
ust 12, 2019



In the United States, the lifetime risk, for men and women, of being diagnosed with any cancer is 39.3 percent, according to the National Cancer Institute. There is a wide array of research studies that show lifestyle factors, including diet, are among the most modifiable and important risk

factors for cancer [https://www.lifespan.org/lifespan-living/five-ways-reduce-your-risk-cancer].

## The latest research

A 2019 study [https://www.bmj.com/content/365/bmj.l2289] published in the British Medical Journal (BMJ) suggested a possible link between "ultra-processed" foods and cancer.

The study defined ultra-processed foods as those lacking vitamins and fiber, which also contain high levels of sugar, fat and salt. They often represent as much as half of the daily energy intake in several developed countries. These types of food are often linked to obesity as well.

**The list includes:**

- packaged bakery products
- snacks
- sugary cereals
- fizzy drinks
- deli meats and reconstituted meat products

The BMJ study showed that a 10 percent increase in the proportion of ultra-processed foods in the diet was associated with a 12 percent risk of overall cancer and an 11 percent risk of breast cancer. These findings add to the strong body of evidence linking poor diet with overweight/obesity and cancer risk.

Eating these types of foods, also known as a "Western type" diet, contribute to weight gain, overweight, obesity and 12 specific cancers – with a noted correlation between red or processed meat and colorectal cancer [https://www.lifespan.org/node/179586].

## Take steps to reduce your overall cancer risk

The 2018 World Cancer Research Fund recommendations include limiting consumption of "fast foods" and other

processed foods high in fat, starches and sugars as strategies for cancer prevention.

All the information available can be confusing and even conflicting at times. For instance, certain high fat foods containing oils of plant origin – such as nuts and seeds – are important sources of nutrients. When eaten in moderation these have not been shown to cause weight gain and are important staples of a plant-based diet.

While there is no "one size fits all" approach to achieving a healthful diet and lifestyle, the key is to find balance, aim for moderation and opt to set realistic and achievable goals. It's what you are doing daily that counts, especially as it relates to cancer prevention.

**Set specific nutrition goals:**

- Eat more **whole and minimally processed foods** like seeds, legumes, grains, fruits, and vegetables.
- Work toward eating a **plant-based diet**. A good start toward eating a plant-based diet would be to fill two thirds of your plate with colorful fruits, vegetables and whole grains. Fill the remaining third of your plate with fish, poultry, lean meats, low-fat dairy products, or **plant-based proteins** and legumes (e.g. black beans, chick peas, lentils, tofu, hummus), nuts, seeds.
- Go meatless when you can. Otherwise, **limit cooked red meat** to no more than three portions per week, with each portion measuring between four and six ounces.
- Try to avoid processed meats such as cold cuts/sandwich meats, bacon, hot dogs and chorizo, ham, pastrami, pepperoni, and salami.
- Limit "energy dense foods." These are foods that are high in added sugar

and fat, and include French fries, potato and other chips, pastries, donuts, candy, and sugar-sweetened beverages. Enjoy fresh fruit and fruit infused water instead as a **snack**.

- Choose whole-grain breads, pasta, and cereals such as oats, barley, and brown rice. Use these in place of foods made from refined flour like **white bread**, pasta, low fiber breakfast cereals, and white rice.
- Aim for a **healthy weight**.
- Avoid inactivity. With the approval of your physician aim for a minimum of **30 minutes of exercise** five days per week.

For more on ways to reduce your cancer risk, read **this post** [https://www.lifespan.org/lifespan-living/five-ways-reduce-your-risk-cancer] on our **Lifespan Living** [https://www.lifespan.org/lifespan-living] health and wellness blog. Go **here** [https://www.wcrf.org/dietandcancer/cancer-prevention-recommendations] for more in-depth information on the scientific public health guidelines for cancer prevention..

**About the Author:**

**Karen Pasquazzi, RD, CSO, LDN**

Karen Pasquazzi is a senior dietitian with the Lifespan Cancer Institute and is a board-certified specialist in oncology nutrition.

## Related Posts



**Co
Ca
Sig
Sc**
Shc
Sim
Feb
202

Intended for healthcare professionals

CCBYNC Open access

**Research**

# Consumption of ultra-processed foods and cancer risk: results from NutriNet-Santé prospective cohort

BMJ 2018; 360 doi: https://doi.org/10.1136/bmj.k322 (Published 14 February 2018) Cite this as: BMJ 2018;360:k322

BMJ talk medicine

"We don't really know the impact of these p...

SOUNDCLOUD

Share



Cookie policy

17.7K

- Article
- Related content
- Metrics
- Responses
- Peer review
-

**Thibault Fiolet, epidemiology and biostatistics master intern[1], Bernard Srour, pharmacist, PhD candidate in epidemiology[1], Laury Sellem, nutrition and public health master intern[1], Emmanuelle Kesse-Guyot, senior researcher in nutritional epidemiology[1], Benjamin Allès, junior researcher in nutritional epidemiology[1], Caroline Méjean, senior researcher in nutritional epidemiology[2], Mélanie Deschasaux, post-doctoral researcher in nutritional epidemiology[1], Philippine Fassier, post-doctoral researcher in nutritional epidemiology[1], Paule Latino-Martel, nutrition and public health master intern[1], Marie Beslay, senior researcher in nutritional epidemiology[1], Serge Hercberg, professor of nutrition and public health, head of the EREN team[1 4], Céline Lavalette, epidemiology and biostatistics master intern[1], Carlos A Monteiro, professor of nutrition and public health[3], Chantal Julia, senior researcher in nutritional epidemiology[1 4], Mathilde Touvier, senior researcher in nutritional epidemiology, head of the nutrition and cancer group at EREN[1]**

Author affiliations

Correspondence to: B Srour b.srour@eren.smbh.univ-paris13.fr

Accepted 10 January 2018

## Abstract

**Objective** To assess the prospective associations between consumption of ultra-processed food and risk of cancer.

**Design** Population based cohort study.

**Setting and participants** 104 980 participants aged at least 18 years (median age 42.8 years) from the French NutriNet-Santé cohort (2009-17). Dietary intakes were collected using repeated 24 hour dietary records, designed to register participants' usual consumption for 3300 different food items. These were categorised according to their degree of processing by the NOVA classification.

**Main outcome measures** Associations between ultra-processed food intake and risk of overall, breast, prostate, and colorectal cancer assessed by multivariable Cox proportional hazard models adjusted for known risk factors.

**Results** Ultra-processed food intake was associated with higher overall cancer risk (n=2228 cases; hazard ratio for a 10% increment in the proportion of ultra-processed food in the diet 1.12 (95% confidence interval 1.06 to 1.18); P for trend<0.001) and breast cancer risk (n=739 cases; hazard ratio 1.11 (1.02 to 1.22); P for trend=0.02). These results remained statistically significant after adjustment for several markers of the nutritional quality of the diet (lipid, sodium, and carbohydrate intakes and/or a Western pattern derived by principal component analysis).

**Conclusions** In this large prospective study, a 10% increase in the proportion of ultra-processed foods in the diet was associated with a significant increase of greater than 10% in risks of overall and breast cancer. Further studies are needed to better understand the relative effect of the various dimensions of processing (nutritional composition, food additives, contact materials, and neoformed contaminants) in these associations.

