Eric J. Coon #25665
South Dakota State Penitentiary
Box 5911
Sioux Falls, SD 57117-5911

UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

| | |
|---|---|
| Mark Christians,<br>Plaintiff.<br><br>Vs.<br><br>Darin Young et al. | CIV NO: 20 -4083-LLP<br><br>**AFFIDAVIT OF<br>ERIC J. COON** |

I Eric James Coon, write this affidavit in support of the above entitled action. Everything enclosed herein, is true and accurate to the best of my knowledge.

I am an inmate in the South Dakota State Penitentiary, currently housed in the Jameson Annex portion which is located in Sioux Falls.

For the past several years I have suffered from severe arthritis due to a combination of things such as deteriorating health, weight gain etc.

While serving time for past twenty plus years, I have been very active in running and working out to stay healthy in an unhealthy environment. While doing this, I relied on the food served here at the South Dakota State Penitentiary, more specifically CBM/Summit to provide the nutrition that my body needs to not only heal from all the working out, But to maintain a healthy body and immune system.

In 2014, I ruptured my meniscus in my left knee. This injury was a none activity injury as I was not doing anything other than walking when it tore. The Penitentiary Nursing staff and officials failed to treat this injury for three years. In this time, I was seen by a number of specialists and am currently seeing a Rhumotologist(sp) for my current condition which is severe arthritis in most of my joints throughout my body.

In a discussion with my doctor, It was determined that improper nutrition could be a major factor in my joint injuries and arthritis issues.
In this, My current doctor had placed me on a nutritional drink called boost for all the vitamins and nutrition that our current food supplier is not giving to us in our daily menu such as all meat products are processed or "Mechanically Separated."

I have also been told by the current Health care provider, that There is nothing that they could do for me as far as getting me on a better diet tray as those trays are more nutritionally deficient than the regular trays. This is due to CBM/Summit having full control of the menu's and dietary supplements that they provide as it is contractual.

I have analyzed the current contract that was signed between the Department of Corrections and the food service provider CBM/Summit. As it stands, this contract is not being followed at all. Some examples have to do with the quality of the food they are supposed to feed us such as grade A and B meats and fish products, fresh fruits, etc. None of what the contract states should be in the menu and provided to the inmates in South Dakota's Department of Correction, is actually on food lines in the states facilities. As such, I should also note that proper amounts of vegetables is a very important part of maintaining a healthy immune system, Summit allows for a four ounce portion per day, not even close to the national average of what a person should

consume. I have also noticed that the main course menu's such as "Hearty Meat Gravy,"Jambalyia's," noodle or potato meals in which are supposed to have meat in it, have very little of that which provides no nutrition or proteins on any of our trays. As a trained Paralegal, this is very concerning as there is a huge substandard quality of meats and other foods provided to the inmates on a daily basis. This in my opinion is contributing to all of the inmates health, everything from diabetes to joint failures and tendon failures. I have reviewed the statistics from when CBM/Summit took over the catering of the foods to the inmates in this state. I have noticed an incline in knee injuries and surgeries as well as more and more health issues happening in the inmate population. Studies have shown over and over that the lack of proper nutrition such as fruits and vegetables as well as a steady diet of meat products for the proper protein balance along with other foods, is necessary to maintain a healthy body and immune system. This food service provides no meat products that are healthy for human consumption, they provide no fresh fruit, no fish products, no real meats of value, in which is contributing to my health failure. this is my observation and personal experience with the food provided by CBM/Summit.

This concludes my Affidavit.

Sworn and subscribed before me on this 20 day of December, 2021

Hayley Buol
NOTARY PUBLIC

HAYLEY BUOL
SEAL NOTARY PUBLIC SOUTH DAKOTA SEAL

[signature]
Eric J. Coon #25665

My Commission Expires: 3-19-24

MARK CHRISTIANS #35285
DEPARTMENT OF CORRECTIONS
STATE PENITENTIARY
P.O. Box 5911
Sioux Falls, SD 57117-5911
*Address Service Requested*

73

SIOUX FALLS SD 570
23 DEC 2021 PM 2 L

NEOPOST
FIRST-CLASS MAIL
12/23/2021
US POSTAGE $000.73º
ZIP 57104
041M11461503

UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
400 S. PHILLIPS AVE., ROOM 128
SIOUX FALLS, SD 57104

57104-685128

X-RAYED BY
SOUTH DAKOTA
CSO