# Correspondence

| | |
|---|---|
| Date: | October 12, 2021 |
| Patient Name: | MARK ANTHONY CHRISTIANS |
| ID Number: | 35285 |
| Patient Cell: | JPA-UNIT B-BLUE-82 |

You have been scheduled for an appointment with a provider in the community. Due to policy, information regarding the date or time may not be disclosed to you.

You have been scheduled for:

An MRI

Staff: Health Services AGITCHEL



00031400071352

3570TYL98 00

Uncooked
# Chicken Pattie Fritters

INGREDIENTS: Chicken, water, salt, sodium phosphates.
BREADED WITH: Bleached wheat flour, water, wheat flour, modified corn starch, spice, potassium chloride, sea salt, wheat gluten, salt, paprika, dextrose, yeast, garlic powder, leavening (sodium acid pyrophosphate, sodium bicarbonate, ammonium bicarbonate, monocalcium phosphate), natural flavors with extractives of paprika, corn starch. Breading set in vegetable oil.
**CONTAINS: WHEAT.**

Uncooked: For safety, product must be cooked to an internal temperature of 165°F as measured by a thermometer.
PREPARATION: Appliances vary, adjust accordingly.
DEEP FRY: 360°F for 3 minutes 20 seconds to 5 minutes 30 seconds from frozen.

(01) 00031400071352 (10) 3570TYL98 (21) 00788822

DISTRIBUTION
KANSAS 72765-2020 U.S.A.
S AND DISTRIBUTION

**KEEP FROZEN**

**NET WT 20 LBS**

**5314** 8 6 1

## Nutrition Facts

Serving Size 4 oz (112g)
Servings Per Container About 80

| Amount Per Serving | |
|---|---|
| **Calories** 280 Calories from Fat 150 | |
| | **% Daily Value*** |
| **Total Fat** 17g | **26%** |
| Saturated Fat 3g | **15%** |
| *Trans Fat* 0g | |
| Polyunsaturated Fat 6g | |
| Monounsaturated Fat 8g | |
| **Cholesterol** 45mg | **15%** |
| **Sodium** 490mg | **20%** |
| **Total Carbohydrate** 18g | **6%** |
| Dietary Fiber 1g | **4%** |
| Sugars 0g | |
| **Protein** 14g | **28%** |
| Vitamin A 2% • Vitamin C 0% | |
| Calcium 2% • Iron 6% | |

*Percent Daily Values are based on a 2,000 calorie diet.

LL#11117877

SPARE TIME®

**5314** 8 6 1

**3570TYL98 00**

Uncooked
# Chicken Pattie Fritters

00031400071352

(01) 00031400071352 (10) 3570TYL98 (21) 00788822

MARK CHRISTIANS #35285
SOUTH DAKOTA STATE PENITENTIARY
P.O BOX 5911
SIOUX FALLS, SD 57117

AUGUST 15, 2021

CANDACE SNYDER - DIRECTOR OF OPERATIONS
SOUTH DAKOTA DEPARTMENT OF CORRECTIONS
3200 EAST HWY 34
PIERRE, SD 57501

DEAR CANDY SNYDER,

MY NAME IS MARK CHRISTIANS AND I AM AN INMATE AT JAMESON ANNEX IN SIOUX FALLS. THE PURPOSE OF THIS LETTER IS TO INFORM YOU THAT THE AGREEMENT FOR FOOD SERVICES BETWEEN SUMMIT FOOD SERVICE AND THE SDDOC IS BEING VIOLATED AND NOT ADHERED TO. AS YOUR SIGNATURE IS ON THE CONTRACT I WAS HOPING YOU CAN INFORM ME OF WHO IS TO BE ENFORCING THIS CONTRACT, PERHAPS YOURSELF?

THE VIOLATIONS ARE AS FOLLOWS:

UNDER III. CONTRACTOR RESPONSIBILITIES; C. PROCUREMENT OF FOOD; 1. STANDARDS AND GRADES. THESE ARE NOT BEING MET. WE ARE ABLE TO VERIFY THIS BY THE LABLES ON THE FOOD ITEMS.

ALSO UNDER D. MEAL SERVICE; 5. MENU PLANNING: THE DIETARY GUIDELINES FOR AMERICANS AND THE USDA MYPLATE GUIDE ARE NOT BEING MET. I HAVE COPIES OF BOTH THE 2015-2020 AND 2020-2025 EDITIONS AND CAN ASSURE YOU THE MENU WE ARE EATING FROM DOES NOT FOLLOW THESE GUIDELINES. IF YOU NEED SPECIFIC EXAMPLES I CAN PROVIDE THOSE.

UNDER SUB-SECTION C. OF MENU PLANNING THE NAMES OF MENU COMPONENTS ARE ALSO NOT BEING SPECIFIED SUCH AS "CANNED FRUIT."

SUB-SECTION G. REQUIRES SURVEY OR COMMENT CARDS TO MONITOR INMATE SATISFACTION. NONE HAVE BEEN GIVEN, EVER.

UNDER 7. RECIPIES AND PRODUCTIONSTANDARDS. RECIPIES ARE ALTERED FROM MEAL TO MEAL AND SHOWS IN THE INCONSISTENCY OF WHAT IS BEING SERVED.

11. QUALITY ASSURANCE; COMPLAINTS AND GRIEVANCES GO UNANSWERED AND UNRESOLVED.

UNDER LETTER R. FOOD SERVICE TRAINING FOR INMATES. THERE IS NO TRAINING PROGRAM FOR INMATES NOR ANYTHING SUGGESTING A PROGRAM WITH SEPERATE COMPONENTS WHERE INMATES WOULD RECEIVE CERTIFICATES AS OUTLINED IN THIS SECTION. PERHAPS THIS MAY EXPLAIN WHY THE FOOD IS SO OFTEN TERRIBLE AND RECIPIES ARE NOT BEING FOLLOWED.

I CAN PERSONALLY ATTEST TO THESE VIOLATIONS AS WELL AS [illegible]

OTHER INMATES. WILL YOU PLEASE PROVIDE ME WITH THE NAMES OF THE INDIVIDUALS WHO ARE RESPONSIBLE FOR ENFORCING THIS CONTRACT SO I CAN BEGIN COMMUNICATION WITH THEM IN ORDER TO RESOLVE SOME COMPLAINTS? IF THE RESPONSIBILITY LIES WITH YOU, WILL YOU PLEASE INFORM ME WHAT WILL BE DONE TO ENSURE PROPER DIETS TO THE SET GOVERNMENT STANDARDS AMONGST THE OTHER CONTRACT VIOLATIONS? THANK-YOU FOR YOUR TIME AND ATTENTION TO THIS MATTER. A RESPONSE IS REQUESTED.

