IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DIVISION OF SOUTH DAKOTA
SOUTHERN DIVISION

MARK CHRISTIANS,

Plaintiff,

v.

DARRIN YOUNG, et al.

Defendant.

Case No. 4:20-CV-04083-LLP

**SUMMIT DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

Defendants, Jarred Anderson, Kelly Buchholz, John Trierweiler, Pamela Thomas, Justin Barthel, Unnamed Summit Licensed Dieticians, Unnamed Summit Dietary Assistants, Unnamed Summit Directors of Operations, Unnamed Summit District Managers, Unnamed Summit Food Service Directors, Unnamed Summit Assistant Food Service Directors, and Unnamed Summit Food Service Works (collectively, "Summit Defendants"), by and through undersigned counsel, hereby submit this Motion for Summary Judgment and seek an Order dismissing Plaintiff's claims against Summit Defendants in Plaintiff's Complaint [Doc. 1] and Brief in Support of Complaint [Doc. 2]. A Brief in Support of this Motion is filed simultaneously herewith and is incorporated herein by reference.

Respectfully submitted this 5th day of July, 2022.

THE HUSTEAD LAW FIRM
*A Professional Corporation*

*s/Patrick Q. Hustead*
Patrick Q. Hustead, Esq.
THE HUSTEAD LAW FIRM,
*A Professional Corporation*

4643 S. Ulster Street, Suite 1250
Denver, CO 80237
(303) 721-5000
pqh@thlf.com
*Attorney for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 5th day of July, 2022, a true and correct copy of the foregoing **SUMMIT DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** was served via ECF and/or e-mail, or United States Mail, first-class, postage prepaid, and to the following:

Via U.S. Mail:
Mark Christians #35285
South Dakota State Penitentiary
Jameson Unit
P.O. Box 5911
Sioux Falls, SD 57117-5911
*Pro Se Plaintiff*

Frank Geaghan
Assistant Attorney General
1302 E. Highway 14, Suite 1
Pierre, SD 57501-8501
frank.geaghan@state.sd.us

*Counsel for Darin Young, Troy Ponto, Jessica Cook, Brent Fluke, Rebecca Schieffer, Alex Reyes, Cody Hanson, Seth Hughes, Nancy Christensen, Derek Ekeren, Deb Eilers, Laurie Stratman, Julie Stevens, Craig Mousel, Lieutenant Maddox, Denny Kaemingk, and Sharon Reiman*

*The Original Signature is on File at The Hustead Law Firm, A Professional Corporation*

*s/Patrick Q. Hustead*
Patrick Q. Hustead