# RE: B93 Christians, Mark #35285 IRR

Jessica Waldner [redacted]
Wed 11/6/2019 11:05 PM
To: Trierweiler, Kevin [redacted]

The contract does state grades, however before we went out for bid I confirmed with Cashwa that they were able to conform to these grades. They said they conformed to these grades so I have no concern we are not meeting them purchasing from Cashwa

**Jessica Waldner, RD**
Registered Dietitian
[redacted]

SUMMIT | Small enough to care...big enough to make a difference.

**From:** Trierweiler, Kevin [redacted]
**Sent:** Wednesday, November 6, 2019 9:02 AM
**To:** Jessica Waldner [redacted]
**Subject:** RE: B93 Christians, Mark #35285 IRR

Does the contract state any of this crap?

**From:** Jessica Waldner [redacted]
**Sent:** Wednesday, November 6, 2019 9:01 AM
**To:** Trierweiler, Kevin [redacted]; John Trierweiler
<[redacted]
**Subject:** RE: [EXT] B93 Christians, Mark #35285 IRR

Hi Kevin,

I think we can use the same reply for this as yesterday.

"Menus are planned according to contract requirements."

Thanks!

**Jessica Waldner, RD**
Registered Dietitian
[redacted]

SUMMIT | Small enough to care.. big enough to make a difference.

SUMMIT 000009

**From:** Trierweiler, Kevin [redacted]
**Sent:** Wednesday, November 6, 2019 8:33 AM
**To:** John Trierweiler [redacted]; Jessica Waldner
<[redacted]
**Subject:** FW: B93 Christians, Mark #35285 IRR

2 more

**From:** Ekeren, Darek [redacted]
**Sent:** Tuesday, November 5, 2019 2:59 PM
**To:** Trierweiler, Kevin [redacted] Cook, Jessica [redacted]
**Cc:** Hanson, Cody [redacted]
**Subject:** RE: B93 Christians, Mark #35285 IRR

Attached are (2) more IRR's from inmate Christians against Food Services.

IRR5: Claims that the contract states Grade A Medium Sized Eggs be used, but that inmates are not being given this.

IRR6: Claims that the contract states USDA Grade A or B slices of cheese be provided, but that inmates are not being given this.

Thanks,

Ekeren

**From:** Ekeren, Darek
**Sent:** Tuesday, November 5, 2019 1:38 PM
**To:** Trierweiler, Kevin [redacted] Cook, Jessica [redacted]
**Cc:** Hanson, Cody [redacted]
**Subject:** B93 Christians, Mark #35285 IRR

Kevin,

Attached are (4) IRR's from inmate Christians against Food Services I looked into his IRR history, and between December 2018 and October 2019, inmate Christians has submitted 20 IRR's against Food Services, and has already processed one IRR since he's been on Bravo So it looks like he has some sort of personal issue with Summit. But the IRR's are attached, and are all related to breaches of contract between Summit and the State.

IRR1: Claims that the contract states that inmates are to be provided comment cards in order to complain about the food and/or make suggestions

IRR2 Claims that the contract states that desserts are not to be served on consecutive days Claims that he is served jello every day in his Gluten Free Heart Healthy Diet

IRR3: Claims that the contract states that milk is supposed to be served at both breakfast and lunch, whereas it is currently only being served at breakfast

IRR 4 Claims that the contract states that USDA MyPlate Guide is to be used as a basis for all menu planning, but that the current menu does not comply with this.

If you could give me responses for these, I'd appreciate it.

SUMMIT 000010

30012

South Dakota Department of Corrections
Policy
Distribution: Public

Attachment: Notice of Rejection
Please refer to DOC policy 1.3.E.2
Administrative Remedy For Inmates

# NOTICE OF REJECTION

Name: Christians, Mark ID#: 35285 Date: 11/26/2019

Your request for Administrative Remedy has been rejected for the following reason(s):

____ You may only address one grievance per request.

____ The form you submitted contains profanity, threats, derogatory or abusive language or insolence.

____ You submitted multiple forms referencing a single grievance; or your request has already been answered.

____ You exceeded the allotted time frame for requesting a remedy.

____ You did not complete the form or did not complete the form correctly.

____ Your request for remedy does not involve an issue that adversely impacts you directly.

____ Your request for remedy has previously been rejected by staff.

X You did not attach the original ***Informal Resolution Request*** form or other required documents.

____ You did not seek informal resolution to your grievance.

____ You did not substantially comply with the requirements and procedures of the remedy process.

____ Your request involves actions or decisions that are outside the authority of the Warden or Secretary.

____ You have failed to clearly state your request for remedy or your request is illegible.

____ Other:

AR #30012 - You did not submit the original IRR paperwork.

