IN THE UNITED STATES DISTRICT FOR THE
SOUTHERN DISTRICT OF SOUTH DAKOTA

CHRISTIANS,
PLAINTIFF,
V.
YOUNG, ET AL.,
DEFENDANTS.

DECLARATION OF KEVIN BROWN

CIV. ACTION NO. 4:20-CV-04083-LLP

KEVIN BROWN HEREBY DECLARES:

WHILE AN INMATE HELD AT JAMESON ANNEX I RECEIVED RANCID SPOILED MEAT ON MANY OCCASSIONS. I REPORTED THIS TO BOTH CORRECTION OFFICERS AND SUMMIT STAFF. SOMETIMES IT WOULD BE REPLACED MOST OFTEN WITH THE SAME RANCID MEAT. WHEN IT WASN'T OFFERED TO BE REPLACED I SIMPLY COULDN'T EAT THE FOOD.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.
EXECUTED AT SIOUX FALLS, SD ON 11/21/22
DATE

[signature]
SIGNATURE

Kevin L. Brown Jr.
PRINT NAME

MARK CHRISTIANS #35285
DEPARTMENT OF CORRECTIONS
STATE PENITENTIARY
P.O. Box 5911
Sioux Falls, SD 57117-5911
*Address Service Requested*

NEOPOST FIRST-CLASS MAIL
11/29/2022 US POSTAGE $002.88⁰
ZIP 57104
041M11461503

UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
400 S. PHILLIPS AVE., ROOM 128
SIOUX FALLS, SD 57104

X-RAYED BY
SOUTH DAKOTA
CSO