UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | |
|---|---|
| MARK CHRISTIANS,<br>PLAINTIFF,<br><br>V.<br><br>DARRIN YOUNG, ET AL.<br>DEFENDANTS | CIV. CASE No. 20-CV-4083-LLP<br><br>MOTION FOR AN ATTORNEY |

REPRESENTATIVES AT THE PRISON AND SUMMIT FOOD SERVICE HAVE REFUSED SERVICE FOR MATTHEW HULSCHER, KYLE BARNETCHE, PAIGE MULLIN, PRESTON PERRETT (DOC) AND BETH MCCOMBS AND KEVEN TRIWEILER (SUMMIT), WHO ARE NO LONGER EMPLOYEED. THE DEFENDANTS HAVE REFUSED TO FILE AN ANSWER UNTIL ALL THE DEFENDANTS ARE SERVED. DOC ATTORNEY ADDYSON AGUIRRE HAS DENIED ADDRESSES FOR LISTED DEFENDANTS. THE ATTORNEY GENERALS OFFICE AND ATTORNEY FOR SUMMIT DEFENDANTS, PATRICK HUSTEAD HAVE NOT RESPONDED FOR REQUEST OF FORMER EMPLOYEE ADDRESSES FOR PURPOSES OF SERVICE BY THE U.S. MARSHALS SERVICE. THIS PUTS PLAINTIFF AT AN IMPASSE AS HE CANNOT SERVE REMAINING DEFENDANTS. IT IS BEYOND HIS SCOPE AND ABILITY. FOR THESE REASONS THIS IS A REQUEST FOR AN ATTORNEY TO LOCATE THE ABOVE DEFENDANTS NO LONGER EMPLOYEED IN ORDER TO SERVE THEM SO THIS LAWSUIT CAN PROCEED. PLAINTIFF PRAYS THE COURT APPROVE THIS MOTION FOR ITS LIMITED SCOPE.

DATED THIS 23RD DAY OF JANUARY, 2023.

MARK A. CHRISTIANS

[signature]

SOUTH DAKOTA STATE PENITENTIARY
P.O. BOX 5911
SIOUX FALLS, SD 57117

MARK CHRISTIANS #35285
DEPARTMENT OF CORRECTIONS
STATE PENITENTIARY
P.O. Box 5911
Sioux Falls, SD 57117-5911
*Address Service Requested*

SIOUX FALLS SD 570
24 JAN 2023 PM 1 L

NEOPOST
FIRST-CLASS MAIL
US POSTAGE $000.57⁰
ZIP 57104
041M11461503

UNITED STATES DISRICT COURT
OFFICE OF THE CLERK
400 S. PHILLIPS AVE, Room 128
SIOUX FALLS, SD 57104

57104-685128

SDSP CORRESPONDENCE

MA

X-RAYED BY
SOUTH DAKOTA
CSO