UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | |
|---|---|
| MARK CHRISTIANS, PLAINTIFF<br><br>V.<br><br>DARRIN YOUNG, ET AL. DEFENDANTS | 4:20-CV-04083-LLP<br>REQUEST FOR PERMISSION TO FILE MOTION FOR RECONSIDERATION OF JUDGEMENT GRANTING SUMMARY JUDGEMENT TO SUMMIT DEFENDANTS |

SUMMIT DEFENDANTS WERE DELIVERED PLAINTIFFS COMPLAINT ON 1-14-21 MAKING THEM FULLY AWARE OF CHRISTIANS WEIGHT LOSS WHILE ON THEIR DIET. IT ALSO MADE THEM AWARE OF ALL CHRISTIANS CLAIMS OF INADEQUATE DIET/NUTRITION BY LOW CALORIES AND NOT FOLLOWING DIETARY GUIDELINES LEADING TO CHRISTIANS WEIGHT LOSS.

FROM 3-20-21 TO 4-3-21 CHRISMANS LOST ADDITIONAL WEIGHT TOTALING 16 POUNDS. THIS 16 POUND WEIGHT LOSS IN TWO WEEKS WAS BEFORE CHRISTIANS ENTERED HIS HUNGER STRIKE AND WOULD QUALIFY AS ADDITIONAL INJURY THAT THE SUMMIT DEFENDANTS WOULD HAVE BEEN AWARE OF PRIOR TO IT OCCURRING. SUMMIT, CONTRARY TO THEIR CLAIMS, DID NOTHING TO ADJUST CHRISTIANS MEALS BASED ON HIS PRIOR WEIGHT LOSS EVEN THOUGH THEY WERE MADE FULLY AWARE ON 1-14-21, TWO MONTHS PRIOR TO CHRISTIANS ADDITIONAL WEIGHTLOSS, WHILE BEING HELD IN THE SHU, FROM 3-20-21 TO 4-3-21. INFACT CONDITIONS WERE WORSE. THESE CLAIMS ARE IN CHRISTIANS SECOND AMENDED COMPLAINT.

ADDITIONALLY THE WEIGHTS WERE RECORDED BY MEDICAL STAFF AT THE PRISON.

FURTHER, IN <u>MOZDEN V. HELDER, 2014 US DIST. LEXIS 91295</u> THIS 8TH DISTRIST SAID AT *9 UNDER

CONSTITUTIONAL VIOLATION, SECOND PARAGRAPH, "HOWEVER, EVEN IF THE PLAINTIFF HAS FAILED TO ESTABLISH A PHYSICAL INJURY, THE EIGHTH CIRCUIT HAS HELD THAT, IN CASES WHERE NO PHYSICAL INJURY IS SUFFERED, § 1997e(e) DOES NOT BAR RECOVERY OF OTHER TYPES OF DAMAGES, SUCH AS NOMINAL, PUNITIVE, INJUNCTIVE AND DECLARATORY RELIEF. SEE ROYAL v. KAUTZKY, 375 F.3D 720, 723 (8TH CIR. 2004)

CHRISTIANS WEIGHT LOSS OF 16 POUNDS OVER TWO WEEKS, A RATE OF EIGHT POUNDS PER WEEK, FOUR TO EIGHT TIMES THE THRESHOLD FOR SAFE WEIGHT LOSS WOULD QUALIFY AS A SEPERATE INJURY CHRISTIANS SUFFERED AND THE SUMMIT DEFENDANTS WOULD HAVE KNOWN ABOUT HIS PRIOR WEIGHT LOSS AND CLAIMS OF INADEQUATE NUTRITION. FOR THE REASONS ABOVE CHRISTIANS PRAYS THIS COURT REVERSES IT'S SUMMARY JUDGEMENT AND HOLDS SUMMIT LIABLE FOR AT LEAST PART OF CHRISTIANS CLAIMS WHERE THEY WERE FULLY AWARE.

DATED THIS 6TH DAY OF APRIL 2023.

MARK CHRISTIANS
[signature]
SOUTH DAKOTA STATE PENITENTIARY
P.O. BOX 5911
SIOUX FALLS, SD 57117

MARK CHRISTIANS #35285
**DEPARTMENT OF CORRECTIONS**
**STATE PENITENTIARY**
**P.O. Box 5911**
**Sioux Falls, SD 57117-5911**
*Address Service Requested*

SIOUX FALLS SD 570
12 APR 2023 PM 1 L

NEOPOST
FIRST-CLASS MAIL
04/12/2023
US POSTAGE $000.60⁰
ZIP 57104
041M11461503

UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
400 S. PHILLIPS AVE., ROOM 128
SIOUX FALLS, SD 57104

57104-685128

APPROVED LEGAL
SDSP
CORRESPONDENCE

RH 4/11/23

X-RAYED BY
SOUTH DAKOTA
CSO