UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | | |
|---|---|---|
| MARK CHRISTIANS,<br><br>Plaintiff,<br><br>v.<br><br>DARRIN YOUNG, in his individual capacity; DAN SULLIVAN, in his official capacity; TROY PONTO, Deputy Warden, individual and official capacity; JESSICA COOK, Associate Warden SDSP/Jameson, individual and official capacity; BRENT FLUKE, Warden MDSP, individual and official capacity; REBECCA SCHIEFFER, Associate Warden MDSP, individual and official capacity; ALEX REYES, Associate Warden MDSP, individual and official capacity; CODY HANSON, Unit Manager Jameson, individual and official capacity; SETH HUGHES, Unit Manager Jameson, individual and official capacity; NANCY CHRISTENSEN, Unit Manager MDSP, individual and official capacity; DEREK EKEREN, Unit Coordinator Jameson, individual and official capacity; DEB EILERS, Unit Coordinator, MDSP, individual and official capacity; LAURIE STRATMAN, Unit Coordinator MDSP, individual and official capacity; JULIE STEVENS, Case Manager MDSP, individual and official capacity; JARRED ANDERSON, KELLY BUCHHOLZ, CBM/Summit Food Services Worker MDSP, individual and official capacity; JOHN TRIERWEILER, Summit District Manager, individual and official capacity; | ) | Civ. No. 20-4083-LLP<br><br>CERTIFICATE OF COMPLIANCE |

KEVIN TRIERWEILER, Site Manager )
Jameson, individual and official )
capacity; PAMELA THOMAS, )
Executive Chef, Summit )
Corrections, individual and official )
capacity; UNNAMED SUMMIT )
LICENSED DIETITIAN(S), individual )
and official capacity; DIETARY )
ASSISTANTS, individual and official )
capacity; DIRECTORS of )
OPERATIONS, individual and )
official capacity; DISTRICT )
MANAGERS, individual and official )
capacity; FOOD SERVICE )
DIRECTORS, individual and official )
capacity; ASSISTANT FOOD )
SERVICE DIRECTORS, individual )
and official capacity; FOOD )
SERVICE WORKERS, individual )
and official capacity; JUSTIN )
BARTHEL, Director of Dietary )
Summit, individual and official )
capacity; CRAIG MOUSEL, Proper )
Officer, SDSP, individual and official )
capacity; MIKE LEIDHOLT, South )
Dakota Secretary of Corrections, )
individual and official capacity; )
KELLIE WASKO, official capacity; )
PECHOUS, Unit Coordinator, )
individual and official capacity; )
GENIE BIRCH, Program Manager, )
individual and official capacity; )
GREASMAN, Correctional Officer, )
individual and official capacity; )
DAWN ALUMBAUGH, Correctional )
Officer, individual and official )
capacity; BARNETCHE, Correctional )
Officer, individual and official )
capacity; MARJAMA, Correctional )
Officer, individual and official )
capacity; WINTERS, Correctional )
Officer, individual and official )
capacity; PADILLA, Correctional )
Officer, individual and official )
capacity; MULLINS, Correctional )
Officer, individual and official )

capacity; HULSCHER, Corrections Officer, individual and official capacity; DREISKE, Former Deputy Warden, individual capacity; BECKER, Lieutenant, individual and official capacity; HETTIG, Lieutenant, individual and official capacity; PERRETT, Lieutenant, individual and official capacity; BETH, Summit Supervisor, individual and official capacity; SUMMIT FOOD SERVICE, individual and official capacity; JESSICA WALDNER, individual and official capacity, )

Defendants. )

COME NOW the above-named SDDOC Defendants, Young, Sullivan, Ponto, Cook, Fluke, Schieffer, Reyes, Hanson, Hughes, Christensen, Ekeren, Eilers, Stratman, Stevens, Mousel, Leidholt, Wasko, Pechous, Birch, Greasman, Alumbaugh, Marjama, Winters, Padilla, Dreiske, Becker, and Hettig, by and through their undersigned counsel and hereby certify that they have complied with the directive issued by the Court in its Order dated March 29, 2023. As directed therein, "The DOC Defendants' counsel must provide the last known addresses for Hulscher, Barnetche, Mullins and Perrett to the United States Marshal Service by May 1, 2023." Doc. 185, p.31. As indicated in a letter to Daniel C. Mostellar, U.S. Marshal Service, dated April 17, 2023, counsel for the DOC Defendants, on or about April 14, 2023, reached out to said Office in connection with the aforesaid Order issued by the Court. As further indicated therein, the four (4) individuals referred to above had been contacted and advised that an agreement had been reached with the

U.S. Marshal's Service whereby they would have until May 1, 2023, in which to make arrangements to personally appear at said Office to accept service of the Summons/Complaint. Said individuals were advised that if they failed to do so, the U.S. Marshal's Service would thereafter effectuate service at the addresses provided. A redacted copy of said letter is attached hereto.

Dated this 26th day of April 2023.

*/s/ Frank Geaghan*
Frank Geaghan
Assistant Attorney General
1302 East Highway 14, Suite 1
Pierre, South Dakota 57501-8501
Telephone: (605) 773-3215
frank.geaghan@state.sd.us

CERTIFICATE OF SERVICE

I hereby certify that on the 26th day of April 2023, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Southern Division by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I further certify that some of the participants in the case are not CM/ECF users. I have mailed the foregoing document by First-Class mail, postage prepaid, or have dispatched it to a third-party commercial carrier for delivery within 3 calendar days, to the following non-CM/ECF participants:

Mark Christians #35285
South Dakota State Penitentiary
P.O. Box 5911
Sioux Falls, SD 57117-5911

*/s/ Frank Geaghan*
Frank Geaghan
Assistant Attorney General