STATE OF SOUTH DAKOTA

**OFFICE OF ATTORNEY GENERAL**
1302 East Highway 14, Suite 1
Pierre, South Dakota 57501-8501
Phone (605) 773-3215
Fax (605) 773-4106
http://atg.sd.gov

**MARTY J. JACKLEY**
ATTORNEY GENERAL

**MARK W. BARNETT**
CHIEF DEPUTY

April 17, 2023

Daniel C. Mostellar
US Marshals Service
400 S. Phillips Ave. - #216
Sioux Falls, SD 57104

Re: ***Christians v Young, et al***
**Civ. #20-4083-LLP**

Dear Marshal Mostellar:

Please be advised that the present letter is intended to serve as a follow-up to the conversation that I had last week with a member of your Office. As was discussed therein, an Order was issued in the above-mentioned case, on March 29, 2023, directing, in part, that "The DOC Defendants' counsel must provide the last known addresses for Hulscher, Barnetche, Mullin, and Perrett to the United States Marshals Service by May 1, 2023." In connection therewith, it was discussed and agreed that I would reach out to the afore-mentioned Defendants and let them know that an agreement which was reached with your Office.

Pursuant thereto, the named Defendants were notified that they would have until May 1, 2023 in which to contact your Office ([redacted]) and make arrangements whereby they would personally appear at your Office (400 S. Phillips Ave. - #216) to accept service of the Summons/Complaint. If arrangements have not been made by said date, your Office would thereafter undertake to effectuate service as the personal addresses listed below:

Timothy Mullin
[redacted]

Matthew Hulscher
[redacted]

Laserfiche

Preston Perrett
[redacted]

Kyle Barnetche
[redacted]

I have, with the exception of Kyle Barnetche, been able to contact the above-named Defendants and have confirmed their addresses.

Please be advised that I have also recently been contacted by Mr. Mullin who indicated that he has since been in contact with your Office and made the necessary arrangements.

If you should have any questions, please feel free to contact me at any time.

Sincerely,

Frank Geaghan
Assistant Attorney General

FG/ldc

Laserfiche