UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

MARK CHRISTIANS,
PLAINTIFF,

v.

DARRIN YOUNG, ET AL,
DEFENDANTS

4:20-CV-04083-LLP

OBJECTION TO SUMMARY JUDGEMENT MOTION TO VACATE ORDER

IT SEEMS THERE WAS A REPLY TO PLAINTIFF RESPONSE OF SUMMIT'S SUMMARY JUDGEMENT MOTION. CHRISTIANS NEVER RECEIVED A REPLY TO HIS RESPONSE IF IN FACT THE COURT RECEIVED ONE. PLAINTIFF WOULDN'T BE ABLE TO OBJECT TO ANYTHING OR HAVE BEEN PREPARED AS TO WHAT MAY HAVE BEEN SAID IN ANY SUCH REPLY.

ADDITIONALLY SUMMIT WAS NOTIFIED ON 1-14-21 OF CHRISTIAN'S EXTREME WEIGHT LOSS AND HIS COMPLAINTS ABOUT INADEQUATE NUTRITION RELATED TO THIS LOSS. CHRISTIANS LOST ADDITIONAL WEIGHT OF SOMEWHERE BETWEEN 16 AND 21 POUNDS IN TWO WEEKS BEING HELD IN THE SHU FROM 3-20-21 TO 4-3-21. SUMMIT DID NOTHING TO INCREASE OR EVEN ADDRESS CHRISTIANS WEIGHTLOSS. INFACT CONDITIONS WERE WORSE IN THE SHU. CHRISTIANS SENT A LETTER TO THE COURT AND GRIEVANCES ADDRESSING SHU CONDITIONS, FOR NOT PROVIDING PLAINTIFF WITH THE REPLY MOTION TO SUMMARY JUDGEMENT AND BEING AWARE OF PRIOR WEIGHT LOSS AND DELIBERATELY NOT ACTING EVEN THOUGH THEY SAID THEY WOULD IF NOTIFIED.

DATED THIS 11TH DAY OF APRIL, 2023.

MARK A. CHRISTIANS
[signature]
SOUTH DAKOTA STATE PENITENTIARY
PO BOX 5911
SIOUX FALLS, SD 57117

NOTICE: Mailed from a CORRECTIONAL FACILITY
Name: MARK CHRISTIANS
ID#: 35285
Address: PO BOX 5911
City/State/Zip: SIOUX FALLS, SD 57117

SIOUX FALLS SD 570
24 APR 2023 PM 2 L



UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
400 SO. PHILLIPS AVE. Room 128
SIOUX FALLS, SD 57104

57104-685128

X-RAYED BY
SOUTH DAKOTA
DOC