LEGAL USE ONLY

UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | |
|---|---|
| MARK CHRISTIANS, PLAINTIFF, v. DARRIN YOUNG, ET AL., DEFENDANTS. | CASE No. 4:20-CV-04083-LLP<br>PLAINTIFF REPLY TO DEFENDANT'S RESPONSE TO OBJECTION TO SUMMARY JUDGEMENT ORDER. |

FIRST, PLAINTIFF DID RECEIVE A COPY OF THE DEFENDANTS REPLY, IT WAS MISPLACED UNTIL TODAY AND CHRISTIANS APPOLOGIZES FOR ANY CONFUSSION THIS MAY HAVE CAUSED.

NEXT, CHRISTIANS OTHER ARGUMENT IS NOT A REGURGITATION BUT IT LOOKS AS THOUGH IT WAS NOT CONSIDERED BEFORE. THE COURT FOUND THAT SUMMIT DEFENDANTS WERE UNAWARE THAT THERE WAS A SUBSTANTIAL RISK OF SERIOUS HARM TO PLAINTIFF. THIS IS UNTRUE. AS SHOWN, DEFENDANTS BECAME AWARE OF CHRISTIANS WEIGHTLOSS, MUSCLE ATROPHY AND MENTAL ANGUISH DUE TO LACK OF CALORIES AND PROTEIN ON JANUARY 14, 2021, THEY DID NOTHING TO ADJUST HIS DIET THROUGH SEPTEMBER OF 2022. NEARLY TWO YEARS LATER. DURING THAT TIME, FROM MARCH 20, 2021 TO APRIL 3, 2021 CHRISTIANS LOST AN ADDITIONAL 16-21 POUNDS. THIS SHOWS FUTHER INJURY AFTER THE DEFENDANTS WERE WELL AWARE OF CHRISTIANS PREVIOUS WEIGHTLOSS THROUGH THE COMPLAINT DELIVERED JANUARY 14, 2021. YET THEY DID NOTHING FOR TWO YEARS UNTIL THEY LOST THEIR CONTRACT. PLAINTIFF PRAYS THE COURT HOLD DEFENDANTS PARTIALLY RESPONSIBLE FOR THIS PORTION OF THE AMENDED COMPLAINT.

SIGNED AND DATED THIS 18TH DAY OF MAY, 2023

MARK CHRISTIANS #35285
[signature]
SOUTH DAKOTA STATE PENITENTIARY
PO BOX 5911
SIOUX FALLS, SD 57117