UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | |
|---|---|
| MARK CHRISTIANS,<br>PLAINTIFF,<br><br>V.<br><br>DARRIN YOUNG, ET AL.,<br>DEFENDANTS. | CASE NO. 4:20-CV-04083-LLP<br><br>PLAINTIFF REPLY TO SUMMIT DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION FOR RECONSIDERATION OF JUDGEMENT |

PLAINTIFF DOES NOT REPEAT INFORMATION BUT LAYS OUT ARGUMENT OF INFORMATION THAT MAY NOT HAVE BEEN CONSIDERED. SUCH AS WHEN THE COMPLAINT, DETAILING CHRISTIAN'S WEIGHT LOSS THE FIRST TIME AND HIS AMENDED COMPLAINT SHOWING MORE WEIGHT LOSS AFTER NO ACTION BY SUMMIT DEFENDANTS. CHRISTIANS HAS ATTEMPTED TO GAIN HIS FURTHER WEIGHTLOSS RECORDS BUT CANNOT SEEM TO DO SO FROM HEALTH SERVICES AS IT SEEMS THEY HAVE PURGED THAT INFORMATION FROM ITS SYSTEM. HOWEVER, CHRISTIANS HAS MADE A SWORN STATEMENT THAT HE LOST 21 POUNDS IN TWO WEEKS WHILE BEING HELD IN THE SHU. THIS MAY HAVE BEEN AS LOW AS 16 POUNDS DEPENDING ON EXACT DATES BUT AGAIN, HEALTH SERVICES WAS UNABLE TO HELP. (SEE EVIDENCE SUBMITTED WITH THIS REPLY).

THIS SECONDARY WEIGHTLOSS OF 16 TO 21 POUNDS IN TWO WEEKS WAS AFTER THE COMPLAINT WAS SERVED ON DEFENDANTS STATING THE PREVIOUS WEIGHTLOSS, LACK OF CALORIES AND PROTEIN AND MUSCLE ATROPHY. THAT PROVES THE DEFENDANTS WERE AWARE OF CHRISTIANS INJURY AND HEALTH RISKS BUT DID NOT CHANGE HIS DIET PLAN RESULTING IN THE SECOND WEIGHT LOSS WHEN PLAINTIFF WAS RELIANT SOLELY ON SUMMIT FOODS DUE TO HIS POSITION OF BEING HELD IN THE SHU.

LEGAL USE ONLY

THE SIMPLE FACT IS, DEFENDANTS WERE AWARE OF THE HEALTH RISKS AND WEIGHT LOSS AND MUSCLE ATROPHY YET DID NOT CHANGE HIS DIET, AT ALL, EVER. THEY HAD TWO MONTHS OPPORTUNITY TO CHANGE THE DIET FOR PLAINTIFF BEFORE HE BEGAN TO LOSE WEIGHT AGAIN. YES, THEY WERE INFORMED AND NOTIFIED AND NO, THEY DID NOTHING ABOUT IT UP TO THE POINT IN SEPTEMBER 2022 WHEN THEY LOST THEIR CONTRACT, NEARLY TWO YEARS SINCE THEY WERE NOTIFIED AND NO CHANGES WERE MADE.

SIGNED AND DATED THIS 18TH DAY OF MAY 2023.

MARK CHRISTIANS #35285

[signature]

SOUTH DAKOTA STATE PENITENTIARY
PO BOX 5911
SIOUX FALLS, SD 57117

MARK CHRISTIANS #35295
DEPARTMENT OF CORRECTIONS
STATE PENITENTIARY
P.O. Box 5911
Sioux Falls, SD 57117-5911
*Address Service Requested*

SIOUX FALLS SD 570
19 MAY 2023PM 2 L

NEOPOST
FIRST-CLASS MAIL
05/19/2023
US POSTAGE $000.60º
ZIP 57104
041M11461503

UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
400 S. PHILLIPS AVE., RM. 128
SIOUX FALLS, SD 57104

57104-685128

SDSP

RH 5/18/23

X-RAYED BY
SOUTH DAKOTA
CSO