# Correspondence

| | |
|---|---|
| Date: | 04-17-2023 |
| Patient Name: | MARK ANTHONY CHRISTIANS |
| ID Number: | 35285 |
| Patient Cell: | JPA-UNIT B-BLUE-82 |

Weight documented on 03/30/2021 was 189

Staff: Health Services/ KSCHRADER

THIS I BELIEVE IS THE WRONG DATE AND WEIGHT. I'M LOOKING FOR MY WEIGHT ON 3/20/2021. I BELIEVE IT WAS 238 # BUT I'M UNSURE. COULD YOU VERIFY?

THANK-YOU FOR YOUR CORRESPONDENCE.

M A. Chr[illegible]

April 20, 23

Mr. Christians,

Our computer records are dated far back as 4/30/2021. The information you are requesting dated 3/20/2021 is not available at this time

Sincerest appologies,

Heath Services