MARK CHRISTIANS #35285
SOUTH DAKOTA STATE PRISON
PO BOX 5911
SIOUX FALLS, SD 57117

JUNE 12, 2023

UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
400 S. PHILLIPS AVE, ROOM 128
SIOUX FALLS, SD 57104

GREETINGS: RE: 4:20-CV-4083

PLEASE INCLUDE THE ENCLOSED EVIDENCE AS SUPPLEMENTAL EVIDENCE FOR PRIOR FILED "OBJECTION TO SUMMARY JUDGEMENT RULING" AND PRIOR FILED "MOTION FOR RECONSIDERATION OF SUMMARY JUDGEMENT." I WAS UNABLE TO GET THESE RECORDS PRIOR TO FILING THE OBJECTION AND MOTIONS.

SINCERELY,

[signature]

MARK A. CHRISTIANS

South Dakota Department of Corrections - Weight (Last 90 Days) (New) (Same Room), For: CHRISTIANS, MARK ANTHONY (03-08-2023 to 06-06-2023 (Stated)). Custom Dates Used (06-08-2020 to 06-06-2023) Report Run On 06-06-2023 Tue 03:22:10 PM

| Date | Weight |
|---|---|
| 2020-06-15 | 239 |
| 2020-07-15 | 235 |
| 2020-07-17 | 235 |
| 2020-07-23 | 235 |
| 2020-09-02 | 238 |
| 2020-09-18 | 232 |
| 2020-11-02 | 242 |
| * 2020-11-24 | 328 * |
| 2021-02-26 | 237 |
| 2021-03-04 | 233 |
| * 2021-03-20 | 233 * |
| * 2021-04-03 | 217 * |
| 2021-04-04 | 215 |
| 2021-04-05 | 211 |
| 2021-04-06 | 210 |
| 2021-04-06 | 210 |
| 2021-04-06 | 210 |
| 2021-04-07 | 212 |
| 2021-04-08 | 208 |
| 2021-04-09 | 207 |
| 2021-04-10 | 204 |
| 2021-04-11 | 202 |
| 2021-04-13 | 198 |
| 2021-04-15 | 200 |
| 2021-04-16 | 200 |
| 2021-04-16 | 200 |
| 2021-04-17 | 193 |
| 2021-04-18 | 197 |
| 2021-04-19 | 197 |
| 2021-04-20 | 195 |
| 2021-04-21 | 191 |
| 2021-04-22 | 192 |
| 2021-04-23 | 189 |
| 2021-04-23 | 189 |
| 2021-04-24 | 188 |
| 2021-04-24 | 188 |
| 2021-04-26 | 190 |
| 2021-04-27 | 189 |
| 2021-04-28 | 186 |
| 2021-04-29 | 186 |
| 2021-04-30 | 185 |
| 2021-04-30 | 185 |
| 2021-05-01 | 184 |
| 2021-05-02 | 184 |
| 2021-05-03 | 183 |
| 2021-05-04 | 183 |
| 2021-05-05 | 191 |
| 2021-05-07 | 188 |
| 2021-05-08 | 187 |
| 2021-05-09 | 184 |
| 2021-05-09 | 184 |
| 2021-05-10 | 183 |
| 2021-05-12 | 195 |
| 2021-05-14 | 199 |
| 2021-05-17 | 194 |
| 2021-06-09 | 216.13 |

MARK CHRISTIANS #35285
DEPARTMENT OF CORRECTIONS
STATE PENITENTIARY
P.O. Box 5911
Sioux Falls, SD 57117-5911
*Address Service Requested*

SIOUX FALLS SD 570
13 JUN 2023 PM 1 L

NEOPOST
FIRST-CLASS MAIL
06/13/2023
US POSTAGE $000.60⁰
ZIP 57104
041M11461503

UNITED STATES DISNRICT COURT
OFFICE OF THE CLERK
400 S. PHILLIPS AVE., ROOM 128
SIOUX FALLS, SD 57104

57104-685128

SDSP

RH 6/13/23

X-RAYED BY
SOUTH DAKOTA
CSO