UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | |
|---|---|
| MARK CHRISTIANS,<br><br>Plaintiff,<br><br>vs.<br><br>DARRIN YOUNG, in his individual capacity; DAN SULLIVAN, in his official capacity; TROY PONTO, Deputy Warden SDSP, individual and official capacity; JESSICA COOK, Associate Warden SDSP/Jameson, individual and official capacity; BRENT FLUKE, Warden MDSP, individual and official capacity; REBECCA SCHIEFFER, Associate Warden MDSP, individual and official capacity; ALEX REYES, Associate Warden MDSP, individual and official capacity; CODY HANSON, Unit Manager Jameson, individual and official capacity; SETH HUGHES, Unit Manager Jameson, individual and official capacity; NANCY CHRISTENSEN, Unit Manager MDSP, individual and official capacity; DEREK EKEREN, Unit Coordinator Jameson, individual and official capacity; DEB EILERS, Unit Coordinator MDSP, individual and official capacity; LAURIE STRATMAN, Unit Coordinator MDSP, individual and official capacity; JULIE STEVENS, Case Manager MDSP, individual and official capacity; CRAIG MOUSEL, Property Officer, SDSP, individual and official capacity; MIKE LEIDHOLT, individual capacity; KELLIE WASKO, official capacity, PECHOUS, Unit Coordinator, individual and official capacity; GENIE BIRCH, Program Manager, individual and official capacity; GREASMAN, Correctional Officer, individual and official capacity; DAWN ALUMBAUGH, Correctional Officer, individual and official capacity; BARNETCHE, Correctional Officer, individual and official capacity; MARJAMA, Correctional Officer, | 4:20-CV-04083-LLP<br><br>ORDER CLARIFYING THE COURT'S ORDER FOR ASSISTANCE WITH SERVICE, VACATING THE COURT'S ORDERS EXTENDING THE TIME TO ANSWER OR OTHERWISE RESPOND TO THE SECOND AMENDED COMPLAINT, AND DIRECTING THAT DEFENDANTS ANSWER OR OTHERWISE RESPOND TO THE SECOND AMENDED COMPLAINT |

| | |
|---|---|
| individual and official capacity; WINTERS, Correctional Officer, individual and official capacity; PADILLA, Correctional Officer, individual and official capacity; MULLINS, Correctional Officer, individual and official capacity; HULSCHER, Correctional Officer, individual and official capacity; DREISKE, Former Deputy Warden, individual capacity; BECKER, Lieutenant, individual and official capacity; HETTIG, Lieutenant, individual and official capacity; SORENSON, Lieutenant, individual and official capacity; PERRET, Lieutenant, individual and official capacity,<br><br>Defendants. | |

Plaintiff, Mark Christians, is an inmate at the South Dakota State Penitentiary (SDSP). He filed a pro se civil rights lawsuit under 42 U.SC. § 1983. Doc. 1. This Court granted in part and denied in part Christians' Motion for Leave to File a Second Amended Complaint and ordered that the United States Marshal Service (USMS) serve completed summonses, together with a copy of the Second Amended Complaint (Doc. 83) and the Court's Order Granting in Part Christians' Motion for Leave to File a Second Amended Complaint (Doc. 147), upon the newly added Department of Corrections ("DOC") defendants. Doc. 147 at 66–67. After some of the newly added DOC Defendants were served, they moved for an extension of time to answer the Second Amended Complaint until twenty-one (21) days after all the newly added DOC Defendants were served. Docs. 153; 176. This Court granted the newly added DOC Defendants' Motions for an Extension of Time to Answer. Docs. 181; 185 at 27–28.

