LEGAL USE ONLY

UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | |
|---|---|
| CHRISTMANS, PLAINTIFF v. YOUNG, ET. AL, DEFENDANTS. | CIV. NO. 4:20-CV-04083-LLP<br>MOTION FOR ASSISTED SERVICE |

THIS COURT ORDERED ASSISTED SERVICE BY THE SOUTH DAKOTA ATTORNEY GENERAL'S OFFICE BY PROVIDING THE U.S. MARSHALS THE LAST KNOW ADDRESS OF KYLE BARNETCHE, AMONGST OTHERS. THIS WAS TO BE COMPLETED BY MAY 1 2023. IT SEEMS THIS WAS COMPLETED BUT THE US. MARSHALS SERVICE DID NOT EXECUTE THE SERVICE UNTIL OCTOBER 17 2023, DURING WHICH TIME KYLE BARNETCHE HAD MOVED AND SERVICE WAS RETURNED TO PLAINTIFF. IT SEEMS THE ATTORNEY GENERAL'S OFFICE MADE CONTACT TO BARNETCHE BY PHONE. SINCE THEY HAVE A PHONE NUMBER, CAN THE AG CONTACT MR. BARNETCHE AND OBTAIN A GOOD/CURRENT ADDRESS AND RELAY THAT TO THE USMS FOR SERVICE UPON KYLE BARNETCHE. IT TOOK NEARLY SIX MONTHS LAST TIME. A MORE TIMELY SERVICE MAY GET THIS DEFENDANT SERVED, OR PERHAPS THE AG CAN ACCEPT SERVICE ON DEFENDANTS BEHALF.

DATED THIS 31ST DAY OF OCTOBER 2023.

MARK CHRISTMANS #35285
[signature]
SOUTH DAKOTA STATE PENITENTIARY
PO BOX 5911
SIOUX FALLS, SD 57117

MARK CHRISTIANS #35285
DEPARTMENT OF CORRECTIONS
STATE PENITENTIARY
P.O. Box 5911
Sioux Falls, SD 57117-5911
*Address Service Requested*

SIOUX FALLS SD 570
1 NOV 2023 PM 1 L

NEOPOST
FIRST-CLASS MAIL
11/01/2023
US POSTAGE $000.63⁰
ZIP 57104
041M11461503

UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
400 S. PHILLIPS AVE., Room 128
SIOUX FALLS, SD 57104

57104-685128

SDSP

CORRESPONDENCE

X-RAYED BY
SOUTH DAKOTA
CSO

10/31/23 JS