UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | | |
|---|---|---|
| MARK CHRISTIANS,<br><br>Plaintiff,<br><br>v.<br><br>DARRIN YOUNG, in his individual capacity; DAN SULLIVAN, in his official capacity; TROY PONTO, Deputy Warden SDSP, Individual and official capacity; JESSICA COOK, Associate Warden SDSP/Jameson, individual and official capacity; BRENT FLUKE, Warden MDSP, individual and official capacity; REBECCA SCHIEFFER, Associate Warden MDSP, individual and official capacity; ALEX REYES, Associate Warden MDSP, individual and official capacity; CODY HANSON, Unit Manager Jameson, individual and official capacity; SETH HUGHES, Unit Manager Jameson, individual and official capacity; NANCY CHRISTENSEN, Unit Manager MDSP, individual and official capacity; DEREK EKEREN, Unit Coordinator Jameson, individual and official capacity; DEB EILERS, Unit Coordinator MDSP, individual and official capacity; LAURIE STRATMAN, Unit Coordinator MDSP, individual and official capacity; JULIE STEVENS, Case Manager MDSP, individual and official capacity; CRAIG MOUSEL, Property Officers, SDSP, individual and official capacity; MIKE LEIDHOLT, individual capacity; KELLIE WASKO, official capacity' PECHOUS, Unit Coordinator, individual and official capacity; GENIE BIRCH, Program Manager, individual and official capacity; GREASMAN, Correctional Officer, individual and official capacity, | ) | 4:20-CV-04083-LLP<br><br>RESPONSE TO PLAINTIFF'S MOTION FOR ASSISTED SERVICE |

| | |
|---|---|
| DAWN ALUMBAUGH, Correctional Officer, individual and official capacity; BARNETCHE, Correctional Officer, individual and official capacity; MARJAMA, Correctional Officer, individual and official capacity; WINTERS, Correctional Officer, individual and official capacity; PADILLA, Correctional Officer, individual and official capacity MULLINS, Correctional Officer, individual and official capacity; HULSCHER, Correctional Officer, individual and official capacity; DREISKE, Former Deputy Warden, individual capacity; BECKER, Lieutenant, individual and official capacity; HETTIG, Lieutenant, individual and official capacity; SORENSON, Lieutenant, individual and official capacity; PERRET, Lieutenant, individual and official capacity, | ) |
| Defendants. | ) |

The record will reflect that Plaintiff, on November 3, 2023, filed a Motion for Assisted Service in connection with the last known address of Kyle Barnetche. Doc. 212. As indicated therein, counsel for Defendants was directed to previously provide Barnetche's last known address to the U.S. Marshal. Plaintiff concedes that "this was completed." He now complains, however, that "the U.S. Marshal's Service did not execute the service until October 17, 2023, during which time Kyle Barnetche had moved and service was returned to Plaintiff." Doc. 212.

In his Motion for Assisted Service, Plaintiff speculates that "it seems the Attorney General's Office made contact with Barnetche by phone." Doc. 212. According to Plaintiff, "Since they [Attorney General's Office] have a phone

number," the Attorney General's Office "can contact Mr. Barnetche and obtain a good/current address and relay that to the USMS for service upon Kyle Barnetche." Doc. 212. Despite Plaintiff's beliefs to the contrary, the undersigned counsel was not able to contact Mr. Barnetche by phone. Counsel, in attempting to contact Mr. Barnetche via the telephone number provided by the Human Relations Office for the South Dakota Department of Corrections, received a message indicating that it was "no longer a working number." Counsel thereafter attempted to reach Mr. Barnetche via the email address that was provided. Unfortunately, however, Mr. Barnetche did not respond to any of the emails sent by the undersigned counsel. The Attorney General's Office, therefore, cannot be expected to provide information which they do not have.

WHEREFORE, Defendants would respectfully request that Plaintiff's Motion for Assisted Service be denied by the Court.

Dated this 8th day of November 2023.

*/s/ Frank Geaghan*
Frank Geaghan
Assistant Attorney General
1302 East Highway 14, Suite 1
Pierre, South Dakota 57501-8501
Telephone: (605) 773-3215
frank.geaghan@state.sd.us

CERTIFICATE OF SERVICE

I hereby certify that on the 8th day of November 2023, I electronically filed the foregoing document with the Clerk of the Court for the United States District Court for the Southern Division by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I further certify that some of the participants in the case are not CM/ECF users. I have mailed the foregoing document by First-Class mail, postage prepaid, or have dispatched it to a third-party commercial carrier for delivery within 3 calendar days, to the following non-CM/ECF participants:

Mark Christians #35285
South Dakota State Penitentiary
P.O. Box 5911
Sioux Falls, SD 57117-5911

*/s/ Frank Geaghan*
Frank Geaghan
Assistant Attorney General

usdc_fg Mark Christians – Response to Motion for Assisted Service (mn)