UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | |
|---|---|
| MARK CHRISTIANS, PLAINTIFF, V. DARIN YOUNG, ET AL. DEFENDANTS. | 4:20-CV-04083-LLP<br>MOTION REQUIRING ATTORNEY FOR DEFENDANTS TO ANSWER/EXPLAIN LETTER FROM PLAINTIFF |

WITH THE DEFENDANTS BEHAVIOR OF CONSISTANTLY MISLEADING THE COURT AND BOTH DOC STAFF ATTORNEY ADDISON AGUIRE AND THE A.G.'S OFFICE FAILURE TO INVESTIGATE DISCOVERY REQUESTS OR ANSWER LETTERS BY PLAINTIFF, CHRISTIANS HAS BECOME CONCERNED ONE OF THE DEFENDANTS, TIMOTHY MULLIN, WAS IMPROPERLY SERVED. THE REQUEST WAS FOR PAIGE MULLIN. A LETTER WAS SENT TO THE A.G.'S OFFICE IN REFERENCE TO THE A.G.'S LETTER (DOC 189-1) TO THE U.S. MARSHALS SERVICES. HE APPARENTLY PROVIDED INFORMATION FOR TIMOTHY MULLIN. PLAINTIFF SENT A RESPONSE LETTER CORRECTING THE ERROR TO PAIGE MULLIN TO BE SERVED. HOWEVER, IN TODAY'S SOCIETY, CHRISTIANS KNOWS IT'S NOT OUT OF THE REALM OF POSSIBILITIES FOR A FEMALE NAMED PAIGE TO CHANGE HER NAME (AND/OR SEX) TO A MALE NAMED TIMOTHY, AND LEFT IT OPEN FOR THE A.G. TO DISREGARD IF THAT WAS THE CASE. NO RESPONSE WAS RECEIVED BY CHRISTIANS TO THIS MATTER AND AS STATED WITH THE ATTORNEYS BEHAVIOR ON THIS CASE IT IS NOW CONCERNING. CHRISTIANS WOULD RESPECTFULLY REQUEST AN ORDER FOR THE A.G.'S OFFICE TO EXPLAIN IF IN FACT THE CORRECT DEFENDANT WAS SERVED AND PAIGE MULLIN IS IN FACT TIMOTHY MULLIN AND NOT A SEPARATE INDIVIDUAL. THE LETTER TO THE A.G.'S OFFICE DATED MAY 1 2023 IS ATTACHED. IF IT IS DETERMINED PAIGE MULLIN IS NOT TIMOTHY

MULLIN. CHRISTIANS WOULD REQUEST THE CORRECT INFORMATION BE SUBMITTED TO THE US. MARSHALS SERVICE FOR PROPER SERVICE. IF THAT IS NOT A NOW CURRENT ADDRESS, THEN FOR THE AG'S OFFICE TO USE THEIR AVAILABLE RESOURCES TO LOCATE AND OBTAIN A CORRECT/CURRENT ADDRESS, INCLUDING BUT NOT LIMITED TO CONTACTING THE DEFENDANTS LISTED EMERGENCY CONTACT FOR CURRENT INFO ON HER WHEREABOUTS.

DATED THIS 28TH DAY OF MARCH, 2024.

[signature]

MARK CHRISTIANS #35285
SOUTH DAKOTA STATE PENITENTIARY
PO BOX 5911
SIOUX FALLS, SD 57117

MARK CHRISTIANS #35285
DEPARTMENT OF CORRECTIONS
STATE PENITENTIARY
P.O. Box 5911
Sioux Falls, SD 57117-5911
*Address Service Requested*

NEOPOST 05/22/2024 US POSTAGE $002.83⁰ FIRST-CLASS MAIL
ZIP 57104
041M11461503

UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
400 S. PHILLIPS AVE., Room 128
SIOUX FALLS, SD 57104

5/20/24

X-RAYED BY
SOUTH DAKOTA
CSO