MARK CHRISTIANS #35285
S.D.S.P.
PO BOX 5911
SIOUX FALLS SD 57117

MAY 1, 2023

OFFICE OF ATTORNEY GENERAL
FRANK GEAGHAN
1302 EAST HIGHWAY 14, SUITE 1
PIERRE, SD 57501

RE: ON CASE NO. 4:20-CV-04083-LLP

GREETINGS:

IT LOOKS LIKE YOU PUT TIMOTHY MULLIN FOR SERVICE. IT IS SUPPOSED TO BE PAIGE MULLIN AS STATED IN THE LATEST MOTION FOR AN ATTORNEY. PLEASE CORRECT THIS SO THE CORRECT PERSON GETS SERVED. UNLESS OF COURSE PAIGE MULLIN IS NOW TIMOTHY MULLIN, THEN DISREGARD. THANK-YOU,

SINCERELY,

[signature]

MARK A. CHRISTIANS

MARK CHRISTIANS #35285
SOUTH DAKOTA STATE PENITENTIARY
PO BOX 5911
SIOUX FALLS, SD 57117

APRIL 5, 2024

UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
400 S. PHILLIPS AVE, ROOM 128
SIOUX FALLS, SD 57104

RE: 4:20-CV-04083-LLP

GREETINGS:

ENCLOSED IS A LETTER ADDRESSED TO KELLIE WASKO DATED APRIL 5, 2024 AS WELL AS MEDICAL RECORDS REFERRED TO IN THE LETTER. THE OTHER DOCUMENTS REFERRED TO ARE ALREADY PART OF THE RECORD. I BELIEVE I'VE LEARNED IT IS NOT APPROPRIATE TO WRITE THE JUDGE DIRECTLY BUT HE IS CC'D IN THE LETTER AS WELL AS AMBER PIRRAGLIA, DIRECTOR OF PRISONS SO I'D LIKE TO MAKE IT PART OF THE RECORD FOR REVIEW AND CONSIDERATION ON ALL MATTERS.

SINCERELY,

[signature]

MARK A. CHRISTIANS

MARK CHRISTIANS #35285
SOUTH DAKOTA STATE PENITENTIARY
PO BOX 5911
SIOUX FALLS, SD 57117

APRIL 5, 2024

SECRETARY OF CORRECTIONS
KELLIE WASKO
3200 EAST HWY 34
PIERRE, SD 57501

GREETINGS:

ON MARCH 13 OR 14, 2024 AN ORDER WAS ENTERED INTO CORRECTEK WITH SPECIAL DIET INSTRUCTIONS "PER DOC POLICY AND MY MEDICAL PROVIDER RECOMMENDATION (TO TREAT DYSLIPIDEMIA): \.br\ MINIMUM 2.5 SERVINGS FRUIT, 4 SERVINGS VEGETABLES, 6 OZ WHOLE GRAINS, AND 8OZ. LEAN PROTEIN PER DAY (DIVIDED BETWEEN THR" THE EXACT PRECEEDING DIET ORDER WAS UPDATED SEVERAL TIMES THROUGH MARCH 27, 2024. SOMETIME BETWEEN MARCH 31 AND APRIL 2 THE CORRECTEK DIET ORDER/NOTATION WAS REMOVED. THE SPECIFICS CAME FROM MY MEDICAL DOCTOR (SEE ENCLOSED ENCOUNTER DATED 3-13-2024). THIS WAS DUE TO ELEVATED LDL AND CHOLESTEROL LEVELS OF 162 AND 238 RESPECTIVELY (SEE PRIOR ENCOUNTER AND LAB RESULTS DATED 2-23-2024). I'VE BEEN ON A MOD/HIGH INTENSITY STATIN LEVEL WHICH HAS NOT IMPROVED THE DYSLIPIDEMIA, I EXERCISE AS MUCH AS I AM ABLE BUT A TRUE AEROBIC EXERCISE IS DIFFICULT IF NOT IMPOSSIBLE AS WE ARE NOT ALLOWED RECREATION OFF UNIT. (LIMITED TO DAYROOM) AS YOU ARE WELL AWARE PER MY PREVIOUS GRIEVANCES. THIS STARTED LAST SUMMER BEING LIMITED TO OUTDOOR REC APPROX. ONCE PER WEEK AND CONTINUED THROUGH WINTER WHEN REC WAS CANCELLED ALTOGETHER (LIMITED TO DAYROOM). THIS IS

COMPOUNDED AS WORK HOURS WERE DRASTICALLY REDUCED AND LIMITED TO THE SAME TIME AS AVAILABLE DAYROOM HOURS. BACK TO POINT, MY CHOLESTEROL IS ONGOING (SEE ENCLOSED LAB RESULTS 9-18-2023 AND ENCOUNTER 9-21-2023).

ON 03-19-2024 I BRIEFLY HAD A VIDEO VISIT WITH JENNIFER JACKSON (SEE ENCLOSED ENCOUNTER 3-19-2024). AS MY DIET WAS ALREADY ADJUSTED (TO INCLUDE A GREATER AMOUNT OF FRUIT, VEGETABLES, WHOLE GRAINS AND LEAN PROTEIN) 5-6 DAYS PRIOR TO THIS MEETING, I DIDN'T DISPUTE I NEEDED EVEN MORE THAN ORDERED BY THE ATTENDING PHYSICIAN. MS. JACKSON SAID SHE WOULD NOT CHANGE MY DIET. THIS WAS WITNESSED BY ONE OF YOUR NURSES WHO SAT IN THE MEETING AND RECITED THE DIET ORDER AS LISTED ABOVE IN THIS LETTER. AT THIS POINT I DO NOT KNOW WHO REMOVED THE ENTRY FROM CORRECTEK BETWEEN MARCH 31 AND APRIL 2 BUT I'M STILL INVESTIGATING.

AT THIS POINT I WOULD LIKE TO POINT YOUR ATTENTION TO DOH POLICY P-B-01 HEALTHY LIFESTYLE PROMOTION AND P-D-05 MEDICAL DIETS AS WELL AS DOC POLICY 1.5.C.2 INMATE WELLNESS AND THE "AGREEMENT FOR FOOD SERVICES BETWEEN ARAMARK FOOD SERVICE AND THE SDDOC" (P.7 - G. MEAL SERVICE - 6. MENU PLANNING), ALL OF WHICH HAS BEEN ENCLOSED FOR YOUR CONVENIENCE. ADDITIONALLY I'VE ENCLOSED P.96 OF THE U.S.D.A DIETARY GUIDELINES FOR AMERICANS, 2020-2025 AND THE MYPLATE PLAN (AS STATED IN POLICY AND FOOD SERVICES AGREEMENT).

AS IT IS UNKNOWN WHO EXACTLY REMOVED THE PHYSICIANS ORDER ON CORRETEK, WOULD YOU PLEASE DIRECT HEALTH SERVICES TO REENTER IT AS I HAVE LISTED ABOVE AND IN THE DOCTORS ORDERS FROM 3-13-2024. I DON'T BELIEVE AT THIS POINT THE DIETICIAN CANCELLED IT, AS SHE STATED BOTH TO ME AND THE ATTENDING NURSE ON 3-19-2024 SHE WOULD NOT ADJUST IT FURTHER. IF SHE DID CANCEL IT, THAT WOULD BE HIGHLY

MARK CHRISTIANS #35285
SOUTH DAKOTA STATE PENITENTIARY
PO BOX 5911
SIOUX FALLS, SD 57117

APRIL 5, 2024

AMBER PIRRAGLIA, DIRECTOR OF PRISONS
DEPARTMENT OF CORRECTIONS
ADMINISTRATION OFFICE
3200 EAST HWY 34
PIERRE, SD 57501

GREETINGS:

ENCLOSED IS A LETTER ADDRESSED TO KELLIE WASKO DATED APRIL 5, 2024. IT SUMMARIZES SOME DIET CONCERNS THAT I'D LIKE YOU TO BE AWARE OF AND ADDRESS IF MS. WASKO REFUSES. I'VE ALSO ENCLOSED ALL MATERIALS REFERRED TO IN THE LETTER FOR YOUR CONVENIENCE. A RESPONSE IS REQUESTED AT MINIMUM TO CONFIRM RECEIPT OF THE DOCUMENTS. THANK YOU FOR YOUR TIME.

