LEGAL USE ONLY

MARK CHRISTIANS #35285
SOUTH DAKOTA STATE PENITENTIARY
PO BOX 5911
SIOUX FALLS, SD 57117

MAY 16, 2024

UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
400 S. PHILLIPS AVE, ROOM 128
SIOUX FALLS, SD 57104

RE: 4:20-CV-04083-LLP

GREETINGS:

ENCLOSED IS A MOTION REQUIRING ATTORNEY FOR DEFENDANTS TO ANSWER/EXPLAIN LETTER FROM PLAINTIFF, INCLUDING THE REFERENCED LETTER. IT WAS ENCLOSED WITH DOCS. 313 TO 315 AND MENTIONED IN ONE OF THE TWO LETTERS, BUT I CANNOT LOCATE IT AS A MOTION ON THE DOCKET. NEXT, IN EARLY APRIL I SENT THE ENCLOSED LETTER TO THE CLERK DATED APRIL 5, 2024 REFERENCING ENCLOSED DOCUMENTS TO THAT LETTER (ALSO AGAIN ENCLOSED HERE) INCLUDING LETTERS TO KELLIE WASKO AND AMBER PIRRAGLIA AND MEDICAL LAB RESULTS AND ENCOUNTERS. IT ALSO SEEMS TO NEVER BEEN RECEIVED/DOCKETED. WOULD YOU PLEASE BE SURE THE JUDGE RECEIVES ALL THE ABOVE ESPECIALLY THE MEDICAL RECORDS AND LETTERS TO DOC OFFICIALS AS THEY DIRECTLY APPLY TO INJUNCTIVE RELIEF IN THE SUMMARY JUDGMENT. THANK YOU

SINCERELY,

[signature]

MARK A. CHRISTIANS