UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

MARK CHRISTIANS,

Plaintiff,

v.

DARRIN YOUNG, in his individual capacity; DAN SULLIVAN, in his official capacity; TROY PONTO, Deputy Warden SDSP, Individual and official capacity; JESSICA COOK, Associate Warden SDSP/Jameson, individual and official capacity; BRENT FLUKE, Warden MDSP, individual and official capacity; REBECCA SCHIEFFER, Associate Warden MDSP, individual and official capacity; ALEX REYES, Associate Warden MDSP, individual and official capacity; CODY HANSON, Unit Manager Jameson, individual and official capacity; SETH HUGHES, Unit Manager Jameson, individual and official capacity; NANCY CHRISTENSEN, Unit Manager MDSP, individual and official capacity; DEREK EKEREN, Unit Coordinator Jameson, individual and official capacity; DEB EILERS, Unit Coordinator MDSP, individual and official capacity; LAURIE STRATMAN, Unit Coordinator MDSP, individual and official capacity; JULIE STEVENS, Case Manager MDSP, individual and official capacity; CRAIG MOUSEL, Property Officers, SDSP, individual and official capacity; MIKE LEIDHOLT, individual capacity; KELLIE WASKO, official capacity; PECHOUS, Unit Coordinator, individual and official capacity; GENIE BIRCH, Program Manager, individual and official capacity; GREASMAN, Correctional Officer, individual and official capacity, DAWN ALUMBAUGH, Correctional Officer, individual and official capacity; BARNETCHE, Correctional Officer, individual and official capacity; MARJAMA,

4:20-CV-4083-LLP

DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION FOR ANSWER TO LETTER

Correctional Officer, individual and official capacity; WINTERS, Correctional Officer, individual and official capacity; PADILLA, Correctional Officer, individual and official capacity MULLINS, Correctional Officer, individual and official capacity; HULSCHER, Correctional Officer, individual and official capacity; DREISKE, Former Deputy Warden, individual capacity; BECKER, Lieutenant, individual and official capacity; HETTIG, Lieutenant, individual and official capacity; SORENSON, Lieutenant, individual and official capacity; PERRET, Lieutenant, individual and official capacity )

Defendants. )

COME NOW, the above-named Defendants, by and through their undersigned counsel, Frank Geaghan, Assistant Attorney General, and hereby respond to the "Motion Requiring Attorney for Defendants to Answer/Explain Letter from Plaintiff" filed on May 28, 2024. Doc. 317. According to said Motion, the Plaintiff has "become concerned one of the Defendants, Timothy Mullin, was improperly served." Plaintiff maintains that "The request was for Paige Mullin." Doc. 317, p. 1. He is therefore asking that "If it is determined that Paige Mullin is not Timothy Mullin … the correct information be submitted to the U.S. Marshals Service for proper service." Doc. 317, pp. 1-2. As will be shown below the "correct information" was, over a year ago, provided to the "U.S. Marshals Service for proper service."

Defendants would assert that any confusion herein is solely attributable to the Plaintiff. A review of the record will reflect that the Plaintiff, in the information previously provided to the Court, identified the Defendant as a Tara Mullins. Doc. 172, pp. 7-8. The summons was later returned as unexecuted since said Defendant "no longer employed at SDSP." Doc. 172, p. 9. The Court, in an Order dated March 29, 2023, granted Plaintiff's motion for assisted service and

directed that counsel for the SDDOC Defendants "provide the last known addresses for Hulscher, Barnetche, Mullin, and Perrett to the United States Marshal Service by May 1, 2023." Doc. 188, p. 31.

In response thereto, Counsel, in an email dated March 29, 2023, provided a copy of said Order to Alexis DeGroot, the HR Specialist for the SDSP, and requested to be provided with "any contact info [she had] for the individuals referred to above." As indicated in said email, counsel was unsure "whether 'Mullin' [was] a typo by the Court since he/she is referred to in the heading as 'Mullins.'" Counsel was later provided with the last known address for a Timothy Mullin. The record will reflect that the contact information for Timothy Mullin was later provided to the U.S. Marshals Service in a letter dated April 17, 2023. Doc. 189-1.

Subsequent thereto, counsel received a letter from the Plaintiff, dated May 1, 2023, stating that "It looks like you put Timothy Mullin for service, it is supposed to be Paige Mullin." Doc. 317-1. Upon receipt of said letter, counsel undertook to again reach out to Ms. DeGroot, in an email dated May 4, 2023, and inquired whether a Paige Mullin had ever been employed at the SDSP. In response to said inquiry, counsel was advised that a Paige Mullen had previously been employed at the SDSP. The contact information for Ms. Mullen was, in a letter dated May 9, 2023, provided to the U.S. Marshals Service. Exhibit 1. As indicated in said letter, there was "some confusion since the Plaintiff, in his Second Amended Complaint filed on November 29, 2021, had the name spelled as 'Mullins.'" Counsel went on to explain, in said letter, that it had "recently come to [his] attention that 'Mullins' named and referred to, in the Second Amended Complaint filed by Inmate Christians on November 29, 2021, [was] not Timothy Mullin bur rather a Paige Mullen." Exhibit 1.

The apparent confusion in this case was further compounded by the Plaintiff, when, in information later provided to the Court, identified the Defendant only as "Mullins" and failed to include any reference to her first name despite knowing that it was "Paige." Doc. 198, 7-9. The information previously provided to the U.S. Marshals Service, in the afore-mentioned letter dated May 9, 2023, is the last known contact information that Defendants have regarding Paige Mullen. The request by Plaintiff that "The AG'S Office use their available resources to locate a obtain a correct/current address" should therefore be denied by the Court.

Dated this 31st day of May 2024.

Respectfully submitted,

*/s/ Frank Geaghan*

Frank Geaghan
Assistant Attorney General
1302 East Highway 14, Suite 1
Pierre, South Dakota 57501-8501
Telephone: (605) 773-3215
Email: Frank.Geaghan@state.sd.us

CERTIFICATE OF SERVICE

I hereby certify that on May 31, 2024, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Southern Division by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I further certify that some of the participants in the case are not CM/ECF users. I have mailed the foregoing document by First-Class mail, postage prepaid, or have dispatched it to a third-party commercial carrier for delivery within 3 calendar days, to the following non-CM/ECF participants:

Mark Christians #35285
South Dakota State Penitentiary
P.O. Box 5911
Sioux Falls, SD 57117-5911

*/s/ Frank Geaghan*
Frank Geaghan
Assistant Attorney General

usdc_fg (mb)