STATE OF SOUTH DAKOTA

**OFFICE OF ATTORNEY GENERAL**

1302 East Highway 14, Suite 1
Pierre, South Dakota 57501-8501
Phone (605) 773-3215
Fax (605) 773-4106
http://atg.sd.gov

MARTY J. JACKLEY
ATTORNEY GENERAL

MARK W. BARNETT
CHIEF DEPUTY

May 9, 2023

Daniel C. Mosteller
US Marshals Service
400 S. Phillips Ave. - #216
Sioux Falls, SD 57104

Re: *Christians v. Young, et al.*
Civ. #20-4083-LLP

Dear Marshal Mosteller:

Please be advised that the present letter is intended to serve as a follow-up to the letter which was sent to your office on or about April 17, 2023. As was indicated therein, an Order was issued in the above-mentioned case, on March 29, 2023, directing, in part, that "The DOC Defendants' counsel must provide the last known addresses for Hulscher, Barnetche, Mullin, and Perrett to the United States Marshals Service by May 1, 2023." There was, of course, some confusion since the Plaintiff, in his Second Amended Complaint filed on November 29, 2021, had the name spelled as "Mullins." Doc. 83, p.9, §32(c). Pursuant thereto, the previous letter undertook to provide you with the last known contact information for a Timothy Mullin. It has, however, recently come to my attention that the "Mullins" named and referred to, in the Second Amended Complaint filed by Inmate Christians on November 29, 2021, is not Timothy Mullin but rather a Paige Mullen. Based on the information provided by the South Dakota State Penitentiary (SDSP), the last known contact information for Paige Mullen is as follows:

Paige Mullen
[redacted]

If you should have any questions, please feel free to contact me at any time. Please accept my sincere apologies for the mix-up and confusion.

Sincerely,

Frank Geaghan
Assistant Attorney General

FG/mn

**Exhibit 1**