4:20-CV-04083-LLP

MARK CHRISTIANS #35285
SOUTH DAKOTA STATE PENITENTIARY
PO BOX 5911
SIOUX FALLS SD 57117

JAN. 13, 2023

OFFICE OF THE ATTORNEY GENERAL
FRANK GEAGHAN
1302 EAST HIGHWAY 14, SUITE 1
PIERRE, SD 57501

RE: 20-CV-4083-LLP

GREETINGS:

THIS IS AN OFFICIAL REQUEST FOR THE LAST KNOWN ADDRESS/FORWARDING ADDRESS FOR FORMER CORRECTIONS OFFICER PAIGE MULLIN. I INADVERTANTLY FORGOT TO INCLUDE HER FIRST NAME IN MY LAST LETTER. I ALSO NEED LAST KNOW ADDRESSES FOR MATTHEW HULSCHER, KYLE BARNETCHE, PRESTON PERRETT AND FOR SUIT NO.: 22-CV-4072 - ADDRESSES FOR DARIN YOUNG, JESSICA COOK, JENNIFER DRIESKE AND NANCY CHRISTENSEN (MDS. IN SPRINGFIELD PRISON. THEY WERE REJECTED BY THE PRISONS AS NO LONGER EMPLOYEED. PLEASE RESPOND WITH ADDRESSES SO I CAN HAVE

4:20-cv-04083-LLP

THESE DEFENDANTS SERVED BY THE U.S. MARSHALS SERVICE. THANK-YOU.

SINCERELY,

[signature]

MARK A. CHRISTIANS