UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | | |
|---|---|---|
| MARK CHRISTIANS,<br><br>Plaintiff,<br><br>v.<br><br>DARRIN YOUNG, in his individual capacity; DAN SULLIVAN, in his official capacity; TROY PONTO, Deputy Warden SDSP, individual and official capacity; JESSICA COOK, Associate Warden SDSP/Jameson, individual and official capacity; BRENT FLUKE, Warden MDSP, individual and official capacity; REBECCA SCHIEFFER, Associate Warden MDSP, individual and official capacity; ALEX REYES, Associate Warden MDSP, individual and official capacity; CODY HANSON, Unit Manager Jameson, individual and official capacity; SETH HUGHES, Unit Manager Jameson, individual and official capacity; NANCY CHRISTENSEN, Unit Manager MDSP, individual and official capacity; DEREK EKEREN, Unit Coordinator Jameson, individual and official capacity; DEB EILERS, Unit Coordinator MDSP, individual and official capacity; LAURIE STRATMAN, Unit Coordinator MDSP, individual and official capacity; JULIE STEVENS, Case Manager MDSP, individual and official capacity; CRAIG MOUSEL, Property Officer, SDSP, individual and official capacity; MIKE LEIDHOLT, individual capacity; KELLIE WASKO, official capacity; | ) | 4:20-CV-04083-LLP<br><br>DEFENDANTS' MOTION REGARDING PARTY MANAGEMENT |

PECHOUS, Unit Coordinator, individual and official capacity; GENIE BIRCH, Program Manager, individual and official capacity; GREASMAN, Correctional Officer, individual and official capacity; DAWN ALUMBAUGH, Correctional Officer, individual and official capacity; MARJAMA, Correctional Officer, individual and official capacity; WINTERS, Correctional Officer, individual and official capacity; PADILLA, Correctional Officer, individual and official capacity; MULLINS, Correctional Officer, individual and official capacity; HULSCHER, Correctional Officer, individual and official capacity; DREISKE, Former Deputy Warden, individual capacity; BECKER, Lieutenant, individual and official capacity; HETTIG, Lieutenant, individual and official capacity; SORENSON, Lieutenant, individual and official capacity; PERRET, Lieutenant, individual and official capacity,

Defendants.

Come now, the above-named Defendants, by and through their undersigned counsel, and moves this Court for an Order deciding general issues regarding party management.

1. Timothy Mullins respectfully requests to be dismissed from this matter as he is not a proper party. Christians' allegations were made against Paige Mullins, but because there was not a first name included on the summons, it was inadvertently served upon Timothy Mullins. *See* Exhibit 1.

2. In the Court's Order Granting In Part and Denying In Part Motion for Summary Judgment Regarding Newly Added Claims and Defendants, the Court limited Christians claims period from March of 2021 through May of 2021. Doc. 345, at 5. Christians made allegations against the following Defendants that fall within that claims period: Pechous, Hughes, Sorenson, Marjama, Winters, Padilla, Mullins,* Hulscher, Birch, Young, Cook, Ponto, Dreiske, and Alumbaugh. Doc. 83, at 46-54. However, Christians did not make allegations against the following Defendants within the allowable claims period: Leidholt, "Greaseman" AKA Sims, Becker, "Hettig" AKA Hettich, and Perret. The latter Defendants respectfully request to be dismissed because a claim has not been made against them in the pending matter.
3. Defendant Marjama respectfully requests to appear through counsel for the trial and, if called as a witness, to testify remotely pursuant to FRCP 43(a). He lives in La Center, Washington, and travel for the trial would create an undue hardship for him.
4. Witness Barbra Wakeen respectfully requests to testify remotely pursuant to FRCP 43(a). She lives in North Canton, Ohio, and is traveling for her consulting work during the time she is expected to testify in this matter.
5. Defendant Dreiske respectfully requests to appear through counsel for the trial due to personal health reasons.

Dated this 23rd day of June, 2025.

*/s/ Amanda Miiller*
Amanda Miiller
Deputy Attorney General
1302 East Highway 14, Suite 1
Pierre, South Dakota 57501-8501
Telephone: (605) 773-3215
Amanda.Miiller@state.sd.us

CERTIFICATE OF SERVICE

I hereby certify that on June 23rd, 2025, I electronically filed with the Clerk of the Court for the United States District Court for the Southern Division by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I further certify that some of the participants in the case are not CM/ECF users. I have mailed the foregoing document by First-Class mail, postage prepaid, or have dispatched it to a third-party commercial carrier for delivery within 3 calendar days, to the following non-CM/ECF participants:

Mark Christians #35285
South Dakota State Penitentiary
P.O. Box 5911
Sioux Falls, SD 57117-5911

*/s/ Amanda Miiller*
Amanda Miiller
Deputy Attorney General