**UNITED STATES DISTRICT COURT**
**DISTRICT OF SOUTH DAKOTA**

Lawrence L. Piersol United States District Judge Presiding

Courtroom Deputy - DJP
Courtroom - SF #1

Court Reporter – Carla Dedula
Date – July 8, 2025

4:20-CV-4083-LLP

| | |
|---|---|
| Mark Anthony Christians,<br><br>Plaintiff,<br><br>vs.<br><br>Darin Young, et al<br><br>Defendants. | Tyler Haigh, Morgan Carol Erickson<br><br><br><br><br><br>Amanda Miiller |

TIME HEARING SCHEDULED TO BEGIN: 9:00 AM

<u>TIME:</u>

9:07 AM Enter pretrial conference and motions hearing. Mr. Christians appears via videoconference.

The Court reviews the voir dire process. The Court will use jury questionnaires. Both sides will get 30 minutes. The Court will seat 18, with three peremptory challenges per side, for a total of 12 jurors to try the case.

Motions for party management:
The Court orders rules on the motions for party management.
The Court dismisses the official capacity claims against defendants Dan Sullivan and Kellie Wasko,

The Court rules on the parties' motions in limine. Plaintiff to appear in street clothes and unshackled. Any inmate witnesses to appear in prison garb and unshackled, unless good cause shown otherwise.
Sequestration of witnesses is ordered and is reciprocal.

Discussion regarding seating arrangements,
Discussion regarding trial exhibits. The parties will work together to exchange their exhibits. Exhibit books to be delivered to the Court and opposing counsel on Monday.

Preliminary instructions to be given to counsel after the hearing.
Comments by the Court regarding proposed jury instructions.

Questions by Attorney Haigh re injunctive relief. Response by the Court.
Discussion regarding medical records and stipulation of foundation.

10:53 AM Court is adjourned