UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

| | |
|---|---|
| MARK CHRISTIANS,<br><br>     Plaintiff,<br><br>  vs.<br><br>DARIN YOUNG, in his individual capacity;<br>TROY PONTO, Deputy Warden SDSP,<br>individual capacity; JESSICA COOK, Associate<br>Warden SDSP/Jameson, individual capacity;<br>BRENT FLUKE, Former Warden MDSP,<br>individual capacity; REBECCA SCHIEFFER,<br>Associate Warden MDSP, individual capacity;<br>ALEX REYES, Associate Warden MDSP,<br>individual capacity; SETH HUGHES, Unit<br>Manager Jameson, individual capacity; NANCY<br>CHRISTENSEN, Unit Manager MDSP,<br>individual capacity; DEB EILERS, Unit<br>Coordinator MDSP, individual capacity;<br>LAURIE STRATMAN, Unit Coordinator<br>MDSP, individual capacity; JULIE STEVENS,<br>Case Manager MDSP, individual capacity;<br>ANGELA PECHOUS, Unit Coordinator,<br>individual capacity; GREASMAN, a/k/a ADAM<br>SIMS, Correctional Officer, individual capacity;<br>BRYAN MARJAMA, Correctional Officer,<br>individual capacity; KENDRICK WINTERS,<br>Correctional Officer, individual capacity;<br>ANGEL PADILLA, Correctional Officer,<br>individual capacity; MATTHEW HULSCHER,<br>Correctional Officer, individual capacity;<br>JENNIFER DREISKE, Former Deputy Warden,<br>individual capacity; JORDAN BECKER,<br>Lieutenant, individual capacity; PRESTON<br>PERRET, Lieutenant, individual capacity,<br><br>     Defendants. | 4:20-CV-04083-LLP<br><br><br>VERDICT FORM |

We, the jury impaneled in the above-entitled action, and sworn to try the issues, find as follows:

**Plaintiff's Claims Arising from March 2017 to August 13, 2018**

On plaintiff Mark Christians' claims against defendants Brent Fluke, Rebecca Schieffer, Alex Reyes, Nancy Christensen, Deb Eilers, Laurie Stratman, and Julie Stevens, as submitted in Instruction No. 16 and Instruction No. 20,  we find in favor of:

_____
Plaintiff Mark Christians    or    Defendant Brent Fluke

_____
Plaintiff Mark Christians    or    Defendant Rebecca Schieffer

_____
Plaintiff Mark Christians    or    Defendant Alex Reyes

_____
Plaintiff Mark Christians    or    Defendant Nancy Christensen

_____
Plaintiff Mark Christians    or    Defendant Deb Eilers

_____
Plaintiff Mark Christians    or    Defendant Laurie Stratman

_Julie Stevens_

_____    _____
Plaintiff Mark Christians    or    Defendant Julie Stevens

**Note:**    Complete the following paragraph *only* if one or more of the above findings is in favor of the plaintiff.

We find plaintiff Mark Christians' damages arising from **March 2017 to August 13, 2018** to be:

$ __1.00__ (stating the amount, or if you find that the plaintiff's damages have no monetary value, state the nominal amount of $1.00)

**Note:**    You may *not* award punitive damages against any defendant unless you have first found against that defendant and awarded the plaintiff nominal or actual damages.

We assess punitive damages as follows:

Brent Fluke:    $ ___0___ (state the amount or, if none, write the word "none")

Rebecca Schieffer: $ _____ (state the amount or, if none, write the word "none")

Alex Reyes:    $ _____ (state the amount or, if none, write the word "none")

Nancy Christensen:$ _____ (state the amount or, if none, write the word "none")

Deb Eilers:    $ _____ (state the amount or, if none, write the word "none")

Laurie Stratman:    $ _____ (state the amount or, if none, write the word "none")

Julie Stevens:    $ _____ (state the amount or, if none, write the word "none")

**Plaintiff's Claims Arising from March 2021 to May 2021**

On plaintiff Mark Christians' claims against defendants Darin Young, Troy Ponto, Jessica Cook, Seth Hughes, Angela Pechous, "Greasman" a/k/a Adam Sims, Bryan Marjama, Kendrick Winters, Angel Padilla, Matthew Hulscher, Jennifer Dreiske, Jordan Becker, and Preston Perret, as submitted in Instruction No. 16 and Instruction No. 20, we find in favor of:

_Mark Christians_____
Plaintiff Mark Christians    or    Defendant Darin Young

_____Troy Ponto_____
Plaintiff Mark Christians    or    Defendant Troy Ponto

_____Jessica Cook_____
Plaintiff Mark Christians    or    Defendant Jessica Cook

_____Seth Hughes_____
Plaintiff Mark Christians    or    Defendant Seth Hughes

_____Angela Pechous_____
Plaintiff Mark Christians    or    Defendant Angela Pechous

_____Greasman A/K/A Adam Sims___
Plaintiff Mark Christians    or    Defendant "Greasman" a/k/a Adam Sims

_Bryan Marjama_

_____    _____
Plaintiff Mark Christians    or    Defendant Bryan Marjama

_Kendrick Winters_

_____    _____
Plaintiff Mark Christians    or    Defendant Kendrick Winters

_Angel Padilla_

_____    _____
Plaintiff Mark Christians    or    Defendant Angel Padilla

_Matthew Hulscher_

_____    _____
Plaintiff Mark Christians    or    Defendant Matthew Hulscher

_Jennifer Dreiske_

_____    _____
Plaintiff Mark Christians    or    Defendant Jennifer Dreiske

_Jordan Becker_

_____    _____
Plaintiff Mark Christians    or    Defendant Jordan Becker

_Preston Perret_

_____    _____
Plaintiff Mark Christians    or    Defendant Preston Perret

**Note:**    Complete the following paragraph only if one or more of the above findings is in favor of the plaintiff.

We find plaintiff Mark Christians' damages arising from **March 2021 to May 2021** to be:

$ _5,000_ (stating the amount, or if you find that the plaintiff's damages have no monetary value, state the nominal amount of $1.00).

Note:    You may not award punitive damages against any defendant unless you have first found against that defendant and awarded the plaintiff nominal or actual damages.

We assess punitive damages as follows:

Darin Young    : $ _100,000_ (state the amount or, if none, write the word "none")

Troy Ponto    : $ _____ (state the amount or, if none, write the word "none")

Jessica Cook    : $ _____ (state the amount or, if none, write the word "none")

Seth Hughes    : $ _____ (state the amount or, if none, write the word "none")

Angela Pechous:  $ _____ (state the amount or, if none, write the word "none")

"Greasman" a/k/a Adam Sims: $ _____ (state the amount or, if none, write the word "none")

Bryan Marjama:  $ _____ (state the amount or, if none, write the word "none")

Kendrick Winters: $ _____ (state the amount or, if none, write the word "none")

Angel Padilla:    $ _____ (state the amount or, if none, write the word "none")

Matthew Hulscher: $ _____ (state the amount or, if none, write the word "none")

Jennifer Dreiske:  $ _____ (state the amount or, if none, write the word "none")

Jordan Becker:     $ _____ (state the amount or, if none, write
the word "none")

Preston Perret:     $ _____ (state the amount or, if none, write
the word "none")

Foreperson

Dated: _____7/22/2025_____