Christians, 20-4083

The finding of the jury as to each Defendant must be unanimous.

Dated this 22nd day of July, 2025.

BY THE COURT:

Lawrence L. Piersol
United States District Judge