UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

| | |
|---|---|
| MARK CHRISTIANS,<br><br>                Plaintiff,<br><br>vs.<br><br>DARIN YOUNG, in his individual capacity; TROY PONTO, Deputy Warden SDSP, individual capacity; JESSICA COOK, Associate Warden SDSP/Jameson, individual capacity; BRENT FLUKE, Former Warden MDSP, individual capacity; REBECCA SCHIEFFER, Associate Warden MDSP, individual capacity; ALEX REYES, Associate Warden MDSP, individual capacity; SETH HUGHES, Unit Manager Jameson, individual capacity; NANCY CHRISTENSEN, Unit Manager MDSP, individual capacity; DEB EILERS, Unit Coordinator MDSP, individual capacity; LAURIE STRATMAN, Unit Coordinator MDSP, individual capacity; JULIE STEVENS, Case Manager MDSP, individual capacity; ANGELA PECHOUS, Unit Coordinator, individual capacity; GREASMAN, a/k/a ADAM SIMS, Correctional Officer, individual capacity; BRYAN MARJAMA, Correctional Officer, individual capacity; KENDRICK WINTERS, Correctional Officer, individual capacity; ANGEL PADILLA, Correctional Officer, individual capacity; MATTHEW HULSCHER, Correctional Officer, individual capacity; JENNIFER DREISKE, Former Deputy Warden, individual capacity; JORDAN BECKER, Lieutenant, individual capacity; PRESTON PERRET, Lieutenant, individual capacity,<br><br>                Defendants. | 4:20-CV-04083-LLP<br><br><br>JUDGMENT |

This action came before the Court for trial by jury. The issues have been tried, and the jury rendered its verdict. Doc. 519. In accordance with the jury's verdict, it is

ORDERED, ADJUDGED, and DECREED that judgment is entered in favor of Defendants Troy Ponto, Jessica Cook, Rebecca Schieffer, Alex Reyes, Seth Hughes, Nancy Christiansen, Deb Eilers, Laurie Stratman, Julie Stevens, Angela Pechous, Greasman a/k/a Adam Sims, Bryan Marjama, Kendrick Winters, Angel Padilla, Matthew Hulscher, Jennifer Dreiske, Jordan Becker, and Preston Perret and against Plaintiff Mark Christians. It is further

ORDERED, ADJUDGED and DECREED that judgment is entered in favor of Plaintiff Mark Christians and against Defendant Brent Fluke, in the amount of $1.00 (One Dollar). It is finally

ORDERED, ADJUDGED and DECREED that judgment is entered in favor of Plaintiff Mark Christians and against Defendant Darin Young in the amount of $5,000.00 (Five Thousand Dollars) as compensatory damages and in the amount of $100,000.00 (One Hundred Thousand Dollars) as punitive damages.

DATED this 24th day of July, 2025.

BY THE COURT:

*Lawrence L. Piersol* (signature)
LAWRENCE L. PIERSOL
United States District Judge