# UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH DAKOTA

MARK CHRISTIANS,

               Plaintiff(s),

vs.

                                                       Case No. 4:20-CV-04083-LLP

DARRIN YOUNG,

               Defendant(s).

## NOTICE OF APPEAL

Pursuant to Fed. R. App. P. 3(c)(1) and 4(a), notice is hereby given that the following parties (provide the names of all parties who are filing an appeal):

in the above-named case appeal to the United States Court of Appeals for the Eighth Circuit. The above-named parties appeal from the _SEE PAGE TWO_ (indicate whether the appeal is from a _judgment_ or an _order_ of the District Court) of the U.S. District Court for the District of South Dakota that was entered on _SEE PAGE TWO_ (date judgment or order was entered) that:

JUDGMENT OR ORDER

DATE ENTERED

| DOCUMENT | Date |
|---|---|
| 27 | 12/21/2020 |
| 54 | 01/20/2021 |
| 55 | 06/09/2021 |
| 61 | 06/29/2021 |
| 69 | 09/27/2021 |
| 123 | 02/23/2022 |
| 125 | 03/09/2022 |
| 147 | 09/28/2022 |
| 181 | 12/29/2022 |
| 185 | 03/29/2023 |
| 186 | 03/29/2023 |
| 199 | 09/28/2023 |
| 203 | 10/17/2023 |
| 226 | 01/05/2024 |
| 250 | 02/05/2024 |
| 329 | 09/06/2024 |
| 344 | 09/25/2024 |
| 345 | 09/30/2024 |
| 361 | 11/06/2024 |
| 368 | 01/16/2025 |
| 388 | 04/24/2025 |

2

JUDGMENT OR ORDER

DATE ENTERED

| | | |
|---|---|---|
| DOCUMENT | 405 | 05/15/2025 |
| | 438 | 06/26/2025 |
| | 464 | 06/30/2025 |
| | 477 | 07/02/2025 |
| | 502 | 07/08/2025 |
| | 503 | 07/09/2025 |
| | 511 | 07/14/2025 |
| | 513 | 07/14/2025 |
| | 535 | 07/24/2025 |

3

(If the appeal is from an *order*, provide brief explanation, below, of the District Court's decision in the order. If you are appealing only a portion of the judgment or order, indicate below which part of the judgment or order you are appealing). APPEALING ORDERS DENIED TO PLAINTIFF, JUDGMENTS GRANTED TO DEFENDANTS AND FINAL JUDGEMENT TO ALL PARTIES EXCEPT DARRIN YOUNG. THIS INCLUDES DEFENDANTS DISMISSED PRESERVICE AND THEREAFTER. DUE TO SPACE AND AVAILABILITY TO LEGAL ACCESS AND MATERIALS LIMITED THIS IS ALL THAT CAN BE EXPANDED UPON.

Signed this 16TH day of AUGUST, 2025.

Signature of Party

Mailing Address  MIKE DURFEE STATE PRISON
1412 WOOD STREET
SPRINGFIELD, SD 57062

Telephone Number

Note:   All parties filing the appeal must date and sign the Notice of Appeal and provide his/her mailing address and telephone number, EXCEPT that a signer of a pro se notice of appeal may sign for his/her spouse and minor children if they are parties to the case. Fed. R. App. P. 3(c)(2). Attach additional sheets of paper as necessary.

4