Prisoner IFP 6/15

UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

MARK CHRISTIANS,

Plaintiff/Petitioner,

vs.

DARIN YOUNG, ET AL.,

Defendant/Respondent.

CIV. 4:20-CV-04083-LLP

**NOTICE OF APPEAL**

Notice is hereby given that MARK CHRISTIANS, Plaintiff/Petitioner above named, hereby appeals to the United States Court of Appeals for the Eighth Circuit from the JUDGMENT (Judgment, Order, etc.) entered in this action on the 24TH day of JULY, 2025. (SEE ATTACHED NOTICE FOR FULL LIST).

Dated this 16TH day of AUGUST, 2025.

[signature]

Plaintiff/Petitioner (Pro Se)

MIKE DURFEE STATE PRISON
1412 WOOD STREET

Address

SPRINGFIELD, SD 57062

City State Zip Code