UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

| | |
|---|---|
| MARK CHRISTIANS,<br><br>Plaintiff,<br><br>vs.<br><br>DARIN YOUNG, in his individual capacity; TROY PONTO, Deputy Warden SDSP, individual capacity; JESSICA COOK, Associate Warden SDSP/Jameson, individual capacity; BRENT FLUKE, Former Warden MDSP, individual capacity; REBECCA SCHIEFFER, Associate Warden MDSP, individual capacity; ALEX REYES, Associate Warden MDSP, individual capacity; SETH HUGHES, Unit Manager Jameson, individual capacity; NANCY CHRISTENSEN, Unit Manager MDSP, individual capacity; DEB EILERS, Unit Coordinator MDSP, individual capacity; LAURIE STRATMAN, Unit Coordinator MDSP, individual capacity; JULIE STEVENS, Case Manager MDSP, individual capacity; ANGELA PECHOUS, Unit Coordinator, individual capacity; GREASMAN, a/k/a ADAM SIMS, Correctional Officer, individual capacity; BRYAN MARJAMA, Correctional Officer, individual capacity; KENDRICK WINTERS, Correctional Officer, individual capacity; ANGEL PADILLA, Correctional Officer, individual capacity; MATTHEW HULSCHER, Correctional Officer, individual capacity; JENNIFER DREISKE, Former Deputy Warden, individual capacity; JORDAN BECKER, Lieutenant, individual capacity; PRESTON PERRET, Lieutenant, individual capacity,<br><br>Defendants. | 4:20-CV-04083-LLP<br><br>AMENDED JUDGMENT |

In accordance with the Court's Memorandum Opinion and Order on Post-Trial Motions, it is

ORDERED, ADJUDGED, and DECREED that judgment is entered in favor of Defendants Troy Ponto, Jessica Cook, Rebecca Schieffer, Alex Reyes, Seth Hughes, Nancy Christiansen, Deb Eilers, Laurie Stratman, Julie Stevens, Angela Pechous, Greasman a/k/a Adam Sims, Bryan Marjama, Kendrick Winters, Angel Padilla, Matthew Hulscher, Jennifer Dreiske, Jordan Becker, and Preston Perret and against Plaintiff Mark Christians. It is further

ORDERED, ADJUDGED and DECREED that judgment is entered in favor of Plaintiff Mark Christians and against Defendant Brent Fluke, in the amount of $1.00 (One Dollar). It is further

ORDERED, ADJUDGED and DECREED that judgment is entered in favor of Plaintiff Mark Christians and against Defendant Darin Young in the amount of $5,000.00 (Five Thousand Dollars) as compensatory damages and in the amount of **$40,000.00 (Forty Thousand Dollars)** as punitive damages. It is further

ORDERED, ADJUDGED and DECREED that Christians is awarded taxable costs in the amount of **$350.00 (Three Hundred and Fifty Dollars).** These costs are taxed against Defendant Brent Fluke and Defendant Darin Young. It is further

ORDERED, ADJUDGED and DECREED that Plaintiff's counsel are awarded **$67,501.50** in attorneys' fees, but **25 percent ($16,875.38)** of this award must be satisfied from the amount of this amended judgment in favor of Plaintiff and against Defendants Fluke and Young. Defendants Fluke and Young shall pay to Christians' court-appointed counsel **$50,626.12**, which sum represents the remainder of the attorneys' fees awarded to Plaintiff's counsel. With respect to the 25 percent of the award that must be satisfied from the amount of the amended judgment, **$13,331.55** is awarded to Attorney Haigh and **$3,543.83** is awarded to Attorney Erickson. With respect to the remaining attorneys' fees award, **$39,994.63** is awarded to Attorney Haigh and **$10,631.49** is awarded to Attorney Erickson. It is finally

ORDERED, ADJUDGED and DECREED that in accordance with the Court's Order appointing counsel, Docs. 375, Attorney Haigh is awarded **$6,546.32** from the Attorney Admission Fund.

DATED this 23rd day of January, 2026.

BY THE COURT:

LAWRENCE L. PIERSOL
United States District Judge