# UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH DAKOTA
# SOUTHERN DIVISION

| | |
|---|---|
| Mark Christians,<br><br>Plaintiff/Petitioner,<br><br>vs.<br><br>Darrin Young, et al,<br><br>Defendant/Respondent. | CIV. 4:20-cv-04083-LLP<br><br>**AMENDMENT TO NOTICE OF APPEAL** |

## DISCLAIMER

As the Court has been made aware on several occasions, the SDDOC Defendants have engaged in a severe and harmful collateral attack in retaliation of Christians' pursuits of Constitutional and Civil Rights for himself and his fellow South Dakota prisoners. This involves a number of cruel and punitive acts including but not limited to forced starvation (SDDOC officials not allowing Christians to obtain provided meals), withholding prescribed medications and treatments resulting in severe pain and trauma, withhold reasonable accommodations requests under the Americans with Disabilities Act (ADA) and the theft of legal materials (Court filings, prepared pleadings sworn statements, and evidence not yet in Court recorded or docketed, legal research and notes, trial preparations and the like). Currently the have yet to provide an entire large box (#4) of legal materials directly regarding this case and others filed in both the Federal and State Court systems. Over the past three months all of Christians' electronic files located on attorney (Plaintiff and Defendants) provided USB flash drives were withheld without reason in the sole custody of the SDDOC officials and mail has

often gone missing, lost, stolen and unreasonably delayed. Also, Christians has no ability to properly receive incoming privileged communications from any legal source as defined by the Courts and SDDOC policy. Thus, Christians will not be able to cite exact documents as docketed by the Court or pleadings in record by number, page or statements. Christians prays for Court understanding and leniency under these conditions when reviewing this and all subsequent pleadings

**NOTICE**

Notice is hereby given that Mark Christians, Plaintiff/Petitioner above named, hereby appeals to the United States Court of Appeals for the Eighth Circuit from the (Order, Judgment, etc.) to include all prior Orders and Judgments previously Noticed in Appeal and adding the Courts' Order modifying Judgment Amount and Denial of Post-trial motions on approximately January 23, 2026.

Dated this 29TH day of January, 2026.

Mark A. Christians
Jameson Annex (S.D S.P.)
PO Box 5911
Sioux Falls, SD 57117

**CERTIFICATE OF SERVICE**

On the 30TH day of JANUARY, 2026, the undersigned party served the following document or documents:

- Amendment to Notice of Appeal
- Declaration of Deposit

on (list names and addresses of parties or attorneys):

United States District Court
Office of the Clerk
400 S. Phillips Ave., Room 128
Sioux Falls, SD 57104

by delivering a copy by.

the institution's internal legal mail system. First-class postage was prepaid either by me or by the institution on my behalf to the U.S Mail (United States Postal Service).

[signature]
(Signature)

MARK A CHRISTIANS
(Print or Type Name)

MARK CHRISTIANS #35285
DEPARTMENT OF CORRECTIONS
STATE PENITENTIARY
P.O. Box 5911
Sioux Falls, SD 57117-5911
*Address Service Requested*

quadient
FIRST-CLASS MAIL
IMI
$003.00
02/03/2026 ZIP 57104
043M31263781
US POSTAGE

UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
400 S. PHILLIPS AVE, Room 128
SIOUX FALLS, SD 57104

X-RAY[illegible]D BY
SOUTH [illegible]AKOTA
[illegible]