UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | | |
|---|---|---|
| MARK CHRISTIANS, | ) | |
| | ) | |
| Plaintiff, | ) | 4:20-CV-04083-LLP |
| | ) | |
| v. | ) | |
| | ) | |
| DARRIN YOUNG, in his individual | ) | NOTICE OF APPEAL |
| capacity; DAN SULLIVAN, in his official | ) | |
| capacity; TROY PONTO, Deputy Warden | ) | |
| SDSP, individual and official capacity; | ) | |
| JESSICA COOK, Associate Warden | ) | |
| SDSP/Jameson, individual and official | ) | |
| capacity; BRENT FLUKE, Warden | ) | |
| MDSP, individual and official capacity; | ) | |
| REBECCA SCHIEFFER, Associate | ) | |
| Warden MDSP, individual and official | ) | |
| capacity; ALEX REYES, Associate | ) | |
| Warden MDSP, individual and official | ) | |
| capacity; CODY HANSON, Unit | ) | |
| Manager Jameson, individual | ) | |
| and official capacity; SETH HUGHES, | ) | |
| Unit Manager Jameson, individual and | ) | |
| official capacity; NANCY | ) | |
| CHRISTENSEN, Unit | ) | |
| Manager MDSP, individual and official | ) | |
| capacity; DEREK EKEREN, Unit | ) | |
| Coordinator Jameson, individual and | ) | |
| official capacity; DEB EILERS, Unit | ) | |
| Coordinator MDSP, individual and | ) | |
| official capacity; LAURIE STRATMAN, | ) | |
| Unit Coordinator MDSP, individual and | ) | |
| official capacity; JULIE STEVENS, Case | ) | |
| Manager MDSP, individual and official | ) | |
| capacity; CRAIG MOUSEL, Property | ) | |
| Officer, SDSP, individual and official | ) | |
| capacity; MIKE LEIDHOLT, individual | ) | |
| capacity; KELLIE WASKO, official | ) | |
| capacity; PECHOUS, Unit Coordinator, | ) | |
| individual and official capacity; GENIE | ) | |
| BIRCH, Program Manager, individual | ) | |
| | ) | |

| | |
|---|---|
| and official capacity; GREASMAN, Correctional Officer, individual and official capacity; DAWN ALUMBAUGH, Correctional Officer, individual and official capacity; MARJAMA, Correctional Officer, individual and official capacity; WINTERS, Correctional Officer, individual and official capacity; PADILLA, Correctional Officer, individual and official capacity; MULLINS, Correctional Officer, individual and official capacity; HULSCHER, Correctional Officer, individual and official capacity; DREISKE, Former Deputy Warden, individual capacity; BECKER, Lieutenant, individual and official capacity; HETTIG, Lieutenant, individual and official capacity; SORENSON, Lieutenant, individual and official capacity; PERRET, Lieutenant, individual and official capacity, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) |

Under FED. R. APP. P. 3(a), Defendants, Darrin Young in his individual capacity only; and Brent Fluke, in his individual and official capacity; give notice that they appeal to the United States Court of Appeals for the Eighth Circuit from the final amended judgment[1] entered on January 23, 2026, by the Honorable Lawerence L. Piersol, United States District Court Judge for the District of South Dakota.

---

1. Following entry of the amended judgment, Plaintiff filed a motion to reconsider under Rules 59 and 60 on February 9, 2026. It is unclear at this time what effect, if any, that pending motion may have on this appeal.

2

Dated this 23rd day of February, 2026.

        /s/  *Amanda Miiller*
Amanda Miiller
Deputy Attorney General
1302 E. SD Highway 1889, Suite 1
Pierre, SD 57501-8501
Telephone: (605) 773-3215
Email: amanda.miiller@state.sd.us

CERTIFICATE OF SERVICE

I hereby certify I electronically filed the foregoing with the Clerk of Court for the United States District Court for the District of South Dakota, Southern Division, by using the CM/ECF system.  Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I further certify that some participants in the case are not CM/ECF users.  I have mailed the foregoing document by First-Class mail, postage prepaid, or have dispatched it to a third-party commercial carrier for delivery within three calendar days, to the following non-CM/ECF participants:

    Mark Christians #35285
    South Dakota State Penitentiary
    P.O. Box 5911
    Sioux Falls, SD 57117-5911

        /s/ *Amanda Miiller*
Amanda Miiller
Deputy Attorney General