**Study registration** Clinicaltrials.gov NCT03335644.

## Introduction

Cancer represents a major worldwide burden, with 14.1 million new cases diagnosed in 2012.[1] According to the World Cancer Research Fund/American Institute for Cancer Research, about a third of the most common neoplasms could be avoided by changing lifestyle and dietary habits in developed countries.[2] Therefore, reaching a balanced and diversified diet (along with avoidance of tobacco use and reduction in alcohol intake) should be considered one of the most important modifiable risk factors in the primary prevention of cancer.[3]

At the same time, during the past decades, diets in many countries have shifted towards a dramatic increase in consumption of ultra-processed foods.[4,5,6,7,8] After undergoing multiple physical, biological, and/or chemical processes, these food products are conceived to be microbiologically safe, convenient, highly palatable, and affordable.[9,10] Several surveys (in Europe, the US, Canada, New Zealand, and Brazil) assessing individual food intake, household food expenses, or supermarket sales have suggested

that ultra-processed food products contribute to between 25% and 50% of total daily energy intake.[10 11 12 13 14 15 16 17 18]

This dietary trend may be concerning and deserves investigation. Several characteristics of ultra-processed foods may be involved in causing disease, particularly cancer. Firstly, ultra-processed foods often have a higher content of total fat, saturated fat, and added sugar and salt, along with a lower fibre and vitamin density.[10 11 12 13 14 15 16 17 19] Beyond nutritional composition, neoformed contaminants, some of which have carcinogenic properties (such as acrylamide, heterocyclic amines, and polycyclic aromatic hydrocarbons), are present in heat treated processed food products as a result of the Maillard reaction.[20] Secondly, the packaging of ultra-processed foods may contain some materials in contact with food for which carcinogenic and endocrine disruptor properties have been postulated, such as bisphenol A.[21] Finally, ultra-processed foods contain authorised,[22] but controversial, food additives such as sodium nitrite in processed meat or titanium dioxide ($TiO_2$, white food pigment), for which carcinogenicity has been suggested in animal or cellular models.[23 24]

Studying potential effects on health of ultra-processed foods is a very recent field of research, facilitated by the development of the NOVA classification of products according to their degree of food processing.[9] Nevertheless, epidemiological evidence linking intake of ultra-processed food to risk of disease is still very scarce and mostly based on cross sectional and ecological studies.[25 26 27] The few studies performed observed that ultra-processed food intake was associated with a higher incidence of dyslipidaemia in Brazilian children and higher risks of overweight, obesity, and hypertension in a prospective cohort of Spanish university students.[28 29 30]

To our knowledge, this prospective study was the first to evaluate the association between the consumption of ultra-processed food products and the incidence of cancer, based on a large cohort study with detailed and up to date assessment of dietary intake.

# Methods

## Study population

The NutriNet-Santé study is an ongoing web based cohort launched in 2009 in France with the objective of studying the associations between nutrition and health, as well as the determinants of dietary behaviours and nutritional status. This cohort has been previously described in detail.[31] Briefly, participants aged over 18 years with access to the internet have been continuously recruited from among the general population since May 2009 by means of vast multimedia campaigns. All questionnaires are completed online using a dedicated website (www.etude-nutrinet-sante.fr). Participants are followed using an online platform connected to their email address. They can change their email address, phone number, or postal address at any time on the NutriNet-Santé website. Newsletters and alerts about new questionnaires are sent by email. In case of an "undelivered email" problem, participants are contacted by telephone and then by regular mail. The NutriNet-Santé study is conducted according to the Declaration of Helsinki guidelines, and electronic informed consent is obtained from each participant.

## Data collection

At inclusion, participants completed a set of five questionnaires related to sociodemographic and lifestyle characteristics (for example, date of birth, sex, occupation, educational level, smoking status, number of

children),**32** anthropometry (height, weight), dietary intakes (see below),**3334** physical activity (validated seven day International Physical Activity Questionnaire (IPAQ)),**35** and health status (personal and family history of diseases, drug use including use of hormonal treatment for menopause and oral contraceptives, and menopausal status).

Participants were invited to complete a series of three non-consecutive, validated, web based 24 hour dietary records every six months (to vary the season of completion), randomly assigned over a two week period (two weekdays and one weekend day).**363738** To be included in the nutrition component of the NutriNet-Santé cohort, only two dietary records were mandatory. We did not exclude participants if they did not complete all optional questionnaires. We averaged mean dietary intakes from all the 24 hour dietary records available during the first two years of each participant's follow-up and considered these as baseline usual dietary intakes in this prospective analysis. The NutriNet-Santé web based, self administered 24 hour dietary records have been tested and validated against an interview by a trained dietitian and against blood and urinary biomarkers.**3637** Participants used the dedicated web interface to declare all food and drinks consumed during a 24 hour period for each of the three main meals (breakfast, lunch, dinner) and any other eating occasion. Portion sizes were estimated using previously validated photographs or usual containers.**39** We identified dietary under-reporting on the basis of the method proposed by Black, using the basal metabolic rate and Goldberg cut-off, and excluded under-reporters of energy intake.**40** We calculated mean daily alcohol, micronutrient and macronutrient, and energy intake by using the NutriNet-Santé food composition database, which contains more than 3300 different items.**41** We estimated amounts consumed from composite dishes by using French recipes validated by nutrition professionals. Sodium intake was assessed via a specific module included in the 24 hour records, taking into account native sodium in foods, salt added during the cooking, and salt added on the plate. It has been validated against sodium urinary excretion biomarkers.**37**

### Degree of food processing

We categorised all food and drink items of the NutriNet-Santé composition table into one of the four food groups in NOVA, a food classification system based on the extent and purpose of industrial food processing.**94243** This study primarily focused on the "ultra-processed foods" NOVA group. This group includes mass produced packaged breads and buns; sweet or savoury packaged snacks; industrialised confectionery and desserts; sodas and sweetened drinks; meat balls, poultry and fish nuggets, and other reconstituted meat products transformed with addition of preservatives other than salt (for example, nitrites); instant noodles and soups; frozen or shelf stable ready meals; and other food products made mostly or entirely from sugar, oils and fats, and other substances not commonly used in culinary preparations such as hydrogenated oils, modified starches, and protein isolates. Industrial processes notably include hydrogenation, hydrolysis, extruding, moulding, reshaping, and pre-processing by frying. Flavouring agents, colours, emulsifiers, humectants, non-sugar sweeteners, and other cosmetic additives are often added to these products to imitate sensorial properties of unprocessed or minimally processed foods and their culinary preparations or to disguise undesirable qualities of the final product.

The ultra-processed food group is defined by opposition to the other NOVA groups: "unprocessed or minimally processed foods" (fresh, dried, ground, chilled, frozen, pasteurised, or fermented staple foods such as fruits, vegetables, pulses, rice, pasta, eggs, meat, fish, or milk), "processed culinary ingredients" (salt, vegetable oils, butter, sugar, and other substances extracted from foods and used in

kitchens to transform unprocessed or minimally processed foods into culinary preparations), and "processed foods" (canned vegetables with added salt, sugar coated dried fruits, meat products preserved only by salting, cheeses, freshly made unpackaged breads, and other products manufactured with the addition of salt, sugar, or other substances of the "processed culinary ingredients" group). As previously described,**44** we identified homemade and artisanal food preparations, decomposed them using standardised recipes, and applied the NOVA classification to their ingredients. Precision and examples are shown in appendix 1.

### Case ascertainment

Participants self declared health events through the yearly health status questionnaire, through a specific check-up questionnaire for health events (every three months), or at any time through a specific interface on the study website. For each incident cancer declared, a physician from the study team contacted participants and asked them to provide any relevant medical records. If necessary, the study physicians contacted the patient's physician and/or hospitals to collect additional information. Afterwards, an expert committee of physicians reviewed all medical data. Our research team was the first in France to obtain the authorisation by decree in the Council of State (No 2013-175) to link data from our cohorts to medico-administrative databases of the national health insurance system (SNIIRAM databases). We therefore completed declared health events with the information from these databases, thereby limiting any potential bias due to participants with cancer who may not report their disease to the study investigators. Lastly, we used an additional linkage to the French national cause specific mortality registry (CépiDC) to detect deaths and potentially missed cases of cancer for deceased participants. We classified cancer cases by using the international classification of diseases, 10th revision (ICD-10). In this study, we considered all first primary cancers diagnosed between the inclusion date and 1 January 2017 to be cases, except for basal cell skin carcinoma, which we did not consider as cancer.

We obtained medical records for more than 90% of cancer cases. Because of the high validity of self reports (95% of self reported cancers for which a medical record was obtained were confirmed by our physicians), we included as cases all participants who self reported incident cancers, unless they were identified as non-case participants by a pathology report, in which case we classified them as non-cases.