SINCERELY,

MARK A. CHRISTIANS

JAN. 1, 2020

| FOOD No. | DESCRIPTION | AMT. | CALORIES | PROTEIN | TOTAL FAT | CARBOHYDRATE |
|---|---|---|---|---|---|---|
| 660 | CORN TORTILLA | 3 EACH | 174 | 3 | 3 | 36 |
| 173 | HASHBROWNS | 1c. | 326 | 4 | 22 | 33 |
| 885 | TURKEY | 3oz. | 133 | 25 | 3 | Ø |
| 269 | APPLESAUCE | 1/2 c. | 97 ~~199~~ | Tr | Tr | ~~51~~ 26 |
| 159 | MARGARINE | 1tsp | 34 | Tr | 4 | Tr |
| | BRK TOTAL | – | 764 | 32 | 32 | 195 |
| 660 | CORN TORTILLA | 3 EACH | 174 | 3 | 3 | 36 |
| 1175 | MASHED POTATOES | .5c | 243 | 6 | 2 | 56 |
| 888 | CRUMBLED TURKEY ~~GROUND MEAT~~ | 1/3 cup ~~2oz~~ | 75 | 9 | 4 | Ø |
| 1053 | GREEN BEANS | 1/2c. | 14 | 1 | Tr | 3 |
| 269 | APPLESAUCE | 1/4c. | 49 | Tr | Tr | 13 |
| | LUN TOTAL | – | 555 | 25 | 9 | 108 |
| 660 | CORN TORTILLA | 3 EACH | 174 | 3 | 3 | 36 |
| 885 | TURKEY | 2oz | 89 | 17 | 1 | Ø |
| 1168 | BOILED POTATOES | 1c | 134 | 3 | Tr | 31 |
| 1083 | CARROTS | 1/2c | 27 | 1 | Tr | 6 |
| 269 | APPLESAUCE | 1/4c | 49 | Tr | Tr | 13 |
| 159 | MARGARINE | 1tsp | 34 | Tr | 4 | Tr |
| | | – | 507 | 24 | 8 | 86 |
| | DAILY TOTAL | – | 1826 | 81 | 49 | 289 |
| | MACRO CAL | | 1921 | 324 | 441 | 1156 |
| | MACRO % | | | .17% | .23% | .60% |

| FOOD NO. | DESCRIPTION | AMT | CALORIES | PROTEIN | FAT | CARBS | FOOD |
|---|---|---|---|---|---|---|---|
| | CORN TORTILLAS | 3 EACH | 174 | 3 | 3 | 36 | |
| | TURKEY | 1 OZ | 44 | 8 | 1 | Ø | |
| | MILK | 8 OZ | 88 | 8 | Tr | 12 | |
| | CHEX | 1 C. | 113 | 2 | Tr | 26 | |
| | CANNED PEARS | 1/2 C | 94 | 1 | Tr | 26 | |
| | BRK TOTAL | — | 433 | 22 | 4 | 100 | |
| | PEANUT BUTTER | 1 OZ | 190 | 7 | 16 | 6 | |
| | JELLY | 1 PK | 40 | Tr | Tr | 10 | |
| | CANNED PEARS | 1/2 C | 94 | 1 | Tr | 26 | |
| | GREEN BEANS | 1/2 C | 14 | 1 | Tr | 3 | |
| | FRIED POTATOES | 1 C. | 326 | 4 | 22 | 33 | |
| | CORN TORTILLAS | 3 EACH | 174 | 3 | 3 | 36 | |
| | LUN TOTAL | — | 838 | 16 | 41 | 114 | |
| | CORN TORTILLA | 3 EACH | 174 | 3 | 3 | 36 | |
| | WHITE RICE | 1 C. | 205 | 4 | Tr | 45 | |
| | GROUND POULTRY | 1/2 C | 75 | 9 | 4 | Ø | |
| | COOKED CARROTS | 1/2 C | 27 | 1 | Tr | 6 | |
| | MARGARINE PAT | 1 TSP | 34 | Tr | 4 | Tr | |
| | DIN TOTAL | | 455 | 17 | 11 | 87 | |
| | DAILY TOTALS | | 1726 | 55 | 56 | 301 | |
| | MACRO CALORIES | | 1928 | 220 | 504 | 1204 | |
| | MACRO PERCENTAGE | | | 12 % | 26 % | 63 % | |

JAN 3. 2020

| BS | FOOD NO. | DESCRIPTION | AMT | CALORIES | PROTEIN | FAT | CARBS |
|---|---|---|---|---|---|---|---|
| 36 | | CORN TORTILLA | 3 EACH | 174 | 3 | 3 | 36 |
| Ø | | EGGS | 2.5 oz | 66 | 5 | 4 | 1 |
| 12 | | JELLY | 1 PK | 40 | Tr | Tr | 10 |
| 26 | | HASHBROWNS | 1.5 c | 326 | 4 | 22 | 33 |
| 26 | | GRITS | 1 c | 145 | 3 | Tr | 31 |
| 100 | | BRK TOTAL | — | 751 | 15 | 29 | 111 |
| 6 | | CORN TORTILLA | 3 EACH | 174 | 3 | 3 | 36 |
| 10 | | TURKEY | 2 oz | 89 | 17 | 1 | Ø |
| 26 | | COOKED CARROTS | ½ c | 27 | 1 | Tr | 6 |
| 3 | | APPLE SAUCE | ½ c | 97 | Tr | Tr | 26 |
| 33 | | MASHED POTATOES | 1.5 c | 243 | 6 | 2 | 56 |
| 36 | | MARGARINE | 1 tsp | 34 | Tr | 4 | Tr |
| 114 | | LUN TOTAL | — | 664 | 27 | 7 | 124 |
| 36 | | CORN TORTILLA | 3 EACH | 174 | 3 | 3 | 36 |
| 45 | | GROUND POULTRY | ½ c | 75 | 9 | 4 | Ø |
| Ø | | COOKED CARROTS | ½ c | 27 | 1 | Tr | 6 |
| 6 | | FRIED POTATOES | 1 c | 326 | 4 | 22 | 33 |
| Tr | | APPLESAUCE | ¼ c | 49 | Tr | Tr | 13 |
| 87 | | MARGARINE | 1 tsp | 34 | Tr | 4 | Tr |
| 307 | | DIN TOTAL | — | 685 | 17 | 33 | 88 |
| 1204 | | DAILY TOTALS | | 2105 | 59 | 69 | 323 |
| 63 % | | MACRO CALORIES | | 2149 | 236 | 621 | 1292 |
| | | MACRO PERCENT | | | 11% | 29% | 60% |