BY: [signature]
Administrative Remedy Coordinator or designee

Revised 04/01/2019

3 of 12

South Dakota Department of Corrections
Policy
Distribution: Public

Attachment: Notice of Rejection
Please refer to DOC policy 1.3.E.2
Administrative Remedy For Inmates

# NOTICE OF REJECTION

Name: Christians, Mark ID#: 35285 Date: 12/04/2019

Your request for Administrative Remedy has been rejected for the following reason(s):

____ You may only address one grievance per request.

____ The form you submitted contains profanity, threats, derogatory or abusive language or insolence.

____ You submitted multiple forms referencing a single grievance; or your request has already been answered.

____ You exceeded the allotted time frame for requesting a remedy.

____ You did not complete the form or did not complete the form correctly.

____ Your request for remedy does not involve an issue that adversely impacts you directly.

____ Your request for remedy has previously been rejected by staff.

____ You did not attach the original ***Informal Resolution Request*** form or other required documents.

____ You did not seek informal resolution to your grievance.

X You did not substantially comply with the requirements and procedures of the remedy process.

____ Your request involves actions or decisions that are outside the authority of the Warden or Secretary.

____ You have failed to clearly state your request for remedy or your request is illegible.

____ Other:

AR #30012 - You failed to state a request in your IRR. Your grievance must be completed properly at the IRR level before you may address it at the AR level.

IRR SUBMITTED DEC 30 2019

BY: Jessica Cook
Administrative Remedy Coordinator or designee

30012 DE

South Dakota Department of Corrections
Policy
Distribution: Public

Attachment: Request for Administrative Remedy
Please refer to DOC policy 1.3.E.2
Administrative Remedy for Inmates

# REQUEST FOR ADMINISTRATIVE REMEDY

Inmate Name: CHRISTIANS (Last) MARK (First) Inmate Number: 35285

Date: 11/22/19 Unit: JAMESON

Requests for Administrative Remedy must be received within 10 days of the date the Informal Resolution response was generated by staff.

You must attach a copy of your Informal Resolution Request and the response received from staff.

State your grievance and the action you are requesting:
AS OPPOSSED TO EKEREN'S ANSWER IN IRR RESPONSE #30012, I DO STILL HAVE THE SAME RESOLUTION TO THE ORIGINAL ISSUE; THAT THE VIOLATIONS BE SET TO THE REQUIREMENT (LAST LINE IN IRR). THERE IS NO OFFER OF RESOLUTION FROM EKEREN, SO NOW I MUST USE THE SECOND STEP IN THE AR PROCESS, WHICH COULD HAVE BEEN RESOLVED WITH PRIOR VERBAL CONVERSATIONS AND THE INFORMAL REQUEST. THE VIOLATION OF IMPROPER MEAL PLANNING/SERVINGS REMAINS AS DOES MY REQUESTED ACTION OF MEALS MEETING/EXCEEDING THE ENSURED REQUIREMENTS. PLEASE ADJUST MEALS/MENUS TO REFLECT REQUIREMENTS

[signature]
Grievant Signature

Third Party Preparer's Signature

Date Received: Received By (staff person): (Printed Name)

Assigned To: (Printed Name) Date Received:

Response Sent to Inmate (Date):

11-5-19 30012

DE

South Dakota Department of Corrections
Policy
Distribution: Public

Attachment: Informal Resolution Request
Please refer to DOC policy 1.3.E.2
Administrative Remedy for Inmates

# INFORMAL RESOLUTION REQUEST

Inmate Name: ~~NOV. 5 2019~~ CHRISTIANS (Last) MARK (First) Inmate Number: 35285

Date: NOV. 5, 2019 Unit: JAMESON

Requests for Administrative Remedy must be received within 10 days of the date the Informal Resolution response was generated by staff.

State your grievance and the action you are requesting. Be specific. Include dates, times, places, witnesses.

THIS GRIEVANCE INQUIRES ABOUT A SPECIFIC GUIDE LINE WRITTEN IN THE AGREEMENT FOR FOOD SERVICES BETWEEN SUMMIT AND THE SDDOC. THE DIETARY GUIDELINES FOR AMERICANS AND THE USDA MYPLATE GUIDE ARE NOT BEING USED AS BASIS OF MENU PLANNING. ON THE MYPLATE GUIDE, EVERY FOOD GROUP CATEGORY (I.E. FRUIT, VEGETABLES, GRAINS, PROTEIN, DAIRY) ARE NOT BEING MET ON A DAILY AND WEEKLY BASIS. EXAMPLES ARE AS FOLLOWS: FRUIT - 2 CUPS TO BE MET - ACTUALLY RECEIVED - 0 TO 4 OZ PER DAY (ALL CATEGORIES WILL BE LISTED PER DAY). VEGETABLES - 3 CUPS TO BE MET - ACTUALLY RECEIVED - 1/4 C. TO 4 C.; ... CON'T...