Some of the newly added Defendants have not been served because they are no longer employed by the DOC. Doc. 184. Christians filed a Motion for Appointment of Counsel to assist him in serving the named Defendants who have not been served because they are no longer employed by the DOC. *Id.* This Court construed Christians' motion as a motion for assistance

with service, which was granted. Doc. 185 at 29–30. In accordance with the Court's order for assistance with service, counsel for the DOC provided to the USMS the last known addresses for the four former DOC employees who have not been served. Doc. 189. When the USMS received the last known addresses for the four former DOC employees, the Court's order for assistance with service contemplated that the USMS would then attempt to serve a summons, the Second Amended Complaint, and the Court's Order Granting in Part Christians' Motion for Leave to File a Second Amended Complaint on the former DOC employees, but that did not occur. The Clerk of Court sent to Christians four blank summons and four blank USM-285 forms, Doc. 193, but Christians was unable to complete the forms because the Court did not order that counsel for the DOC provide the last known addresses for the former DOC employees to Christians. *See* Doc. 197. Further, the Court did not specifically note that Christians was not required to include the addresses at which these former DOC employees may be served when he completed and returned to the Clerk of Court a separate summons and USM-285 form for defendants Matthew Hulscher, Kyle Barnetche, Tara Mullins, and Preston Perret.

The Court issues this Order to clarify its previous order granting assistance with service. The Clerk of Court has reissued and delivered to the USMS summonses for Defendants Matthew Hulscher, Kyle Barnetche, Tara Mullins, and Preston Perret. Doc. 198. The USMS shall serve the completed summons, the Second Amended Complaint (Doc. 83), the Court's Order Granting in Part Christians' Motion for Leave to File a Second Amended Complaint (Doc. 185), and this Order on each of the former DOC employees. The USMS shall serve the former DOC employees at the last known address for each of the Defendants provided in the DOC's counsel's April 17, 2023, correspondence to Marshal Mostellar (Doc. 189-1). The Clerk of Court is directed to

redact all these Defendants' addresses from the returns of service before they are filed and to provide redacted copies to Christians.

The Court's Order Granting in Part Christians' Motion for Leave to File a Second Amended Complaint and Ordering Assistance with Service was entered on March 29, 2023. Doc. 185. Accordingly, at this stage of the proceedings, the newly added DOC Defendants who have been served should answer or otherwise respond to the Second Amended Complaint. Thus, the Court vacates its previous orders extending the time for the DOC Defendants to answer Plaintiff's Second Amended Complaint (Docs. 181; 185 at 27–28). DOC Defendants Alumbaugh, Becker, Birch, Greasman, Hettig, Marjama, Padilla, Pechous, Sorenson, and Winters shall serve and file an answer or responsive pleading to the Second Amended Complaint within twenty-one (21) days of the date of this Order.

Accordingly, it is

ORDERED:

1. That the Court's orders extending the time for the DOC Defendants to answer Plaintiff's Second Amended Complaint (Docs. 181; 185 at 27–28) are vacated, and DOC Defendants Alumbaugh, Becker, Birch, Greasman, Hettig, Marjama, Padilla, Pechous, Sorenson, and Winters shall serve and file an answer or responsive pleading to the Second Amended Complaint within twenty-one (21) days of the date of this Order.

2. That the USMS shall serve the reissued summonses, together with a copy of the Second Amended Complaint (Doc. 83), the Court's Order Granting in Part Christians' Motion for Leave to File a Second Amended Complaint (Doc. 185), and this Order on each of the former DOC employees. The USMS shall serve the former

DOC employees at the last known address for each of the Defendants provided in the DOC's counsel's April 17, 2023, correspondence to Marshal Mostellar (Doc. 189-1).

3. That the Clerk of Court is directed to redact Defendant Hulscher's, Defendant Barnetche's, Defendant Mullin's, and Defendant Perrett's addresses from the returns of service before they are filed and to provide redacted copies to Christians.

4. That Defendants Hulscher, Barnetche, Mullin, and Perrett will serve and file an answer or responsive pleading to the Second Amended Complaint on or before twenty-one (21) days following the date of service.

DATED September 28, 2023.

BY THE COURT:

Lawrence L. Piersol
United States District Judge

ATTEST:
MATTHEW W. THELEN, CLERK