SINCERELY,

[signature]

MARK A. CHRISTIANS

INAPPROPRIATE FOR A DIETICIAN TO OVERRIDE A MEDICAL DOCTORS ORDERS TO TREAT A CARDIAC CONDITION. SHE DID MAKE MENTION OF MY WEIGHT BEING ELEVATED, HOWEVER AS MY MEDICAL HISTORY SHOWS I'VE ALWAYS HAD GOOD TO EXCELLENT MUSCLE TONE (NOT FAT, MERELY MUSCULAR). TO THAT, NOTE THAT MULTIPLE PHYSICIANS HAVE ORDERED ME ADDITIONAL PROTEIN IN MY DIET AS WELL AS A PRIOR DIETICIAN AND A MEDICAL SPECIALIST (DR. GUTNIK).

PLEASE IMMEDIATELY ADDRESS THIS TO PREVENT A MAJOR CARDIAC EVENT SUCH AS HEARTATTACK OR STROKE WHICH COULD LEAD TO MY EARLY DEMISE, AS I'M TOLD CARDIOLOGISTS' WOULD BE CONCERNED OF WITH MY LDL CHOLESTEROL LEVELS.

LASTLY, I REQUEST A RESPONSE AS TO A RESOLUTION OF MY REQUEST. I WOULD PREFER NOT TO WASTE ADDITIONAL STATE AND JUDICIAL RESOURCES IF YOU REFUSE TO CORRECT THIS. THANK-YOU FOR YOUR TIME.

SINCERELY,

[signature]

MARK A. CHRISTIANS

CC: LAWRENCE L. PIERSOL, U.S. DISTRICT JUDGE
AMBER PIRRAGLIA, DIRECTOR OF PRISONS

**Lab Result** **09-18-2023 09:13 AM**

**CHRISTIANS, MARK ANTHONY** **SDDOC# 35285** **Gender: Male** **DOB 08-21-1979**

Collection Date: 2023-09-18 Mon

| Patient | ID | Birth Date | Sex | SSN |
|---|---|---|---|---|
| CHRISTIANS, MARK ANTHONY | 35285 | 08-21-1979 | M | 057641395 |
| 1600 N. Drive<br>SIOUX FALLS SD 57117<br>USA<br>Home Phone: 605-367-5165<br>Ethnicity: Unknown or not specified. | | | | |

| Test Name | Normal Results | Abnormal Results | Flags | Units | Reference Range | Status | Observation Date | Performing Lab | Performing MD |
|---|---|---|---|---|---|---|---|---|---|
| COMPREHENSIVE METABOLIC PANEL | | | | | | | | | |
| Sodium | 141 | | | mmol/L | 133-145 | Final | | MCK | |
| Potassium | 4.6 | | | mmol/L | 3.5-5.1 | Final | | MCK | |
| Chloride | 106 | | | mmol/L | 98-109 | Final | | MCK | |
| Carbon Dioxide | 27 | | | mmol/L | 21-31 | Final | | MCK | |
| Anion Gap | 8 | | | mmol/L | 3-15 | Final | | MCK | |
| Calcium | 9.8 | | | mg/dL | 8.6-10.3 | Final | | MCK | |
| Glucose | 74 | | | mg/dL | 70-99 | Final | | MCK | |
| A fasting glucose of 100-125 mg/dL indicates increased risk | | | | | | | | | |
| for diabetes (prediabetes). | | | | | | | | | |
| Interpretive information based on Diagnosis and | | | | | | | | | |
| Classification of Diabetes Mellitus, American Diabetes | | | | | | | | | |
| Association. | | | | | | | | | |
| Blood Urea Nitrogen | 13 | | | mg/dL | 7-25 | Final | | MCK | |
| Creatinine | 1.0 | | | mg/dL | 0.7-1.3 | Final | | MCK | |
| BUN/Creatinine Ratio | 13.0 | | | | 10.0-20.0 | Final | | MCK | |
| Total Protein | 7.5 | | | g/dL | 6.4-8.9 | Final | | MCK | |
| Albumin Level | 4.4 | | | g/dL | 3.5-5.7 | Final | | MCK | |
| Globulin | 3.1 | | | g/dL | 1.5-4.5 | Final | | MCK | |
| Albumin/Globulin Ratio | 1.4 | | | | 0.8-2.0 | Final | | MCK | |
| Aspartate Aminotransferase | 24 | | | U/L | 13-39 | Final | | MCK | |
| Alanine Aminotransferase | 31 | | | U/L | 4-33 | Final | | MCK | |
| Alkaline Phosphatase | 42 | | | U/L | 34-104 | Final | | MCK | |
| Bilirubin Total | 0.7 | | | mg/dL | 0.3-1.0 | Final | | MCK | |
| Glomerular Filtra Rate (MDRD) | >=60 | | | mL/Min | 60-130 | Final | | MCK | |
| The Modified Diet in Renal Disease (MDRD) equation is | | | | | | | | | |
| accurate in non-hospitalized patients known to have CKD and | | | | | | | | | |
| is the preferred method for drug dosing. | | | | | | | | | |
| The MDRD equation is less accurate at higher levels of BMI | | | | | | | | | |
| (> 20 kg/m2) and in populations with normal or near-normal | | | | | | | | | |
| GFR (above 60 mL/min per 1.73 m2), for which the CKD-EPI | | | | | | | | | |
| equation is preferred. | | | | | | | | | |
| Glomerular Filt Rate (CKD-EPI) | 95 | | | mL/Min | 60-130 | Final | | MCK | |
| The CKD-EPI equation was developed to provide a more | | | | | | | | | |
| accurate estimate of GFR among individuals with normal or | | | | | | | | | |
| only mildly reduced GFR (above 60 mL/min per 1.73 m2). It | | | | | | | | | |
| is less accurate at lower levels of BMI (<20 kg/m2). | | | | | | | | | |
| Glom Filt Rate (Cockcroft-Gau) | Test Not Performed | | | mL/Min | >=50 | Final | | MCK | |
| Cannot calculate, no patient height or weight. | | | | | | | | | |

| Test Name | Normal Results | Abnormal Results | Flags | Units | Reference Range | Status | Observation Date | Performing Lab | Performing MD |
|---|---|---|---|---|---|---|---|---|---|
| LIPID PANEL | | | | | | | | | |
| Cholesterol | | 251 | Above Normal | mg/dL | 50-200 | Final | | MCK | |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Triglycerides | | 213 | Above Normal | mg/dL | 25-150 | Final | | MCK | |
| HDL Cholesterol | 45 | | | mg/dL | 40-60 | Final | | MCK | |
| LDL Cholesterol Calculated | | 163 | Above Normal | mg/dL | <130 | Final | | MCK | |
| Chol/HDL Ratio | | 5.6 | Above Normal | Ratio | <3.5 | Final | | MCK | |
| Lipid Profile Comment | See comment | | | | | Final | | MCK | |
| Current guidelines advocate interpretation in the context of | | | | | | | | | |
| a risk discussion, including clinical factors. | | | | | | | | | |
| | | | | | | | | | |
| Goff DH, et al. 2013 ACC/AHA guideline on the assessment of | | | | | | | | | |
| cardiovascular risk. J Am Coll Cardiol 2014 Jul 1;63(25 Pt | | | | | | | | | |
| B):2939-59. | | | | | | | | | |
| | | | | | | | | | |
| An online calculator may be found at: | | | | | | | | | |
| http://tools.acc.org/ASCVD-Risk-Estimator. | | | | | | | | | |

| Performing ID | Name | Address | City | State | Zip | Country | County |
|---|---|---|---|---|---|---|---|
| MCK^Avera McKennan Regional Laboratory^1325 S. Cliff Ave^Sioux Falls, SD 57117^(800) 560-4846 | | | | | | | |

Patient Class: Outpatient

| Message Type | Control Number | Filler Accession ID | Group Number |
|---|---|---|---|
| Results | LB201_0198CFB05 | | |

Order Status: F

COMPREHENSIVE METABOLIC PANEL ID# CMP
ORDER Sequence#1 Control Number: LB201_0198CFB05 Filler Accession ID: LB201_0198CFB05
Collection Date: 09-18-2023 09:13
Lab Receipt Date: 09-18-2023 16:07
Ordering Provider: Black, Shelby L ID: 1811640121
Observation Rpt Date: 09-18-2023 17:50
Results Status: All Final Results Available, Order Complete.