### Statistical analysis

Up to 1 January 2017, we included 104 980 participants without cancer at baseline who provided at least two valid 24 hour dietary records during their two first years of follow-up. The flowchart is in appendix 2. For each participant, we calculated the proportion (percentage g/day) of ultra-processed foods in the total diet. We determined the proportion of ultra-processed foods in the diet by calculating a weight ratio rather than an energy ratio to take into account processed foods that do not provide any energy (in particular artificially sweetened drinks) and non-nutritional factors related to food processing (for example, neoformed contaminants, food additives, and alterations to the structure of raw foods). For all covariates except physical activity, less than 5% of values were missing and were imputed to the modal value (for categorical variables) or to the median (for continuous variables). Corresponding values are provided in the footnote to **table 1**. The proportion of missing values was higher for physical activity (14%), as the answers to all IPAQ questions were needed to calculate the score. To avoid massive imputation for a non-negligible number of participants or exclusion of those with missing data and risk of selection bias, we included a missing class into the models for this variable. We examined differences in participants'

baseline characteristics between sex specific quarters of the proportion of ultra-processed food in the diet by using analysis of variance or $\chi^2$ tests wherever appropriate. We used Cox proportional hazards models with age as the primary timescale to evaluate the association between the proportion of ultra-processed foods in the diet (coded as a continuous variable or as sex specific quarters) and incidence of overall, breast, prostate, and colorectal cancer. In these models, cancers at other locations than the one studied were censored at the date of diagnosis (that is, we considered them to be non-cases for the cancer of interest and they contributed person years until the date of diagnosis of their cancer). We estimated hazard ratios and 95% confidence intervals with the lowest quarter as the reference category. We generated log-log (survival) versus log-time plots to confirm risk proportionality assumptions. We tested for linear trend by using the ordinal score on sex specific quarters of ultra-processed food. Participants contributed person time until the date of diagnosis of cancer, the date of last completed questionnaire, the date of death, or 1 January 2017, whichever occurred first. Breast cancer analyses were additionally stratified by menopausal status. For these, women contributed person time to the "premenopause model" until their age at menopause and to the "postmenopause model" from their age at menopause. We determined age at menopause by using the yearly health status questionnaires completed during follow-up.

**Table 1**

Baseline characteristics of study population according to sex specific quarters of ultra-processed food consumption (n=104 980), NutriNet-Santé cohort, France, 2009-17*. Values are numbers (percentages) unless stated otherwise

View this table:

- View popup
- View inline

Models were adjusted for age (timescale), sex, body mass index (kg/m$^2$, continuous), height (cm, continuous), physical activity (high, moderate, low, calculated according to IPAQ recommendations**35**), smoking status (never or former smokers, current smokers), number of 24 hour dietary records (continuous), alcohol intake (g/d, continuous), energy intake (without alcohol, kcal/d, continuous), family history of cancer (yes/no), and educational level (less than high school degree, less than two years after high school degree, two or more years after high school degree). For breast cancer analyses, we made additional adjustments for the number of biological children (continuous), menopausal status at baseline (menopausal/perimenopausal/non-menopausal), hormonal treatment for menopause at baseline (for postmenopausal analyses, yes/no), and oral contraception use at baseline (for premenopausal analyses, yes/no) (model 1=main model). To test for the potential influence of the nutritional quality of the diet in the relation between intake of ultra-processed food and risk of cancer, this model was additionally adjusted for lipid, sodium, and carbohydrate intakes (model 2), for a Western dietary pattern derived from principal component analysis (model 3) (details in appendix 3), or for all these nutritional factors together (model 4). In addition, we did mediation analyses according to the method proposed by Lange et al to evaluate the direct and indirect effect of the relation between the exposure and the outcome through the following nutritional mediators: intakes of sodium, total lipids, saturated, mono-unsaturated and poly-unsaturated fatty acids, carbohydrates, and a Western-type dietary pattern.**45** The methods are described in appendix 4.

We did sensitivity analyses based on model 1 by excluding cases of cancer diagnosed during the first two years of each participant's follow-up to avoid reverse causality bias, testing sex specific fifths of the proportion of ultra-processed foods in the diet instead of sex specific quarters, and testing further adjustments for prevalent depression at baseline (yes/no), dietary supplement use at baseline (yes/no), healthy dietary pattern (continuous, details in appendix 3), number of cigarettes smoked in pack years (continuous), overall fruit and vegetable consumption (continuous), and season of inclusion in the cohort (spring/summer/autumn/winter). We also investigated the association between ultra-processed food and overall cancer risk separately in different strata of the population: men, women, younger adults (under 40 years), older adults (40 years or over), smokers, non-smokers, participants with a high level of physical activity, and those with a low to moderate level of physical activity. We also tested models after restriction of the study population to the participants with at least six 24 hour dietary records during the first two years of follow-up. Similarly, we tested models including all participants with at least one 24 hour dietary record during the first two years of follow-up. We also tested associations between the quantity (g/d) of each ultra-processed food group and risk of cancer.

Secondary analyses tested the associations between the proportion in the diet of each of the three other NOVA categories of food processing (continuous) and risk of cancer, using multivariate Cox models adjusted for model 1 covariates. All tests were two sided, with $P<0.05$ considered to be statistically significant. We used SAS version 9.4 for the analyses.

### Patient involvement

The research question developed in this article corresponds to a strong concern of the participants involved in the NutriNet-Santé cohort and of the public in general. The results of this study will be disseminated to the NutriNet-Santé participants through the cohort website, public seminars, and a press release.

## Results

A total of 104 980 participants (22 821 (21.7%) men and 82 159 (78.3%) women) were included in the study. The mean age of participants was 42.8 (SD 14.8, range 18.0-72.8) years. The mean number of dietary records per participant over their first two years of follow-up was 5.4 (SD 2.9); the minimum was 2, but it represented only 7.2% (7558/104 980) of the participants. After the launching of the study by the end of May 2009, half of the records were filled between June and November and the other half between December and May. **Table 1** shows the main baseline characteristics of participants according to quarters of the proportion of ultra-processed foods in the diet. Compared with the lowest quarter, participants in the highest quarter of ultra-processed food intake tended to be younger, current smokers, and less educated, with less family history of cancer and a lower physical activity level. Furthermore, they had higher intakes of energy, lipids, carbohydrates, and sodium, along with lower alcohol intake. Although there was a higher proportion of women than men in this cohort, the contribution of ultra-processed foods to the overall diet was very similar between men and women (18.74% for men and 18.71% for women; P=0.7). The distribution of the proportion of ultra-processed food in the diet in the study population is shown in appendix 5. Main food groups contributing to ultra-processed food intake were sugary products (26%) and drinks (20%), followed by starchy foods and breakfast cereals (16%) and ultra-processed fruits and vegetables (15%) (**fig 1**).




**Fig 1**

Relative contribution of each food group to ultra-processed food consumption in diet

- Download figure
- Open in new tab
- Download powerpoint

During follow-up (426 362 person years, median follow-up time five years), 2228 first incident cases of cancer were diagnosed and validated, among which were 739 breast cancers (264 premenopausal, 475 postmenopausal), 281 prostate cancers, and 153 colorectal cancers. Among these 2228 cases, 108 (4.8%) were identified during mortality follow-up with the national CépiDC database. The dropout rate in the NutriNet-Santé cohort was 6.7%. **Table 2** shows associations between the proportion of ultra-processed foods in the diet and risks of overall, breast, prostate, and colorectal cancer. **Figure 2** shows the corresponding cumulative incidence curves. In model 1, ultra-processed food intake was associated with increased risks of overall cancer (hazard ratio for a 10 point increment in the proportion of ultra-processed foods in the diet 1.12 (95% confidence interval 1.06 to 1.18), P<0.001) and breast cancer (1.11 (1.02 to 1.22), P=0.02). The latter association was more specifically observed for postmenopausal breast cancer (P=0.04) but not for premenopausal breast cancer (P=0.2). The association with overall cancer risk was statistically significant in all strata of the population investigated, after adjustment for model 1 covariates: in men (hazard ratio for a 10 point increment in the proportion of ultra-processed foods in the diet 1.12 (1.02 to 1.24), P=0.02, 663 cases and 22 158 non-cases), in women (1.13 (1.06 to 1.20), P<0.001, 1565 cases and 80 594 non-cases), in younger adults (<40 years old 1.21 (1.09 to 1.35), P<0.001, 287 cases and 48 627 non-cases), in older adults (≥40 years old, 1.09 (1.03 to 1.16), P=0.03, 1941 cases and 54 485 non-cases), in smokers (including adjustment for pack years of cigarettes smoked 1.18 (1.04 to 1.33), P=0.01, 255 cases and 15 355 non-cases), in non-smokers (1.11 (1.05 to 1.17), P<0.001, 1943 cases and 85 219 non-cases), in participants with low to moderate levels of physical activity (1.07 (1.00 to 1.15), P=0.04, 1216 cases and 59 546 non-cases), and in those with a high level of physical activity (1.19 (1.09 to 1.30), P<0.001, 744 cases and 28 859 non-cases).