JAN 4, 2020

| DESCRIPTION | AMT. | CALORIES | PROTEIN | FAT | CARBS |
|---|---|---|---|---|---|
| CORN TORTILLA | 3 EACH | 174 | 3 | 3 | 36 |
| GRITS | 1c. | 145 | 3 | Tr | 31 |
| PEANUT BUTTER | 1 oz | 190 | 7 | 16 | 6 |
| JELLY | 1 PK. | 40 | Tr | Tr | 10 |
| CANNED PEARS | 1/2 C | 94 | 1 | Tr | 26 |
| MILK (1%) | 8 oz | 102 | 8 | 3 | 12 |
| BRK TOTAL | — | 745 | 22 | 22 | 121 |
| CORN TORTILLA | 3 EACH | 174 | 3 | 3 | 36 |
| GROUND POULTRY | 1/4 C. | 38 | 5 | 2 | Ø |
| FRIED POTATOES | 1 C. | 326 | 4 | 22 | 33 |
| COOKED PEAS/CARROTS | 1/2 C. | 45 | 3 | Tr | 5 |
| APPLE SAUCE | 1/2 C. | 97 | Tr | Tr | 26 |
| LUN TOTAL | — | 680 | 15 | 27 | 100 |
| CORN TORTILLA | 3 EACH | 174 | 3 | 3 | 36 |
| GROUND POULTRY | 1/2 C | 75 | 9 | 4 | Ø |
| CORN | 1/2 C | 66 | 3 | 1 | 16 |
| BEANS | 1/2 C | 95 | 6 | Tr | 18 |
| JELLY | 1 PK | 40 | Tr | Tr | 10 |
| DIN TOTAL | — | 430 | 21 | 8 | 80 |
| DAILY TOTAL | | 1855 | 58 | 57 | 301 |
| MACRO CAL | | 1949 | 232 | 513 | 1204 |
| MACRO % | | | 12% | 26% | 62% |

JAN, 5, 2020

| RBS | DESCRIPTION | AMT | CALORIES | PROTEIN | FAT | CARBS |
|---|---|---|---|---|---|---|
| 36 | CORN TORTILLA | 3 EACH | 174 | 3 | 3 | 36 |
| | TURKEY | 3 oz | 133 | 25 | 3 | Ø |
| 6 | CHEX | 1 c | 113 | 2 | Tr | 26 |
| 10 | APPLE SAUCE | 1/2 c | 97 | Tr | Tr | 26 |
| 26 | MILK (1%) | 8 oz | 102 | 8 | 3 | 12 |
| 12 | BRK TOTAL | — | 619 | 38 | 9 | 100 |
| 21 | CORN TORTILLA | 3 EACH | 174 | 3 | 3 | 36 |
| 36 | TURKEY | 3 oz | 133 | 25 | 3 | Ø |
| Ø | CARROTS COOKED | 1/2 c | 27 | 1 | Tr | 6 |
| 33 | MASHED POTATOES | 1.5 c | 365 | 9 | 3 | 84 |
| 5 | JELLY | 1 PK | 40 | Tr | Tr | 10 |
| 26 | PEARS | 1/2 c | 94 | 1 | Tr | 26 |
| 00 | LUN TOTAL | — | 834 | 39 | 9 | 162 |
| 36 | CORN TORTILLA | 3 EACH | 174 | 3 | 3 | 36 |
| Ø | WHITE RICE | 1.5 c | 308 | 6 | Tr | 68 |
| 16 | APPLE SAUCE | 1/4 c | 97 | Tr | Tr | 26 |
| 8 | COOKED CARROTS | 1/2 c | 27 | 1 | Tr | 6 |
| 10 | GROUND POULTRY | 1/2 c | 75 | 9 | 4 | Ø |
| 80 | DIN TOTAL | | 681 | 19 | 7 | 136 |
| 01 | DAILY TOTAL | | 2134 | 96 | 25 | 398 |
| 4 | MACRO CAL | | 2201 | 384 | 225 | 1592 |
| % | MACRO % | | | 17% | 10% | 72% |

| DESCRIPTION | AMT. | CALORIES | PROTEIN | FAT | CARBS |
|---|---|---|---|---|---|
| CORN TORTILLAS | 3EACH | 174 | 3 | 3 | 36 |
| PEANUT BUTTER | 1oz | 190 | 7 | 16 | 6 |
| JELLY | 1PK | 40 | Tr | Tr | 10 |
| CANNED PEARS | 1/2 c | 94 | 1 | Tr | 26 |
| GRITS | 1.5 c | 218 | 5 | Tr | 47 |
| MILK 1% | 8oz | 102 | 8 | 3 | 12 |
| BRK TOTAL | — | 818 | 24 | 22 | 137 |
| CORN TORTILLA | 3EACH | 174 | 3 | 3 | 36 |
| TURKEY | 3oz | 133 | 25 | 3 | Ø |
| MASHED POTATOES | 1.5 c | 365 | 9 | 3 | 84 |
| CORN | 1/2 c | 66 | 3 | 1 | 16 |
| APPLESAUCE | 1/4 c | 97 | Tr | Tr | 26 |
| LUN TOTALS | — | 835 | 40 | 10 | 162 |
| CORN TORTILLA | 3 EACH | 174 | 3 | 3 | 36 |
| GROUND POULTRY | 1/2 c | 75 | 9 | 4 | Ø |
| WHITE RICE | 1.5 c | 308 | 6 | Tr | 68 |
| APPLESAUCE | 1/2 c | 97 | Tr | Tr | 26 |
| COOKED CARROTS | 1/2 c | 27 | 1 | Tr | 6 |
| WHIPPED MARGAINE | 1tsp | 34 | Tr | 4 | Tr |
| DIN TOTAL | — | 715 | 19 | 11 | 136 |
| GRAND TOTAL | — | 2368 | 83 | 43 | 435 |
| MACRO CALORIES | | 2459 | 332 | 387 | 1740 |
| MACRO PERCENTAGE | | | 14% | 16% | 71% |