**For Staff Use Only:**

What Steps Did You Take to Resolve This?

What Was The Result of Your Attempt?

[signature]
Grievant Signature

Third Party Signature

Revised: 04/01/2019

GRAINS - 8oz TO BE MET - ACTUAL 2oz TO 5oz.; PROTEIN - 6 1/2 oz TO BE MET - ACTUAL 2oz TO 4oz; DAIRY - 3 CUPS TO BE MET - ACTUAL 1 CUP.

THIS RESULTS IN NON-ADEQUATE ESSENTIAL NUTRIENTS, FIBER, ETC., DIRECTLY RELATING TO THIS CONTRACT VIOLATION

THE DIETARY GUIDELINES (2015-2020) RECOMENDS: A VARIETY OF VEGETABLE FROM ALL SUB GROUPS. (AS LISTED I AM SERVED UP TO 4 CUPS OF VEGETABLE HOWEVER THOSE WOULD BE ALL STARCHY (POTATOES) WITH LITTLE OR NO FROM OTHER SUBGROUPS.)

• GRAINS, AT LEAST HALF OF WHICH ARE WHOLE GRAINS (NO WHOLE GRAINS ARE SERVED)

• FAT-FREE OR LOW-FAT DAIRY, INCLUDING MILK, YOGURT, CHEESE, AND/OR FORTIFIED SOY BEVERAGES (ONLY (1) CUP MILK SERVED @ BREAKFAST MEAL, NO OTHER DAIRY PRODUCTS SERVED THAT MEET CONTRACT STANDARDS)

• A VARIETY OF PROTEIN FOODS, INCLUDING SEAFOODS, LEAN MEATS AND POULTRY, EGGS, LEGUMES (BEANS AND PEAS), AND NUTS, SEEDS, AND SOY PRODUCTS (AT LEAST HALF OF THESE ARE NOT EVEN LISTED ON THE MENUS YET ALONE SERVED, THE ONLY SOURCES I RECEIVE IS POULTRY AND PEANUT BUTTER)

• FRUITS, ESPECIALLY WHOLE FRUITS (VOLUMES ARE NOT MET NOR VARIETY, TYPES)

AS YOU MAY WELL KNOW THIS IS A LARGE AND MULTIFACETED ISSUE IN ONE HEATH, WELL-BEING, SELF ESTEEM, SELF WORTH. OVERALL ATTITUDE AND FEELINGS OF SECURITY AS WELL AS OTHER RELATED PROBLEMS THAT CAN ARISE OUT OF A POOR DIET AND CALORIE DEFICIT OVER TIME. AS I AM LIMIT TO SPACE AND CANNOT INCLUDE A MORE ENCOMPASSING COMPLAINT, PLEASE, IF YOU HAVE ANY CONFUSSION OR NEED MORE DETAIL PLEASE ARRANGE A MEETING TO BETTER UNDERSTAND THE ISSUE AND RESOLVE THESE VIOLATIONS OF BASIC HUMAN NEEDS TO THE SET REQUIREMENT.

30012

SOUTH DAKOTA DEPARTMENT OF CORRECTIONS
OFFICIAL RESPONSE

DEPARTMENT OF CORRECTIONS — SAFETY SECURITY SUPERVISION — South Dakota

# Informal Resolution Response

**REFERENCE #:** 30012

**NAME OF COMPLAINTANT:** Mark Christians

**DOC #:** 0000035285

**DATE:** 11/19/2019 **LOCATION:** Jameson Annex

**RE:** Food Service **STATUS:**

**OFFICIAL RESPONSE:**

This is in response to your IRR in which you claim that Food Services is in breach of their contract with the DOC in regards to dietary guidelines. You claim that the USDA MyPlate Guide is not being used as a basis of menu planning. You claim that there are discrepancies with the amount of fruits, vegetables, dairy, and protein provided to you. You make no request for action. However, the issues that you've raised have been relayed to the proper authorities. This is for informational purposes only.

X

UC Ekeren

11/22/19 - AR WRITTEN
- AR FILED

Original – Save to System.
Copy 1- To Inmate.