LIPID PANEL ID# LIPID
ORDER Sequence#2 Control Number: LB201_0198CFB05 Filler Accession ID: LB201_0198CFB05
Collection Date: 09-18-2023 09:13
Lab Receipt Date: 09-18-2023 16:07
Ordering Provider: Black, Shelby L ID: 1811640121
Observation Rpt Date: 09-18-2023 17:50
Results Status: All Final Results Available, Order Complete.

| Date/Time | Sending Application/Facility | Receiving Application/Facility |
|---|---|---|
| 09-18-2023 17:51 |  /JAHS | CorrecTek/JAHS |

| Process ID | Version | Accept Ack. | Appl. Ack. |
|---|---|---|---|
| P=Production | 2.3 | | |

**Lab Result** 02-23-2024 09:05 AM

**CHRISTIANS, MARK ANTHONY** **SDDOC# 35285** **Gender: Male** **DOB 08-21-1979**

Collection Date: 2024-02-23 Fri

| Patient | ID | Birth Date | Sex | SSN |
|---|---|---|---|---|
| CHRISTIANS, MARK ANTHONY | 35285 | 08-21-1979 | M | 057641395 |
| 1600 N. Drive<br>SIOUX FALLS SD 57117<br>USA<br>Home Phone: 605-367-5165<br>Ethnicity: Unknown or not specified. | | | | |

| Test Name | Normal Results | Abnormal Results | Flags | Units | Reference Range | Status | Observation Date | Performing Lab | Performing MD |
|---|---|---|---|---|---|---|---|---|---|
| COMPREHENSIVE METABOLIC PANEL | | | | | | | | | |
| Sodium | 140 | | | mmol/L | 133-145 | Final | | MCK | |
| Potassium | 4.3 | | | mmol/L | 3.5-5.1 | Final | | MCK | |
| Chloride | 105 | | | mmol/L | 98-109 | Final | | MCK | |
| Carbon Dioxide | 21 | | | mmol/L | 21-31 | Final | | MCK | |
| Anion Gap | 14 | | | mmol/L | 3-15 | Final | | MCK | |
| Calcium | 10.3 | | | mg/dL | 8.6-10.3 | Final | | MCK | |
| Glucose | 82 | | | mg/dL | 70-99 | Final | | MCK | |
| A fasting glucose of 100-125 mg/dL indicates increased risk | | | | | | | | | |
| for diabetes (prediabetes). | | | | | | | | | |
| Interpretive information based on Diagnosis and | | | | | | | | | |
| Classification of Diabetes Mellitus, American Diabetes | | | | | | | | | |
| Association. | | | | | | | | | |
| Blood Urea Nitrogen | 13 | | | mg/dL | 7-25 | Final | | MCK | |
| Creatinine | 1.2 | | | mg/dL | 0.7-1.3 | Final | | MCK | |
| BUN/Creatinine Ratio | 10.8 | | | | 10.0-20.0 | Final | | MCK | |
| Total Protein | 8.3 | | | g/dL | 6.4-8.9 | Final | | MCK | |
| Albumin Level | 4.8 | | | g/dL | 3.5-5.7 | Final | | MCK | |
| Globulin | 3.5 | | | g/dL | 1.5-4.5 | Final | | MCK | |
| Albumin/Globulin Ratio | 1.4 | | | | 0.8-2.0 | Final | | MCK | |
| Aspartate Aminotransferase | 25 | | | U/L | 13-39 | Final | | MCK | |
| Alanine Aminotransferase | 26 | | | U/L | 4-33 | Final | | MCK | |
| Alkaline Phosphatase | 41 | | | U/L | 34-104 | Final | | MCK | |
| Bilirubin Total | 0.8 | | | mg/dL | 0.3-1.0 | Final | | MCK | |
| Glomerular Filtra Rate (MDRD) | >=60 | | | mL/Min | 60-130 | Final | | MCK | |
| The Modified Diet in Renal Disease (MDRD) equation is | | | | | | | | | |
| accurate in non-hospitalized patients known to have CKD and | | | | | | | | | |
| is the preferred method for drug dosing. | | | | | | | | | |
| The MDRD equation is less accurate at higher levels of BMI | | | | | | | | | |
| (> 20 kg/m2) and in populations with normal or near-normal | | | | | | | | | |
| GFR (above 60 mL/min per 1.73 m2), for which the CKD-EPI | | | | | | | | | |
| equation is preferred. | | | | | | | | | |
| Glomerular Filt Rate (CKD-EPI) | 76 | | | mL/Min | 60-130 | Final | | MCK | |
| The CKD-EPI equation was developed to provide a more | | | | | | | | | |
| accurate estimate of GFR among individuals with normal or | | | | | | | | | |
| only mildly reduced GFR (above 60 mL/min per 1.73 m2). It | | | | | | | | | |
| is less accurate at lower levels of BMI (<20 kg/m2). | | | | | | | | | |
| Glom Filt Rate (Cockcroft-Gau) | Test Not Performed | | | mL/Min | >=50 | Final | | MCK | |
| Cannot calculate, no patient height or weight. | | | | | | | | | |

| Test Name | Normal Results | Abnormal Results | Flags | Units | Reference Range | Status | Observation Date | Performing Lab | Performing MD |
|---|---|---|---|---|---|---|---|---|---|
| LIPID PANEL | | | | | | | | | |
| Cholesterol | | 238 | Above Normal | mg/dL | 50-200 | Final | | MCK | |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Triglycerides | 131 | | | mg/dL | 25-150 | Final | | MCK | |
| HDL Cholesterol | 50 | | | mg/dL | 40-60 | Final | | MCK | |
| LDL Cholesterol Calculated | | 162 | Above Normal | mg/dL | <130 | Final | | MCK | |
| Chol/HDL Ratio | | 4.8 | Above Normal | Ratio | <3.5 | Final | | MCK | |
| Lipid Profile Comment | See comment | | | | | Final | | MCK | |
| Current guidelines advocate interpretation in the context of | | | | | | | | | |
| a risk discussion, including clinical factors. | | | | | | | | | |
| | | | | | | | | | |
| Goff DH, et al. 2013 ACC/AHA guideline on the assessment of | | | | | | | | | |
| cardiovascular risk. J Am Coll Cardiol 2014 Jul 1;63(25 Pt | | | | | | | | | |
| B):2939-59. | | | | | | | | | |
| | | | | | | | | | |
| An online calculator may be found at: | | | | | | | | | |
| http://tools.acc.org/ASCVD-Risk-Estimator. | | | | | | | | | |

| Performing ID | Name | Address | City | State | Zip | Country | County |
|---|---|---|---|---|---|---|---|
| MCK^Avera McKennan Regional Laboratory^1325 S. Cliff Ave^Sioux Falls, SD 57117^(800) 560-4846 | | | | | | | |

Patient Class: Outpatient

| Message Type | Control Number | Filler Accession ID | Group Number |
|---|---|---|---|
| Results | LB201_01ACB888F | | |

Order Status: F

COMPREHENSIVE METABOLIC PANEL ID# CMP

ORDER Sequence#1 Control Number: LB201_01ACB888F Filler Accession ID: LB201_01ACB888F
Collection Date: 02-23-2024 09:05
Lab Receipt Date: 02-23-2024 20:54
Ordering Provider: Rector, Mark ID: 1306846993
Observation Rpt Date: 02-23-2024 22:19
Results Status: All Final Results Available, Order Complete.