**Table 2**

Associations between ultra-processed food intake and risk of overall, prostate, colorectal, and breast cancer, from multivariable Cox proportional hazard models*, NutriNet-Santé cohort, France, 2009-17 (n=104 980)

View this table:

- View popup
- View inline




**Fig 2**
Cumulative cancer incidence (overall cancer risk) according to quarters of proportion of ultra-processed food in diet

- Download figure
- Open in new tab
- Download powerpoint

More specifically, ultra-processed fats and sauces (P=0.002) and sugary products (P=0.03) and drinks (P=0.005) were associated with an increased risk of overall cancer, and ultra-processed sugary products were associated with risk of breast cancer (P=0.006) (appendix 6).

Further adjustment for several indicators of the nutritional quality of the diet (lipid, sodium, and salt intakes—model 2; Western pattern—model 3; or both—model 4) did not modify these findings. The Pearson correlation coefficient between the proportion of ultra-processed food in the diet and the Western dietary pattern was low (0.06). Consistently, analyses performed according to the method proposed by Lange et al to assess a potential mediation of the relation between ultra-processed food and risk of cancer by these nutritional factors showed no statistically significant mediation effect of any of the factors tested.**45** The mediated effects ranged between 0% and 2%, with all P>0.05 (appendix 4).

No association was statistically significant for prostate and colorectal cancers. However, we observed a borderline non-significant trend of increased risk of colorectal cancer associated with ultra-processed food intake (hazard ratio for quarter 4 versus quarter 1: 1.23 (1.08 to 1.40), P for trend=0.07) in model 4.

Sensitivity analyses (adjusted for model 1 covariates, data not tabulated) excluding cancer cases diagnosed during the first two years of follow-up provided similar results (hazard ratio for a 10 point increment in the proportion of ultra-processed foods in the diet 1.10 (1.03 to 1.17), P=0.005 for overall cancer risk, 1367 cases and 102 502 non-cases included; 1.15 (1.03 to 1.29), P=0.02 for breast cancer risk, 441 cases and 80 940 non-cases included). Similarly, results were unchanged when we excluded non-validated cancer cancers (hazard ratio for a 10 point increment in the proportion of ultra-processed foods in the diet 1.11 (1.05 to 1.17), P<0.001 for overall cancer risk, 1967 cases and 102 752 non-cases included; 1.12 (1.02 to 1.23), P=0.02 for breast cancer risk, 677 cases and 81 274 non-cases included).

We obtained similar results when we included only participants with at least six 24 hour records (overall cancer risk: hazard ratio for a 10 point increment in the proportion of ultra-processed foods in the diet 1.13 (1.06 to 1.21), P<0.001, 1494 cases and 47 920 non-cases included) and when we re-included participants with only one 24 hour record (overall cancer risk: 1.11 (1.06 to 1.16), P<0.001, 2383 cases and 122 196 non-cases included).

Findings were also similar when we coded the proportion of ultra-processed food in the diet as sex specific fifths instead of quarters (overall cancer risk: hazard ratio for highest versus lowest fifth 1.25 (1.08 to 1.47), P for trend<0.001; breast cancer risk: 1.25 (0.96 to 1.63), P for trend=0.03).

Further adjustment for the following variables, in addition to model 1 covariates, did not modify the results: dietary supplement use at baseline (hazard ratio for a 10 point increment in the proportion of ultra-processed foods in the diet 1.12 (1.06 to 1.17), P<0.001 for overall cancer; 1.11 (1.02 to 1.22), P=0.02 for breast cancer), prevalent depression at baseline (1.11 (1.06 to 1.17), P<0.001 for overall cancer; 1.11 (1.01 to 1.22), P=0.02 for breast cancer), healthy dietary pattern (1.11 (1.05 to 1.17), P<0.001 for overall cancer; 1.10 (1.00 to 1.21), P=0.04 for breast cancer), overall fruit and vegetable consumption in g/d (1.10 (1.04 to 1.16), P<0.001 for overall cancer; 1.11 (1.01 to 1.22), P=0.03 for breast cancer), number of smoked cigarettes in pack years (1.13 (1.07 to 1.19), P<0.001 for overall cancer; 1.13 (1.03 to 1.24), P=0.009 for breast cancer), and season of inclusion in the cohort (1.12 (1.06 to 1.18), P<0.001 for overall cancer; 1.12 (1.02 to 1.22), P=0.02 for breast cancer).

We also tested other methods for handling missing data, such as multiple imputation and complete case analysis (that is, exclusion of participants with missing data for at least one covariate).**46** The results were very similar for the multiple imputation analysis (hazard ratio for a 10 point increment in the proportion of ultra-processed foods in the diet 1.11 (1.06 to 1.17), P<0.001, 2228 cases and 10 2752 non-cases for overall cancer; 1.11 (1.01 to 1.21), P=0.02, 739 cases and 81 420 non-cases for breast cancer) and for the complete case analysis (1.11 (1.05 to 1.18), P<0.001, 1813 cases and 82 824 non-cases for overall cancer; 1.14 (1.03 to 1.26), P=0.01, 579 cases and 64 642 non-cases for breast cancer).

As a secondary analysis, we also tested associations between the proportions of the three other NOVA degrees of food processing and risk of cancer. We found no significant associations between the proportions of "processed culinary ingredients" or "processed foods" with risk of cancer at any location (all P>0.05). However, and consistent with our findings, the consumption of "minimally/unprocessed foods" was associated with lower risks of overall and breast cancers (hazard ratio for a 10 point increment in the proportion of unprocessed foods in the diet 0.91 (0.87 to 0.95), P<0.001, 2228 cases and 102 752 non-

cases for overall cancer; 0.42 (0.19 to 0.91), P=0.03, 739 cases and 81 420 non-cases for breast cancer), in multivariable analyses adjusted for model 1 covariates.

## Discussion

In this large prospective cohort, a 10% increase in the proportion of ultra-processed foods in the diet was associated with significant increases of 12% in the risk of overall cancer and 11% in the risk of breast cancer. A few studies have previously suggested that ultra-processed foods contribute to increasing the risk of cardiometabolic disorders—such as obesity,**29** hypertension,**30** and dyslipidaemia**28**—but no previous prospective epidemiological study has evaluated the association between food processing and risk cancer.

### Interpretation and comparison with other studies

No estimate is available of the proportion of ultra-processed food in the diet at the national level in France. However, in the nationally representative INCA3 study conducted by the French Food safety Agency in 2016,**4** "transformed" foods included sweet pastries, biscuits, dairy desserts, ice cream, fruit purée and fruit in syrup, fruit and vegetable juices, soups and broths, sandwiches, pizzas, and salted pastries, as well as mixed dishes composed of egg, meat, fish, vegetable, and/or starchy foods (cereals, legumes, or potatoes). More than half of the "transformed" foods consumed outside catering establishments by adults aged 18-79 were manufactured industrially, about a third were homemade, and the rest was handcrafted (for example, by caterers). These figures illustrate the important share of processed, and especially industrially processed, foods in the diet of French adults.

Several hypotheses could be put forward to explain our findings. The first one relates to the generally poorer nutritional quality of diets rich in ultra-processed foods. Diets that include a higher proportion of processed food products tended to be richer in energy, sodium, fat, and sugar and poorer in fibres and various micronutrients in several studies conducted in various countries.**101112131415161719** Ultra-processed foods have also been associated with a higher glycaemic response and a lower satiety effect.**47** Although not the unique determinant, excessive energy, fat, and sugar intakes contribute to weight gain and risk of obesity, with obesity recognised as a major risk factor for post-menopausal breast, stomach, liver, colorectal, oesophagus, pancreas, kidney, gallbladder, endometrium, ovary, liver, and (advanced) prostate cancers and haematological malignancies.**29** For instance, body fatness in post-menopausal women is estimated to contribute 17% of the breast cancer burden.**2** Furthermore, most ultra-processed foods, such as dehydrated soups, processed meats, biscuits, and sauces, have a high salt content. Foods preserved with salt are associated with an increased risk of gastric cancer.**29** Conversely, dietary fibre intake decreases the risk of colorectal cancer, with a convincing level of evidence,**329** and may also reduce the risk of breast cancer.**3** However, the associations between ultra-processed food intake and risk of cancer observed in this study were statistically significant despite adjustment for body mass index and remained significant after further adjustment for a Western-type dietary pattern and/or the energy, fat, sugar, and salt content of the diet. Mediation analyses did not support a strong effect of the "nutritional quality" component in this association, suggesting that other bioactive compounds contained in ultra-processed food may contribute to explain the observed associations.