JAN. 7, 2020

| DESCRIPTION | AMT. | CALORIES | PROTEIN | FAT | CARBS |
|---|---|---|---|---|---|
| CORN TORTILLA | 3 EACH | 174 | 3 | 3 | 36 |
| PEANUT BUTTER | 1 oz | 190 | 7 | 16 | 6 |
| JELLY | 1 PK | 40 | Tr | Tr | 10 |
| * HASHBROWNS | 1.5 c | 326 | 4 | 22 | 33 |
| CHEX | 1 c. | 113 | 2 | Tr | 26 |
| MILK (1%) | 8 oz | 102 | 8 | 3 | 12 |
| BRK TOTAL | — | 945 | 24 | 44 | 93 |
| CORN TORTILLA | 3 EACH | 174 | 3 | 3 | 36 |
| PEANUTBUTTER | 1 oz | 19 | 7 | 16 | 6 |
| JELLY | 1 PK | 40 | Tr | Tr | 10 |
| BAKED POTATOES | 1 c. | 220 | 5 | Tr | 51 |
| CORN | 1/2 c | 66 | 3 | 1 | 16 |
| APPLESAUCE | 1/2 c | 97 | Tr | Tr | 26 |
| LUN TOTAL | — | 646 | 18 | 20 | 109 |
| CORN TORTILLA | 3 EACH | 174 | 3 | 3 | 36 |
| TORTILLA CHIPS | 1 oz | 142 | 2 | 7 | 18 |
| GROUND POULTRY | 1/2 c | 75 | 9 | 4 | Ø |
| CORN | 1/4 c. | 66 | 3 | 1 | 16 |
| APPLESAUCE | 1/4 c. | 48 | Tr | Tr | 13 |
| JELLY | 1 PK | 40 | Tr | Tr | 10 |
| DIN TOTAL | | 545 | 17 | 15 | 93 |
| DAILY TOTAL | | 2106 | 59 | 79 | 295 |
| MACRO CALORIES | | 2127 | 236 | 711 | 1180 |
| MACRO PERCENTAGE | | | 11% | 33% | 55% |

JAN. 8, 2020

| DESCRIPTION | AMT | CALORIES | PROTEIN | FAT | CARBS |
|---|---|---|---|---|---|
| CORN TORTILLAS | 3 EACH | 174 | 3 | 3 | 36 |
| CHEX | 1c | 113 | 2 | Tr | 26 |
| MILK (1%) | 8oz | 102 | 8 | 3 | 12 |
| MARGARINE PAT | 1 EACH | 34 | Tr | 4 | Tr |
| APPLESAUCE | 1/2 c. | 97 | Tr | Tr | 26 |
| EGGS | 3oz | 66 | 5 | 4 | 1 |
| HASHBROWNS | 1/2 c. | 163 | 2 | 11 | 17 |
| BRK TOTAL | = | 749 | 20 | 25 | 118 |
| CORN TORTILLA | 3 EACH | 174 | 3 | 3 | 36 |
| GROUND POULTRY | 1/4 c | 38 | 5 | 2 | Ø |
| GREENBEANS | 1/4 c | 7 | 1 | Tr | 2 |
| WHITE RICE | 1.5c | 308 | 6 | Tr | 68 |
| APPLESAUCE | 1/2 c | 97 | Tr | Tr | 26 |
| JELLY | 1 PK | 40 | Tr | Tr | 10 |
| LUN TOTAL | = | 664 | 15 | 5 | 142 |
| CORN TORTILLAS | 3 EACH | 174 | 3 | 3 | 36 |
| TURKEY | 1oz | 44 | 8 | 1 | Ø |
| GREEN BEANS | 1/4 c | 7 | 1 | Tr | 2 |
| NOODLES | 1.5c | 296 | 11 | 2 | 60 |
| JELLY | 1 PK | 40 | Tr | Tr | 10 |
| DIN TOTAL | = | 561 | 23 | 6 | 108 |
| DAILY TOTAL | = | 1974 | 58 | 36 | 368 |
| MACRO CALORIES | = | 2028 | 232 | 324 | 1472 |
| MACRO PERCENT | = | | 11% | 16% | 73% |

JAN. 9, 2020

| ARBS | DESCRIPTION | AMT. | CALORIES | PROTEIN | FAT | CARBS |
|---|---|---|---|---|---|---|
| 36 | CORN TORTILLAS | 3 EACH | 174 | 3 | 3 | 36 |
| 26 | CHEX | 1 c. | 113 | 2 | Tr | 26 |
| 12 | MILK (1%) | 8 oz | 102 | 8 | 3 | 12 |
| Tr | CANNED PEARS | 1 c. | 197 | 1 | Tr | 51 |
| 26 | PEANUT BUTTER | 1 oz | 190 | 7 | 16 | 6 |
| 1 | JELLY | 1 PK | 40 | Tr | Tr | 10 |
| 17 | BRK TOTAL | — | 816 | 21 | 22 | 141 |
| 118 | BUN | 1 EACH | 174 | 3 | 3 | 36 |
| 36 | CHICKEN PATTY | 1 EACH | 280 | 14 | 17 | 18 |
| Ø | CORN CHIPS | 1 oz | 153 | 2 | 9 | 16 |
| 2 | CARROTS COOKED | 1/2 c. | 27 | 1 | Tr | 6 |
| 68 | COOKIE | 1 EACH | 72 | 1 | 3 | 10 |
| 26 | SALAD DRESSING | 1 PK | 59 | Tr | 6 | 2 |
| 10 | LUN TOTAL | — | 765 | 21 | 38 | 88 |
| 142 | CORN TORTILLAS | 3 EACH | 174 | 3 | 3 | 36 |
| 36 | TURKEY | 3 oz | 133 | 25 | 3 | Ø |
| Ø | MASHED POTATOES | 1 c. | 243 | 6 | 2 | 56 |
| 2 | COOKED CARROTS | 1/4 c. | 14 | 1 | Tr | 3 |
| 60 | JELLY | 1 PK | 40 | Tr | Tr | 10 |
| 10 | DIN TOTAL | — | 604 | 35 | 8 | 105 |
| 108 | DAILY TOTAL | | 2185 | 77 | 68 | 334 |
| 368 | MACRO calories | | 2256 | 308 | 612 | 1336 |
| 1472 | MACRO % | | | 14% | 27% | 59% |
| 73% | | | | | | |