MAYO CLINIC

Civ. #20-4083-LLP

# Obsessive-compulsive disorder (OCD)

## Overview

Obsessive-compulsive disorder (OCD) features a pattern of unwanted thoughts and fears (obsessions) that lead you to do repetitive behaviors (compulsions). These obsessions and compulsions interfere with daily activities and cause significant distress.

You may try to ignore or stop your obsessions, but that only increases your distress and anxiety. Ultimately, you feel driven to perform compulsive acts to try to ease your stress. Despite efforts to ignore or get rid of bothersome thoughts or urges, they keep coming back. This leads to more ritualistic behavior — the vicious cycle of OCD.

OCD often centers around certain themes — for example, an excessive fear of getting contaminated by germs. To ease your contamination fears, you may compulsively wash your hands until they're sore and chapped.

If you have OCD, you may be ashamed and embarrassed about the condition, but treatment can be effective.

## Symptoms

Obsessive-compulsive disorder usually includes both obsessions and compulsions. But it's also possible to have only obsession symptoms or only compulsion symptoms. You may or may not realize that your obsessions and compulsions are excessive or unreasonable, but they take up a great deal of time and interfere with your daily routine and social, school or work functioning.

### Obsession symptoms

OCD obsessions are repeated, persistent and unwanted thoughts, urges or images that are intrusive and cause distress or anxiety. You might try to ignore them or get rid of them by performing a compulsive behavior or ritual. These obsessions typically intrude when you're trying to think of or do other things.

Obsessions often have themes to them, such as:

- Fear of contamination or dirt
- Doubting and having difficulty tolerating uncertainty

- Needing things orderly and symmetrical
- Aggressive or horrific thoughts about losing control and harming yourself or others
- Unwanted thoughts, including aggression, or sexual or religious subjects

Examples of obsession signs and symptoms include:

- Fear of being contaminated by touching objects others have touched
- Doubts that you've locked the door or turned off the stove
- Intense stress when objects aren't orderly or facing a certain way
- Images of driving your car into a crowd of people
- Thoughts about shouting obscenities or acting inappropriately in public
- Unpleasant sexual images
- Avoidance of situations that can trigger obsessions, such as shaking hands

## Compulsion symptoms

OCD compulsions are repetitive behaviors that you feel driven to perform. These repetitive behaviors or mental acts are meant to reduce anxiety related to your obsessions or prevent something bad from happening. However, engaging in the compulsions brings no pleasure and may offer only a temporary relief from anxiety.

You may make up rules or rituals to follow that help control your anxiety when you're having obsessive thoughts. These compulsions are excessive and often are not realistically related to the problem they're intended to fix.

As with obsessions, compulsions typically have themes, such as:

- Washing and cleaning
- Checking
- Counting
- Orderliness
- Following a strict routine
- Demanding reassurance

Examples of compulsion signs and symptoms include:

- Hand-washing until your skin becomes raw
- Checking doors repeatedly to make sure they're locked
- Checking the stove repeatedly to make sure it's off
- Counting in certain patterns
- Silently repeating a prayer, word or phrase
- Arranging your canned goods to face the same way

### Severity varies

OCD usually begins in the teen or young adult years, but it can start in childhood. Symptoms usually begin gradually and tend to vary in severity throughout life. The types of obsessions and compulsions you experience can also change over time. Symptoms generally worsen when you experience greater stress. OCD, usually considered a lifelong disorder, can have mild to moderate symptoms or be so severe and time-consuming that it becomes disabling.

### When to see a doctor

There's a difference between being a perfectionist — someone who requires flawless results or performance, for example — and having OCD. OCD thoughts aren't simply excessive worries about real problems in your life or liking to have things clean or arranged in a specific way.

If your obsessions and compulsions are affecting your quality of life, see your doctor or mental health professional.

## Causes

The cause of obsessive-compulsive disorder isn't fully understood. Main theories include:

- **Biology.** OCD may be a result of changes in your body's own natural chemistry or brain functions.
- **Genetics.** OCD may have a genetic component, but specific genes have yet to be identified.
- **Learning.** Obsessive fears and compulsive behaviors can be learned from watching family members or gradually learned over time.

## Risk factors

Factors that may increase the risk of developing or triggering obsessive-compulsive disorder include:

- **Family history.** Having parents or other family members with the disorder can increase your risk of developing OCD.
- **Stressful life events.** If you've experienced traumatic or stressful events, your risk may increase. This reaction may, for some reason, trigger the intrusive thoughts, rituals and emotional distress characteristic of OCD.
- **Other mental health disorders.** OCD may be related to other mental health disorders, such as anxiety disorders, depression, substance abuse or tic disorders.