LIPID PANEL ID# LIPID

ORDER Sequence#2 Control Number: LB201_01ACB888F Filler Accession ID: LB201_01ACB888F
Collection Date: 02-23-2024 09:05
Lab Receipt Date: 02-23-2024 20:54
Ordering Provider: Rector, Mark ID: 1306846993
Observation Rpt Date: 02-23-2024 22:19
Results Status: All Final Results Available, Order Complete.

| Date/Time | Sending Application/Facility | Receiving Application/Facility |
|---|---|---|
| 02-23-2024 22:20 |  /JAHS | CorrecTek/JAHS |

| Process ID | Version | Accept Ack. | Appl. Ack. |
|---|---|---|---|
| P=Production | 2.3 | | |

## Encounter

09-21-2023 09:26 AM

| CHRISTIANS, MARK ANTHONY | SDDOC# 35285 | Gender: Male | DOB 08-21-1979 |
|---|---|---|---|

**Dictation:**

CHRONIC DISEASE ENCOUNTER:
Patient Name: MARK ANTHONY CHRISTIANS
ID Number: 35285
Institution: South Dakota State Penitentiary - Jameson Annex, 1600 N. Drive, SIOUX FALLS, SD, 57117

ALLERGIES:NKA-No Known Allergies
Advanced Directive on file 10/23/17

PMHX:
bipolar d/o
chronic diarrhea
NASH
dyslipidemia

PSHX:Left knee surgery: ACL (2003)

SOCHX:
Smoking- Denies
Alcohol- 4-5 beer/wine a week last use 2010
Marijuana- None
Drug use- Tried almost everything once (Cocaine was last drug tried)
IV drug use--denies
Prison tattoos--denies
Sex with men--None

FAM HX:
Mother--deceased Lung cancer 2002
Father- 69 Living (Mental illness)
2 Brothers healthy
1 Sister healthy
No Children

Eye exam
No corrective lenses
Uncorrected:20/25
Right- 20/25
Left- 20/25

MENTAL HEALTH
Unspecified bipolar and related disorder
Obsessive-compulsive disorder

CURRENT MEDICATIONS:
ARIPIPRAZOLE 5MG 5 MG, ATORVASTATIN 20MG 20 MG, CLONIDINE 0.1MG 0.1, ESCITALOPRAM 10MG 10 MG, ESCITALOPRAM 20MG 20 MG, HALOPERIDOL 1MG 1, HYDROXYZINE 100MG PAMOATE 100MG, MIRTAZAPINE 15MG 15 MG, SIMETHICONE 80MG CHEW 80

SUBJECTIVE:
CC visit for dyslipidemia

Patient feels well today. We reviewed his cholesterol numbers below.
Cardiac: No treatment side effects. he denies arthralgia/myalgia, sob, and chest pain. No palpitations or syncope.

Patient compliant with the following:
Medication
Diet
Exercise
Activity level same
Weight stable

Review of Systems:
Constitutional: Negative for chills, fever, fatigue or weight gain/loss.

Mouth/Throat: Negative for difficulty swallowing, hoarseness, tenderness, change in voice or ulcers.

Neck: Negative for injury, masses, stiffness or pain.

Respiratory: Negative for chronic cough or shortness of breath.

Cardiovascular: Negative for any chest pain/angina, dizziness, exertional dyspnea or palpitations.

PHYSICAL EXAM:
VITAL SIGNS: (10) Weight: 255 lbs , Height: 6 ft. 2 in., BMI: 32.7, BSA (Mosteller): 2.46, BSA (DuBois): 2.41, Blood Pressure: 155/81 mmHg, Pulse: 77 /minute, Respiration: 20 /minute, Pulse Oxygen: 98%, Inhaled Oxygen Conc: RA%
Alert, orientedx3, conversational, NAD
Head/Face: Normocephalic. Atraumatic.

Neck: Negative for anterior and posterior lymphadenopathy. No soft tissue masses. No carotid bruits or nuchal rigidity. Non-tender. Thyroid without enlargement or palpable nodules. No JVD.

Lungs: Clear to auscultation bilaterally. Respiratory effort unlabored. No masses. No axilllary lymphadenopathy.

Heart: Negative for cyanosis, gallops, murmurs, rub, peripheral edema and pallor. Normal S1 S2. Regular rate and rhythm.

MSK/Extremities: Full range of motion. Good muscular tone and strength. No clubbing of fingers or toes. No deformities. No joint swelling or edema. Negative for tenderness. Peripheral pulses intact.

Total cholesterol 251, HDL 45, LDL 163

Assessment: Dyslipidemia
Patient unsure of labs fasting vs not.
We discussed low cholesterol diet and he requests more fruit, veggies, and meat like fish and chicken breast.
He is open to blood pressure checks given reading above. no history of HTN although he remains on clonidine from MH for anxiety.

PLAN:
ATORVASTATIN 40MG, 40 MG #365, Sig: Take 1 Tablet by mouth 1 time per day for 365 days. this is an increase from 20 mg presently taken.

Cardiac Diet order generated. Patient requested more fruits, veggies, and lean meats.

Lab order generated. future fasting cholesterol panel with LFTs.

Patient educated on treatment plan and is agreeable to the plan.

Patient educated to return to clinic if no improvement or worsening of symptoms.

Patient educated on medication usage and side effects.

This dictation utilizes pronouns and titles throughout, consistent with the patient's biologic sex. This usage should not be construed as dismissive of the patient's preferred/experienced identity.

Electronic Signature:
Electronically signed by Mark Rector, MD on 09-21-2023 01:04:51 PM (Type: Locking)

| | |
|---|---|
| **Vitals:** | Weight: 255 lbs<br>Height: 6 ft 2 in<br>Blood Pressure: 155/81<br>Pulse: 77<br>Pulse Oxygen: 98<br>Inhaled Oxygen Conc: RA<br>Respirations: 20 |

| | |
|---|---|
| **Condition Related To:** | |
| **Dates:** | Current Illness Date:<br>1st Date Of Illness:<br>Unable To Work Dates:<br>Hospitalization Dates: |
| **Diagnosis:** | |
| **Procedures:** | |
| **Providers:** | Attending Provider: Rector, Mark, MD, DOH ID: |
| **Facility:** | South Dakota State Penitentiary - Jameson Annex |
| **Encounter Type:** | |
| **Sign Off:** | Signed Off By: MRECTOR on: 2023-09-21 Thu 01:04 PM |

# Correspondence

| | |
|---|---|
| Date: | 02-27-2024 |
| Patient Name: | MARK ANTHONY CHRISTIANS |
| ID Number: | 35285 |
| Patient Cell: | JPA-UNIT B-BLUE-67 |

The provider has reviewed your chart regarding:

**Lab results**

The result of this review is:

**Comments: "Cholesterol is significantly elevated. Please stress diet and exercise as initial treatment options: fruits, veggies, and grains to help lower LDL and triglycerides. Aerobic exercise with weight loss daily to raise HDL and improve ratio. Should recheck in 6 months."**

**If you would like more specific information you may submit a kite request to attend sick call. Please bring this notification with you. You will not be charged regarding clarification of this notification. If new issues are brought up you may be charged for those.

Staff: Health Services/ ESALGUERO

| Encounter | 03-13-2024 01:04 PM | | |
|---|---|---|---|
| CHRISTIANS, MARK ANTHONY | SDDOC# 35285 | Gender: Male | DOB 08-21-1979 |

**Dictation:**

CHRONIC DISEASE ENCOUNTER:
Patient Name: MARK ANTHONY CHRISTIANS
ID Number: 35285
Institution: South Dakota State Penitentiary - Jameson Annex, 1600 N. Drive, SIOUX FALLS, SD, 57117

ALLERGIES:
NKA-No Known Allergies

Advanced Directive on file 10/23/17

PMHX:
bipolar d/o
chronic diarrhea
NASH
dyslipidemia

PSHX:Left knee surgery: ACL (2003)

SOCHX:
Smoking- Denies
Alcohol- 4-5 beer/wine a week last use 2010
Marijuana- None
Drug use- Tried almost everything once (Cocaine was last drug tried)
IV drug use--denies
Prison tattoos--denies
Sex with men--None

FAM HX:
Mother--deceased Lung cancer 2002
Father- 69 Living (Mental illness)
2 Brothers healthy
1 Sister healthy
No Children

Eye exam
No corrective lenses
Uncorrected:20/25
Right- 20/25
Left- 20/25

MENTAL HEALTH
Unspecified bipolar and related disorder
Obsessive-compulsive disorder

CURRENT MEDICATIONS:
ATORVASTATIN 40MG 40 MG, DICLOFENAC 1% GEL 1%, SIMETHICONE 80MG CHEW 80

SUBJECTIVE:
CC visit for Dyslipidemia

Cardiac: No treatment side effects. He denies SOB or leg edema. No chest pain, palpitations, or syncope. Overall he feels well. He takes his lipitor daily.

I sent a recent correspondence regarding his persistent elevation in LDL cholesterol. We reviewed his labs today showing total Chol 238, trigs 131, HDL 50, and LDL 162. We reviewed cardiac risk factors and goals for reducing LDL below 100. I have strongly recommended dietary modifications, daily exercise, and continuing to take his medications as prescribed.
He also wants to meet these dietary recommendations, and we spent time today reviewing DOC policies, USDA recommendations, and Aramark meals and I advised that I would provide a specific diet recommendation to meet the DOC policies regarding healthy fruits, veggies, and grains. He also shows that the meals given often do not meat the protein requirements of DOC policy and general federal health recommendations. Based on his paperwork, I agreed with him that fruits should be (minimum) 2-2.5 cups (serving portions) per day, vegetables should be 3-4 minimum servings per day, whole grains should be 4-6 oz per day, and lean proteins should be at least 8 oz per day. Diet order placed to achieve that goal, especially as a treatment for his dyslipidemia still uncontrolled even at mod/high intensity statin level.