A second hypothesis concerns the wide range of additives contained in ultra-processed foods. Although maximum authorised levels normally protect the consumers against adverse effects of each individual substance in a given food product,**48** the effect on health of the cumulative intake across all ingested foods and potential cocktail/interaction effects remain largely unknown. More than 250 different additives are authorised for addition to food products in Europe and the US.**2249** For some of them, experimental studies in animal or cellular models have suggested carcinogenic properties that deserve further investigation in humans.**232450515253** One example is titanium dioxide ($TiO_2$), a common food additive that contains nanoscale particles and that is used as a whitening agent or in packaging in contact with food or drinks to provide a better texture and antimicrobial properties. Experimental studies, mainly conducted in rodent models, suggest that this additive could initiate or promote the development of pre-neoplastic lesions in the colon, as well as chronic intestinal inflammation. The World Health Organization and the International Agency for Research on Cancer evaluated $TiO_2$ as "possibly carcinogenic to humans" (group 2B).**24** The effects of intense artificial sweeteners such as aspartame on human metabolism and on the composition and functioning of gut microbiota are also controversial.**53** Although previous experimental studies in animals confirmed the safety of aspartame, their relevance to human health outcomes has been questioned, particularly regarding potential long term carcinogenicity.**51** Another concern is the formation of carcinogenic nitrosamines in meats containing sodium nitrite when meat is charred or overcooked. These N-nitroso compounds may be involved in causing colorectal cancer.**2352**

Thirdly, food processing and particularly heat treatments produce neoformed contaminants (for example, acrylamide) in ultra-processed products such as fried potatoes, biscuits, bread, or coffee. A recent meta-analysis found a modest association between dietary acrylamide and risk of both kidney and endometrial cancer in non-smokers.**54** In addition, the European Food Safety Agency judged that evidence from animal studies was sufficient to classify acrylamide as genotoxic.**20**

Lastly, bisphenol A is another contaminant suspected of migrating from plastic packaging of ultra-processed foods. Its endocrine disruptor properties led the European Chemicals Agency to judge it as "a substance of very high concern."**55** Increasing evidence suggests involvement in the development of several non-communicable diseases, including cancer linked to endocrinal disruptors.**21**

## Strengths and limitations of study

Strengths of this study pertain to its prospective design and large sample size, along with a detailed and up to date assessment of dietary intake. Repeated 24 hour dietary records (including 3300 different food items) are more accurate than either food frequency questionnaires with aggregated food groups or household purchasing data. However, some limitations should be acknowledged. Firstly, as is generally the case in volunteer based cohorts, participants in the NutriNet-Santé cohort were more often women, with health conscious behaviours and higher socio-professional and educational levels than the general French population.**56** This might limit the generalisability of the findings and may have resulted in a lower incidence of cancer compared with national estimates (age and sex standardised incidence rate per 100 000 people per year: 786 cases in our cohort versus 972 cases in France**57**) and an overall lower exposure to ultra-processed foods, with less contrast between extreme categories. These points would tend to lead to underestimation of the strength of the associations. However, the possibility that selection bias may have led to an overestimation of some associations cannot be totally excluded. Secondly, some

misclassification in the NOVA "ultra-processed food" category cannot be ruled out. Thirdly, despite a multi-source strategy for case ascertainment (combining validation of health events declared by participants, medico-administrative databases from the health insurance, and national death registry), exhaustive detection of cancer cases cannot be guaranteed. Furthermore, statistical power was limited for some cancer locations (such as colorectal cancer), which may have impaired our ability to detect hypothesised associations. Next, the length of follow-up was relatively limited, as the cohort was launched in 2009. It allowed us to study mostly mid-term associations between consumption of ultra-processed food and risk of cancer. As is usually the case in nutritional epidemiology, we made the assumption that the measured exposure at baseline (especially as we averaged a two year period of exposure) actually reflects more generally the usual eating habits of the individual during adulthood, including several years before his or her entry into the cohort. However, as some carcinogenic processes may take several decades, it will be important in the future to reassess the associations between ultra-processed food and cancer risk in the cohort, to investigate longer term effects. This will be one of the perspectives of our work for the upcoming five to 10 years. Lastly, although we included a large range of confounding factors in the analyses, the hypothesis of residual confounding resulting from unmeasured behavioural factors and/or imprecision in the measure of included covariates cannot be entirely excluded owing to the observational design of this study. For instance, oral contraception was a binary variable in breast cancer models, as the precise doses, type, and duration of contraceptive use across reproductive life were not available. Randomised controlled trials have long been considered the only gold standard for elimination of confounding bias, but they do not capture consumption as it is in daily life. Moreover, a trial to investigate exposure for which a deleterious effect is suspected would not be ethically feasible. Our large observational cohort was therefore particularly adapted to provide insights in this field.

## Conclusions and policy implications

To our knowledge, this study was the first to investigate and highlight an increase in the risk of overall—and more specifically breast—cancer associated with ultra-processed food intake. These results should be confirmed by other large scale, population based observational studies in different populations and settings. Further studies are also needed to better understand the relative effect of nutritional composition, food additives, contact materials, and neoformed contaminants in this relation. Rapidly increasing consumption of ultra-processed foods may drive an increasing burden of cancer and other non-communicable diseases. Thus, policy actions targeting product reformulation, taxation, and marketing restrictions on ultra-processed products and promotion of fresh or minimally processed foods may contribute to primary cancer prevention.**69** Several countries have already introduced this aspect in their official nutritional recommendations in the name of the precautionary principle.**5859**

### *What is already known on this topic*

Ultra-processed foods are often characterised by lower nutritional quality and the presence of additives, substances from packaging in contact with food, and compounds formed during production, processing, and storage

A few studies have observed ultra-processed food intake to be associated with a higher incidence of dyslipidaemia in Brazilian children and higher risks of overweight, obesity, and hypertension in Spanish university students

Although epidemiological data relating to cancer risk are lacking, mechanistic studies suggest potential carcinogenic effects of several components commonly found in ultra-processed foods

***What this study adds***

This study assessed the associations between ultra-processed food consumption and risk of cancer in a large prospective cohort

A 10% increase in the proportion of ultra-processed foods in the diet was associated with a significant increase of more than 10% in the risks of overall and breast cancer

If confirmed in other populations and settings, these results suggest that the rapidly increasing consumption of ultra-processed foods may drive an increasing burden of cancer in the next decades

## Acknowledgments

We sincerely thank all the volunteers of the NutriNet-Santé cohort. We also thank Véronique Gourlet, Lucien Martinez, Nathalie Arnault, Stephen Besseau, Laurent Bourhis, Yasmina Chelghoum, Than Duong Van, Younes Esseddik, Paul Flanzy, Julien Allègre, Mac Rakotondrazafy, Régis Gatibelza, Fabien Szabo, Roland Andrianasolo, Fatoumata Diallo, Ludivine Ursule, Cédric Agaesse, Claudia Chahine, Anne-Elise Dussoulier, and Marion Genest for their technical contribution to the NutriNet-Santé study.

## Footnotes

- Contributors: TF and BS contributed equally and are co-first authors. TF, BS, CJ, EKG, CAM, BA, and MT designed the research. SH, MT, CJ, and EKG conducted the research. TF did the statistical analysis, supervised by MT and BS. TF and MT wrote the paper. BS did sensitivity analyses and was in charge of the revision of the paper. All authors contributed to the data interpretation, revised each draft for important intellectual content, and read and approved the final manuscript. MT is the guarantor.

- Funding: The NutriNet-Santé study was supported by the following public institutions: Ministère de la Santé, Institut de Veille Sanitaire (InVS), Institut National de la Prévention et de l'Education pour la Santé (INPES), Région Ile-de-France (CORDDIM), Institut National de la Santé et de la Recherche Médicale (INSERM), Institut National de la Recherche Agronomique (INRA), Conservatoire National des Arts et Métiers (CNAM), and Université Paris 13. MD and PF were funded by a PhD grant from the Cancéropôle Ile de France/Région Ile de France (public funding). BS was funded by the French National Cancer Institute (grant number INCa_8085). Researchers were independent from funders. Funders had no role in the study design; the collection, analysis, and interpretation of data; the writing of the report; or the decision to submit the article for publication.