JAN. 10, 2020

| DESCRIPTION | AMT | CALORIES | PROTEIN | FAT | CALORIES |
|---|---|---|---|---|---|
| CORN TORTILLA | 3EACH | 174 | 3 | 3 | 36 |
| MILK (1%) | 8oz | 102 | 8 | 3 | 12 |
| CHEX | 1c. | 113 | 2 | Tr | 26 |
| FRIED POTATOES | 1.5c | 489 | 6 | 33 | 50 |
| TURKEY | 1oz | 44 | 8 | 1 | Ø |
| BRK TOTAL | — | 922 | 27 | 40 | 124 |
| CORN TORTILLA | 3EACH | 174 | 3 | 3 | 36 |
| GROUND POULTRY | 1/2c | 75 | 9 | 4 | Ø |
| MEXICAN RICE | 1c. | 205 | 4 | Tr | 45 |
| GREEN BEANS | 1/2c. | 14 | 1 | Tr | 3 |
| CANNED PEARS | 1/2c. | 94 | 1 | Tr | 26 |
| LUN TOTAL | — | 562 | 18 | 7 | 110 |
| CORN TORTILLA | 3EACH | 174 | 3 | 3 | 36 |
| WHITE RICE | 1.5c | 308 | 6 | Tr | 68 |
| GROUND POULTRY | 1/4c | 38 | 5 | 2 | Ø |
| GREEN BEANS | 1/2c | 14 | 1 | Tr | 3 |
| JELLY | 1PK | 40 | Tr | Tr | 10 |
| DIN TOTAL | | 574 | 15 | 5 | 117 |
| DAILY TOTALS | | 2058 | 60 | 52 | 351 |
| MACRO CALORIES | | 2112 | 240 | 468 | 1404 |
| MACRO % | | | 11% | 22% | 67% |

JAN. 11, 2020

| ALORIES | DESCRIPTION | AMT | CALORIES | PROTEIN | FAT | CARBS |
|---|---|---|---|---|---|---|
| 36 | CORN TORTILLA | 3 EACH | 174 | 3 | 3 | 36 |
| 12 | MILK (1%) | 8 oz | 102 | 8 | 3 | 12 |
| 26 | OATMEAL | 1.5 c | 145 | 6 | 2 | 25 |
| 50 | TURKEY | 2 oz | 89 | 17 | 1 | Ø |
| Ø | JELLY | 1 PK | 40 | Tr | Tr | 10 |
| 124 | BRK TOTAL | | 550 | 34 | 9 | 83 |
| 36 | CORN TORTILLA | 3 EACH | 174 | 3 | 3 | 36 |
| Ø | GROUND POULTRY | ½ c | 75 | 9 | 4 | Ø |
| 45 | CORN | ½ c | 66 | 3 | 1 | 16 |
| 3 | APPLESAUCE | ½ c | 97 | Tr | Tr | 26 |
| 26 | WHIPPED MARGARINE | 1 TSP | 78 | TR | 9 | Ø |
| 110 | LUN TOTAL | | 490 | 15 | 17 | 78 |
| 36 | CORN TORTILLA | 3 EACH | 174 | 3 | 3 | 36 |
| 68 | GROUND POULTRY | ¼ c | 38 | 5 | 2 | Ø |
| Ø | GREEN BEANS | ¼ c | 7 | 1 | Tr | 2 |
| 3 | APPLESAUCE | ½ c | 97 | Tr | Tr | 26 |
| 10 | WHIPPED MARGARINE | 1 TSP | 78 | Tr | 9 | Ø |
| 117 | DIN TOTAL | | 394 | 9 | 14 | 64 |
| 351 | DAILY TOTAL | | 1434 | 58 | 40 | 225 |
| 404 | MACRO CALORIES | | 1492 | 232 | 360 | 900 |
| 67% | MACRO % | | | 15% | 24% | 60% |

APR 23, 2021

| ITEM | AMT | CALORIE | PROTEIN | FAT | CHOL | CARB | FIBER | IRON |
|---|---|---|---|---|---|---|---|---|
| CORN TORTILLA | 3 EACH | 174 | 3 | 3 | 0 | 36 | 4.2 | 1.2 |
| BUTTER | 1 TBS | 78 | Tr | 9 | 0 | 0 | 0.0 | 0.0 |
| GRITS | 3/4 c | 109 | 2 | Tr | 0 | 23 | .4 | 1.1 |
| EGGS | 1 EACH | 66 | 5 | 4 | 187 | 1 | 0 | 0.6 |
| HASHBROWNS | 1.5 c | 489 | 6 | 33 | 0 | 50 | 7.2 | 0.8 |
| BRK TOTAL | | 916 | 16 | 49 | 187 | 109 | 11.8 | 3.7 |
| CORN TORTILLA | 3 EACH | 174 | 3 | 3 | 0 | 36 | 4.2 | 1.2 |
| BUTTER | 1 TBS. | 78 | Tr | 9 | 0 | 0 | 0 | 0 |
| APPLE SAUCE | 1/4 c | 49 | Tr | Tr | 0 | 13 | 0.8 | 0.2 |
| MSP | 1/2 c | 149 | 18 | 9 | 65 | 0 | 0.0 | 1.2 |
| LUN TOTAL | | 450 | 21 | 21 | 65 | 49 | 5.0 | 2.6 |
| CORN TORTILLA | 3 EACH | 174 | 3 | 3 | 0 | 36 | 4.2 | 1.2 |
| BUTTER | 1 TBS | 78 | Tr | 9 | 0 | 0 | 0 | 0 |
| APPLE SAUCE | 1/2 c | 98 | Tr | Tr | 0 | 26 | 1.6 | 0.4 |
| MSP | 1/2 c | 149 | 18 | 9 | 65 | 0 | 0.0 | 1.2 |
| WHITE RICE | 1.5 c | 308 | 6 | Tr | 0 | 68 | 0.9 | 2.9 |
| DIN TOTAL | | 807 | 27 | 21 | 65 | 130 | 6.7 | 5.7 |
| DAILY TOTAL | | 2173 | 64 | 91 | 317 | 288 | 23.5 | 12 |
| MACRO CAL. | | 2227 | 256 | 819 | | 1152 | | |
| MACRO % | | | 12% | 37% | | 52% | | |