## Complications

Problems resulting from obsessive-compulsive disorder may include, among others:

- Excessive time spent engaging in ritualistic behaviors
- Health issues, such as contact dermatitis from frequent hand-washing

- Difficulty attending work, school or social activities
- Troubled relationships
- Overall poor quality of life
- Suicidal thoughts and behavior

# Prevention

There's no sure way to prevent obsessive-compulsive disorder. However, getting treatment as soon as possible may help prevent OCD from worsening and disrupting activities and your daily routine.

By Mayo Clinic Staff

Any use of this site constitutes your agreement to the Terms and Conditions and Privacy Policy linked below.

Terms and Conditions
**Privacy Policy**
**Notice of Privacy Practices**
Notice of Nondiscrimination

Mayo Clinic is a nonprofit organization and proceeds from Web advertising help support our mission. Mayo Clinic does not endorse any of the third party products and services advertised.

Advertising and sponsorship policy
Advertising and sponsorship opportunities

A single copy of these materials may be reprinted for noncommercial personal use only. "Mayo," "Mayo Clinic," "MayoClinic.org," "Mayo Clinic Healthy Living," and the triple-shield Mayo Clinic logo are trademarks of Mayo Foundation for Medical Education and Research.

© 1998-2022 Mayo Foundation for Medical Education and Research (MFMER). All rights reserved.

May Contain up to 10% Retained Water

074609

Product of USA

INSPECTED FOR WHOLESOMENESS BY U.S. DEPARTMENT OF AGRICULTURE P-45638

**For Cooking Only**
**For Food Safety,** cook to an internal temperature of 165°F as measured by a food thermometer.

Distributed By:
**National Food Group, INC.**
46820 Magellan Dr.
Novi, MI 48377

**KEEP FROZEN**
**NET WT. 50 LBS.**

---

KEEP REFRIGERATED OR FROZEN

57201

PACKED BY

KOCH FOODS
America's Chicken Specialist™
GAINESVILLE, GA 30501

BORN RAISED AND HARVESTED IN THE U.S.A.

**MECHANICALLY SEPARATED CHICKEN**

MAY CONTAIN UP TO 5% RETAINED WATER

07091500

INSPECTED FOR WHOLESOMENESS BY U.S. DEPARTMENT OF AGRICULTURE P-9181

**NET WT. 40 LBS. (18.14 KG)**

---

*By Steve Blechman and Tom Fahey, E.D.*

## HIGH-CARBOHYDRATE DIETS PROMOTE FAT STORAGE

Nutritionists don't agree on the effects of high-carbohydrate diets on fat storage. Some say the effects are indirect— when faced with a high-carb diet, the body burns carbohydrates as fuels and sends any fat in the diet directly to the fat cells. Others say the liver and fat cells can convert carbs into fat. University of Tennessee scientists found that rats with resistance to carbohydrates— a condition that's similar in most obese humans— converted excess carbs in the diet to fat. Diets low in carbohydrates caused only a small amount of fat storage because the body used the fat as fuel rather than storing it. This study showed why high-carbohydrate diets might be responsible for promoting obesity— at least in people with insulin problems (insulin resistance). In 1979, the U.S. Department of Agriculture recommended that Americans eat less fat and more carbohydrates. Since then, obesity rates in this country have gotten out of control— even though we are eating much less fat than we did 30 years ago. This study showed that the government's recommendations might have caused

4:20-cv-04083-LLP

4436

TTIES
KEN
DED

N CONCENTRATE, CONTAINS 2% OR
SE, SODIUM PHOSPHATES, CITRIC

3299

10633920644367





PLAINTIFF
MARK CHRISTIANS
AT 275#

KEEP FROZEN

4436

# BREAKFAST PATTIES

FULLY COOKED CHICKEN
CARAMEL COLOR ADDED

**INGREDIENTS:** MECHANICALLY SEPARATED CHICKEN, WATER, SOY PROTEIN CONCENTRATE, CONTAINS 2% OR LESS OF ISOLATED OAT PRODUCT, SALT, SPICES, CARAMEL COLOR, DEXTROSE, SODIUM PHOSPHATES, CITRIC ACID, DRIED WHOLE EGGS. **CONTAINS: SOY, EGG.**

COOK TO AN INTERNAL TEMPERATURE OF 165°F

**1 OZ. EACH**
**NET WEIGHT 30 LBS.**

3299

INSPECTED FOR WHOLESOMENESS BY U.S. DEPARTMENT OF AGRICULTURE P-34349

1063392064436?

ANUFACTURED FOR:
OUTHERN FOOD SYSTEMS, LITTLE ROCK, AR 7220