He also states that Multivitamins are listed as available on commissary, but have been "out of stock". He requests prescription for Multivitamin for as long as the recommended MTV cannot be obtained on his own.

He also mentions desire for probiotic. this has helped his digestion and regularity of bowel movements in the past. When he previously saw Dr. Gutnik GI in the past, there was discussion of possible celiac disease, but this did not show on the tissue biopsies. He was left with a clinical diagnosis of gluten intolerance. He states that probiotics are also not available to him on commissary, and he would like Rx as long as that condition remains. Dr. Gutnik also recommended higher protein diet, see discussion above.

Patient compliant with the following:
Medication
Diet
Exercise
Activity level same
Weight stable. He has always been muscular build, concerned about losing muscle mass which increases fat/muscle ratio.
Patient has paperwork for diets from 1800-3000 calories per day and states that DOC recommendations, especially for someone his size are in the 2400-2800 cal/day requirement to meet calorie/nutritional needs.

ROS:
Constitutional: Negative for chills, fever, fatigue or weight gain/loss.

Nose: Negative for frequent colds, chronic sinusitis, decreased

smell or excessive rhinorrhea.

Mouth/Throat: Negative for difficulty swallowing, hoarseness, tenderness, change in voice or ulcers.
Neck: Negative for injury, masses, stiffness or pain.

Respiratory: Negative for chronic cough or shortness of breath.

Cardiovascular: Negative for any chest pain/angina, dizziness, exertional dyspnea or palpitations.

PHYSICAL EXAM:
VITAL SIGNS: (1) Weight: 256 lbs
Alert, conversational, NAD
Head/Face: Normocephalic. Atraumatic.

Eyes: PERRLA, EOMI. Fundoscopic exam unremarkable. Vision is grossly intact.

Throat: Lips moist. Mucosa pink. No inflammation, lesions or swelling. Palates elevate normally. Normal pharynx, tonsils and tongue.

Neck: Negative for anterior and posterior lymphadenopathy. No soft tissue masses. No carotid bruits or nuchal rigidity. Non-tender. Thyroid without enlargement or palpable nodules. No JVD.

Lungs: Clear to auscultation bilaterally. Respiratory effort unlabored. No masses. No axilllary lymphadenopathy.

Heart: Negative for cyanosis, gallops, murmurs, rub, peripheral edema and pallor. Normal S1 S2. Regular rate and rhythm.

ASSESSMENT: Dyslipidemia not at goal with mod/high intensity Statin, poor control, stable condition.
Plan: maximize non-pharmacologic treatments for his lipids including diet and ex, see above.

Other as specified by provider order generated.

CATEGORY - Non-Formulary Drug Request: Multivitamin when not available on commissary due to being "out of stock"
DATE 03/13/2024 1:52:21 PM
USER MRECTOR

PLAN:
PROBIOTIC, #730, Sig: Take 1 Capsule by mouth 2 times per day for 365 days

Consider Zetia.

Recheck 6 months or PRN.

Patient educated on treatment plan and is agreeable to the plan.
Patient educated to return to clinic if no improvement or worsening of symptoms.

Patient educated on medication usage and side effects.

This dictation utilizes pronouns and titles throughout,

| | |
|---|---|
| | consistent with the patient's biologic sex. This usage should not be construed as dismissive of the patient's preferred/experienced identity.<br><br>CATEGORY - ORDER - APPT - Dietician Visit Dietician Visit<br>INSTRUCTIONS -<br>Dietician Visit: Discuss DOC stated policies for fruits, veggies, whole grains, and protein. Patient has hyperlipidemia not at goal with high/mod intensity statin. MR<br>REQUESTED START DATE 03/13/2024<br>REQUESTED END DATE 03/13/2024<br>IMPLEMENTATION STATUS Pending<br>USER MRECTOR<br><br>Electronic Signature:<br>Electronically signed by Mark Rector, MD on 03-13-2024 02:00:03 PM (Type: Locking) |
| **Vitals:** | Weight: 256 lbs |
| **Condition Related To:** | |
| **Dates:** | Current Illness Date:<br>1st Date Of Illness:<br>Unable To Work Dates:<br>Hospitalization Dates: |
| **Diagnosis:** | |
| **Procedures:** | |
| **Providers:** | Attending Provider: Rector, Mark, MD, DOH ID: |
| **Facility:** | South Dakota State Penitentiary - Jameson Annex |
| **Encounter Type:** | |
| **Sign Off:** | Signed Off By: MRECTOR on: 2024-03-13 Wed 02:00 PM |

| Encounter | | | 03-19-2024 01:59 PM |
|---|---|---|---|
| CHRISTIANS, MARK ANTHONY | SDDOC# 35285 | Gender: Male | DOB 08-21-1979 |

| | |
|---|---|
| **Dictation:** | DIETICIAN VISIT<br><br>Name: MARK ANTHONY CHRISTIANS<br>ID#: 35285<br>Additional ID#: BookingNumber, 34561<br>DOB: 08-21-1979<br>Gender: Male<br>Race: White<br>Date/Time: 03-19-2024 Tue / 13:29<br><br>Pt. states he does not receive enough protein, fruit, veggies, or whole grains. Today's weight is elevated - 254#. He states the trays have improved and asked if I had any suggestions. Informed him that the tray consists of the required amount of food. Pt. states he does not feel he gets enough. Reminded him his weight is elevated, which he says he does not believe so. Pt. had no further comments, so ended discussion.<br><br>Recommend pt. not receive additional protein, fruit, veggies, or whole grains.<br><br>Electronically signed by Jennifer Jackson, RD, LN on 03-19-2024 02:01:49 PM (Type: Dietician Locking)<br><br>Electronic Signature:<br>Electronically signed by Alyssa Welbig, NP on 03-21-2024 11:32:16 AM (Type: Medical Provider - Locking) |
| **Vitals:** | |
| **Condition Related To:** | |
| **Dates:** | Current Illness Date:<br>1st Date Of Illness:<br>Unable To Work Dates:<br>Hospitalization Dates: |
| **Diagnosis:** | |
| **Procedures:** | |
| **Providers:** | Attending Provider: Jackson, Jennifer, RD, LN, ID: |
| **Facility:** | South Dakota State Penitentiary - Jameson Annex |
| **Encounter Type:** | Dietician Visit |
| **Sign Off:** | Signed Off By: AWELBIG on: 2024-03-21 Thu 11:32 AM |

| SOUTH DAKOTA DEPARTMENT OF CORRECTIONS POLICIES AND PROCEDURES | | | POLICY NUMBER 1.5.C.01 | PAGE NUMBER 1 OF 7 |
|---|---|---|---|---|
| | | | DISTRIBUTION: Public | |
| | | | SUBJECT: Medical and Religious Diets | |
| RELATED STANDARDS: | **ACA 5-ACI**: 4A-18, 5C-06, 5C-07 | | EFFECTIVE DATE: 04/15/2024 | |
| | | | SUPERSESSION: 02/01/2024 | |
| DESCRIPTION: Institutional Services – Food Service | | REVIEW MONTH: March | Kellie Wasko<br>**KELLIE WASKO**<br>**SECRETARY OF CORRECTIONS** | |

## I. POLICY

It is the policy of the South Dakota Department of Corrections (DOC) to ***provide*** medical diets, as prescribed by Clinical Services healthcare practitioners after consultation with registered dietitians and to have available religious ***special diets for offenders whose religious beliefs require adherence to religious dietary laws*** **[ACA 5-ACI-5C-07]**. These diets are maintained within the inherent limitation of resources and the need for facility security, safety, health, and order, through standard menu substitutes, commissary selections, and cultural activities.

## II. PURPOSE

The purpose of this policy is to outline the medical and religious diet program and procedures for requesting, verifying, approving, and preparing nutritionally sound meals.

## III. DEFINITIONS

### Master Menu:

A four (4) week cyclical menu used by DOC facilities. The master menu is planned by a menu committee and is analyzed and approved for nutritional adequacy by the registered dietitian.