- Competing interests: All authors have completed the ICMJE uniform disclosure form at www.icmje.org/coi_disclosure.pdf (available on request from the corresponding author) and declare: no support from any organisation for the submitted work other than that described above; no

financial relationships with any organisations that might have an interest in the submitted work in the previous three years; no other relationships or activities that could appear to have influenced the submitted work.

- Ethical approval: The NutriNet-Santé study was approved by the Institutional Review Board of the French Institute for Health and Medical Research (IRB Inserm No 0000388FWA00005831) and the Commission Nationale de l'Informatique et des Libertés (CNIL No 908450/No 909216). Electronic informed consent was obtained from each participant.

- Transparency statement: MT (the guarantor) affirms that the manuscript is an honest, accurate, and transparent account of the study being reported; that no important aspects of the study have been omitted; and that any discrepancies from the study as planned (and, if relevant, registered) have been explained.

- Data sharing: No additional data available.

This is an Open Access article distributed in accordance with the Creative Commons Attribution Non Commercial (CC BY-NC 4.0) license, which permits others to distribute, remix, adapt, build upon this work non-commercially, and license their derivative works on different terms, provided the original work is properly cited and the use is non-commercial. See: http://creativecommons.org/licenses/by-nc/4.0/.

## References

1. ↵Ferlay J, Soerjomataram I, Dikshit R, et al. Cancer incidence and mortality worldwide: sources, methods and major patterns in GLOBOCAN 2012. *Int J Cancer*2015;**136**:E359-86. doi:doi:10.1002/ijc.29210pmid:25220842 CrossRef PubMed Web of Science Google Scholar
2. ↵World Cancer Research Fund International/American Institute for Cancer Research. Cancer preventability estimates for diet, nutrition, body fatness, and physical activity. 2017. wcrf.org/cancer-preventability-estimates.
3. ↵Latino-Martel P, Cottet V, Druesne-Pecollo N, et al. Alcoholic beverages, obesity, physical activity and other nutritional factors, and cancer risk: A review of the evidence. *Crit Rev Oncol Hematol*2016;**99**:308-23. doi:doi:10.1016/j.critrevonc.2016.01.002pmid:26811140 CrossRef PubMed Google Scholar
4. ↵ANSES (French Agency for Food, Environmental and Occupational Health & Safety). Étude individuelle nationale des consommations alimentaires 3 (INCA 3). 2017. https://www.anses.fr/fr/content/inca-3-evolution-des-habitudes-et-modes-de-consommation-de-nouveaux-enjeux-en-mati%C3%A8re-de.
5. ↵Monteiro CA, Moubarac JC, Cannon G, Ng SW, Popkin B. Ultra-processed products are becoming dominant in the global food system. *Obes Rev*2013;**14**(Suppl 2):21-8. doi:doi:10.1111/obr.12107pmid:24102801 CrossRef PubMed Google Scholar
6. ↵Moodie R, Stuckler D, Monteiro C, et al., Lancet NCD Action Group. Profits and pandemics: prevention of harmful effects of tobacco, alcohol, and ultra-processed food and drink industries. *Lancet*2013;**381**:670-9. doi:doi:10.1016/S0140-6736(12)62089-3pmid:23410611 CrossRef PubMed Web of Science Google Scholar

7. ↵Moubarac JC, Batal M, Martins AP, et al. Processed and ultra-processed food products: consumption trends in Canada from 1938 to 2011. *Can J Diet Pract Res*2014;**75**:15-21. doi:doi:10.3148/75.1.2014.15pmid:24606955 CrossRef PubMed Google Scholar

8. ↵Venn D, Banwell C, Dixon J. Australia's evolving food practices: a risky mix of continuity and change. *Public Health Nutr*2017;**20**:2549-58. doi:doi:10.1017/S136898001600255Xpmid:27652992 CrossRef PubMed Google Scholar

9. ↵Monteiro CA, Cannon G, Moubarac JC, Levy RB, Louzada MLC, Jaime PC. The UN Decade of Nutrition, the NOVA food classification and the trouble with ultra-processing. *Public Health Nutr*2018;**21**:5-17. doi:doi:10.1017/S1368980017000234pmid:28322183 CrossRef PubMed Google Scholar

10. ↵Luiten CM, Steenhuis IH, Eyles H, Ni Mhurchu C, Waterlander WE. Ultra-processed foods have the worst nutrient profile, yet they are the most available packaged products in a sample of New Zealand supermarkets--CORRIGENDUM. *Public Health Nutr*2016;**19**:539. doi:doi:10.1017/S1368980015002840pmid:26419699 CrossRef PubMed Google Scholar

11. ↵Adams J, White M. Characterisation of UK diets according to degree of food processing and associations with socio-demographics and obesity: cross-sectional analysis of UK National Diet and Nutrition Survey (2008-12). *Int J Behav Nutr Phys Act*2015;**12**:160. doi:doi:10.1186/s12966-015-0317-ypmid:26684833 CrossRef PubMed Google Scholar

12. ↵Cediel G, Reyes M, da Costa Louzada ML, et al. Ultra-processed foods and added sugars in the Chilean diet (2010). *Public Health Nutr*2018;**21**:125-33. doi:doi:10.1017/S1368980017001161pmid:28625223 CrossRef PubMed Google Scholar

13. ↵Costa Louzada ML, Martins AP, Canella DS, et al. Ultra-processed foods and the nutritional dietary profile in Brazil. *Rev Saude Publica*2015;**49**:38.pmid:26176747 PubMed Google Scholar

14. ↵Martínez Steele E, Baraldi LG, Louzada ML, Moubarac JC, Mozaffarian D, Monteiro CA. Ultra-processed foods and added sugars in the US diet: evidence from a nationally representative cross-sectional study. *BMJ Open*2016;**6**:e009892. doi:doi:10.1136/bmjopen-2015-009892pmid:26962035 Abstract/FREE Full Text Google Scholar

15. ↵Moubarac JC, Martins AP, Claro RM, Levy RB, Cannon G, Monteiro CA. Evidence from Canada. Consumption of ultra-processed foods and likely impact on human health. *Public Health Nutr*2013;**16**:2240-8. doi:doi:10.1017/S1368980012005009pmid:23171687 CrossRef PubMed Google Scholar

16. ↵Moubarac JC, Batal M, Louzada ML, Martinez Steele E, Monteiro CA. Consumption of ultra-processed foods predicts diet quality in Canada. *Appetite*2017;**108**:512-20. doi:doi:10.1016/j.appet.2016.11.006pmid:27825941 CrossRef PubMed Google Scholar

17. ↵Poti JM, Mendez MA, Ng SW, Popkin BM. Is the degree of food processing and convenience linked with the nutritional quality of foods purchased by US households?*Am J Clin Nutr*2015;**101**:1251-62. doi:doi:10.3945/ajcn.114.100925pmid:25948666 Abstract/FREE Full Text Google Scholar

18. ↵Slimani N, Deharveng G, Southgate DA, et al. Contribution of highly industrially processed foods to the nutrient intakes and patterns of middle-aged populations in the European Prospective Investigation into Cancer and Nutrition study. *Eur J Clin Nutr*2009;**63**(Suppl 4):S206-25. doi:doi:10.1038/ejcn.2009.82pmid:19888275 CrossRef PubMed Google Scholar

19. ↵Louzada ML, Martins AP, Canella DS, et al. Impact of ultra-processed foods on micronutrient content in the Brazilian diet. *Rev Saude Publica*2015;**49**:45.pmid:26270019 PubMed Google Scholar

By Steve Blechman and Thomas Fahey, Ed.D.