APR 24, 2021

| ITEM | AMT | CALORIE | PROTEIN | FAT | CHOL | CARB | FIBER | IRON |
|---|---|---|---|---|---|---|---|---|
| CORN TORTILLA | 3 EACH | 174 | 3 | 3 | 0 | 36 | 4.2 | 1.2 |
| GRITS | 3/4 C. | 109 | 2 | Tr | 0 | 23 | .4 | 1.1 |
| HASHBROWNS | 1 C. | 326 | 4 | 22 | 0 | 33 | 3.1 | 1.3 |
| MSP | 1/2 C. | 149 | 18 | 9 | 65 | 0 | 0.0 | 1.2 |
| MILK 1% | 8 OZ | 102 | 8 | 3 | 10 | 12 | 0.0 | 0.1 |
| BRK TOTAL | | 860 | 35 | 37 | 75 | 104 | 7.7 | 4.8 |
| CORN TORTILLAS | 3 EACH | 174 | 3 | 3 | 0 | 36 | 4.2 | 1.2 |
| BUTTER PAT | 1 EACH | 34 | Tr | 4 | 0 | Tr | 0.0 | Tr |
| MSP | 1/2 C | 149 | 18 | 9 | 65 | 0 | 0.0 | 1.2 |
| WHITE RICE | 1.5 C | 308 | 6 | Tr | 0 | 68 | 0.9 | 2.9 |
| PEARS | 1/2 C | 99 | 1 | Tr | 0 | 26 | 2.2 | 0.3 |
| JELLO | 1/2 C | 8 | 1 | 0 | 0 | 1 | 0.0 | Tr |
| LUN TOTAL | | 772 | 29 | 16 | 65 | 131 | 7.3 | 5.6 |
| CORN CHIPS | 1 C. | 158 | 2 | 9 | 0 | 16 | 1.4 | 0.4 |
| MSP | 1/2 C | 149 | 18 | 9 | 65 | 0 | 0.0 | 1.2 |
| LETTUCE | 1/4 C | 2 | 1 | Tr | 0 | 1 | 0.2 | 0.1 |
| DIN TOTAL | | 309 | 21 | 18 | 65 | 17 | 1.6 | 1.7 |
| DAILY TOTAL | | 1941 | 85 | 71 | 205 | 252 | 16.6 | 12.1 |
| MACRO CAL. | | 1987 | 340 | 639 | | 1008 | | |
| MACRO % | | | 17% | 32% | | 51% | | |

APR 25, 2021

| IRON |
|---|
| 1.2 |
| 1.1 |
| 1.3 |
| 1.2 |
| 0.1 |
| 4.8 |
| 1.2 |
| Tr |
| 1.2 |
| 2.9 |
| 0.3 |
| Tr |
| 5.6 |
| 0.4 |
| 1.2 |
| 0.1 |
| 1.7 |
| 12.1 |

| ITEM | AMT | CALORIE | PROTEIN | FAT | CHOL | CARB | FIBER | IRON |
|---|---|---|---|---|---|---|---|---|
| CORN TORTILLA | 3 EACH | 174 | 3 | 3 | 0 | 36 | 4.2 | 1,2 |
| MSP | 1/4 c. | 75 | 9 | 5 | 33 | 0 | 0 | 0.6 |
| BOILED DEHYDRATED POTATOES | 1 c. | 134 | 3 | Tr | 0 | 31 | 1.4 | 0.2 |
| MILK 1% | 8 oz | 102 | 8 | 3 | 10 | 12 | 0.0 | 0.1 |
| BRK TOTAL | | 485 | 23 | 11 | 43 | 79 | 5.6 | 2.1 |
| CORN TORTILLA | 3 EACH | 174 | 3 | 3 | 0 | 36 | 4.2 | 1,2 |
| BUTTER | 1 TBS. | 78 | Tr | 9 | 0 | 0 | 0 | 0 |
| APPLE SAUCE | 1/2 c. | 98 | Tr | Tr | 0 | 26 | 1.6 | 0.4 |
| CRUMBLED TURKEY | 1/2 c. | 89 | 17 | 2 | 39 | 0 | 0.0 | 0.7 |
| MASHED POTATOES | 1 c. | 237 | 4 | 12 | 29 | 32 | 4.8 | 0.5 |
| LUN TOTAL | | 676 | 24 | 26 | 68 | 94 | 10.6 | 2.8 |
| CORN TORTILLA | 3 EACH | 174 | 3 | 3 | 0 | 36 | 4.2 | 1,2 |
| CORN CHIPS | 1/2 c | 158 | 2 | 9 | 0 | 16 | 1.4 | 0.4 |
| TURKEY SALAD | 1/4 c. | 75 | 9 | 5 | 33 | 0 | 0 | 0.6 |
| MIXED VEG. | 1 c. | 86 | 4 | 2 | 0 | 22 | 4.4 | 0.8 |
| DIN TOTAL | | 493 | 18 | 19 | 33 | 74 | 10.0 | 3.0 |
| DAILY TOTAL | | 1654 | 65 | 56 | 144 | 247 | 26.2 | 7.9 |
| MACRO CAL. | | 1752 | 260 | 504 | | 988 | | |
| MACRO % | | | 15% | 29% | | 56% | | |

APR 26, 2021

| ITEM | AMT | CALORIE | PROTEIN | FAT | CHOL | CARB | FIBER | IRON |
|---|---|---|---|---|---|---|---|---|
| CORN TORTILLA | 3 EACH | 174 | 3 | 3 | 0 | 36 | 4.2 | 1.2 |
| JELLY | 2 EACH | 80 | Tr | Tr | 0 | 20 | 0.2 | Tr |
| MILK 1% | 8 oz | 102 | 8 | 3 | 10 | 12 | 0.0 | 0.1 |
| CHEX | 1 c | 113 | 2 | Tr | 0 | 26 | 0.5 | 9.0 |
| SHREDDED HAM | 1/4 c | 69 | 6 | 5 | 18 | 0 | 0.0 | 0.2 |
| BRK TOTAL | | 538 | 19 | 11 | 28 | 94 | 4.9 | 10.5 |
| CORN TORTILLA | 3 EACH | 174 | 3 | 3 | 0 | 36 | 4.2 | 1.2 |
| NOODLES | 1.5 c | 296 | 11 | 2 | 0 | 60 | 2.7 | 3 |
| MEAT SAUCE | 1/4 c | 35 | 1 | 1 | 0 | 5 | 1.0 | 0.5 |
| PEARS | 1/2 c | 99 | 1 | Tr | 0 | 26 | 2.2 | 0.3 |
| LETTUCE | 1/4 c | 2 | 1 | Tr | 0 | 1 | 0.2 | 0.1 |
| LUN TOTAL | | 606 | 17 | 6 | 0 | 128 | 10.3 | 5.1 |
| CORN TORTILLA | 3 EACH | 174 | 3 | 3 | 0 | 36 | 4.2 | 1.2 |
| BUTTER | 1 TBS | 78 | Tr | 9 | 0 | 0 | 0 | 0 |
| PEARS | 1/2 c. | 99 | 1 | Tr | 0 | 26 | 2.2 | 0.3 |
| MSP | 1/2 c. | 149 | 18 | 9 | 65 | 0 | 0.0 | 1.2 |
| RICE (WHITE) | 1.5 c | 308 | 6 | Tr | 0 | 68 | 0.9 | 2.9 |
| DIN TOTAL | | 808 | 28 | 21 | 65 | 130 | 7.3 | 5.6 |
| DAILY TOTAL | | 1952 | 64 | 38 | 93 | 352 | 22.5 | 21.2 |
| MACRO CAL. | | 2006 | 256 | 342 | | 1408 | | |
| MACRO % | | | 13% | 17% | | 70% | | |