### Medical Diet:

Specific foods and/or food preparation techniques that satisfy medical diet therapy requirements, as prescribed by a healthcare practitioner.

### Religious Diet:

Specific foods and/or food preparation techniques that satisfy recognized religious dietary requirements, religious programs, services, clergy, faith group representatives, and practices.

### Vegetarian Diets:

A diet composed predominately of plant foods and may or may not include fish, eggs, and dairy products.

1. Lacto-Ovo Vegetarian: A diet that excludes meat, poultry, and fish. May contain eggs, milk, and milk products.
2. Vegan (total vegetarian): A diet that excludes meat, poultry, fish, eggs, milk, and dairy products. May contain fruits, grains, legumes, vegetables, nuts, and seeds.

## IV. PROCEDURES

### 1. Medical Diets:

A. *Therapeutic diets are provided, as prescribed, by appropriate clinicians. A therapeutic diet manual is available in health services and food services for reference and information. Prescriptions for therapeutic diets should be specific and complete, furnished in writing to the food services manager, and written annually, or more often, as clinically indicated* **[ACA 5-ACI-5C-06].**

B. Offenders will be educated and encouraged to take responsibility for their diet through healthy choices instead of ordering a medical diet.

1. Nutritious meals will be served to all offenders using a preplanned menu, standardized recipes, and healthy food preparation practices.
2. Medical diets will only be ordered when there is a documented medical indication as described in the *Prescribed Medical Diets List* (see attachment #1).
3. Medical diets will not be used to provide a specially prepared meal for the following reasons:
   a. Individual food preferences, aversions, and/or desire for additional meals or snacks.
   b. Alleged conditions which are not diagnosed or documented.
   c. To promote weight loss.

## 2. Registered Dietitian Consultation:

A. The healthcare practitioner will request a nutritional consultation with the registered dietitian in the electronic health record (EHR).

B. The registered dietitian will review the consult and set up a clinic visit or video/teleconference, if indicated, to further assess the offender's nutritional needs.

C. The registered dietitian will make a medical diet recommendation to the healthcare practitioner.

D. The recommended diet will become an active order only after it has final approval from the healthcare practitioner.

E. The dietitian may consult with the ordering healthcare practitioner for verification of medical necessity for a diet request prior to making a recommendation.

## 3. Diet and Nutritional Education:

A. Offenders will be educated and counseled by healthcare professionals using the nutrition handouts in the Food Services Medical Diet Guide. The medical diet guide is electronic and managed by the food service vendor.

B. Menus for regular diets, restrictive housing, and religious diets are posted on offender tablets.

## 4. Nutritional Adequacy of the Medical Diet Menus:

A. Medical diet menus are reviewed annually by a registered dietician to ensure nutritional adequacy.

## 5. Food Allergy/Intolerances:

A. It is the responsibility of the offender to report any medical/physical changes they may experience as a result of eating foods or food products to a healthcare practitioner.

B. If an offender enters DOC with a claimed food allergy, a nutritional consultation with the registered dietitian will be ordered.

C. The healthcare practitioner may order a medically appropriate diet for diagnosed food allergies.

D. Food allergies are documented in the electronic health record and the offender is instructed to avoid the food(s). If food allergies exist beyond the offender's ability to avoid the food(s), the healthcare practitioner may request a registered dietician consultation.

## 6. Facility Transfers and Diet Continuation:

A. Religious and medical diets will be continued upon transfer to another facility within South Dakota.

## 7. Ordering of Medical Diets and Supplemental Snacks:

A. Medical diet orders must be written by the healthcare practitioner using the EHR diet ordering system. If a nutritional consult has been sent to the registered dietitian through the EHR medical diet system, the healthcare provider will approve or reject the dietitian's recommendations. The prescribed medical diet order must be supported in the EHR to include the diagnosis and treatment plan.

B. Medical diet orders must be complete and specific using the diet titles as displayed in the EHR and in the medical diet guide. Upon prescription of a medical diet, a healthcare professional will review with the offender the *Clinical Services Medical Diet Agreement Form* (see attachment #2) and obtain the offender's signature for verification of acceptance or refusal of the prescribed medical diet.

C. Written/verbal forty-eight (48) hour emergency diet and weekend diet orders will be accepted in special circumstances, as prescribed by the healthcare practitioner. Emergency diet orders extending longer than forty-eight (48) hours must utilize the EHR diet ordering system.

1. Emergency diet orders (if prescribed) can be issued for the following:
    a. Diet for medical test procedures.
    b. Diet for acute illness assessed through sick call.
    c. Finger Food diet, as ordered by the mental health practitioner.

D. If an offender is placed in restrictive housing and has a medical diet ordered, the medical diet will continue, as ordered.

E. Supplemental nutrition may be prescribed if there is a documented medical nutritional need. The healthcare practitioner may consult with the registered dietitian if there is a nutritional assessment request for supplemental nutrition.

## 8. Food Service Operational Procedures:

A. Food services operational changes or substitutions to medical diet trays will be in accordance with the pre-approved operational substitutions list provided by the registered dietitian.

B. Medical Diet Compliance/Cancellation:

1. A medical diet and/or supplemental snack can only be canceled by an authorized healthcare practitioner.
2. If the offender fails to comply with the medical diet after they have been counseled by a healthcare practitioner, the medical diet may be discontinued at the discretion of the healthcare practitioner.
3. The electronic health record (EHR) will contain at least one notation stating that the offender has been counseled regarding the importance of compliance with the medical diet.
4. The offender may also refuse the medical/nutritional therapy prescribed by the healthcare practitioner by completing the Clinical Services Medical Diet Agreement.
5. If an offender requests reinstatement of their canceled medical diet, they will be required to schedule an appointment with the healthcare practitioner.

C. If an offender is considered non-compliant, his or her diet will be discontinued. If a clinical services employee or contract worker is aware of any compliance issues, the issue will be brought to the attention of the healthcare practitioner and documented in the electronic health record. The following constitutes noncompliance:
1. Unjustified failure to pick up eight (8) meals within a four (4) week period.
2. Observation by an employee that the diet is not being used properly (i.e., sold, getting food from the regular food line in addition to, or instead of, their therapeutic diet, commissary purchases contrary to the diet ordered, etc.).

## 9. Alternative Meal Services for Restrictive Housing:

A. Religious and medical meals may be withheld from offenders who use food or food service equipment in a manner that is hazardous to self, staff, or other offenders, or to damage or destroy property. Religious and medical meals ***(Alternative meal service) is on an individual basis and must be based on health and safety considerations only, and meet basic nutritional requirements*** set by the dietician. Religious and medical meals for an offender ***must be approved in writing by the unit manager or restrictive housing manager. The substitution period shall not exceed seven (7) days*** **[ACA 5-ACI-4A-18].**

## 10. Request for Religious Diets:

A. Religious dietary accommodations allow adherence to abstain from religiously prohibited foods, along with special preparation and still receive adequate calories and nutrition. The menus exclude food products or ingredients considered prohibited under the strictest interpretation of faith tenets and dietary adherence standards.

B. Halal, kosher, and plant-based religious diet accommodations are not intended to provide all possible foods considered to be permissible, preferred, traditional, cultural, ceremonial, or sacred under the religious tenets. As with the general menu, offenders may supplement food consumption to satisfy their personal preferences from offender commissary.

C. Offenders may be approved for religious dietary accommodations consistent with their designated religious preference only.

D. Offenders wishing to receive a religious diet must submit a diet request utilizing the *Request for Religious Diet and Participation Agreement* (see attachment #3).
1. All sections of the request form must be completed to ensure the request is clear and complete.
2. Requests will be submitted by the offender to the cultural activities coordinator (CAC). Offenders currently approved for a religious diet.
   a. May be required to re-sign the Request for Religious Diet and Participation Agreement to correspond with updates to this policy.
   b. May only request a religious diet change when:
      1) There has been an approved religion change by the CAC who records it in the comprehensive offender management system (COMS); or
      2) Once annually without a religion change within their currently approved faith group affiliation.
3. The CAC will ensure that both the decision made and the updated religious diet are reflected in COMS.
4. Offender shall accept all terms of the Request for Religious Diet and Participation Agreement to be eligible to receive accommodation.
5. The CAC will interview the offender to assess the basis for the dietary request. Offenders shall comply with the interview.
   a. The purpose of the interview is to assess eligibility for the religious dietary accommodation, rather than sincerity.