## Eating Breakfast Cuts Obesity Risk

Eating breakfast will help keep the fat off. According to Boston Children's Hospital researchers, people who eat breakfast every day are almost half as likely to be obese as those who eat breakfast two times a week or less. Breakfast eaters also had a lower risk of developing insulin resistance— linked to heart attack, abdominal obesity, high cholesterol, diabetes and blood-clotting problems. The kind of breakfast you eat matters. People who eat whole-grain cereals (like oatmeal) are slimmer than those who eat cereals high in refined sugar. Try to include protein in your breakfast. The liver converts amino acids into blood sugar, which will keep you from getting hungry during the day. (The New York Times, published online)





## Low Testosterone Levels Linked to Ab Fat

Testosterone is an important hormone that builds muscle and cuts fat. Not all testosterone is created equal. Testosterone bound to blood protein (serum hormone binding globulin, or SHBG) doesn't work as well as free testosterone. Men over 30 gradually decrease in blood testosterone and increase in bound testosterone. At the same time, men lose muscle mass and increase fat. Does testosterone decrease body fat by itself or by improving the way insulin affects carbohydrates and fats? University of Texas Southwestern Medical center scientists found that high levels of SHBG were the best predictor or high levels of abdominal fat. Free testosterone levels did not predict abnormal insulin metabolism. The authors suggested that testosterone replacement therapy might help aging men preserve or build muscle mass and cut fat. (J Clin Endocrinol Metab, 87: 4522-4527)

## Is Glycemic Index Important for Fat Loss?

Glycemic index — a measure of how fast your body absorbs carbohydrate foods and increases blood sugar— is a hot topic among nutritionists and researchers who study weight loss. Many nutrition experts counsel people to avoid high glycemic index foods like jam and white bread; they promote lower glycemic foods such as whole-grain bread, beans and nuts. High glycemic index foods increase insulin rapidly, which quickly lowers blood sugar (after an initial high) and promotes appetite sooner than low-glycemic index meals. Does glycemic index really matter? The research shows mixed results. While many studies show that high glycemic index meals promote obesity— particularly abdominal obesity— other studies show that the number of calories you eat is most important for weight control. The glycemic index of meals is most important for people who have trouble processing carbohydrates (insulin insensitivity and type 2 diabetes) and for those who don't exercise. (Obesity Rev, 3: 233-243)

## RAPID WEIGHT LOSS Releases Dangerous Chemicals

Dangerous chemicals called organochlorines released into the environment from factories and farms can cause cancer and genetic damage. They break down slowly, and because they're fat soluble, they are absorbed easily and stored in the fat cells. Losing a lot of weight in a short time may be dangerous because the fat cells release these dangerous chemicals all at once, which can depress the immune system and thyroid function. One study showed that people should lose weight slowly, which reduces the risk of heart disease, stroke, high blood pressure and diabetes— without releasing large amounts of dangerous industrial and farm chemicals. (Obes Revs, 4: 17-24)

# PROTEIN POINTERS

## Gabrielle Lyon, M.D., debunks protein myths and provides tips to maximize your intake.

### EAT MORE PROTEIN

The recommended allowance of protein is 0.36 grams per pound of body weight. For a 200-pound male, that translates to 72 grams of protein per day. So what gives with such a low recommendation? "It really was based on the model of 18-year-old men soldiers, to make sure they didn't totally get sick," Lyon says. "It's the minimum to prevent disease."

### DON'T BELIEVE ALL THAT YOU READ

In 2018, the journal *Cell* published a story that linked protein consumption to lower IGF-1 and cancer. Then there was *The China Study*, a book that claimed animal protein promoted cancer growth. Lyon says the research in both of these was skewed. "*The China Study* is not really a study," she says. "Basically, it looked at two separate locations in China—one that was incredibly polluted, people smoked, they were eating processed meat, and they didn't exercise, and they weren't outside. So it was like comparing the worst place of New York City to a beautiful place where people are eating fresh foods and fresh protein. Then they decided to cherry-pick the data and said, 'Well, protein is the cause.' It is just BS. It has no credibility."

### NONORGANIC IS FINE

"The meat can't actually have detectable amounts of hormones or antibiotics or any of this stuff, or they can't take it to market," Lyon says. "So when the USDA labels meat organic, it's actually propaganda to charge more. [Regarding the effect of hormones] on the quality of meat, they haven't done studies. It is pretty nuanced. You cannot have hormone or antibiotic levels that are detectable, but that's in the blood. I'm not sure what that means for the muscle tissue."

### SEEING RED

"I eat a lot of beef and yak," Lyon says. "Those are both high-quality sources of iron and zinc and things you don't get from plant amino acids."

### MEAT ISN'T THAT DANGEROUS

"When you look at studies, you look at something called relative risk, or the risk ratio," Lyon explains. "Anything over 2 means the likelihood of you getting cancer is really high. The risk ratio of smoking cigarettes, for example, is 12. The risk ratio of protein and cancer is 1.1. What that means, in essence, is the risk is irrelevant."



**IRON MAN**
A serving of steak can contain 20% of your daily iron intake.

### ABOUT THE EXPERT



***Gabrielle Lyon, M.D., is a physician specializing in muscle-centric medicine.***

GETTY IMAGES

By Steve Blechman and Tom Fahey, E.D.

## Fight Insulin Resistance— *Eat More Whole Grains*



Lack of exercise and diets high in fat and refined sugar contribute to obesity and insulin resistance— insulin doesn't work right in the cells. The body responds by pumping out more insulin, which raises blood pressure and blood cholesterol, and makes you store more fat in your abdomen. Tufts University scientists discovered that eating more whole grains decreases blood insulin— the more whole grains people ate, the lower their insulin. They think that it may be the fiber and magnesium that maintains the lower insulin levels. Refined sugars, such as those found in white bread and bagels, lose most of the fiber, vitamins and minerals during processing. When buying groceries, study the label carefully to make sure you're purchasing whole grain foods. (*Tufts Univ Health Nutr Let*, published online)

## Foods With HIGH AND LOW GLYCEMIC INDEXES

Glycemic index (GI) measures how much a food can increase blood sugar compared to glucose (sugar). A GI of 100 means a particular food will cause the same peak blood sugar as eating the same amount of glucose, while a GI of 50 means the food will produce 50 percent of the increase that glucose did. Here is a list of common foods and their glycemic index:

Angel Food Cake (67)
Baguette (95)
Barley Bread (66)
Bran Cereal (30)
Bran Muffin (60)
Croissant (67)
Gatorade (78)
Glucose (100)
Rice Chex (89)
Smoothie, Berry (33)
Tomato Juice (38)
Wonder Bread (77)
Milk, Skimmed (32)
Orange (31)
Pineapple (66)
Protein Bar (30)
Apple (28)
Yogurt (36)

Cherries (22)
Milk, Whole (11)
Pizza, Plain (80)
Apricots, Canned (64)
Banana (46)
Beans, Baked (46)
Corn, Sweet (37)
Corn Chips (42)
Jelly Beans (80)
Honey (35)
Potato, Mashed (86)
Potato, Baked (60)
Fettuccine (32)
Pizza, Meat (30)
Grapes (43)
Ice Cream, (37)
Pears (33)
Cashews (22)

## GLYCEMIC INDEX: Important for Weight Loss and Health?

High glycemic index foods are high in simple carbohydrates and cause rapid increases in blood sugar. Low glycemic index foods enter the system more slowly because they contain more fiber and fat, which slow their absorption. Examples of high glycemic index foods are baked potatoes and jam, while lower glycemic index foods include rice and cooked corn. Scientists do not agree on the importance of glycemic index. People who eat meals high in simple sugar (high glycemic index) have higher risks of colon and breast cancer. High-fiber diets (low glycemic index) are associated with a lower risk of insulin resistance and diabetes. Calories, rather than dietary composition, are most important for determining fat loss. In people with insulin resistance, eating high glycemic index meals may promote abdominal fat deposition. It is best to include more fiber and restrict simple sugars in the diet. (Symposium: Is the Glycemic Index Important in Human Nutrition? (*Am J Clin Nutr* 76 (suppl): 261s-298s)





## MONKFISH: Great for Barbecuing

Grilling salmon or mahi-mahi is difficult because it usually dries out and falls apart before it's browned. An exception is monkfish— named for jazz great Thelonious Monk. The monkfish has a tough texture, similar to crab or lobster meat. In fact, it makes an excellent meat for dipping into cocktail sauce. Unlike most fish, you have to make sure you cook it long enough or it will taste rubbery and tough. This fish— like shark and striped bass— is best cooked well done. Cook the fish slowly and cut it into 1-1/2 inch strips so that it browns at the same rate that it cooks. (*The New York Times*, published online)





# WHY EGGS REALLY ARE THE PERFECT BREAKFAST

Consuming protein matters—not just how much, but when, according to researchers at the University of Birmingham. In a study of 120 people of all ages, scientists found that those who spread their protein intake out equally for breakfast, lunch, and dinner are likely to experience less age-related muscle mass loss than those who skimped on breakfast and loaded up at dinner. It'd be nice if you could compensate for a low-protein breakfast with a large steak at night, but it doesn't work that way since your body can only store so much protein at one time. "To maximize muscle growth, you need 30 to 40 grams of protein per meal," says lead study author Benoit Smeuninx. If you're an active guy in your 50s and weigh around 175 pounds, he recommends 32 grams of protein at breakfast—roughly two eggs, a cup of yogurt, and a bowl of fortified cereal. And don't forget to hit the gym: "The most important stimulus for building muscle remains exercise," he says. Aim for resistance training three days a week and at least 150 minutes (or five 30-minute sessions) of cardio conditioning weekly.