| ...ER | IRON |
|---|---|
| .2 | 1.2 |
| 2 | Tr |
| .0 | 0.1 |
| 5 | 9.0 |
| 0 | 0.2 |
| 9 | 10.5 |
| 2 | 1.2 |
| 7 | 3 |
| 0 | 0.5 |
| 2 | 0.3 |
| 2 | 0.1 |
| 3 | 5.1 |
| 2 | 1.2 |
| | 0 |
| 2 | 0.3 |
| 3 | 1.2 |
| 1 | 2.9 |
| 3 | 5.6 |
| .5 | 21.2 |

APR 27, 2021

| ITEM | AMT | CALORIE | PROTEIN | FAT | CHOL | CARB | FIBER | IRON |
|---|---|---|---|---|---|---|---|---|
| CORN TORTILLA | 3 EACH | 174 | 3 | 3 | 0 | 36 | 4.2 | 1.2 |
| PEANUT BUTTER | 1 oz | 180 | 6 | 16 | 0 | 6 | 1.6 | .5 |
| SHREDDED HAM | 1/2 c | 138 | 12 | 10 | 36 | 0 | 0.0 | 0.4 |
| HASHBROWNS | 1 c. | 326 | 4 | 22 | 0 | 33 | 3.1 | 1.3 |
| GRITS | 1/2 c | 73 | 2 | Tr | 0 | 16 | 0.3 | 0.8 |
| MILK 1% | 8 oz | 102 | 8 | 3 | 10 | 12 | 0.0 | 0.1 |
| BRK TOTAL | | 993 | 35 | 54 | 46 | 103 | 9.2 | 4.3 |
| CORN TORTILLA | 3 EACH | 174 | 3 | 3 | 0 | 36 | 4.2 | 1.2 |
| APPLE SAUCE | 1/4 c | 49 | Tr | Tr | 0 | 13 | -0.8 | 0.2 |
| BAKED BEANS | 1 c. | 236 | 12 | 1 | 0 | 52 | 12.7 | 0.7 |
| TURKEY SLICES | 2 oz. | 89 | 17 | 2 | 39 | 0 | 0.0 | 0.7 |
| IMITATION CHEESE | 1 EACH | 106 | 6 | 9 | 27 | Tr | 0.0 | 0.1 |
| LUN TOTAL | | 654 | 38 | 15 | 66 | 101 | 17.7 | 2.9 |
| CORN TORTILLA | 3 EACH | 174 | 3 | 3 | 0 | 36 | 4.2 | 1.2 |
| APPLE SAUCE | 1/4 c | 49 | Tr | Tr | 0 | 13 | 0.8 | 0.2 |
| HAM BUTT | 2 oz | 138 | 12 | 10 | 36 | 0 | 0.0 | 0.4 |
| BUTTER | 1 TBS | 78 | Tr | 9 | 0 | 0 | 0 | 0 |
| BOILED DEHYDRATED POTATOES | 1.5 c | 201 | 5 | Tr | 0 | 47 | 2.1 | 0.3 |
| MIXED VEG. | 1/2 c | 43 | 2 | 1 | 0 | 11 | 2.2 | 0.4 |
| DIN TOTAL | | 683 | 22 | 23 | 36 | 107 | 9.3 | 2.5 |
| DAILY TOTAL | | 2330 | 95 | 92 | 148 | 313 | 36.2 | 9.7 |
| MACRO CAL | | 2452 | 380 | 828 | | 1244 | | |
| MACRO % | | | 16% | 34% | | 51% | | |

APRIL 28, 2021

| ITEM | AMT | CALORIE | PROTEIN | FAT | CHOL | CARB | FIBER | IRON |
|---|---|---|---|---|---|---|---|---|
| NO TRAY; ORDERED | | | | | | | | |
| CORN TORTILLAS | 3 EACH | 174 | 3 | 3 | 0 | 36 | 4.2 | 1.2 |
| EGGS | — | | | | | | | |
| HASHBROWNS | 1.5c | 489 | 6 | 33 | 0 | 50 | 7.2 | 0.8 |
| GRITS | ½c | 73 | 2 | Tr | 0 | 16 | 0.3 | 0.8 |
| MILK 1% | 8 oz | 102 | 8 | 3 | 10 | 12 | 0.0 | 0.1 |
| BUTTER PAT. | 1 EACH | 34 | Tr | 4 | 0 | Tr | 0.0 | Tr |
| BRK TOTAL | | 872 | 19 | 43 | 10 | 114 | | |
| CORN TORTILLA | 3 EACH | 174 | 3 | 3 | 0 | 36 | 4.2 | 1.2 |
| LETTUCE | ½c | 4 | 1 | Tr | 0 | 1 | 0.4 | 0.1 |
| DRESSING | 1 TBS | 59 | Tr | 6 | 4 | 2 | 0.0 | 0.1 |
| APPLE SAUCE | ½c | 98 | Tr | Tr | 0 | 26 | 1.6 | 0.4 |
| HAM SLICE | 3-4oz | 207 | 18 | 14 | 53 | 0 | 0.0 | 0.7 |
| BOILED DEHYDRATED POTATOES | 1.5c | 201 | 5 | Tr | 0 | 47 | 2.1 | 0.3 |
| LUN TOTAL | | 743 | 27 | 23 | 57 | 112 | | |
| BREAD | 1 SLICE | 65 | 2 | 1 | 0 | 12 | 1.1 | 0.8 |
| COOKIE | 1 EACH | 72 | 1 | 3 | 8 | 10 | 0.1 | 0.3 |
| PEARS | ½c | 99 | 1 | Tr | 0 | 26 | 2.2 | 0.3 |
| MSP | ½c | 149 | 18 | 9 | 65 | 0 | 0.0 | 1.2 |
| NOODLES | 1.5c | 296 | 11 | 2 | 0 | 60 | 2.7 | 3 |
| DIN TOTAL | | 681 | 33 | 15 | 73 | 108 | | |
| DAILY TOTAL | | 2296 | 79 | 81 | 140 | 334 | | |
| MACRO CAL. | | 2381 | 316 | 729 | | 1336 | | |
| MACRO % | | | 13% | 31% | | 56% | | |