6. The offender will receive a copy of the approved or disapproved request.

E. All religious diets must be handled through the process stated above. Religious diets may not be ordered by clinical services employees, volunteer coordinators, or chaplains.

F. Offenders who are denied religious diet accommodations shall be advised by the CAC to self-select from the regular menu. Meaning, the offender chooses to consume or abstain from foods provided on the general menu.

## 11. Religious Diet Preparation:

A. Any religious diets requiring deviation from the general diet menus must be analyzed for nutritional values by a registered dietitian.

B. Approved religious diets will be prepared according to religious dietary requirements. The diet should be kept as simple as possible and should conform closely to the foods served on the master menu.

## 12. Diet Compliance, Review, and Removal from a Religious Diet or Holiday Participation Roster:

A. Offenders receiving a religious diet accommodation are not permitted to choose between a religious diet tray or general menu tray on a meal-to-meal basis.

B. Violations are defined as violating facility policy, not enforcement of religious adherence. For example, consuming food. Offenders who violate the terms of the religious diet compliance expectations form may become ineligible for religious diet accommodations.

a. Upon witnessing possible/suspected offender religious diet violations, staff members shall complete the *Religious Diet Non-Compliance Form* (see attachment #4) with notification to the CAC. The CAC shall investigate the suspected violation and document their findings via the Religious Diet Noncompliance Report Form.

C. Incidents of non-compliance, as outlined in the Religious Diet and Participation Agreement, will be recorded in COMs through the Incident Reporting System for DOC facilities. For the first incident of non-compliance, a copy of the Incident Report or Religious Diet Non-Compliance Form will be given as a warning and will be sent by the CAC. The second offense may result in cancellation of the diet for one (1) year from the date of notification.

1. Non-Compliance includes failure to pick up eight (8) or more religious meals within a thirty (30) day period without proper notice, any religious meal plan may be terminated.

D. COMS records will be maintained regarding non-compliance to support diet cancellations.

E. Offenders who return to the supervision of DOC facilities from parole, community, or other forms of release will need to reapply for religious diets using the Request for Religious Diet and Participation Agreement.

## 13. Voluntary Religious Diet Cancellation:

A. Offenders may request that their religious diet be canceled. Requests should be in writing utilizing the *Religious Diet Cancellation Request* (see attachment #5), or other written and signed correspondence, and will be effective immediately.

B. Offenders who voluntarily request that their religious diet be canceled must wait for a period of twelve (12) months before requesting that the current diet be reinstated or before requesting that a new diet be approved unless a change of religious affiliation is approved.

| SECTION | SUBJECT | DOC POLICY | Page 6 of 7 |
|---|---|---|---|
| Institutional Services – Food Service | Medical and Religious Diets | 1.5.C.01 | Effective: 04/15/2024 |

**14. Holy Days:**

A. The dietary requirements of religious holy days will be taken into consideration, as far as practical, through the master menu. The facility will make a reasonable effort to accommodate recognized religious holy days requiring special foods or serving times.

B. Some faith traditions may require adherence to temporary diet prohibitions for select holidays (e.g., Baja fasting, Kosher for Passover, Ramadan fasting, Yom Kippur fasting).

C. DOC shall provide accommodation to ensure that offenders may receive adequate nutrition while adhering to temporary diet prohibitions. Accommodations are not intended to provide all possible foods considered to be permissible, preferred, traditional, cultural, ceremonial, or sacred under religious tenets.

D. Participant list.

1. The CAC shall review requests and compile approved participants for each multi-day fasting or dietary prohibition. Participant lists shall be provided to the food services manager (FSM) and clinical services staff.
2. Some offenders receiving medical/dental dietary treatment may have contraindications with fasting/dietary prohibitions due to medical conditions, prescribed medication, and or treatment regimens.
3. Food services shall review the participant list in advance to identify offenders receiving medical or dental dietary treatment and consult with the clinical services staff as appropriate.
4. RD and or clinical services staff shall review the participant list in advance and counsel offenders about medical risks or contraindications of fasting or dietary prohibitions. Participation in the referral for counseling is not required for an offender to participate in the religious fast. It is optional and the offender may refuse.

E. Offenders who wish to voluntarily discontinue multiday fasting/dietary accommodations shall notify the CAC in writing.

1. Verbal cancellation shall not be accepted.
2. If the fast has been voluntarily discontinued due to documented medical issues, an offender may be allowed to resume their fast after the medical issue has resolved. Any other reason behind a voluntary discontinuation of the fast, will not be allowed to resume. The offender will still be allowed to participate in all other aspects of their religion. DOC shall not provide dietary accommodations for a single day.

F. Some special religious food items may be made available to offenders through the commissary.

G. Once a list of participants is generated for Passover or Ramadan, only new arrivals to DOC who are currently affiliated with the affected faith group will be eligible to sign up. They will be subject to review by the RD on a case-by-case basis.

## V. RESPONSIBILITY

The director of Clinical and Correctional Services is responsible for the annual review and maintenance of this policy.

## VI. Authority

None.

## VII. History

April 2024
February 2024 (Renumbered from 1.5.F.2)
January 2022
December 2021

June 2021
December 2016
December 2015
December 2014
December 2013

**ATTACHMENTS** *(*Indicates document opens externally)*

1. Prescribed Medical Diets List
2. Clinical Services Medical Diet Agreement Form*
3. Request for Religious Diet and Participation Agreement*
4. Religious Diet Non-Compliance Form*
5. Religious Diet Cancellation Request*
6. DOC Policy Implementation / Adjustments

# PRESCRIBED MEDICAL DIETS LIST

| TITLE | USAGE (Includes but is not limited to) | CONTENT (Includes but is not limited to) |
|---|---|---|
| Boost | Nutritional Supplement<br>Will not be used for meal replacement | Vitamins and minerals |
| Cardiac Diet | Hyperlipidemia, Hypertension, Vascular diseases | Lower in fat, sodium, and cholesterol |
| Clear Liquid Diet | Maintains hydration while reducing colon activity for digestive problems during acute illness such as nausea, vomiting, diarrhea.<br>Before tests, procedures, or surgeries<br>Post Surgery<br>Maintains hydration while reducing colon activity | Minimal fiber.<br>Inadequate in all nutrients.<br>Avoid length greater than 3 days (72) hours |
| Dental Soft Diet | Tooth extraction and/or<br>Dental surgery<br>Head and neck surgery | Foods can be whole or blended, chopped, ground, and/or mashed so that they are easy to chew and swallow.<br>Requires some chewing ability.<br>Food can be easily formed into a bolus (a small-rounded mass of a substance, especially of chewed food at the moment of swallowing). Moistened ground meats. – maybe served with broth, gravy, or sauce<br>Cooked fruits and vegetables, refined cooked cereals, refined breads, and pastas. |
| Diabetic Diet | Type 2, Non-Insulin dependent | Consistency in carbohydrate levels for each meal.<br>*Same daily total calorie/carb count as Diabetic Diet with snack* |
| Diabetic Diet (with Snack) | Insulin Dependent ONLY<br>Diabetic-Type 1 or Type 2 | Consistency in carbohydrate levels for each meal.<br>**One** snack is provided daily, after dinner meal.<br>*Same daily total calorie/carb count as Diabetic Diet but less at each meal and with a snack to provide more consistent intake.* |
| Finger Food Diet | Mental health issues r/t insertion<br>Safety issues-On Suicide Precautions<br>Dry Cell Watch | No bones, no utensils, no flatware– all foods can be eaten with fingers, paper spoon, or other paper utensil. Plates and cups must be disposable Styrofoam. |
| Full Liquid Diet | Facial Surgeries<br>Esophageal Strictures<br>Digestive problems during acute illness such as nausea, vomiting, diarrhea.<br>Transition diet (from clear liquid) | Easily ingested liquid<br>Blenderized/strained foods to a liquid/thin consistency that could pass through a straw.<br>No solid foods |

| | | |
|---|---|---|
| Gastrointestinal GI Soft Diet | Gastrointestinal disorders such as: Irritable Bowel Syndrome (IBS), Crohn's Disease & Ulcerative Colitis (UC)<br>Gastro Esophageal Reflux Disorders (GERD)<br>Diarrhea, diverticulitis | Reduced fiber and/or irritant food items to avoid bowel inflammation, intolerance, malabsorption, or bleeding.<br>NO pepper, spicy options, tomatoes, raw vegetables, broccoli, cabbage, or corn.<br>Recommended Max 30-day duration. |
| Milk Intolerance Diet | Mild to moderate lactose intolerance | Reduces consumption of lactose (NOT Lactose-Free). Imitation cheese, butter/margarine.<br>NO gravy, fluid milk, ice cream, pudding. |
| Other Diet as Specified by the Practitioner | | |
| Pregnancy Diet (with Snack) | Pregnant, Gestational Diabetes, Pre-eclampsia/Eclampsia with edema | Additional calories, protein, vitamins, and minerals. One snack is provided daily, after dinner meal. |
| Renal Dialysis Diet | Patients ON Dialysis<br>Impaired renal functions<br>Liver Disease | Increased Protein<br>Control potassium, sodium, and phosphorus.<br>NO potatoes, beans, citrus fruit. |
| Renal Pre-Dialysis Diet | Pre-Dialysis patients (NOT on dialysis)<br>Impaired renal functions<br>Liver Disease | Reduced/Restricted Protein<br>Control potassium, sodium, and phosphorus.<br>NO potatoes, beans, citrus fruit. |