# YOU'RE STRETCHING YOUR HAMSTRINGS WRONG

Are your hamstrings perpetually wound tight like coils? Sports physiologists at the University of Wisconsin-La Crosse have the remedy: Foam rolling three times a week for 3x20 seconds per hamstring significantly improved flexibility without reducing athletic performance. Contrast that with static stretching, which "is like ripping Velcro apart," says study author John P. Porcari, Ph.D. "You can damage cross bridges in muscle fibers that allow them to contract and generate force." To properly roll out, "slowly work the entire length of the muscle, exerting as much force as you can tolerate; it generates friction, which builds heat, making the muscle more pliable."

## FOR A BETTER WORKOUT, BEAT IT

Searching for that extra kick-in-the-seat mid-run? Listen to songs with tempos between 170 and 190 beats per minute. A study from eCampus University in Italy found the faster the beat, the easier workouts feel, shifting focus away from discomfort, regulating mood, and boosting performance, creating a positive feedback loop. Try "Go Off" by M.I.A. [170 bpm], "Arabesque" by Coldplay [172 bpm], and "Follow God" by Kanye West [180 bpm].

## 400%

That's the potential increase in people experiencing "heat stress"—the body's inability to sufficiently cool itself through sweating—in the next 80 years, due to global warming, according to a Rutgers University report. Approximately 1.2 billion people will suffer from heat stress by 2100 without a major shift in environmental policy.

**MEN'S JOURNAL** (ISSN 1063-4651) is published 6 times a year in Jan/Feb, Mar/Apr, May/Jun, Jul/Aug, Sep/Oct, Nov/Dec, by Weider Publications LLC., a division of American Media LLC. 4 New York Plaza, 2nd Floor, New York, NY 10004. Periodical Rates Postage Paid at the New York, NY Post Office and at additional Mailing offices. Copyright © Weider Publications, LLC 2020 All rights reserved. Canada Post International Publications Mail Sale Agreement No. 40028566. Canadian B.N. 887465102RT0001. All materials submitted become the sole property of Weider Publications, LLC. and shall constitute a grant to Weider Publications, LLC., to use name, likeness, story, and all other information submitted of the person submitting the same for any and all purposes and cannot be used without permission in writing from Weider Publications, LLC. Men's Journal is not responsible for returning unsolicited manuscripts, photographs, letters or other materials. Weider Publications, LLC and American Media LLC publisher of Men's Journal, does not promote or endorse any of the products or services advertised by third-party advertisers in this publication. Nor does Weider Publications LLC or American Media LLC, verify the accuracy of any claims made in conjunction with such advertisements. Subscription rate is $24.00 for 1yr (6 issues). in U.S.A. In Canada 1yr (6 issue). $ 34.00. Outside of U.S.A. and Canada 1yr (6 issue). $45.00. U.S. Orders outside of U.S.A. must be prepaid in U.S. funds. For Customer Service and Back issues **call toll-free (800) 677-6367** or write to: Men's Journal, P.O. Box 37207, Boone, IA, 50037-0207. **SUBSCRIBERS:** If the postal service alerts us that your magazine is undeliverable, we have no further obligation unless we receive a corrected address within one year. **U.S. POSTMASTER:** Send all UAA to CFS (See DMM 507.1.5.2); **NON-POSTAL and MILITARY FACILITIES** send U.S. Address changes to: Men's Journal Magazine, P.O. Box 37207, Boone, IA 50037-0207. **CANADA POSTMASTER:** Send address changes to American Media LLC, PO Box 907 STN Main, Markham, ON L3P 0A7, Canada. From time to time we make our subscriber list available to companies who sell goods and services by mail that we believe would interest our readers. If you would rather not receive such mailings, please send your current mailing label to: Men's Journal, P.O. Box 37207, Boone, IA, 50037. Manuscripts, art or other submissions must be accompanied by a self-addressed, stamped envelope. **Printed in the U.S.A.**

# SUPPORT *immune* HEALTH

## Eating grapes contributes to a strong immune system.



### Grapes have over 1,600 natural plant compounds

Research into the potential impact to our health when consuming grapes suggests that the whole grape—which contains over 1,600 natural plant compounds, including antioxidants and other polyphenols—offers a range of intriguing health benefits when included in our daily diet.

### Grapes support immune function

Heart-healthy grapes may support immune health in multiple ways. Grapes' beneficial plant compounds help protect the health and function of cells, which is the foundation for good health. Grapes are a natural source of polyphenols including resveratrol and quercetin, which studies suggest may positively influence immune function.[1,2,3] Adequate hydration is critical to optimizing the immune response, and grapes are a hydrating food, containing about 82 percent water. Eating grapes has been shown to support heart, brain, and colon health, with promising findings in other areas too; maintaining healthy bodily systems is essential to preserving good health. Grapes are a good source of vitamin K, which research suggests may help maintain health during COVID-19.[4]

### A whole bunch of healthy

Scientists at some of the nation's most prestigious research institutions continue to study the potential health benefits derived from eating grapes every day. California's fresh grape farmers are committed to supporting continued research on grapes and their impact on heart health, eye health, brain health, joint health, and cell health. For now, just remember to...

**Go with grapes every day for a whole bunch of *healthy*.**

GRAPES FROM CALIFORNIA

A NATURAL SOURCE OF
ANTIOXIDANTS
NO FAT • NO CHOLESTEROL

GrapesfromCalifornia.com


Malaguarnera, L. (2019). Influence of Resveratrol on the Immune Response. *Nutrients*. 11(5).

lardo, S., Di Pietro, M., Mastromarino, P., & Sessa, R. (2020). Therapeutic Potential of Resveratrol Against Emerging Respiratory Viral Infections. *Pharmacology & Therapeutics*, 214, 107613.

ito, J.C.M., Lima, W.G., Cordeiro, L.P., & Da Cruz Nizer, W.S. (2021). Effectiveness of Supplementation with Quercetin-Type Flavonols for Treatment of Viral Lower Respiratory Tract Infections: stemic Review and Meta-Analysis of Preclinical Studies. *Phytotherapy Research*, 2021: 1-13.

offerhoff, A.S., Piscaer, I., Schurgers, L.J., Visser, M.P.J., et al. (2020). Reduced Vitamin K Status as a Potentially Modifiable Risk Factor of Severe Coronavirus Disease. *Clinical Infectious Diseases*.

# HIGH INSULIN Promotes Obesity

In 1992, Dr. Gerry Reaven published a revolutionary study that described Syndrome X— a group of health problems linked to faulty blood sugar management in the body. His theory is that insulin resistance causes high blood pressure, excess insulin production, increased blood-clotting speed, high blood fats, lower good cholesterol (HDL) and abdominal fat deposition. These conditions promote heart disease. America is in the midst of an obesity epidemic. Scientists from the Joslin Diabetes Center found that insulin receptor density in fat cells was important for promoting obesity. People who eat high amounts of simple sugar and don't get enough exercise secrete more insulin and develop insulin resistance— both of which promote abdominal obesity. (Dev Cell, 3: 25-38)



MARK CHRISTIANS #35285
DEPARTMEN
STATE PEN
P.O. Box 5911
Sioux Falls, SD 57117-5911
Address Service Requested

NEOPOST
12/17/2021
US POSTAGE $007.95º
PRIORITY MAIL
ZIP 57104
041M11461503

UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
400 S. PHILLIPS AVE., ROOM 128
SIOUX FALLS, SD 57104

X-RAYED BY
SOUTH DAKOTA
CSO