APR 29, 2021

| IRON | ITEM | AMT | CALORIE | PROTEIN | FAT | CHOL | CARB | FIBER | IRON |
|---|---|---|---|---|---|---|---|---|---|
| | CORN TORTILLA | 3 EACH | 174 | 3 | 3 | 0 | 36 | 4.2 | 1.2 |
| 1.2 | BUTTER | 1 TBS. | 78 | Tr | 9 | 0 | 0 | 0 | 0 |
| | CHEX | 1 c. | 113 | 2 | Tr | 0 | 26 | 0.5 | 9.0 |
| 0.8 | MILK 1% | 8 oz | 102 | 8 | 3 | 10 | 12 | 0.0 | 0.1 |
| 0.8 | BRK TOTAL | | 467 | 13 | 15 | 10 | 74 | 4.7 | 10.3 |
| 0.1 | CORN TORTILLA | 3 EACH | 174 | 3 | 3 | 0 | 36 | 4.2 | 1.2 |
| Tr | BUTTER | 1 TBS | 78 | Tr | 9 | 0 | 0 | 0 | 0 |
| | MIXED VEG. | 1/2 c. | 43 | 2 | 1 | 0 | 11 | 2.2 | 0.4 |
| 1.2 | BAKED POTATOE | 1 EACH | 220 | 5 | Tr | 0 | 51 | 4.8 | 2.7 |
| 0.1 | TURKEY SALAD | 1/2 c. | 149 | 18 | 9 | 65 | 0 | 0.0 | 1.2 |
| 0.1 | LUN TOTAL | | 664 | 28 | 22 | 65 | 98 | 11.2 | 5.5 |
| 0.4 | CORN TORTILLA | 3 EACH | 174 | 3 | 3 | 0 | 36 | 4.2 | 1.2 |
| 0.7 | MEXICAN RICE | 1 c | 205 | 4 | Tr | 0 | 45 | 0.6 | 1.9 |
| 0.3 | MSP | 1/2 c | 149 | 18 | 9 | 65 | 0 | 0.0 | 1.2 |
| | APPLE SAUCE | 1/2 c | 98 | Tr | Tr | 0 | 26 | 1.6 | 0.4 |
| 0.8 | DIN TOTAL | | 626 | 25 | 12 | 65 | 107 | 6.4 | 4.7 |
| 0.3 | DAILY TOTAL | | 1757 | 66 | 49 | 140 | 279 | 22.3 | 20.5 |
| 0.3 | MACRO CAL. | | 1821 | 264 | 441 | | 1116 | | |
| 1.2 | MACRO %. | | | 14% | 24% | | 61% | | |
| 3 | | | | | | | | | |

DECEMBER 30, 2021

| ITEM | AMT | CALORIE | PROTEIN | FAT | CHOL | CARB | FIBER | IRON |
|---|---|---|---|---|---|---|---|---|
| FARINA | 1 CUP | 133 | 4 | 1 | 0 | 28 | 1.8 | 10.3 |
| BREAKFAST PATTY | 1 EACH | 48 | 2 | 4 | 10 | 1 | 0.0 | 0.3 |
| COFFEE CAKE | 1 EACH | 187 | 5 | 3 | 107 | 36 | 0.4 | 1.0 |
| 1% MILK | 8 OZ. | 102 | 8 | 3 | 10 | 12 | 0.0 | 0.1 |
| BRK TOTALS | | 470 | 19 | 11 | 127 | 77 | 2.2 | 11.7 |
| MSP GRAVY | 6 OZ | 76 | 7 | 3 | 19 | 4 | 0.2 | 3.[illegible] |
| MASHED POTATOES | 1 CUP | 237 | 4 | 12 | 29 | 32 | 4.8 | 0.5 |
| CANNED FRUIT | 1/2 CUP | 49 | Tr | Tr | 0 | 51 | 3.1 | 0.[illegible] |
| BISCUIT | 1 EACH | 63 | 2 | 1 | 0 | 12 | 0.4 | 0.6 |
| WHITE CAKE | 1 EACH | 239 | 2 | 9 | 35 | 38 | 0.2 | 0.7 |
| LUN. TOTALS | | 664 | 15 | 25 | 83 | 137 | 8.9 | 5.[illegible] |
| HAM SALAD | 3.2 OZ | 257 | 18 | 24 | 61 | TR | 0.0 | 0.1 |
| BREAD | 2 SLICES | 130 | 4 | 2 | 0 | 24 | 2.2 | 1.6 |
| WHITE RICE | 1/2 CUP | 103 | 2 | Tr | 0 | 23 | 0.3 | 0.9 |
| CANNED CARROTS | 1/2 CUP | 27 | 1 | Tr | 0 | 6 | 2.5 | 0.3 |
| SUGAR COOKIE | 2 OZ. | 66 | 1 | 3 | 4 | 8 | 0.2 | 0.[illegible] |
| DIN TOTALS | | 583 | 26 | 29 | 65 | 61 | 5.2 | 3.[illegible] |
| DAILY TOTALS | | 1717 | 60 | 65 | 275 | 275 | 16.1 | 20.[illegible] |
| MACRO CAL. | | | 240 | 585 | | 1100 | | |
| MACRO % | | | 12% | 30% | | 57% | | |
| W/O CAKE/COOKIE | | 1225 | | | | | | |

MARK CHRISTIANS #35285
DEPARTMENT OF CORRECTIONS
STATE PENI
P.O. Box 5911
Sioux Falls, SD
Address Service Requested

1.96

NEOPOST FIRST-CLASS MAIL
01/08/2022
US POSTAGE $001.96⁰
ZIP 57104
041M11461503

X-RAYED BY
SOUTH DAKOTA
CSO

UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
400 S. PHILLIPS AVE., Room 128
SIOUX FALLS, SD 57104