# P-B-01 HEALTHY LIFESTYLE PROMOTION

**POLICY:**
Health care policies, procedures, and practices emphasize health promotion, wellness, and recovery.

**PURPOSE:**
Education is available to all inmates on the prevention of disease and promotion of healthy lifestyles.

**REVISION DATE: 07/18/2022**

**REFERENCE:**
NCCHC P-B-01 Healthy Lifestyle Promotion

**DEFINITIONS:**
***Health education*** is information on preventing illness, self-care for an existing health condition, and maintaining a healthy lifestyle.
***Self-care*** refers to care for a condition that can be treated by the patient and may include over-the-counter medications.
A ***nutritionally adequate*** diet incorporates current American Heart Association diet and lifestyle recommendations and U.S. Department of Agriculture dietary guidelines, consistent with the current Dietary Reference Intakes for age, gender, and activity levels of the population.
***Registered dietician nutritionist*** is a term adopted by the Commission on Dietetic Registration for optimal use by registered dietitians and is equivalent to the "registered dietician" designation still in use.

**PROCEDURE:**

A. The health record documents that patients receive individual health education and instruction in self-care for their health condition.

B. Brochures and pamphlets on a variety of health topics, including the health hazards of tobacco, are accessible to all inmates. The importance of personal hygiene and exercise is stressed.

C. Formal education involving special health needs is provided at the time the inmate is seen in the chronic care clinic.

D. Medically indicated immunizations are available at the facility and are administered by the health services staff upon order of the advanced-level provider.

E. Inmates on medications that are allowable under the self-medication program receive instructions from health services regarding the medication received and program procedures.

F. Special medical diets will be made available to offenders when ordered by the advanced-level provider or dentist. Documentation will be provided by medical personnel to food service staff and will include information regarding the type of diet as well as start and stop dates.

G. The diet order is entered into Correctek which interfaces with COMS for kitchen staff.

H. The Consultant Dietician will prepare the menu extensions for the therapeutic medical diets.

I. Regular and medical diets are reviewed for nutritional adequacy by a registered or licensed dietician at least annually and whenever a substantial change in menus is made. Written documentation of menu reviews includes the date, signature, and title of the consulting dietician.

J. The medical diet is prescribed as part of the offender's medical or dental needs, and the offender is encouraged to participate in the program for the entire time period for which it is prescribed. If the offender chooses not to participate, he/she must sign the *Release of Responsibility*. Offenders who fail to adhere to medical diets are counseled. Special diets may be discontinued due to non-compliance.

K. The following medical diets are commonly ordered at this facility:
1. Diabetic diets (various calorie levels)
2. Lactose-free
3. Bland
4. Vegetarian
5. Heart healthy
6. Clear liquid diet
7. Full liquid diet
8. Dental soft diet
9. Other medical diets will be offered as ordered by the advanced level provider

L. Food allergies will be reviewed and an advanced level provider order will be received for the appropriate diet. The patient will be informed of the diet change. If the patient refuses the ordered diet, a *Release of Responsibility* will be signed and witnessed. It will then become the responsibility of the patient to avoid the food for which an allergy is noted.

Melissa M Johnson
Melissa Johnson, BSN, Health Services Administrator

07/18/2022
Date

M Carpenter MD
Dr. Mary Carpenter, Regional Medical Director

07/18/2022
Date

**REVISION LOG:**

| | |
|---|---|
| 08/2017 | No changes |
| 10/29/2018 | Reformatted policy. Combined F-01, F-02 and F-03 |
| 07/11/2019 | No changes |
| 07/08/2020 | No changes |
| 07/22/2021 | Reformatted |
| 07/18/2022 | Removed "required" and replaced with "indicated". Removed "for certain indications". Removed "sends an order to" and replaced with "interfaces". Added "Special diets may be discontinued due to non-compliance." |

# P-D-05 MEDICAL DIETS

**POLICY:**
***Medical diets* are provided that enhance patients' health.**

**PURPOSE:**
To provide special diets which meet specific requirements related to clinical conditions.

**REVIEW DATE: 08/01/2022**

**REFERENCE:**
NCCHC P-D-05 Medical Diets

**DEFINITIONS:**
*Medical diets* are modified diets ordered for temporary or permanent health conditions; they modify the types, preparation, and/or amounts of food. Examples include diabetic/consistent carbohydrate, low sodium, low fat, celiac, renal, soft, liquid, pregnancy, and nutritional supplementation.

**PROCEDURE:**

A. The advanced-level provider or dentist will order the medical diet. The diet order is entered into Correctek which sends an order to COMS for kitchen staff.
   1. The patient will sign the diet agreement form and will be educated that if a total of nine (9) meals are missed in any 30-day period, the food service staff will notify the Clinical Supervisor. This will be reviewed with the provider and the diet order may be discontinued.

B. The Consultant Dietician will prepare the menu extensions for the therapeutic medical diets.

C. The medical diet is prescribed as part of the patient's medical or dental needs, and the patient is encouraged to participate in the program for the entire time period for which it is prescribed. If the patient chooses not to participate, he/she must sign the *Release of Responsibility.* Patients who fail to adhere to medical diets are counseled.

D. The following medical diets are commonly ordered:
   1. Lactose free
   2. Bland
   3. Vegetarian
   4. Heart healthy/High Fiber/Diabetic (constant carbohydrate)
   5. Clear liquid diet
   6. Full liquid diet
   7. Mechanical soft diet
   8. Other medical diets will be offered as ordered by the advanced level provider

E. Food allergies will be reviewed and an advanced level provider order will be received for the appropriate diet. The patient will be informed of the diet change. If the patient refuses the ordered diet, a *Release of Responsibility* will be signed and witnessed. It will then become the responsibility of the patient to avoid the food for which an allergy is noted.

F. Regular and medical diets are reviewed for nutritional adequacy by a registered or licensed dietician annually and whenever a substantial change in menus is made. Written documentation of menu reviews includes the date, signature, and the title of the consulting dietician.

G. Workers who prepare medical diets are supervised by kitchen staff during diet preparation.

H. A copy of the dietician's license will be kept on file.

Melissa Johnson, BSN, Health Services Administrator — 08/01/2022 Date

Dr. Mary Carpenter, Regional Medical Director — 08/01/2022 Date

RESVISION LOG:

08/2017 **Removed** D. which had referenced nutritional needs of adolescent patients.
11/06/2018 **Added** "Regular and medical diets are reviewed for nutritional adequacy by a registered or licensed dietician annually and whenever a substantial change in menus is made. Written documentation of menu reviews includes the date, signature, and the title of the consulting dietician".
10/24/2019 No changes
11/04/2020 **Added** "The patient will sign the diet agreement form and will be educated that if a total of nine (9) meals are missed in any 30-day period, the food service staff will notify the Clinical Supervisor. This will be reviewed with the provider and the diet order may be discontinued".
12/10/2020 **Added** "The patient will sign the diet agreement form and will be educated that if a total of nine (9) meals are missed in any 30-day period, the food service staff will notify the Clinical Supervisor. This will be reviewed with the provider and the diet order may be discontinued".
09/20/2021 Reformatted
08/02/2022 **Changed** "Dental" to "Mechanical" in Procedure D.7.